# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Ramona LaRue, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Act |
| | ) | |
| v. | ) | |
| | ) | |
| The Entities and Individuals Identified in | ) | |
| Annex A, | ) | |
| | ) | |
| Defendants. | ) | |

1:22-cv-06177
JudgeJoan H. Lefkow
Magistrate Judge Jeffrey Cummings
RANDOM

**FILED**

NOV 07 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT

Plaintiff, Ramona LaRue, Inc., ("Ramona LaRue" or "Plaintiff"), by and through its

undersigned attorneys, for its Complaint against the Entities identified in Annex A (individually

and collectively referred to as "Defendants"), herein allege:

### NATURE OF THE ACTION

1.     This is an action for copyright infringement pursuant to 17 U.S.C. § 501 against

Defendants for unlawful use of Ramona LaRue's copyrights in conjunction with unauthorized sales

of infringing products.

2.     Defendants are individuals and entities who trade on Ramona LaRue's goodwill and

sell and/or offer to sell unauthorized infringing products using Ramona LaRue's copyrighted

imagery through various "storefronts" via online retail websites.

### JURISDICTION AND VENUE

3.     This Court has jurisdiction of Ramona LaRue's federal claims pursuant to 28 U.S.C.

§ 1331 and 1338(a).

4.     Each Defendant runs a "storefront" accepting US Dollars through respective

website platforms through which each Defendant specifically targets residents in this judicial

1

district by offering to sell and, upon information and belief, shipping infringing products to residents within the Northern District of Illinois, by displaying infringing imagery in its product listings and using Plaintiff's registered copyrights in its product listings. Thus each Defendant is committing copyright infringement in this district.

5.      Venue in the Northern District of Illinois is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events that give rise to the claim occur within this District, each Defendant has committed acts of infringement in and has significant contacts within this District, and each Defendant as delineated in Annex A is displaying infringing imagery in its product listings targeted at this District and/or are using, selling, or offering to sell the infringing products in this District. In addition, on information and belief, each of the Defendants is a foreign entity or individual and "a defendant not resident in the United States may be sued in any judicial district . . . ." 28 U.S.C. § 1391(c)(3).

**PARTIES**

*Ramona LaRue*

6.      Ramona LaRue is a corporation organized and existing under the laws of the State of Florida, having its principal place of business at 3400 N. Miami Ave., Miami, Florida 33127.

7.      The Ramona LaRue products that are the subject of this Complaint are original, limited edition wearable works of art, personally designed and originally hand painted by the owner of Ramona LaRue, Arianne Brown. Each of Ms. Brown's paintings contain her signature and are digitally transferred on to high quality materials such as satin, crepe de chine, or chiffon, made into kaftans, dresses, and the like. Ms. Brown personally models each work of art, examples of which are shown below:

2





8.     The Ramona LaRue products are distributed and sold to consumers throughout the United States, including in Illinois, through Ramona LaRue's official website, www.ramonalarue.com ("the Ramona LaRue Website").

9.     Ramona LaRue has offered its Ramona LaRue merchandise on the Ramona LaRue Website since approximately 2009.

10.     Ramona     LaRue     also     owns     and     operates     its     Facebook     account,
@ramonalaruebyarianne (https://www.facebook.com/ramonalaruebyarianne/) which has over
6,000          followers,          and          Instagram          account          @ramonalarue
(https://www.instagram.com/ramonalarue/?hl=en) which has over 42,000 followers (the "Social
Media Accounts"). The hashtag #ramonalarue has over 3,800 tags on Instagram, tagged on posts
of imagery featuring Ramona LaRue merchandise.

11.     Both the Ramona LaRue website and Social Media Accounts feature proprietary
content, including Plaintiff's copyrighted imagery, created and owned by Ramona LaRue for the
purpose of marketing and selling its genuine Ramona LaRue merchandise to consumers.

12.     The following chart lists the registered copyrights asserted by Ramona LaRue in
this action (the "Ramona LaRue Copyrights"), the visual materials subject thereto are referred to
as the "Copyrighted Material":

| Title | Status | Type | Registration Number | Date of Creation | Reg. Date |
|---|---|---|---|---|---|
| Ramona Larue 2018-2020 Misc. Published photos. [Group registration of published photographs. 108 photographs. 2018-02-01 to 2018-12-30] | Registered | Visual Material | VA0002311820 | 2018 | 7/22/2022 |
| Ramona Larue Riri Collection 2018 Published Photos. [Group registration of published photographs. 13 photographs. 2018-02-01 to 2018-02-28] | Registered | Visual Material | VA0002311821 | 2018 | 7/22/2022 |
| Ramona Larue May 2020 Published Photos. [Group registration of published | Registered | Visual Material | VA0002311884 | 2020 | 7/25/2022 |

| | | | | | |
|---|---|---|---|---|---|
| photographs. 71 photographs. 2020-05-01 to 2020-12-31] | | | | | |
| Ramona LaRue 2021 Published Photos. [Group registration of published photographs. 419 photographs. 2021-01-01 to 2021-12-31] | Registered | Visual Material | VA0002303096 | 2021 | 5/2/2022 |
| Ramona Larue Copyright 2021 Last Batch. [Group registration of published photographs. 217 photographs. 2021-06-01 to 2021-12-31] | Registered | Visual Material | VA0002313258 | 2021 | 7/29/2022 |
| Ramona Larue March 2021 Published Photos. [Group registration of published photographs. 59 photographs. 2021-03-01 to 2021-12-31] | Registered | Visual Material | VA0002311886 | 2021 | 7/25/2022 |
| Ramona Larue New Folder 2021. [Group registration of published photographs. 61 photographs. 2021-01-15 to 2021-08-31] | Registered | Visual Material | VA0002317270 | 2021 | 8/25/2022 |
| Ramona Larue 2022 Published Photos. [Group registration of published photographs. 403 photographs. 2022-01-01 to 2022-04-30] | Registered | Visual Material | VA0002298867 | 2022 | 5/4/2022 |
| Ramona Larue July 2022 Published Photos. [Group registration of published photographs. 51 | Registered | Visual Material | VA0002311525 | 2022 | 7/13/2022 |

| | | | | | |
|---|---|---|---|---|---|
| photographs. 2022-07-01 to 2022-07-13] | | | | | |
| Ramona Larue June 2022 Published Photos. [Group registration of published photographs. 120 photographs. 2022-06-01 to 2022-06-30] | Registered | Visual Material | VA0002307258 | 2022 | 6/30/2022 |

Attached hereto as Exhibit 1 are true and correct copies of the copyright registrations along with representative deposit copies of the respective Copyrighted Material.

13. The Ramona LaRue Copyrights are original works of authorship created and owned by Ramona LaRue.

14. The registrations for the Ramona LaRue Copyrights are valid, subsisting, and in full force and effect.

15. The Ramona LaRue merchandise has also been the subject of publicity resulting from its creative hand-painted original works of wearable art.

16. Among the coverage are the following publications that have featured Ramona LaRue:

- Haute Living, "Meet Arianne Brown, the Brains and Beauty Behind Ramona Larue" (https://hauteliving.com/2013/10/meet-arianne-brown-brains-beauty-behind-ramona-larue/402849/)
- The Telegraph, "Where to shop in Miami, from high fashion to vintage vinyl" (https://www.telegraph.co.uk/travel/destinations/north-america/united-states/florida/miami/articles/miami-shopping/)

- Mansion Global, "Coconut Grove, a Miami Neighborhood That Feels Like a 'Small Town With a Big-City Vibe'" (https://www.mansionglobal.com/articles/coconut-grove-a-miami-neighborhood-that-feels-like-a-small-town-with-a-big-city-vibe-206616)

- Channel 7 News Miami, "Arianne Brown designs hand-painted resort wear for Ramona LaRue Collection" (https://wsvn.com/entertainment/arianne-brown-designs-hand-painted-resort-wear-for-ramona-larue-collection/)

- The Daily Mail, referencing the Ramona LaRue kaftan worn by Dakota Fanning (https://www.dailymail.co.uk/tvshowbiz/article-10262633/Dakota-Fanning-shares-glimpse-sunny-beach-break-Capri.html)

17.     In view of Plaintiff's efforts to create unique prints for wearable works of art and the resulting response of the marketplace to the Ramona LaRue merchandise, the Ramona LaRue Copyrighted Material has become known throughout the United States, uniquely signifying to consumers that the products come from Plaintiff.

18.     Because the Ramona LaRue merchandise has become popular and the Ramona LaRue Copyrighted Material are recognized by consumers, the Ramona LaRue product has been subject to widespread infringing products utilizing the Copyrighted Material both in advertisements for and on clothing items of significantly lower quality. Similarly, because Plaintiff uses its Ramona LaRue Copyrights in its legitimate advertisements and product listing for the genuine Ramona LaRue product, Defendants have also used the intellectual property in an effort to deceive consumers into believing the products offered are genuine. Plaintiff has received first-hand complaints from consumers that have purchased the infringing goods, mistakenly believing these goods to have emanated from Plaintiff. Plaintiff's investigation has revealed many online

marketplace listings on platforms such as Alibaba, Amazon, eBay, Shopify, Walmart, Shein, and individual third party websites, including listings posted by Defendants, which offer for sale and, on information and belief, sell the infringing copies of Ramona LaRue merchandise to consumers in Illinois and offer to ship those products to Illinois.

*The Defendants*

23. On information and belief, Defendants are individuals and business entities who conduct business in the United States, including within Illinois, through their operation of interactive, online marketplaces and/or websites which offer for sale unauthorized copies of Ramona LaRue merchandise bearing the Copyrighted Material and/or use the Copyrighted Material in advertising and selling non-genuine Ramona LaRue products.

24. On information and belief, based on similarities in the characteristics of some of the websites and counterfeit merchandise offered for sale, some of the Defendants are related or work together as part of a single enterprise to willfully make, distribute, offer for sale, and sell counterfeit products displaying the Ramona LaRue Copyrighted Materials, or a colorable imitation thereof.

25. At present, many of the Defendants can only be identified through their storefronts and other limited publicly available information. Plaintiff will voluntarily amend its Complaint if Defendants provide additional credible information regarding their identities.

### DEFENDANTS' UNLAWFUL CONDUCT

26. Defendants intentionally deceive and mislead consumers by creating storefronts that appear as if they are authorized online retailers who offer the bona fide Ramona LaRue products. These websites commonly use the Ramona LaRue Copyrighted Material without Plaintiff's permission. The sites also include payment options via: (1) credit cards, such as Visa®, MasterCard®, Discover®, American Express®; (2) the platform's online payment service; or (3)

8

through other means denominated in U.S. currency, such as Apple Pay®. The content of these sites is designed to make it difficult for consumers to detect that the site does not belong to an authorized retailer or that the products being sold are products bearing unauthorized copies of the Copyrighted Material.

27.     All of the storefronts listed in this action and created by Defendants to sell copies of Ramona LaRue merchandise use the Ramona LaRue Copyrighted Material in the product listings without authorization. Defendants use the Copyrighted Material in an effort to mislead consumers into believing the goods the Defendants sell via their various storefronts are legitimate goods because these images also appear on Plaintiff's official website and social media accounts.

28.     Defendants, like many counterfeiters, operate under many different names on a variety of different websites and sales platforms to overwhelm the marketplace with a multitude of counterfeit products in order to evade detection by intellectual property owners. Upon information and belief, some of the Defendants operate under more than one alias so as to avoid identification. These sites conceal the actual persons and entities responsible for the websites and listings in favor of fictitious ones.

29.     Additionally, sellers like Defendants commonly disable their marketplace storefronts and attempt to disappear as soon as they learn that they have been sued. They typically re-emerge under new online marketplace accounts with new fictitious names after a short period of time. Additionally, these actors often utilize multiple Paypal® accounts, credit card accounts, and payment gateways so that even if detection requires them to close down one account, there are others set up to take its place.

30.     Sellers located abroad frequently maintain off-shore and foreign bank accounts. If detected, these sellers quickly move funds from their accounts denominated in U.S. currency, such as PayPal® accounts, to off-shore bank accounts outside the jurisdiction of this Court.

## COUNT I
## FEDERAL COPYRIGHT INFRINGEMENT
### 17 U.S.C. § 106 and 501

32.     Ramona LaRue repeats and incorporates by reference the allegations contained in Paragraphs 1 through 30.

33.     Ramona LaRue owns the copyright registrations attached hereto as Exhibit 1. The copyright registrations are valid and enforceable.

34.     The Copyright Act provides in pertinent part that "[a]nyone who violates any of the exclusive rights of the copyright owner as provided by sections 106 through 122…is an infringer of the copyright…" 17 U.S.C. § 501.

35.     Defendants have infringed and continue to infringe the Copyrighted Material by deliberately copying, reproducing, displaying, and/or creating derivative works of the Copyrighted Material on the Defendants' product listings without Ramona LaRue's authorization in violation of 17 U.S.C. §§ 106 and 501.

36.     The Defendants' conduct is blatant, wanton, and willful.

37.     Such conduct as alleged herein has damaged Ramona LaRue in an amount to be determined at trial.

38.     Defendants' conduct has caused and will continue to cause Ramona LaRue irreparable harm for which there is no adequate remedy at law unless restrained.

39.     Ramona LaRue is entitled to injunctive relief, actual damages, and to recover the profits that Defendants realize for such unauthorized conduct pursuant to 17 U.S.C. §§ 502 and 504.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1.      That Defendants, and each of them, and their respective agents, employees, servants, affiliates, and all persons acting for, with, or in concert with them be temporarily, preliminarily, and permanently enjoined and restrained from:

a.      reproducing, distributing copies of, making derivative works of, or publicly displaying the Copyrighted Material;

b.      engaging in any conduct which will cause, or is likely to cause, confusion, mistake, deception, or misunderstanding as to source, or confusion as to the affiliation, connection, association, origin, sponsorship, or approval of Defendants' business, services, website or other activities with Ramona LaRue;

c.      passing off or inducing or causing others to pass off any product under Ramona LaRue's intellectual property unless such product is genuine Ramona LaRue merchandise sold with the authorization of Ramona LaRue;

d.      selling, disposing, destroying, transferring, or otherwise distributing any products bearing the original works of art created by Ms. Brown by way of preexisting inventory or otherwise currently possessed or under the control of Defendants or any of Defendants' agents, whether to customers or to any third party.

2.     That, upon Ramona LaRue's request, all in privity with Defendants and with notice of the injunction, including but not limited to any online marketplace platforms, such as Alibaba, Amazon, eBay, Shopify, Walmart, Shein, and vendors of sponsored search terms or online ad-word providers, financial services providers, including but not limited to credit card providers, banks, merchant account providers, third party payment processors, web hosts, domain registrars, domain registries, and Internet search engines, such as Google, Bing, and Yahoo shall:

    a.     cease providing services used by Defendants, currently or in the future, to sell or offer for sale goods utilizing the Ramona LaRue Copyrighted Material;

    b.     cease displaying any advertisements in any form, connected or associated with Defendants in connection with the sale of infringing goods under the Ramona LaRue Copyrighted Material; and

    c.     disable all links to the marketplace accounts identified on Annex A from displaying in search results, including from any search index.

3.     That Defendants, and each of them, account to Ramona LaRue for their profits and any damages sustained by Ramona LaRue arising from their acts of infringement;

4.     That Ramona LaRue be awarded damages as well as Defendants' profits under 17 U.S.C. § 504(b);

5.     That Ramona LaRue be awarded reasonable attorneys' fees under 17 U.S.C. § 505, 15 U.S.C. § 1117;

6.     In the alternative, that Ramona LaRue be awarded statutory damages where applicable under 17 U.S.C. § 504(c).

7.     That the Defendants disgorge any profits earned by their tortious activities;

8.     That Ramona LaRue be awarded punitive damages;

9.   That Ramona LaRue be awarded pre-judgment interest as allowed by law;

10.   That Ramona LaRue be awarded the costs of this action;

11.   That Ramona LaRue be awarded its reasonable attorneys' fees incurred in connection with this action; and

12.   That Ramona LaRue be awarded such further legal and equitable relief as the Court deems proper.

Dated this 4th of November, 2022

Respectfully submitted,

Ramona LaRue, Inc.

/s/*Kelley S. Gordon*
Marshall, Gerstein & Borun LLP
Gregory J. Chinlund
Kelley S. Gordon
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Fax: (312) 474-7044
gchinlund@marshallip.com
kgordon@marshallip.com

# ANNEX A

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 1 | AGFEE | AMAZON | https://www.amazon.com/dp/B09Q11GXS7?ref_=cm_sw_r_cp_ud_dp_PBH6BBDA1Z7P4EW4BSP6 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/dp/B09PZZ66ZW?ref_=cm_sw_r_cp_ud_dp_PBH6BBDA1Z7P4EW4BSP6&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/dp/B09VFQ1TFT?ref_=cm_sw_r_cp_ud_dp_PBH6BBDA1Z7P4EW4BSP6&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/dp/B09VFNVS4Z?ref_=cm_sw_r_cp_ud_dp_PBH6BBDA1Z7P4EW4BSP6&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/dp/B09Q128V2R?ref_=cm_sw_r_cp_ud_dp_PBH6BBDA1Z7P4EW4BSP6&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/dp/B0B3VW28GC?ref_=cm_sw_r_cp_ud_dp_PBH6BBDA1Z7P4EW4BSP6&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/dp/B09WGZHWVS?ref_=cm_sw_r_cp_ud_dp_PBH6BBDA1Z7P4EW4BSP6&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/dp/B09Q11SFF6?ref_=cm_sw_r_cp_ud_dp_PBH6BBDA1Z7P4EW4BSP6&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/dp/B09Q11BTCM?ref_=cm_sw_r_cp_ud_dp_PBH6BBDA1Z7P4EW4BSP6&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/dp/B09Q11FKMZ?ref_=cm_sw_r_cp_ud_dp_PBH6BBDA1Z7P4EW4BSP6&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/dp/B09VFPKFDH?ref_=cm_sw_r_cp_ud_dp_PBH6BBDA1Z7P4EW4BSP6&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/dp/B09Q112TPR?ref_=cm_sw_r_cp_ud_dp_PBH6BBDA1Z7P4EW4BSP6&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/dp/B0B3VT4YTY?ref_=cm_sw_r_cp_ud_dp_PBH6BBDA1Z7P4EW4BSP6&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/dp/B09VFNYCX2?ref_=cm_sw_r_cp_ud_dp_PBH6BBDA1Z7P4EW4BSP6&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/dp/B09XVJ65Q3?ref_=cm_sw_r_cp_ud_dp_PBH6BBDA1Z7P4EW4BSP6&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/dp/B09WLVMNX5?ref_=cm_sw_r_cp_ud_dp_PBH6BBDA1Z7P4EW4BSP6&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/dp/B0B3VS47H7?ref_=cm_sw_r_cp_ud_dp_PBH6BBDA1Z7P4EW4BSP6&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/dp/B0B3CDK1GW?ref_=cm_sw_r_cp_ud_dp_PBH6BBDA1Z7P4EW4BSP6&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/AGFEE-Womens-Casual-Sundress-Shoulder/dp/B0B9CHYVZ5/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_4/130-4851907-3526032?pd_rd_w=frOle&content-id=amzn1.sym.afb460dcfa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=8TQB9SRY00CKQHNRYJYD&pd_rd_wg=Y26OG&pd_rd_r=73a3e93b-dc2b-4d3fa27a-f6e96e617985&pd_rd_i=B0B3NFGPXB&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/AGFEE-Womens-Casual-Sundress-Shoulder/dp/B0B4T1YPWM/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_4/130-4851907-3526032?pd_rd_w=frOle&content-id=amzn1.sym.afb460dcfa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=8TQB9SRY00CKQHNRYJYD&pd_rd_wg=Y26OG&pd_rd_r=73a3e93b-dc2b-4d3f-a27a-f6e96e617985&pd_rd_i=B0B3NFGPXB&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/AGFEE-Womens-Casual-Sundress-Shoulder/dp/B0B9CK26VS/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_4/130-4851907-3526032?pd_rd_w=frOle&content-id=amzn1.sym.afb460dcfa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=8TQB9SRY00CKQHNRYJYD&pd_rd_wg=Y26OG&pd_rd_r=73a3e93b-dc2b-4d3fa27a-f6e96e617985&pd_rd_i=B0B3NFGPXB&th=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 1 | AGFEE | AMAZON | https://www.amazon.com/AGFEE-Womens-Casual-Sundress-Shoulder/dp/B09SVJ6YBR/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_4/130-4851907-3526032?pd_rd_w=frOle&content-id=amzn1.sym.afb460dcfa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=8TQB9SRY00CKQHNRYJYD&pd_rd_wg=Y26OG&pd_rd_r=73a3e93b-dc2b-4d3fa27a-f6e96e617985&pd_rd_i=B0B3NFGPXB&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/AGFEE-Womens-Casual-Sundress-Shoulder/dp/B0B9D2LFPD/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_4/130-4851907-3526032?pd_rd_w=frOle&content-id=amzn1.sym.afb460dcfa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=8TQB9SRY00CKQHNRYJYD&pd_rd_wg=Y26OG&pd_rd_r=73a3e93b-dc2b-4d3fa27a-f6e96e617985&pd_rd_i=B0B3NFGPXB&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/AGFEE-Womens-Casual-Sundress-Shoulder/dp/B09SVLCK6L/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_4/130-4851907-3526032?pd_rd_w=frOle&content-id=amzn1.sym.afb460dcfa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=8TQB9SRY00CKQHNRYJYD&pd_rd_wg=Y26OG&pd_rd_r=73a3e93b-dc2b-4d3fa27a-f6e96e617985&pd_rd_i=B0B3NFGPXB&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/AGFEE-Womens-Casual-Sundress-Shoulder/dp/B0B9CHR7CC/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_4/130-4851907-3526032?pd_rd_w=frOle&content-id=amzn1.sym.afb460dcfa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=8TQB9SRY00CKQHNRYJYD&pd_rd_wg=Y26OG&pd_rd_r=73a3e93b-dc2b-4d3fa27a-f6e96e617985&pd_rd_i=B0B3NFGPXB&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/AGFEE-Womens-Casual-Sundress-Shoulder/dp/B09SVJKDV1/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_4/130-4851907-3526032?pd_rd_w=frOle&content-id=amzn1.sym.afb460dcfa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=8TQB9SRY00CKQHNRYJYD&pd_rd_wg=Y26OG&pd_rd_r=73a3e93b-dc2b-4d3fa27a-f6e96e617985&pd_rd_i=B0B3NFGPXB&th=1 |
| 1 | AGFEE | AMAZON | https://www.amazon.com/AGFEE-Womens-Casual-Sundress-Shoulder/dp/B0B4T3GFH7/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_4/130-4851907-3526032?pd_rd_w=frOle&content-id=amzn1.sym.afb460dcfa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=8TQB9SRY00CKQHNRYJYD&pd_rd_wg=Y26OG&pd_rd_r=73a3e93b-dc2b-4d3fa27a-f6e96e617985&pd_rd_i=B0B3NFGPXB&th=1 |
| 2 | AGFEE | AMAZON | https://www.amazon.com/dp/B09Y59Q14T/ref=cm_sw_r_api_i_EQEQA10AACPH4K4XPO ES_0?_encoding=UTF8&th=1&psc=1 |
| 2 | AGFEE | AMAZON | https://www.amazon.com/dp/B09Y5B9VHB/ref=cm_sw_r_api_i_EQEQA10AACPH4K4XPO ES_0?_encoding=UTF8&th=1&psc=1 |
| 2 | myoskoesl | AMAZON | https://www.amazon.com/dp/B09Y5B1XJF/ref=cm_sw_r_api_i_EQEQA10AACPH4K4XP0E S_0?_encoding=UTF8&psc=1 |
| 2 | myoskoesl | AMAZON | https://www.amazon.com/dp/B09Y59SFXC/ref=cm_sw_r_api_i_EQEQA10AACPH4K4XP0E S_0?_encoding=UTF8&th=1&psc=1 |
| 2 | myoskoesl | AMAZON | https://www.amazon.com/dp/B09Y59YGD3/ref=cm_sw_r_api_i_EQEQA10AACPH4K4XP0 ES_0?_encoding=UTF8&th=1 |
| 2 | myoskoesl | AMAZON | https://www.amazon.com/dp/B09Y59TQ9Z/ref=cm_sw_r_api_i_EQEQA10AACPH4K4XP0 ES_0?_encoding=UTF8&th=1&psc=1 |
| 3 | ALBIZIA-US | AMAZON | https://www.amazon.com/dp/B09TW8FMRZ/ref=cm_sw_r_api_i_7MKTQYG6VW2PNTZB X1RM_0 |
| 3 | ALBIZIA-US | AMAZON | https://www.amazon.com/dp/B09TW6LHY4/ref=cm_sw_r_api_i_7MKTQYG6VW2PNTZBX 1RM_0?th=1 |
| 3 | ALBIZIA-US | AMAZON | https://www.amazon.com/dp/B09XB6GS6J/ref=cm_sw_r_api_i_7MKTQYG6VW2PNTZBX1 RM_0?th=1 |
| 3 | ALBIZIA-US | AMAZON | https://www.amazon.com/dp/B09TW7LSKL/ref=cm_sw_r_api_i_7MKTQYG6VW2PNTZBX 1RM_0?th=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 3 | ALBIZIA-US | AMAZON | https://www.amazon.com/dp/B09TW8FMRZ/ref=cm_sw_r_api_i_7MKTQYG6VW2PNTZBX1RM_0?th=1 |
| 3 | ALBIZIA-US | AMAZON | https://www.amazon.com/dp/B09TW5RKHH/ref=cm_sw_r_api_i_7MKTQYG6VW2PNTZBX1RM_0?th=1 |
| 4 | Daily Promotion | WALMART | https://www.walmart.com/ip/Women-One-Shoulder-Loose-Caftan-Sleeve-Asymmetric-Hemline-Flowy-Kaftan-Long-Cover-Up-Dress/1446294203 |
| 4 | Daily Promotion | WALMART | https://www.walmart.com/ip/Women-One-Shoulder-Loose-Caftan-Sleeve-Asymmetric-Hemline-Flowy-Kaftan-Long-Cover-Up-Dress/1272834946 |
| 4 | Daily Promotion | WALMART | https://www.walmart.com/ip/Women-One-Shoulder-Loose-Caftan-Sleeve-Asymmetric-Hemline-Flowy-Kaftan-Long-Cover-Up-Dress/1869755134 |
| 4 | Daily Promotion | WALMART | https://www.walmart.com/ip/Women-One-Shoulder-Loose-Caftan-Sleeve-Asymmetric-Hemline-Flowy-Kaftan-Long-Cover-Up-Dress/1577449438 |
| 4 | Daily Promotion | WALMART | https://www.walmart.com/ip/Women-One-Shoulder-Loose-Caftan-Sleeve-Asymmetric-Hemline-Flowy-Kaftan-Long-Cover-Up-Dress/1628805876 |
| 4 | Daily Promotion | WALMART | https://www.walmart.com/ip/Women-One-Shoulder-Loose-Caftan-Sleeve-Asymmetric-Hemline-Flowy-Kaftan-Long-Cover-Up-Dress/1936544179 |
| 4 | Daily Promotion | WALMART | https://www.walmart.com/ip/Women-One-Shoulder-Loose-Caftan-Sleeve-Asymmetric-Hemline-Flowy-Kaftan-Long-Cover-Up-Dress/1440917848 |
| 4 | Daily Promotion | WALMART | https://www.walmart.com/ip/Women-One-Shoulder-Loose-Caftan-Sleeve-Asymmetric-Hemline-Flowy-Kaftan-Long-Cover-Up-Dress/1840351145 |
| 4 | Daily Promotion | WALMART | https://www.walmart.com/ip/Women-One-Shoulder-Loose-Caftan-Sleeve-Asymmetric-Hemline-Flowy-Kaftan-Long-Cover-Up-Dress/1926699847 |
| 5 | Allasfun | AMAZON | https://www.amazon.com/Tshirts-Shirts-Chiffon-Cardigan-Shoulder/dp/B0B28CM25W/ref=sr_1_1023?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660594845&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-1023 |
| 5 | Allasfun | AMAZON | https://www.amazon.com/Tshirts-Shirts-Chiffon-Cardigan-Shoulder/dp/B0B27WTC2P/ref=sr_1_1023?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594845&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing% |
| 6 | Fancy World | WALMART | https://www.walmart.com/ip/Tshirts-Shirts-for-Women-Print-Chiffon-Beach-Kaftan-Long-Cardigan-Blouse-One-Shoulder-Shawl-Loose-Tops-Cover-Up-Purple-Small/111435721 |
| 7 | LUCKYSTARTECHNOLOGYINC | WALMART | https://www.walmart.com/ip/Avamo-Ladies-Smooth-Butterfly-Print-Dresses-Irregular-Hem-Casual-Sundress-Women-One-Shoulder-Off-Beach-Kaftan-Dress/906581298 |
| 7 | LUCKYSTARTECHNOLOGYINC | WALMART | https://www.walmart.com/ip/Avamo-Ladies-Smooth-Butterfly-Print-Dresses-Irregular-Hem-Casual-Sundress-Women-One-Shoulder-Off-Beach-Kaftan-Dress/714556244 |
| 7 | LUCKYSTARTECHNOLOGYINC | WALMART | https://www.walmart.com/ip/Avamo-Ladies-Smooth-Butterfly-Print-Dresses-Irregular-Hem-Casual-Sundress-Women-One-Shoulder-Off-Beach-Kaftan-Dress/289641647 |
| 7 | LUCKYSTARTECHNOLOGYINC | WALMART | https://www.walmart.com/ip/Avamo-Ladies-Smooth-Butterfly-Print-Dresses-Irregular-Hem-Casual-Sundress-Women-One-Shoulder-Off-Beach-Kaftan-Dress/286608596 |
| 7 | LUCKYSTARTECHNOLOGYINC | WALMART | https://www.walmart.com/ip/Avamo-Ladies-Smooth-Butterfly-Print-Dresses-Irregular-Hem-Casual-Sundress-Women-One-Shoulder-Off-Beach-Kaftan-Dress/710328802 |
| 7 | LUCKYSTARTECHNOLOGYINC | WALMART | https://www.walmart.com/ip/Avamo-Ladies-Smooth-Butterfly-Print-Dresses-Irregular-Hem-Casual-Sundress-Women-One-Shoulder-Off-Beach-Kaftan-Dress/341652260 |
| 7 | LUCKYSTARTECHNOLOGYINC | WALMART | https://www.walmart.com/ip/Avamo-Ladies-Smooth-Butterfly-Print-Dresses-Irregular-Hem-Casual-Sundress-Women-One-Shoulder-Off-Beach-Kaftan-Dress/397104961 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 7 | LUCKYSTARTECHNOLOGYINC | WALMART | https://www.walmart.com/ip/Avamo-Swimwear-Sundress-For-Women-Kaftan-Casual-Long-Maxi-Dress-Ladies-Paisley-Flowing-Party-Holiday-Evening-Cocktail-Dresses-Beachwear/397055836 |
| 7 | LUCKYSTARTECHNOLOGYINC | WALMART | https://www.walmart.com/ip/Avamo-Swimwear-Sundress-For-Women-Kaftan-Casual-Long-Maxi-Dress-Ladies-Paisley-Flowing-Party-Holiday-Evening-Cocktail-Dresses-Beachwear/425237181 |
| 7 | LUCKYSTARTECHNOLOGYINC | WALMART | https://www.walmart.com/ip/Avamo-Swimwear-Sundress-For-Women-Kaftan-Casual-Long-Maxi-Dress-Ladies-Paisley-Flowing-Party-Holiday-Evening-Cocktail-Dresses-Beachwear/803879194 |
| 7 | LUCKYSTARTECHNOLOGYINC | WALMART | https://www.walmart.com/ip/Avamo-Swimwear-Sundress-For-Women-Kaftan-Casual-Long-Maxi-Dress-Ladies-Paisley-Flowing-Party-Holiday-Evening-Cocktail-Dresses-Beachwear/695847393 |
| 7 | LUCKYSTARTECHNOLOGYINC | WALMART | https://www.walmart.com/ip/Avamo-Swimwear-Sundress-For-Women-Kaftan-Casual-Long-Maxi-Dress-Ladies-Paisley-Flowing-Party-Holiday-Evening-Cocktail-Dresses-Beachwear/505363094 |
| 7 | LUCKYSTARTECHNOLOGYINC | WALMART | https://www.walmart.com/ip/Avamo-Swimwear-Sundress-For-Women-Kaftan-Casual-Long-Maxi-Dress-Ladies-Paisley-Flowing-Party-Holiday-Evening-Cocktail-Dresses-Beachwear/712009463 |
| 7 | LUCKYSTARTECHNOLOGYINC | WALMART | https://www.walmart.com/ip/Avamo-Swimwear-Sundress-For-Women-Kaftan-Casual-Long-Maxi-Dress-Ladies-Paisley-Flowing-Party-Holiday-Evening-Cocktail-Dresses-Beachwear/703980705 |
| 7 | LUCKYSTARTECHNOLOGYINC | WALMART | https://www.walmart.com/ip/Avamo-Swimwear-Sundress-For-Women-Kaftan-Casual-Long-Maxi-Dress-Ladies-Paisley-Flowing-Party-Holiday-Evening-Cocktail-Dresses-Beachwear/434425720 |
| 8 | awaswae | WALMART | https://www.walmart.com/ip/Awaswae-Swimsuit-Women-Cover-Up-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/894809768 |
| 8 | awaswae | WALMART | https://www.walmart.com/ip/Awaswae-Swimsuit-Women-Cover-Up-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/912578862 |
| 8 | awaswae | WALMART | https://www.walmart.com/ip/Awaswae-Swimsuit-Women-Cover-Up-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/533512171 |
| 8 | awaswae | WALMART | https://www.walmart.com/ip/Awaswae-Swimsuit-Women-Cover-Up-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/816977741 |
| 9 | wenyena | AMAZON | https://www.amazon.com/dp/B09PGLN3QH?ref_=cm_sw_r_cp_ud_dp_QRYTDX9QTHWMSZNYZ5PN |
| 9 | wenyena | AMAZON | https://www.amazon.com/dp/B09PGMDN15?ref_=cm_sw_r_cp_ud_dp_QRYTDX9QTHWMSZNYZ5PN&th=1&psc=1 |
| 9 | wenyena | AMAZON | https://www.amazon.com/dp/B09PGHBYJH?ref_=cm_sw_r_cp_ud_dp_QRYTDX9QTHWMSZNYZ5PN&th=1&psc=1 |
| 9 | wenyena | AMAZON | https://www.amazon.com/dp/B09PGJ2Q8Q?ref_=cm_sw_r_cp_ud_dp_QRYTDX9QTHWMSZNYZ5PN&th=1&psc=1 |
| 9 | wenyena | AMAZON | https://www.amazon.com/dp/B09PGLMFHD?ref_=cm_sw_r_cp_ud_dp_QRYTDX9QTHWMSZNYZ5PN&th=1&psc=1 |
| 9 | wenyena | AMAZON | https://www.amazon.com/dp/B09PGKQDVR?ref_=cm_sw_r_cp_ud_dp_QRYTDX9QTHWMSZNYZ5PN&th=1&psc=1 |
| 9 | wenyena | AMAZON | https://www.amazon.com/dp/B09PGKXN3K?ref_=cm_sw_r_cp_ud_dp_QRYTDX9QTHWMSZNYZ5PN&th=1&psc=1 |
| 9 | wenyena | AMAZON | https://www.amazon.com/dp/B09PGK4T3K?ref_=cm_sw_r_cp_ud_dp_QRYTDX9QTHWMSZNYZ5PN&th=1&psc=1 |
| 10 | BACKZIO | | https://www.backzio.com/products/loose-print-shoulder-beach-holiday-sunscreendress-europe-and-america-commuting-irregular-dress?variant=2f6693f0-5ce0-4f02-b772-14b269add7e2&epik=dj0yJnU9ck9LcW4xUFVlbVZqYktTYXJnOHQ3Y1lrSWJ3Ql9HdXgmcD0wJm49R0l5Z09EQWRtdTlGM1cxSWlrcTBhdyZ0PUFBQUFBFBR01hSXVJ |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 10 | BACKZIO | | https://www.backzio.com/products/loose-print-shoulder-beach-holiday-sunscreendress-europe-and-america-commuting-irregular-dress?variant=1fec9687-70fb-4ec8-8a1b-e9b8effdd1cd&epik=dj0yJnU9ck9LcW4xUFVlbVZq YktTYXJnOHQ3Y1lrSWJ3Ql9HdXgmcD0wJm49R0l5Z09EQWRtdTlGM1cxSWlrcTBhdyZ0PUF BQUFBR01hSXVJ |
| 10 | BACKZIO | | https://www.backzio.com/products/loose-print-shoulder-beach-holiday-sunscreendress-europe-and-america-commuting-irregular-dress?variant=8510b157-f59a-4b32-8aa0-3b72942937d6&epik=dj0yJnU9ck9LcW4xUFVlbVZqYktTYXJnOHQ3Y1lrSWJ3Ql9HdXgmcD0 wJm49R0l5Z09EQWRtdTlGM1cxSWlrcTBhdyZ0PUFBQUFBR01hSXVJ |
| 10 | BACKZIO | | https://www.backzio.com/products/loose-print-shoulder-beach-holiday-sunscreendress-europe-and-america-commuting-irregular-dress?variant=a96f7928-4e52-47a9-871d-f6c4f9cf48db&epik=dj0yJnU9ck9LcW4xUFVlbVZ qYktTYXJnOHQ3Y1lrSWJ3Ql9HdXgmcD0wJm49R0l5Z09EQWRtdTlGM1cxSWlrcTBhdyZ0PU FBQUFBR01hSXVJ |
| 10 | BACKZIO | | https://www.backzio.com/products/loose-print-shoulder-beach-holiday-sunscreendress-europe-and-america-commuting-irregular-dress?variant=e4051fc4-20c6-4e47-a6b5-0c25c3e29764&epik=dj0yJnU9ck9LcW4xUFVlbVZqYktTYXJnOHQ3Y1lrSWJ3Ql9HdXgmcD0 wJm49R0l5Z09EQWRtdTlGM1cxSWlrcTBhdyZ0PUFBQUFBR01hSXVJ |
| 10 | BACKZIO | | https://www.backzio.com/products/loose-print-shoulder-beach-holiday-sunscreendress-europe-and-america-commuting-irregular-dress?variant=7a25987e-2865-48d0-bee5-6ec080e150e9&epik=dj0yJnU9ck9LcW4xUFVlbVZqYktTYXJnOHQ3Y1lrSWJ3Ql9HdXgmcD0 wJm49R0l5Z09EQWRtdTlGM1cxSWlrcTBhdyZ0PUFBQUFBR01hSXVJ |
| 10 | BACKZIO | | https://www.backzio.com/products/loose-print-shoulder-beach-holiday-sunscreen-dress-europe-and-america-commuting-irregular-dress?variant=e85ff087-ba52-4cab-b2ba-e28b89b60e11&epik=dj0yJnU9ck9LcW4xUFVlbVZqYktTYXJnOHQ3Y1lrSWJ3Ql9HdXgmcD0 wJm49R0l5Z09EQWRtdTlGM1cxSWlrcTBhdyZ0PUFBQUFBR01hSXVJ |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B092VD7H8T/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf 9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B0BA4S6KRN1/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf 9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B09JWJ5L8S/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf 9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B09G2HKJJH/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf 9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B09XF47C1T/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B09G2KPLY1/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B09G2NPXQG/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B092VFR643/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B0B4S5T28D/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B09MK9S5MD/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B0B8N5QXYY/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B0B8N357GC/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B09XF5PBNK/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B0B4S3TNJ7/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B0BCFLSLPM/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B0964HPJLL/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B0964HT73V/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B09NHTB8SW/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B09NKY8G8W/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B09QCRY4BY/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B0B4S6W35G/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B0B4SBGZ7M/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 11 | BB&KK | AMAZON | https://www.amazon.com/Summer-Oversized-Dresses-T-Shirt-Batwing/dp/B09XF3GJ32/ref=pd_rhf_d_se_s_pd_sbs_rvi_sccl_2_3/130-4851907-3526032?pd_rd_w=cwzna&content-id=amzn1.sym.afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_p=afb460dc-fa69-4440-8ffa-68f8a04f70ba&pf_rd_r=1MD8X5DPQBW0NPDAFW88&pd_rd_wg=5wfPz&pd_rd_r=4d2cf9a5-b932-40b5-a0b8-488f33233a23&pd_rd_i=B092VF16XF&th=1&psc=1 |
| 12 | Shenzhenshi huanyinghuimaoyi youxiangongsi | WALMART | https://www.walmart.com/ip/Beppter-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Camping-Accessories-Quick-Dry-Towel-Travel-Extra-Large-Towels-Ove/1115736840 |
| 12 | Shenzhenshi huanyinghuimaoyi youxiangongsi | WALMART | https://www.walmart.com/ip/Beppter-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Camping-Accessories-Quick-Dry-Towel-Travel-Extra-Large-Towels-Ove/1888765783 |
| 12 | Shenzhenshi huanyinghuimaoyi youxiangongsi | WALMART | https://www.walmart.com/ip/Beppter-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Camping-Accessories-Quick-Dry-Towel-Travel-Extra-Large-Towels-Ove/1901228685 |
| 12 | Shenzhenshi huanyinghuimaoyi youxiangongsi | WALMART | https://www.walmart.com/ip/Beppter-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Camping-Accessories-Quick-Dry-Towel-Travel-Extra-Large-Towels-Ove/1635663478 |
| 13 | BILIKEYU | AMAZON | https://www.amazon.com/BILIKEYU-Shoulder-Bohemian-Asymmetric-Dresses/dp/B09Y6BBM1X/ref=sr_1_1394?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595286&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1394&th=1 |
| 13 | BILIKEYU | AMAZON | https://www.amazon.com/BILIKEYU-Shoulder-Bohemian-Asymmetric-Dresses/dp/B09Y6C4KQ9/ref=sr_1_1394?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595286&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1394&th=1 |
| 13 | BILIKEYU | AMAZON | https://www.amazon.com/BILIKEYU-Shoulder-Bohemian-Asymmetric-Dresses/dp/B09Y69LB9Z/ref=sr_1_1394?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595286&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1394&th=1 |
| 13 | BILIKEYU | AMAZON | https://www.amazon.com/BILIKEYU-Shoulder-Bohemian-Asymmetric-Dresses/dp/B09Y6CW1BG/ref=sr_1_1394?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595286&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1394&th=1 |
| 13 | BILIKEYU | AMAZON | https://www.amazon.com/BILIKEYU-Shoulder-Bohemian-Asymmetric-Dresses/dp/B09Y6B4XWZ/ref=sr_1_1394?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595286&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1394&th=1 |
| 13 | BILIKEYU | AMAZON | https://www.amazon.com/BILIKEYU-Shoulder-Bohemian-Asymmetric-Dresses/dp/B09Y697LHW/ref=sr_1_1394?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595286&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1394&th=1 |
| 13 | BILIKEYU | AMAZON | https://www.amazon.com/BILIKEYU-Shoulder-Bohemian-Asymmetric-Dresses/dp/B09Y6B14PN/ref=sr_1_1394?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595286&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1394&th=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 13 | BILIKEYU | AMAZON | https://www.amazon.com/BILIKEYU-Shoulder-Bohemian-Asymmetric-Dresses/dp/B09Y6BZ3CT/ref=sr_1_1394?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595286&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1394&th=1 |
| 13 | BILIKEYU | AMAZON | https://www.amazon.com/BILIKEYU-Shoulder-Bohemian-Asymmetric-Dresses/dp/B09Y6CNC2Y/ref=sr_1_1394?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660595286&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-1394 |
| 13 | BILIKEYU | AMAZON | https://www.amazon.com/BILIKEYU-Shoulder-Bohemian-Asymmetric-Dresses/dp/B09Y68GGQF/ref=sr_1_1394?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595286&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clot |
| 14 | BINGLI_ | AMAZON | https://www.amazon.com/Fashion-Coverup-Shoulder-Swimwear-Cardigan/dp/B09XV1KLDG/ref=sr_1_5179?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660598333&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-5179 |
| 14 | BINGLI_ | AMAZON | https://www.amazon.com/Fashion-Coverup-Shoulder-Swimwear-Cardigan/dp/B09XTZPYT5/ref=sr_1_5179?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660598333&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-5179&th=1 |
| 14 | BINGLI_ | AMAZON | https://www.amazon.com/Fashion-Coverup-Shoulder-Swimwear-Cardigan/dp/B09Y52R547/ref=sr_1_5179?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660598333&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-5179&th=1 |
| 14 | BINGLI_ | AMAZON | https://www.amazon.com/Fashion-Coverup-Shoulder-Swimwear-Cardigan/dp/B09Y52G9Y5/ref=sr_1_5179?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660598333&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-5179&th=1 |
| 14 | BINGLI_ | AMAZON | https://www.amazon.com/Fashion-Coverup-Shoulder-Swimwear-Cardigan/dp/B09Y53YR8G/ref=sr_1_5179?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660598333&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-5179&th=1 |
| 14 | BINGLI_ | AMAZON | https://www.amazon.com/Fashion-Coverup-Shoulder-Swimwear-Cardigan/dp/B09Y53R8Q1/ref=sr_1_5179?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660598333&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-5179&th=1 |
| 14 | BINGLI_ | AMAZON | https://www.amazon.com/Fashion-Coverup-Shoulder-Swimwear-Cardigan/dp/B09Y527Y6L/ref=sr_1_5179?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660598333&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-5179&th=1 |
| 14 | BINGLI_ | AMAZON | https://www.amazon.com/Fashion-Coverup-Shoulder-Swimwear-Cardigan/dp/B09Y51TY36/ref=sr_1_5179?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660598333&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-5179&th=1 |
| 14 | BINGLI_ | AMAZON | https://www.amazon.com/Fashion-Coverup-Shoulder-Swimwear-Cardigan/dp/B09Y536WJ6/ref=sr_1_5179?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660598333&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-5179&th=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 14 | BINGLI_ | AMAZON | https://www.amazon.com/Fashion-Coverup-Shoulder-Swimwear-Cardigan/dp/B09Y526Q84/ref=sr_1_5179?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660598333&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-5179&th=1 |
| 14 | BINGLI_ | AMAZON | https://www.amazon.com/Fashion-Coverup-Shoulder-Swimwear-Cardigan/dp/B09Y539WLT/ref=sr_1_5179?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660598333&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-5179&th=1 |
| 14 | BINGLI_ | AMAZON | https://www.amazon.com/Fashion-Coverup-Shoulder-Swimwear-Cardigan/dp/B09Y51BQGK/ref=sr_1_5179?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660598333&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-5179&th=1 |
| 15 | Pelang | AMAZON | https://www.amazon.com/Chiffon-Novelty-Leopard-Cardigan-Shoulder/dp/B0B291L2GY/ref=sr_1_1721?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660595600&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-1721 |
| 15 | Pelang | AMAZON | https://www.amazon.com/Chiffon-Novelty-Leopard-Cardigan-Shoulder/dp/B0B28X354Q/ref=sr_1_1721?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595600&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1721&th=1 |
| 16 | INTENTIONALLY OMITTED | | |
| 17 | BOHO70 | | https://bohoseventy.com/products/arya-beach-kimono?variant=40081532485729 |
| 17 | BOHO70 | | https://bohoseventy.com/products/arya-beach-kimono?variant=40081532452961 |
| 17 | BOHO70 | | https://bohoseventy.com/products/arya-beach-kimono?variant=40081532715105 |
| 17 | BOHO70 | | https://bohoseventy.com/products/red-angel-kimono?_pos=19&_sid=f51239369&_ss=r&variant=39585024180321 |
| 17 | BOHO70 | | https://bohoseventy.com/products/wrenna-kimono?_pos=4&_sid=b98246146&_ss=r&variant=40132995612769 |
| 18 | BohoGipsyDreamer | | https://bohogypsydreamer.com/products/off-the-shoulder-kaftan-midi-dress?variant=43140059889921&pp=0&epik=dj0yJnU9TWNqcEl4ZC1kMnJrZTVQaWJfNUxFTWVzZXR2NlE1UjUmcD0w&Xm49bnfYUVdsOHYwU3o0YTdXLU5YM1NrdyZ0PUFBQUFFBR01hRzdr |
| 18 | BohoGipsyDreamer | | https://bohogypsydreamer.com/products/off-the-shoulder-kaftan-midi-dress?variant=43140059758849 |
| 18 | BohoGipsyDreamer | | https://bohogypsydreamer.com/products/off-the-shoulder-kaftan-midi-dress?variant=43140059791617 |
| 18 | BohoGipsyDreamer | | https://bohogypsydreamer.com/products/off-the-shoulder-kaftan-midi-dress?variant=43140059824385 |
| 18 | BohoGipsyDreamer | | https://bohogypsydreamer.com/products/off-the-shoulder-kaftan-midi-dress?variant=43140059857153 |
| 19 | boholooks | | https://boholooks.com/products/ebay%E6%97%B6%E5%B0%9A%E7%88%86%E6%AC%BE%E5%A4%8F%E5%AD%A3%E6%96%B0%E5%93%81%E7%BC%8E%E9%9D%A2%E5%8D%95%E8%82%A9%E5%AE%BD%E6%9D%BE%E5%A5%B3%E8%A3%85%E6%B2%99%E6%BB%A9%E8%BF%9E%E8%A1%A3%E9%95%BF%E8%A3%99%E6%B5%B7%E8%BE%B9%E5%BA%A6%E5%81%87%E8%A3%99%E5%AD%90?variant=40020990525500&currency=USD&utm_source=pinterest&utm_medium=cpc&utm_campaign=google+shopping |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 19 | boholooks | | https://boholooks.com/products/ebay%E6%97%B6%E5%B0%9A%E7%88%86%E6%AC%BE%E5%A4%8F%E5%AD%A3%E6%96%B0%E5%93%81%E7%BC%8E%E9%9D%A2%E5%8D%95%E8%82%A9%E5%AE%BD%E6%9D%BE%E5%A5%B3%E8%A3%85%E6%B2%99%E6%BB%A9%E8%BF%9E%E8%A1%A3%E9%95%BF%E8%A3%99%E6%B5%B7%E8%BE%B9%E5%BA%A6%E5%81%87%E8%A3%99%E5%AD%90?variant=40020990328892 |
| 19 | boholooks | | https://boholooks.com/products/ebay%E6%97%B6%E5%B0%9A%E7%88%86%E6%AC%BE%E5%A4%8F%E5%AD%A3%E6%96%B0%E5%93%81%E7%BC%8E%E9%9D%A2%E5%8D%95%E8%82%A9%E5%AE%BD%E6%9D%BE%E5%A5%B3%E8%A3%85%E6%B2%99%E6%BB%A9%E8%BF%9E%E8%A1%A3%E9%95%BF%E8%A3%99%E6%B5%B7%E8%BE%B9%E5%BA%A6%E5%81%87%E8%A3%99%E5%AD%90?variant=40020990394428 |
| 19 | boholooks | | https://boholooks.com/products/ebay%E6%97%B6%E5%B0%9A%E7%88%86%E6%AC%BE%E5%A4%8F%E5%AD%A3%E6%96%B0%E5%93%81%E7%BC%8E%E9%9D%A2%E5%8D%95%E8%82%A9%E5%AE%BD%E6%9D%BE%E5%A5%B3%E8%A3%85%E6%B2%99%E6%BB%A9%E8%BF%9E%E8%A1%A3%E9%95%BF%E8%A3%99%E6%B5%B7%E8%BE%B9%E5%BA%A6%E5%81%87%E8%A3%99%E5%AD%90?variant=40020990459964 |
| 19 | boholooks | | https://boholooks.com/products/ebay%E6%97%B6%E5%B0%9A%E7%88%86%E6%AC%BE%E5%A4%8F%E5%AD%A3%E6%96%B0%E5%93%81%E7%BC%8E%E9%9D%A2%E5%8D%95%E8%82%A9%E5%AE%BD%E6%9D%BE%E5%A5%B3%E8%A3%85%E6%B2%99%E6%BB%A9%E8%BF%9E%E8%A1%A3%E9%95%BF%E8%A3%99%E6%B5%B7%E8%BE%B9%E5%BA%A6%E5%81%87%E8%A3%99%E5%AD%90?variant=40020990591036 |
| 19 | boholooks | | https://boholooks.com/products/ebay%E6%97%B6%E5%B0%9A%E7%88%86%E6%AC%BE%E5%A4%8F%E5%AD%A3%E6%96%B0%E5%93%81%E7%BC%8E%E9%9D%A2%E5%8D%95%E8%82%A9%E5%AE%BD%E6%9D%BE%E5%A5%B3%E8%A3%85%E6%B2%99%E6%BB%A9%E8%BF%9E%E8%A1%A3%E9%95%BF%E8%A3%99%E6%B5%B7%E8%BE%B9%E5%BA%A6%E5%81%87%E8%A3%99%E5%AD%90?variant=40020990656572 |
| 19 | boholooks | | https://boholooks.com/products/ebay%E6%97%B6%E5%B0%9A%E7%88%86%E6%AC%BE%E5%A4%8F%E5%AD%A3%E6%96%B0%E5%93%81%E7%BC%8E%E9%9D%A2%E5%8D%95%E8%82%A9%E5%AE%BD%E6%9D%BE%E5%A5%B3%E8%A3%85%E6%B2%99%E6%BB%A9%E8%BF%9E%E8%A1%A3%E9%95%BF%E8%A3%99%E6%B5%B7%E8%BE%B9%E5%BA%A6%E5%81%87%E8%A3%99%E5%AD%90?variant=40020990722108 |
| 19 | boholooks | | https://boholooks.com/products/ebay%E6%97%B6%E5%B0%9A%E7%88%86%E6%AC%BE%E5%A4%8F%E5%AD%A3%E6%96%B0%E5%93%81%E7%BC%8E%E9%9D%A2%E5%8D%95%E8%82%A9%E5%AE%BD%E6%9D%BE%E5%A5%B3%E8%A3%85%E6%B2%99%E6%BB%A9%E8%BF%9E%E8%A1%A3%E9%95%BF%E8%A3%99%E6%B5%B7%E8%BE%B9%E5%BA%A6%E5%81%87%E8%A3%99%E5%AD%90?variant=40020990787644 |
| 19 | boholooks | | https://boholooks.com/products/ebay%E6%97%B6%E5%B0%9A%E7%88%86%E6%AC%BE%E5%A4%8F%E5%AD%A3%E6%96%B0%E5%93%81%E7%BC%8E%E9%9D%A2%E5%8D%95%E8%82%A9%E5%AE%BD%E6%9D%BE%E5%A5%B3%E8%A3%85%E6%B2%99%E6%BB%A9%E8%BF%9E%E8%A1%A3%E9%95%BF%E8%A3%99%E6%B5%B7%E8%BE%B9%E5%BA%A6%E5%81%87%E8%A3%99%E5%AD%90?variant=40020990853180 |
| 19 | boholooks | | https://boholooks.com/products/ebay%E6%97%B6%E5%B0%9A%E7%88%86%E6%AC%BE%E5%A4%8F%E5%AD%A3%E6%96%B0%E5%93%81%E7%BC%8E%E9%9D%A2%E5%8D%95%E8%82%A9%E5%AE%BD%E6%9D%BE%E5%A5%B3%E8%A3%85%E6%B2%99%E6%BB%A9%E8%BF%9E%E8%A1%A3%E9%95%BF%E8%A3%99%E6%B5%B7%E8%BE%B9%E5%BA%A6%E5%81%87%E8%A3%99%E5%AD%90?variant=40020990918716 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 19 | boholooks | | https://boholooks.com/products/ebay%E6%97%B6%E5%B0%9A%E7%88%86%E6%AC%BE%E5%A4%8F%E5%AD%A3%E6%96%B0%E5%93%81%E7%BC%8E%E9%9D%A2%E5%8D%95%E8%82%A9%E5%AE%BD%E6%9D%BE%E5%A5%B3%E8%A3%85%E6%B2%99%E6%BB%A9%E8%BF%9E%E8%A1%A3%E9%95%BF%E8%A3%99%E6%B5%B7%E8%BE%B9%E5%BA%A6%E5%81%87%E8%A3%99%E5%AD%90?variant=40020990984252 |
| 20 | Bohonini | | https://www.bohonini.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses-1?variant=42550731604199&pp=0&epik=dj0yJnU9Y2VkTmxtSlF2dnNrYWhrTU5UYmtYZ2E0aERppcTJGdkImcD0xJm49WmxyRFowZTNNN0JRTV9kblZkQ1Q3QSZ0PUFBQUFBBR01hR3VF |
| 20 | Bohonini | | https://www.bohonini.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses-1?variant=42550731538663 |
| 20 | Bohonini | | https://www.bohonini.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses-1?variant=42550731669735 |
| 20 | Bohonini | | https://www.bohonini.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses-1?variant=42550731735271 |
| 20 | Bohonini | | https://www.bohonini.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses-1?variant=42550731800807 |
| 20 | Bohonini | | https://www.bohonini.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses-1?variant=42550731866343 |
| 20 | Bohonini | | https://www.bohonini.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses-1?variant=42550731931879 |
| 21 | Jiangsiyun | WALMART | https://www.walmart.com/ip/Bomotoo-Women-Casual-Maxi-Dresses-Butterfly-Print-Flowy-Sundress-Summer-Sexy-Irregular-Hem-Kaftan-Dress/562356886 |
| 21 | Jiangsiyun | WALMART | https://www.walmart.com/ip/Bomotoo-Women-Casual-Maxi-Dresses-Butterfly-Print-Flowy-Sundress-Summer-Sexy-Irregular-Hem-Kaftan-Dress/667394835 |
| 21 | Jiangsiyun | WALMART | https://www.walmart.com/ip/Bomotoo-Women-Casual-Maxi-Dresses-Butterfly-Print-Flowy-Sundress-Summer-Sexy-Irregular-Hem-Kaftan-Dress/129935263 |
| 21 | Jiangsiyun | WALMART | https://www.walmart.com/ip/Bomotoo-Women-Casual-Maxi-Dresses-Butterfly-Print-Flowy-Sundress-Summer-Sexy-Irregular-Hem-Kaftan-Dress/518743836 |
| 21 | Jiangsiyun | WALMART | https://www.walmart.com/ip/Bomotoo-Women-Casual-Maxi-Dresses-Butterfly-Print-Flowy-Sundress-Summer-Sexy-Irregular-Hem-Kaftan-Dress/493543390 |
| 21 | Jiangsiyun | WALMART | https://www.walmart.com/ip/Bomotoo-Women-Casual-Maxi-Dresses-Butterfly-Print-Flowy-Sundress-Summer-Sexy-Irregular-Hem-Kaftan-Dress/434367831 |
| 21 | Jiangsiyun | WALMART | https://www.walmart.com/ip/Bomotoo-Women-Casual-Maxi-Dresses-Butterfly-Print-Flowy-Sundress-Summer-Sexy-Irregular-Hem-Kaftan-Dress/388181241 |
| 22 | BRKEWI FASHION | WALMART | https://www.walmart.com/ip/Women-Chiffon-Cardigan-Tops-Long-Sleeve-Plus-Size-Butterfly-Printed-T-Shirt-Summer-Beach-Kaftan-One-Shoulder-Blouses/1319158403 |
| 22 | BRKEWI FASHION | WALMART | https://www.walmart.com/ip/Women-Chiffon-Cardigan-Tops-Long-Sleeve-Plus-Size-Butterfly-Printed-T-Shirt-Summer-Beach-Kaftan-One-Shoulder-Blouses/1244013036 |
| 22 | BRKEWI FASHION | WALMART | https://www.walmart.com/ip/Women-Chiffon-Cardigan-Tops-Long-Sleeve-Plus-Size-Butterfly-Printed-T-Shirt-Summer-Beach-Kaftan-One-Shoulder-Blouses/1925020776 |
| 22 | BRKEWI FASHION | WALMART | https://www.walmart.com/ip/Women-Chiffon-Cardigan-Tops-Long-Sleeve-Plus-Size-Butterfly-Printed-T-Shirt-Summer-Beach-Kaftan-One-Shoulder-Blouses/1784772313 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 22 | BRKEWI FASHION | WALMART | https://www.walmart.com/ip/Women-Chiffon-Cardigan-Tops-Long-Sleeve-Plus-Size-Butterfly-Printed-T-Shirt-Summer-Beach-Kaftan-One-Shoulder-Blouses/1135348314 |
| 22 | BRKEWI FASHION | WALMART | https://www.walmart.com/ip/Women-Chiffon-Cardigan-Tops-Long-Sleeve-Plus-Size-Butterfly-Printed-T-Shirt-Summer-Beach-Kaftan-One-Shoulder-Blouses/1184036732 |
| 22 | BRKEWI FASHION | WALMART | https://www.walmart.com/ip/Women-Chiffon-Cardigan-Tops-Long-Sleeve-Plus-Size-Butterfly-Printed-T-Shirt-Summer-Beach-Kaftan-One-Shoulder-Blouses/1846667301 |
| 22 | BRKEWI FASHION | WALMART | https://www.walmart.com/ip/Women-Chiffon-Cardigan-Tops-Long-Sleeve-Plus-Size-Butterfly-Printed-T-Shirt-Summer-Beach-Kaftan-One-Shoulder-Blouses/1973392657 |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=5f21329b-bc62-4ea9-a009-4b027959e824 |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=79b8e245-d7f2-4102-b6b9-9691bececad4 |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=3917d7a6-3f15-49d4-ab04-d2dd6e974321 |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=11faeffd-25c8-4e2b-9899-eaec41b1264a |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=635af1f1-3098-418c-afdc-1f16490c4665 |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=47d7ddb5-1db5-4fb8-8acd-b51a39594cd9 |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=933ced8c-898c-4615-8687-94ce11b9fa81 |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=c48b217b-f0d4-40ac-b9ad-924e1eda0561 |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=9a4a398a-546f-4d23-9f2b-27b58930defc |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=3e55a659-e0a2-4226-81b5-0f2c241bb303 |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=aa3ea3a7-88b5-40fe-9efa-c5e214b64c3b |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=ab4032eb-b3ff-4017-b513-b84f2e251fff |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=424876d8-cadb-47f9-8da8-38e115dc45dc |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=63dbeef9-515c-4b47-aef8-3c1e279b3a42 |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=f6a08c0b-7c48-4559-82d0-82f65a11e600 |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=42953cf6-bde1-4e9f-add8-bfe842484f58 |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=be82e6d4-819e-41c9-a59c-729d84ab7ea2 |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=9dd1c903-d0d1-4b8f-a63d-100e5d0812c9 |
| 23 | BUDGETG | | https://www.budgetg.com/products/tunic-casual-high-street-dresses?variant=326ff4b5-4c77-46d1-b4b2-f6161c0476a9 |
| 24 | INTENTIONALLY OMITTED | | |
| 25 | Caihui | WALMART | https://www.walmart.com/ip/Calzi-Women-Butterfly-Print-kaftan-Dress-Sexy-Dresses-Casual-Smooth-Maxi-Irregular-Hem-Animal-Sundress/370407104 |
| 25 | Caihui | WALMART | https://www.walmart.com/ip/Calzi-Women-Butterfly-Print-kaftan-Dress-Sexy-Dresses-Casual-Smooth-Maxi-Irregular-Hem-Animal-Sundress/891639074 |
| 25 | Caihui | WALMART | https://www.walmart.com/ip/Calzi-Women-Butterfly-Print-kaftan-Dress-Sexy-Dresses-Casual-Smooth-Maxi-Irregular-Hem-Animal-Sundress/603159332 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 25 | Caihui | WALMART | https://www.walmart.com/ip/Calzi-Women-Butterfly-Print-kaftan-Dress-Sexy-Dresses-Casual-Smooth-Maxi-Irregular-Hem-Animal-Sundress/982923632 |
| 25 | Caihui | WALMART | https://www.walmart.com/ip/Calzi-Women-Butterfly-Print-kaftan-Dress-Sexy-Dresses-Casual-Smooth-Maxi-Irregular-Hem-Animal-Sundress/543726595 |
| 25 | Caihui | WALMART | https://www.walmart.com/ip/Calzi-Women-Butterfly-Print-kaftan-Dress-Sexy-Dresses-Casual-Smooth-Maxi-Irregular-Hem-Animal-Sundress/972026552 |
| 25 | Caihui | WALMART | https://www.walmart.com/ip/Calzi-Women-Butterfly-Print-kaftan-Dress-Sexy-Dresses-Casual-Smooth-Maxi-Irregular-Hem-Animal-Sundress/161540653 |
| 26 | Kolopland Industrial Trading Group Ltd | WALMART | https://www.walmart.com/ip/Capreze-Ladies-Satin-Maxi-Dresses-Casual-Floral-Print-Kaftan-Dress-Beach-Sundress-Butterfly/152747250 |
| 26 | Kolopland Industrial Trading Group Ltd | WALMART | https://www.walmart.com/ip/Capreze-Ladies-Satin-Maxi-Dresses-Casual-Floral-Print-Kaftan-Dress-Beach-Sundress-Butterfly/498928493 |
| 26 | Kolopland Industrial Trading Group Ltd | WALMART | https://www.walmart.com/ip/Capreze-Ladies-Satin-Maxi-Dresses-Casual-Floral-Print-Kaftan-Dress-Beach-Sundress-Butterfly/514213444 |
| 26 | Kolopland Industrial Trading Group Ltd | WALMART | https://www.walmart.com/ip/Capreze-Ladies-Satin-Maxi-Dresses-Casual-Floral-Print-Kaftan-Dress-Beach-Sundress-Butterfly/331351437 |
| 26 | Kolopland Industrial Trading Group Ltd | WALMART | https://www.walmart.com/ip/Capreze-Ladies-Satin-Maxi-Dresses-Casual-Floral-Print-Kaftan-Dress-Beach-Sundress-Butterfly/403721013 |
| 26 | Kolopland Industrial Trading Group Ltd | WALMART | https://www.walmart.com/ip/Capreze-Ladies-Satin-Maxi-Dresses-Casual-Floral-Print-Kaftan-Dress-Beach-Sundress-Butterfly/797082471 |
| 26 | Kolopland Industrial Trading Group Ltd | WALMART | https://www.walmart.com/ip/Capreze-Ladies-Satin-Maxi-Dresses-Casual-Floral-Print-Kaftan-Dress-Beach-Sundress-Butterfly/281349449 |
| 27 | CAPRIFY | | https://caprify.shop/products/vintage-butterfly-print-loose-cover-dress-women-sexy-skew-collar-one-shoulder-long-dress-spring-summer-sleeveless-beach-dresses?variant=42725222154483 |
| 27 | CAPRIFY | | https://caprify.shop/products/vintage-butterfly-print-loose-cover-dress-women-sexy-skew-collar-one-shoulder-long-dress-spring-summer-sleeveless-beach-dresses?variant=42725222514931 |
| 27 | CAPRIFY | | https://caprify.shop/products/vintage-butterfly-print-loose-cover-dress-women-sexy-skew-collar-one-shoulder-long-dress-spring-summer-sleeveless-beach-dresses?variant=42725222023411 |
| 27 | CAPRIFY | | https://caprify.shop/products/vintage-butterfly-print-loose-cover-dress-women-sexy-skew-collar-one-shoulder-long-dress-spring-summer-sleeveless-beach-dresses?variant=42725222777075 |
| 27 | CAPRIFY | | https://caprify.shop/products/vintage-butterfly-print-loose-cover-dress-women-sexy-skew-collar-one-shoulder-long-dress-spring-summer-sleeveless-beach-dresses?variant=42725222383859 |
| 27 | CAPRIFY | | https://caprify.shop/products/vintage-butterfly-print-loose-cover-dress-women-sexy-skew-collar-one-shoulder-long-dress-spring-summer-sleeveless-beach-dresses?variant=42725222646003 |
| 27 | CAPRIFY | | https://caprify.shop/products/chiffon-beach-cover-up-print-tiger-striped-kaftan-tunics-summer-swimsuit-cover-up-plus-size-pareos-pants-beach-kimono-beachwear?_pos=1&_sid=d8d43e98b&_ss=r |
| 27 | CAPRIFY | | https://caprify.shop/products/2022-boho-print-tops-or-pants-casual-sexy-belt-summer-clothes-woman-slash-neck-top-bottoms-full-length-pants-beach-wear-a1062-1?_pos=2&_sid=d8d43e98b&_ss=r&variant=42725253382387 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 28 | CHICINDRESS | | https://www.chicindress.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses?variant=42656558678239&pp=0&epik=dj0yJnU9ZTBOR3FzMzhBVmJhdnIIajBPMkg1NTdtT0d3UWN3bkcmcD0xJm49eVgxMzFxOXJFU0JncjRVUFJuTGpvQSZ0PUFBQUFBR01hSGhj |
| 28 | CHICINDRESS | | https://www.chicindress.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses?variant=42656558743775 |
| 28 | CHICINDRESS | | https://www.chicindress.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses?variant=42656558809311 |
| 28 | CHICINDRESS | | https://www.chicindress.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses?variant=42656559136991 |
| 28 | CHICINDRESS | | https://www.chicindress.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses?variant=42656559300831 |
| 28 | CHICINDRESS | | https://www.chicindress.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses?variant=42656559497439 |
| 29 | CHICAGGO | | https://www.chicaggo.com/products/personalized-print-oblique-shoulder-flowy-beach-dresses-bikini-cover-ups?variant=6ed95c65-6d86-4299-9baf-cbd1dd17532d&epik=dj0yJnU9S1h0bUVDcWJXOXINdk1ZZINYd0V2QXIvcTBPQ21Eamgmc D0wJm49OTN0bThoYlczajRLdTZHRXhRTS1qdyZ0PUFBQUFBR01hSHln |
| 29 | CHIGAGGO | | https://www.chicaggo.com/products/personalized-print-oblique-shoulder-flowy-beach-dresses-bikini-cover-ups?variant=e954d413-cc07-4b85-98d5-4cf180747565&epik=dj0yJnU9S1h0bUVDcWJXOXINdk1ZZINYd0V2QXIvcTBPQ21EamgmcD 0wJm49OTN0bThoYlczajRLdTZHRXhRTS1qdyZ0PUFBQUFBR01hSHln |
| 29 | CHIGAGGO | | https://www.chicaggo.com/products/personalized-print-oblique-shoulder-flowy-beach-dresses-bikini-cover-ups?variant=9a9e290b-4b7a-4eab-9da4-43bb2cd69738&epik=dj0yJnU9S1h0bUVDcWJXOXINdk1ZZINYd0V2QXIvcTBPQ21Eamgmc D0wJm49OTN0bThoYlczajRLdTZHRXhRTS1qdyZ0PUFBQUFBR01hSHln |
| 29 | CHIGAGGO | | https://www.chicaggo.com/products/personalized-print-oblique-shoulder-flowy-beach-dresses-bikini-cover-ups?variant=a166cde8-7346-42db-ba1e-da7b739d0247&epik=dj0yJnU9S1h0bUVDcWJXOXINdk1ZZINYd0V2QXIvcTBPQ21Eamgmc D0wJm49OTN0bThoYlczajRLdTZHRXhRTS1qdyZ0PUFBQUFBR01hSHln |
| 29 | CHIGAGGO | | https://www.chicaggo.com/products/personalized-print-oblique-shoulder-flowy-beach-dresses-bikini-cover-ups?variant=cc777072-70d1-4f51-bcd0-f57fcfb043b1&epik=dj0yJnU9S1h0bUVDcWJXOXINdk1ZZINYd0V2QXIvcTBPQ21EamgmcD0 wJm49OTN0bThoYlczajRLdTZHRXhRTS1qdyZ0PUFBQUFBR01hSHln |
| 29 | CHIGAGGO | | https://www.chicaggo.com/products/personalized-print-oblique-shoulder-flowy-beach-dresses-bikini-cover-ups?variant=f48ba63a-ed18-4dc1-8f15-fb08ac55611a&epik=dj0yJnU9S1h0bUVDcWJXOXINdk1ZZINYd0V2QXIvcTBPQ21EamgmcD 0wJm49OTN0bThoYlczajRLdTZHRXhRTS1qdyZ0PUFBQUFBR01hSHln |
| 29 | CHIGAGGO | | https://www.chicaggo.com/products/personalized-print-oblique-shoulder-flowy-beach-dresses-bikini-cover-ups?variant=52284937-4b51-422f-8cf5-3ba69785c3df&epik=dj0yJnU9S1h0bUVDcWJXOXINdk1ZZINYd0V2QXIvcTBPQ21EamgmcD 0wJm49OTN0bThoYlczajRLdTZHRXhRTS1qdyZ0PUFBQUFBR01hSHln |
| 29 | CHIGAGGO | | https://www.chicaggo.com/products/personalized-print-oblique-shoulder-flowy-beach-dresses-bikini-cover-ups?variant=a597489a-002c-4b0d-9450-6e28efb04378&epik=dj0yJnU9S1h0bUVDcWJXOXINdk1ZZINYd0V2QXIvcTBPQ21EamgmcD 0wJm49OTN0bThoYlczajRLdTZHRXhRTS1qdyZ0PUFBQUFBR01hSHln |
| 30 | CHRISDORSEY | | https://www.chrisdorseyonline.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses?variant=42802484510955 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B09SLSMN2P/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkGVkUXVhbGImaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWVkVNVzU4MVvk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZTh=1&psc=1 |
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B09SLV4W77/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkGVkUXVhbGImaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWVkVNVzU4MVvk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZTh=1&psc=1 |
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B09SLV8WX1/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkGVkUXVhbGImaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWVkVNVzU4MVvk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZTh=1&psc=1 |
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B09SLVCSYL/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkGVkUXVhbGImaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWVkVNVzU4MVvk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZTh=1&psc=1 |
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B09SLVK7VC/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkGVkUXVhbGImaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWVkVNVzU4MVvk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZTh=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B09SLVPL3G/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUExRzQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkkV05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkvVNVzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ==&th=1&psc=1 |
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B09SLVVCR6/ref=sspa_dk_detail_2?psc=1&pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUExRzQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkkV05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkvVNVzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ== |
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B09SLWH5DJ/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUExRzQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkkV05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkvVNVzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ==&th=1&psc=1 |
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B09SLXD7W5/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUExRzQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkkV05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkvVNVzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ==&th=1&psc=1 |
| 31 | Chunoy | AMAZON | https://www.amazon.com/Chunoy-Women-Front-Sleeve-Kaftan/dp/B09T6LGLKF?th=1 |
| 31 | Chunoy | AMAZON | https://www.amazon.com/Chunoy-Women-Front-Sleeve-Kaftan/dp/B09T6MGN5H?th=1 |
| 31 | Chunoy | AMAZON | https://www.amazon.com/Chunoy-Women-Front-Sleeve-Kaftan/dp/B09T6MQM7S?th=1 |
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B09T6N8JND?ref_=cm_sw_r_cp_ud_dp_4D8TBRFS6A9C1E4Q99CT&th=1 |
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B09T6NMKQC?ref_=cm_sw_r_cp_ud_dp_4D8TBRFS6A9C1E4Q99CT |
| 31 | Chunoy | AMAZON | https://www.amazon.com/Chunoy-Women-Front-Sleeve-Kaftan/dp/B09WCZXX51 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B0B1J9DQ9S/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWMmWF0aWM&spLa=ZW5jcnlwdGVkGVkUXVhbGImaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkvVNVzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B0B1J9DQ9Y/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWMmWF0aWM&spLa=ZW5jcnlwdGVkGVkUXVhbGImaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkvVNVzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B0B1J9HC63/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWMmWF0aWM&spLa=ZW5jcnlwdGVkGVkUXVhbGImaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTYyNTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkvVNVzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B0B1J9XH3D/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWMmWF0aWM&spLa=ZW5jcnlwdGVkGVkUXVhbGImaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTYyNTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkvVNVzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B0B1J9Z7H3/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWMmWF0aWM&spLa=ZW5jcnlwdGVkGVkUXVhbGImaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTYyNTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkvVNVzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B0B1JB82BK/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkVNVzU4MVvk3JndpZGdldE5hbWU9c3BfZGV0YWlsS 3RoZW1hdGljJmFjdGlvbj1jbGljjua1JlZGlyZWN0Tm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B0B1JCMZZQ/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkVNVzU4MVvk3JndpZGdldE5hbWU9c3BfZGV0YWlsS 3RoZW1hdGljJmFjdGlvbj1jbGljjua1JlZGlyZWN0Tm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 31 | Chunoy | AMAZON | https://www.amazon.com/dp/B0B1JDGJC5/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkVNVzU4MVvk3JndpZGdldE5hbWU9c3BfZGV0YWlsS 3RoZW1hdGljJmFjdGlvbj1jbGljjua1JlZGlyZWN0Tm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 32 | Change Especially Inc | WALMART | https://www.walmart.com/ip/Cindysus-Women-Casual-Butterfly-Print-Kaftan-Dress-Ladies-Flowy-Dresses-Cold-Shoulder-Vacation-Irregular-Hem-Smooth-Maxi-Dress/147867805 |
| 32 | Change Especially Inc | WALMART | https://www.walmart.com/ip/Cindysus-Women-Casual-Butterfly-Print-Kaftan-Dress-Ladies-Flowy-Dresses-Cold-Shoulder-Vacation-Irregular-Hem-Smooth-Maxi-Dress/179146927 |
| 32 | Change Especially Inc | WALMART | https://www.walmart.com/ip/Cindysus-Women-Casual-Butterfly-Print-Kaftan-Dress-Ladies-Flowy-Dresses-Cold-Shoulder-Vacation-Irregular-Hem-Smooth-Maxi-Dress/549048793 |
| 32 | Change Especially Inc | WALMART | https://www.walmart.com/ip/Cindysus-Women-Casual-Butterfly-Print-Kaftan-Dress-Ladies-Flowy-Dresses-Cold-Shoulder-Vacation-Irregular-Hem-Smooth-Maxi-Dress/365762625 |
| 32 | Change Especially Inc | WALMART | https://www.walmart.com/ip/Cindysus-Women-Casual-Butterfly-Print-Kaftan-Dress-Ladies-Flowy-Dresses-Cold-Shoulder-Vacation-Irregular-Hem-Smooth-Maxi-Dress/376555341 |
| 32 | Change Especially Inc | WALMART | https://www.walmart.com/ip/Cindysus-Women-Casual-Butterfly-Print-Kaftan-Dress-Ladies-Flowy-Dresses-Cold-Shoulder-Vacation-Irregular-Hem-Smooth-Maxi-Dress/999661255 |
| 33 | zhigou1967 | AMAZON | https://www.amazon.com/dp/B09XJS76L9/ref=cm_sw_r_api_i_MP7EBAAP6JYN0DJK0T860?th=1 |
| 33 | zhigou1967 | AMAZON | https://www.amazon.com/dp/B09XJR85KG/ref=cm_sw_r_api_i_MP7EBAAP6JYN0DJK0T86_0?th=1 |
| 33 | zhigou1967 | AMAZON | https://www.amazon.com/dp/B09V57FPYJ/ref=cm_sw_r_api_i_MP7EBAAP6JYN0DJK0T86_0?th=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 33 | zhigou1967 | AMAZON | https://www.amazon.com/dp/B09V57QTQF/ref=cm_sw_r_api_i_MP7EBAAP6JYN0DJK0T86_0?th=1 |
| 33 | zhigou1967 | AMAZON | https://www.amazon.com/dp/B09V55D12D/ref=cm_sw_r_api_i_MP7EBAAP6JYN0DJK0T86_0?th=1 |
| 33 | zhigou1967 | AMAZON | https://www.amazon.com/dp/B09V55NMSF/ref=cm_sw_r_api_i_MP7EBAAP6JYN0DJK0T86_0?th=1 |
| 33 | zhigou1967 | AMAZON | https://www.amazon.com/dp/B09V55TZTM/ref=cm_sw_r_api_i_MP7EBAAP6JYN0DJK0T86_0?th=1 |
| 33 | zhigou1967 | AMAZON | https://www.amazon.com/dp/B09V57LH3S/ref=cm_sw_r_api_i_MP7EBAAP6JYN0DJK0T86_0?th=1 |
| 33 | zhigou1967 | AMAZON | https://www.amazon.com/dp/B09XJRKFPL/ref=cm_sw_r_api_i_MRQDHGSS01M2CK6KNWND_0?th=1 |
| 33 | zhigou1967 | AMAZON | https://www.amazon.com/dp/B09V5763F2/ref=cm_sw_r_api_i_MRQDHGSS01M2CK6KNWND_0?th=1 |
| 33 | zhigou1967 | AMAZON | https://www.amazon.com/dp/B09XJVGMD5/ref=cm_sw_r_api_i_MP7EBAAP6JYN0DJK0T86_0?th=1 |
| 33 | zhigou1967 | AMAZON | https://www.amazon.com/dp/B09XJS76L9/ref=cm_sw_r_api_i_MP7EBAAP6JYN0DJK0T86_0?th=1 |
| 33 | zhigou1967 | AMAZON | https://www.amazon.com/dp/B0B4V4NF5L/ref=cm_sw_r_api_i_MRQDHGSS01M2CK6KNWND_0?th=1 |
| 33 | zhigou1967 | AMAZON | https://www.amazon.com/dp/B0B4V8CLDN/ref=cm_sw_r_api_i_MRQDHGSS01M2CK6KNWND_0?th=1 |
| 33 | zhigou1967 | AMAZON | https://www.amazon.com/dp/B09XJSS5Q8/ref=cm_sw_r_api_i_MP7EBAAP6JYN0DJK0T86_0 |
| 34 | COSYPPE | | https://www.cosyppe.com/product/hawaii-style-one-shoulder-midi-dress/?attribute_pa_color=rose-red&attribute_pa_size=m |
| 35 | CXINS | AMAZON | https://www.amazon.com/CXINS-Swimwear-Green-One-Size/dp/B09TX91ZKM/ref=sr_1_1442?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660595328&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-1442 |
| 35 | CXINS | AMAZON | https://www.amazon.com/CXINS-Swimwear-Green-One-Size/dp/B09TX8TBNQ/ref=sr_1_1442?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595328&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1442&th=1&psc=1 |
| 35 | CXINS | AMAZON | https://www.amazon.com/CXINS-Swimwear-Green-One-Size/dp/B09TX9RRTV/ref=sr_1_1442?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595328&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1442&th=1&psc=1 |
| 36 | DOLKFU | WALMART | https://www.walmart.com/ip/DOLKFU-Women-Trendy-Beach-Long-Dress-Printed-Kaftan-Long-V-Neck-Sleeveless-Backless-Camis-Dress/1992048839 |
| 36 | DOLKFU | WALMART | https://www.walmart.com/ip/DOLKFU-Women-Trendy-Beach-Long-Dress-Printed-Kaftan-Long-V-Neck-Sleeveless-Backless-Camis-Dress/1631478942 |
| 36 | DOLKFU | WALMART | https://www.walmart.com/ip/DOLKFU-Women-Trendy-Beach-Long-Dress-Printed-Kaftan-Long-V-Neck-Sleeveless-Backless-Camis-Dress/1475422556 |
| 36 | DOLKFU | WALMART | https://www.walmart.com/ip/DOLKFU-Women-Trendy-Beach-Long-Dress-Printed-Kaftan-Long-V-Neck-Sleeveless-Backless-Camis-Dress/1925714386 |
| 36 | DOLKFU | WALMART | https://www.walmart.com/ip/DOLKFU-Women-Trendy-Beach-Long-Dress-Printed-Kaftan-Long-V-Neck-Sleeveless-Backless-Camis-Dress/1562449668 |
| 36 | DOLKFU | WALMART | https://www.walmart.com/ip/DOLKFU-Women-Trendy-Beach-Long-Dress-Printed-Kaftan-Long-V-Neck-Sleeveless-Backless-Camis-Dress/1705485569 |
| 36 | DOLKFU | WALMART | https://www.walmart.com/ip/DOLKFU-Women-Trendy-Beach-Long-Dress-Printed-Kaftan-Long-V-Neck-Sleeveless-Backless-Camis-Dress/1745149470 |
| 36 | DOLKFU | WALMART | https://www.walmart.com/ip/DOLKFU-Women-Trendy-Beach-Long-Dress-Printed-Kaftan-Long-V-Neck-Sleeveless-Backless-Camis-Dress/1096197109 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 36 | DOLKFU | WALMART | https://www.walmart.com/ip/DOLKFU-Women-Trendy-Beach-Long-Dress-Printed-Kaftan-Long-V-Neck-Sleeveless-Backless-Camis-Dress/1580297726 |
| 37 | Drestiny | | https://www.drestiny.net/products/womens-swimsuit-cover-ups-various-prints-styles-available |
| 37 | Drestiny | | https://www.drestiny.net/products/womens-swimsuit-cover-ups-various-prints-styles-available?variant=39803503083693 |
| 37 | Drestiny | | https://www.drestiny.net/products/womens-swimsuit-cover-ups-various-prints-styles-available?variant=39803501805741 |
| 37 | Drestiny | | https://www.drestiny.net/products/womens-swimsuit-cover-ups-various-prints-styles-available?variant=39803502985389 |
| 37 | Drestiny | | https://www.drestiny.net/products/womens-swimsuit-cover-ups-various-prints-styles-available?variant=39803502330029 |
| 37 | Drestiny | | https://www.drestiny.net/products/womens-swimsuit-cover-ups-various-prints-styles-available?variant=39803502231725 |
| 37 | Drestiny | | https://www.drestiny.net/products/womens-swimsuit-cover-ups-various-prints-styles-available?variant=39803502428333 |
| 37 | Drestiny | | https://www.drestiny.net/products/womens-swimsuit-cover-ups-various-prints-styles-available?variant=39803503739053 |
| 37 | Drestiny | | https://www.drestiny.net/products/womens-swimsuit-cover-ups-various-prints-styles-available?variant=39803503968429 |
| 37 | Drestiny | | https://www.drestiny.net/products/womens-swimsuit-cover-ups-various-prints-styles-available?variant=39803503411373 |
| 37 | Drestiny | | https://www.drestiny.net/products/womens-swimsuit-cover-ups-various-prints-styles-available?variant=39803503509677 |
| 37 | Drestiny | | https://www.drestiny.net/products/womens-swimsuit-cover-ups-various-prints-styles-available?variant=39803503870125 |
| 38 | EDOLYNSA Official Storefront | AMAZON | https://www.amazon.com/dp/B09LS1VJ7C/ref=cm_sw_r_api_i_6D4AH4C59AH8ZE5KQKP4_0?_encoding=UTF8&psc=1 |
| 38 | EDOLYNSA Official Storefront | AMAZON | https://www.amazon.com/dp/B08TQW2M38/ref=cm_sw_r_api_i_6D4AH4C59AH8ZE5KQKP4_0?_encoding=UTF8&th=1&psc=1 |
| 38 | EDOLYNSA Official Storefront | AMAZON | https://www.amazon.com/dp/B08TR5Q1S8/ref=cm_sw_r_api_i_6D4AH4C59AH8ZE5KQKP4_0?_encoding=UTF8&th=1&psc=1 |
| 38 | EDOLYNSA Official Storefront | AMAZON | https://www.amazon.com/dp/B09LS1L98N/ref=cm_sw_r_api_i_6D4AH4C59AH8ZE5KQKP4_0?_encoding=UTF8&th=1&psc=1 |
| 38 | EDOLYNSA Official Storefront | AMAZON | https://www.amazon.com/dp/B09XMKJMSS/ref=cm_sw_r_api_i_6D4AH4C59AH8ZE5KQKP4_0?_encoding=UTF8&th=1&psc=1 |
| 38 | EDOLYNSA Official Storefront | AMAZON | https://www.amazon.com/dp/B091GQKGXX/ref=cm_sw_r_api_i_6D4AH4C59AH8ZE5KQKP4_0?_encoding=UTF8&th=1&psc=1 |
| 38 | EDOLYNSA Official Storefront | AMAZON | https://www.amazon.com/dp/B08TQGY684/ref=cm_sw_r_api_i_6D4AH4C59AH8ZE5KQKP4_0?_encoding=UTF8&th=1&psc=1 |
| 38 | EDOLYNSA Official Storefront | AMAZON | https://www.amazon.com/dp/B08YQWMHL1/ref=cm_sw_r_api_i_6D4AH4C59AH8ZE5KQKP4_0?_encoding=UTF8&th=1&psc=1 |
| 38 | EDOLYNSA Official Storefront | AMAZON | https://www.amazon.com/dp/B09LRYT4H5/ref=cm_sw_r_api_i_6D4AH4C59AH8ZE5KQKP4_0?_encoding=UTF8&th=1&psc=1 |
| 38 | EDOLYNSA Official Storefront | AMAZON | https://www.amazon.com/dp/B08TR94MSS/ref=cm_sw_r_api_i_6D4AH4C59AH8ZE5KQKP4_0?_encoding=UTF8&th=1&psc=1 |
| 38 | EDOLYNSA Official Storefront | AMAZON | https://www.amazon.com/dp/B09LRYCJD4/ref=cm_sw_r_api_i_6D4AH4C59AH8ZE5KQKP4_0?_encoding=UTF8&th=1&psc=1 |
| 38 | EDOLYNSA Official Storefront | AMAZON | https://www.amazon.com/dp/B09LRZKT9S/ref=cm_sw_r_api_i_6D4AH4C59AH8ZE5KQKP4_0?_encoding=UTF8&th=1&psc=1 |
| 38 | EDOLYNSA Official Storefront | AMAZON | https://www.amazon.com/dp/B09DCMSFSB/ref=cm_sw_r_api_i_6D4AH4C59AH8ZE5KQKP4_0?_encoding=UTF8&th=1&psc=1 |
| 38 | EDOLYNSA Official Storefront | AMAZON | https://www.amazon.com/dp/B09LS15SKR/ref=cm_sw_r_api_i_6D4AH4C59AH8ZE5KQKP4_0?_encoding=UTF8&th=1&psc=1 |
| 38 | EDOLYNSA Official Storefront | AMAZON | https://www.amazon.com/dp/B08TQBFBH4/ref=cm_sw_r_api_i_6D4AH4C59AH8ZE5KQKP4_0?_encoding=UTF8&th=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 39 | EKOJOY-fashion | AMAZON | Ekojoy Women's Summer Cover Up Dress Cold Shoulder Loose Kaftan Flowy Batwing Beach Swimwear(Red) at Amazon Women's Clothing store |
| 39 | EKOJOY-fashion | AMAZON | https://www.amazon.com/Ekojoy-Womens-Shoulder-Batwing-Swimwear/dp/B09ZVBD425/ref=sr_1_57?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660593704&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-57 |
| 39 | EKOJOY-fashion | AMAZON | https://www.amazon.com/Ekojoy-Womens-Shoulder-Batwing-Swimwear/dp/B09ZVBMQ5X/ref=sr_1_57?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660593704&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-57&th=1 |
| 39 | EKOJOY-fashion | AMAZON | https://www.amazon.com/Ekojoy-Womens-Shoulder-Batwing-Swimwear/dp/B09ZVBCF9M/ref=sr_1_57?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660593704&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-57&th=1 |
| 40 | Kn iuGHs | AMAZON | https://www.amazon.com/Kaftan-Shoulder-Floral-Caftan-Nightdress/dp/B09VLGWMZ8/ref=sr_1_193?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594084&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-193&th=1&psc=1 |
| 40 | Kn iuGHs | AMAZON | https://www.amazon.com/Kaftan-Shoulder-Floral-Caftan-Nightdress/dp/B09VLGMLXX/ref=sr_1_193?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594084&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-193&th=1&psc=1 |
| 40 | Kn iuGHs | AMAZON | https://www.amazon.com/Kaftan-Shoulder-Floral-Caftan-Nightdress/dp/B09VLHVMLJ/ref=sr_1_193?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594084&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-193&th=1&psc=1 |
| 40 | Kn iuGHs | AMAZON | https://www.amazon.com/Kaftan-Shoulder-Floral-Caftan-Nightdress/dp/B09VLDP5TC/ref=sr_1_193?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594084&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-193&th=1&psc=1 |
| 40 | Kn iuGHs | AMAZON | https://www.amazon.com/Kaftan-Shoulder-Floral-Caftan-Nightdress/dp/B09VLFYL8R/ref=sr_1_193?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594084&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-193&th=1&psc=1 |
| 40 | Kn iuGHs | AMAZON | https://www.amazon.com/Kaftan-Shoulder-Floral-Caftan-Nightdress/dp/B09VLF8X5Q/ref=sr_1_193?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594084&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-193&th=1&psc=1 |
| 40 | Kn iuGHs | AMAZON | https://www.amazon.com/Kaftan-Shoulder-Floral-Caftan-Nightdress/dp/B09VLFGZMB/ref=sr_1_193?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594084&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-193&th=1&psc=1 |
| 40 | Kn iuGHs | AMAZON | https://www.amazon.com/Kaftan-Shoulder-Floral-Caftan-Nightdress/dp/B09VLC4S1Z/ref=sr_1_193?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594084&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-193&th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 40 | Kn iuGHs | AMAZON | https://www.amazon.com/Kaftan-Shoulder-Floral-Caftan-Nightdress/dp/B09VLFCSKF/ref=sr_1_193?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594084&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-193&th=1&psc=1 |
| 41 | T?ktok Popular Clothing | WALMART | https://www.walmart.com/ip/Womens-Fashion-Beach-Long-Dress-Printed-Kaftan-V-Neck-Sleeveless-Backless-Camis-Summer-Boho-Hawaiian-Sundresses-Wedding-Guest-Birthday-Party-Tshirt-P/1191024542 |
| 41 | T?ktok Popular Clothing | WALMART | https://www.walmart.com/ip/Womens-Fashion-Beach-Long-Dress-Printed-Kaftan-V-Neck-Sleeveless-Backless-Camis-Summer-Boho-Hawaiian-Sundresses-Wedding-Guest-Birthday-Party-Tshirt-P/1690952727 |
| 41 | T?ktok Popular Clothing | WALMART | https://www.walmart.com/ip/Womens-Fashion-Beach-Long-Dress-Printed-Kaftan-V-Neck-Sleeveless-Backless-Camis-Summer-Boho-Hawaiian-Sundresses-Wedding-Guest-Birthday-Party-Tshirt-P/1611976029 |
| 41 | T?ktok Popular Clothing | WALMART | https://www.walmart.com/ip/Womens-Fashion-Beach-Long-Dress-Printed-Kaftan-V-Neck-Sleeveless-Backless-Camis-Summer-Boho-Hawaiian-Sundresses-Wedding-Guest-Birthday-Party-Tshirt-P/1491610940 |
| 41 | T?ktok Popular Clothing | WALMART | https://www.walmart.com/ip/Womens-Fashion-Beach-Long-Dress-Printed-Kaftan-V-Neck-Sleeveless-Backless-Camis-Summer-Boho-Hawaiian-Sundresses-Wedding-Guest-Birthday-Party-Tshirt-P/1027079707 |
| 42 | Fashion Farrah | | https://farrahfashion.myshopify.com/products/2022-fashion-printed-batwing-sleeve-women-party-dress-fashion-casual-loose-boho-beach-dress-elegant-off-shoulder-irregular-long-dress?variant=42460201746668 |
| 42 | Fashion Farrah | | https://farrahfashion.myshopify.com/products/2022-fashion-printed-batwing-sleeve-women-party-dress-fashion-casual-loose-boho-beach-dress-elegant-off-shoulder-irregular-long-dress?variant=42460201353452 |
| 42 | Fashion Farrah | | https://farrahfashion.myshopify.com/products/2022-fashion-printed-batwing-sleeve-women-party-dress-fashion-casual-loose-boho-beach-dress-elegant-off-shoulder-irregular-long-dress?variant=42460201484524 |
| 42 | Fashion Farrah | | https://farrahfashion.myshopify.com/products/2022-fashion-printed-batwing-sleeve-women-party-dress-fashion-casual-loose-boho-beach-dress-elegant-off-shoulder-irregular-long-dress?variant=42460201615596 |
| 42 | Fashion Farrah | | https://farrahfashion.myshopify.com/products/2022-fashion-printed-batwing-sleeve-women-party-dress-fashion-casual-loose-boho-beach-dress-elegant-off-shoulder-irregular-long-dress?variant=42460201746668 |
| 42 | Fashion Farrah | | https://farrahfashion.myshopify.com/products/2022-fashion-printed-batwing-sleeve-women-party-dress-fashion-casual-loose-boho-beach-dress-elegant-off-shoulder-irregular-long-dress?variant=42460201877740 |
| 42 | Fashion Farrah | | https://farrahfashion.myshopify.com/products/2022-fashion-printed-batwing-sleeve-women-party-dress-fashion-casual-loose-boho-beach-dress-elegant-off-shoulder-irregular-long-dress?variant=42460202139884 |
| 43 | FIDOAI | | https://fidoai.com/products/fashion-vacation-print-split-joint-one-shoulder-irregular-dresses?variant=42871924719844 |
| 43 | FIDOAI | | https://fidoai.com/products/fashion-vacation-print-split-joint-one-shoulder-irregular-dresses?variant=42871924457700 |
| 43 | FIDOAI | | https://fidoai.com/products/fashion-vacation-print-split-joint-one-shoulder-irregular-dresses?variant=42871924588772 |
| 43 | FIDOAI | | https://fidoai.com/products/fashion-vacation-print-split-joint-one-shoulder-irregular-dresses?variant=42871924850916 |
| 43 | FIDOAI | | https://fidoai.com/products/fashion-vacation-print-split-joint-one-shoulder-irregular-dresses?variant=42871924981988 |
| 44 | FLIPOM | | https://www.flipom.com/products/loose-print-shoulder-beach-holiday-sunscreen-dress-europe-and-america-commuting-irregular-dress?variant=9d45617a-16a5-4d6f-8f24-0d49b9fdc319&epik=dj0yJnU9bUY2TmFCSTZjM0ZmdDZKLUhybEFuTGRwRU00R3V0Sm0mcD0wJm49bVRFLWtqR1RHUjJSYjltaHVRQnpEdyZ0PUFBQUFBR01hSTA4 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 44 | FLIPOM | | https://www.flipom.com/products/loose-print-shoulder-beach-holiday-sunscreen-dress-europe-and-america-commuting-irregular-dress?variant=e66549bf-2b1e-4386-b226-2858c4ee5fbd&epik=dj0yJnU9bUY2TmFCSTZjM0ZmdDZKLUhybEFuTGRwRU00R3V0Sm0mcD0wJm49bVRFLWtqR1RHUjJSYjltaHVRQnpEdyZ0PUFBQUFBBR01hSTA4 |
| 44 | FLIPOM | | https://www.flipom.com/products/loose-print-shoulder-beach-holiday-sunscreen-dress-europe-and-america-commuting-irregular-dress?variant=0d49ec67-cbed-404d-816c-90f6e5523934&epik=dj0yJnU9bUY2TmFCSTZjM0ZmdDZKLUhybEFuTGRwRU00R3V0Sm0mcD0wJm49bVRFLWtqR1RHUjJSYjltaHVRQnpEdyZ0PUFBQUFBBR01hSTA4 |
| 44 | FLIPOM | | https://www.flipom.com/products/loose-print-shoulder-beach-holiday-sunscreen-dress-europe-and-america-commuting-irregular-dress?variant=5d1cfbe5-11fa-46a0-ba6c-03bfb5f69591&epik=dj0yJnU9bUY2TmFCSTZjM0ZmdDZKLUhybEFuTGRwRU00R3V0Sm0mcD0wJm49bVRFLWtqR1RHUjJSYjltaHVRQnpEdyZ0PUFBQUFBBR01hSTA4 |
| 44 | FLIPOM | | https://www.flipom.com/products/loose-print-shoulder-beach-holiday-sunscreen-dress-europe-and-america-commuting-irregular-dress?variant=e1560c77-57e5-4acf-b9b3-41cc8e7f2fa3&epik=dj0yJnU9bUY2TmFCSTZjM0ZmdDZKLUhybEFuTGRwRU00R3V0Sm0mcD0wJm49bVRFLWtqR1RHUjJSYjltaHVRQnpEdyZ0PUFBQUFBBR01hSTA4 |
| 44 | FLIPOM | | https://www.flipom.com/products/loose-print-shoulder-beach-holiday-sunscreen-dress-europe-and-america-commuting-irregular-dress?variant=81fb6204-ec05-4306-870c-55b79256864a&epik=dj0yJnU9bUY2TmFCSTZjM0ZmdDZKLUhybEFuTGRwRU00R3V0Sm0mcD0wJm49bVRFLWtqR1RHUjJSYjltaHVRQnpEdyZ0PUFBQUFBBR01hSTA4 |
| 44 | FLIPOM | | https://www.flipom.com/products/loose-print-shoulder-beach-holiday-sunscreen-dress-europe-and-america-commuting-irregular-dress?variant=c7a6c063-123b-41a3-89d2-c54aabe15a74&epik=dj0yJnU9bUY2TmFCSTZjM0ZmdDZKLUhybEFuTGRwRU00R3V0Sm0mcD0wJm49bVRFLWtqR1RHUjJSYjltaHVRQnpEdyZ0PUFBQUFBBR01hSTA4 |
| 45 | Flornana | | https://www.flornana.com/products/fashion-vacation-print-split-joint-one-shoulder-irregular-dresses?variant=39854940782790 |
| 45 | Flornana | | https://www.flornana.com/products/fashion-vacation-print-split-joint-one-shoulder-irregular-dresses?variant=39854940913862 |
| 45 | Flornana | | https://www.flornana.com/products/fashion-vacation-print-split-joint-one-shoulder-irregular-dresses?variant=39854941044934 |
| 45 | Flornana | | https://www.flornana.com/products/fashion-vacation-print-split-joint-one-shoulder-irregular-dresses?variant=39854941176006 |
| 45 | Flornana | | https://www.flornana.com/products/fashion-vacation-print-split-joint-one-shoulder-irregular-dresses?variant=39854941307078 |
| 46 | firmd5_ | AMAZON | https://www.amazon.com/Fowoukior-Casual-Summer-Shoulder-Batwing/dp/B09S6LNPSD/ref=sr_1_308?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660594249&s=apparel&prefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-308 |
| 46 | firmd5_ | AMAZON | https://www.amazon.com/Fowoukior-Shoulder-Casual-Oversized-Sundress/dp/B09RK1S9FT/ref=sr_1_1462?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660595408&s=apparel&prefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-1462 |
| 46 | firmd5_ | AMAZON | https://www.amazon.com/Fowoukior-Casual-Summer-Shoulder-Batwing/dp/B09S6L4SXX/ref=sr_1_308?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594249&s=apparel&prefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-308&th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 46 | firmd5_ | AMAZON | https://www.amazon.com/Fowoukior-Casual-Summer-Shoulder-Batwing/dp/B09S6M35Y9/ref=sr_1_308?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594249&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-308&th=1&psc=1 |
| 46 | firmd5_ | AMAZON | https://www.amazon.com/Fowoukior-Casual-Summer-Shoulder-Batwing/dp/B09S6LNMPT/ref=sr_1_308?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594249&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-308&th=1&psc=1 |
| 46 | firmd5_ | AMAZON | https://www.amazon.com/Fowoukior-Shoulder-Casual-Oversized-Sundress/dp/B09RK1FHTD/ref=sr_1_1462?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595408&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1462&th=1&psc=1 |
| 46 | firmd5_ | AMAZON | https://www.amazon.com/Fowoukior-Shoulder-Casual-Oversized-Sundress/dp/B09RK1YGR9/ref=sr_1_1462?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595408&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1462&th=1&psc=1 |
| 46 | firmd5_ | AMAZON | https://www.amazon.com/Fowoukior-Shoulder-Casual-Oversized-Sundress/dp/B09RK1HKQD/ref=sr_1_1462?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595408&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1462&th=1&psc=1 |
| 47 | Fridja | WALMART | https://www.walmart.com/ip/Fridja-Women-Print-Chiffon-Beach-Kaftan-Long-Loose-Cover-Up-Gown-Smock-Frock-Skew-Collar-Dress/864918705?athcpid=864918705&athpgid=Athenaltempage&athcgid=null&athznid=PWSMT&athieid=v0&athstid=CS020&athguid=9VtEiKIO9eur_9ANpX2UNkL7JWSHpoCQzzux&athancid=null&athena=true&athbdg=L1700 |
| 47 | Fridja | WALMART | https://www.walmart.com/ip/Fridja-Women-Print-Chiffon-Beach-Kaftan-Long-Loose-Cover-Up-Gown-Smock-Frock-Skew-Collar-Dress/278378817?athcpid=278378817&athpgid=Athenaltempage&athcgid=null&athznid=PWSMT&athieid=v0&athstid=CS020&athguid=xtLwSM3HTPIXwNGDmg5mxd8kJX4H2J1VkAbX&athancid=null&athena=true&athbdg=L1700 |
| 47 | Fridja | WALMART | https://www.walmart.com/ip/Fridja-Women-Print-Chiffon-Beach-Kaftan-Long-Loose-Cover-Up-Gown-Smock-Frock-Skew-Collar-Dress/885929683?variantFieldId=actual_color |
| 47 | Fridja | WALMART | https://www.walmart.com/ip/Fridja-Women-Print-Chiffon-Beach-Kaftan-Long-Loose-Cover-Up-Gown-Smock-Frock-Skew-Collar-Dress/711001073?wmlspartner=wlpa&selectedSellerId=101115012 |
| 47 | Fridja | WALMART | https://www.walmart.com/ip/Fridja-Women-Print-Chiffon-Beach-Kaftan-Long-Loose-Cover-Up-Gown-Smock-Frock-Skew-Collar-Dress/805588123 |
| 47 | Fridja | WALMART | https://www.walmart.com/ip/Fridja-Women-Print-Chiffon-Beach-Kaftan-Long-Loose-Cover-Up-Gown-Smock-Frock-Skew-Collar-Dress/975387835 |
| 47 | Fridja | WALMART | https://www.walmart.com/ip/Fridja-Women-Print-Chiffon-Beach-Kaftan-Long-Loose-Cover-Up-Gown-Smock-Frock-Skew-Collar-Dress/551496765 |
| 47 | Fridja | WALMART | https://www.walmart.com/ip/Fridja-Women-Print-Chiffon-Beach-Kaftan-Long-Loose-Cover-Up-Gown-Smock-Frock-Skew-Collar-Dress/557658551 |
| 47 | Fridja | WALMART | https://www.walmart.com/ip/Fridja-Women-Print-Chiffon-Beach-Kaftan-Long-Loose-Cover-Up-Gown-Smock-Frock-Skew-Collar-Dress/678312937 |
| 47 | Fridja | WALMART | https://www.walmart.com/ip/Fridja-Women-Print-Chiffon-Beach-Kaftan-Long-Loose-Cover-Up-Gown-Smock-Frock-Skew-Collar-Dress/963068837 |
| 47 | Fridja | WALMART | https://www.walmart.com/ip/Fridja-Women-Print-Chiffon-Beach-Kaftan-Long-Loose-Cover-Up-Gown-Smock-Frock-Skew-Collar-Dress/629244505 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 48 | Dgu Group Inc | WALMART | https://www.walmart.com/ip/Frontwalk-Ladies-Smooth-One-Shoulder-Off-Sundress-Cold-Flowy-Kaftan-Dress-Women-Floral-Print-Holiday-Maxi-Dresses/532984065 |
| 48 | Dgu Group Inc | WALMART | https://www.walmart.com/ip/Frontwork-Women-Striped-Ethnic-Kaftan-Split-Cover-Ups-Summer-Beach-Maxi-Dress-Hawaiian-Kimono-Caftans-Long-Tunic-Blouse-Size-S-XL/807799249 |
| 48 | Dgu Group Inc | WALMART | https://www.walmart.com/ip/Frontwalk-Ladies-Smooth-One-Shoulder-Off-Sundress-Cold-Flowy-Kaftan-Dress-Women-Floral-Print-Holiday-Maxi-Dresses/296834681 |
| 48 | Dgu Group Inc | WALMART | https://www.walmart.com/ip/Frontwalk-Ladies-Smooth-One-Shoulder-Off-Sundress-Cold-Flowy-Kaftan-Dress-Women-Floral-Print-Holiday-Maxi-Dresses/597340050 |
| 48 | Dgu Group Inc | WALMART | https://www.walmart.com/ip/Frontwalk-Ladies-Smooth-One-Shoulder-Off-Sundress-Cold-Flowy-Kaftan-Dress-Women-Floral-Print-Holiday-Maxi-Dresses/722369897 |
| 48 | Dgu Group Inc | WALMART | https://www.walmart.com/ip/Frontwalk-Ladies-Smooth-One-Shoulder-Off-Sundress-Cold-Flowy-Kaftan-Dress-Women-Floral-Print-Holiday-Maxi-Dresses/357294586 |
| 48 | Dgu Group Inc | WALMART | https://www.walmart.com/ip/Frontwalk-Ladies-Smooth-One-Shoulder-Off-Sundress-Cold-Flowy-Kaftan-Dress-Women-Floral-Print-Holiday-Maxi-Dresses/289877921 |
| 48 | Dgu Group Inc | WALMART | https://www.walmart.com/ip/Frontwalk-Ladies-Smooth-One-Shoulder-Off-Sundress-Cold-Flowy-Kaftan-Dress-Women-Floral-Print-Holiday-Maxi-Dresses/500892069 |
| 48 | Dgu Group Inc | WALMART | https://www.walmart.com/ip/Frontwork-Women-Striped-Ethnic-Kaftan-Split-Cover-Ups-Summer-Beach-Maxi-Dress-Hawaiian-Kimono-Caftans-Long-Tunic-Blouse-Size-S-XL/970902804 |
| 49 | Shenzhenshi Huashaokeji Youxiangongsi | WALMART | https://www.walmart.com/ip/Beach-Towel-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/1827656539 |
| 49 | Shenzhenshi Huashaokeji Youxiangongsi | WALMART | https://www.walmart.com/ip/Beach-Towel-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/1955542975 |
| 49 | Shenzhenshi Huashaokeji Youxiangongsi | WALMART | https://www.walmart.com/ip/Beach-Towel-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/1903309324 |
| 49 | Shenzhenshi Huashaokeji Youziangongsi | WALMART | https://www.walmart.com/ip/Beach-Towel-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/1703146354 |
| 50 | FUNEY 7-15Days Arrive | AMAZON | https://www.amazon.com/FUNEY-Womens-Shoulder-Batwing-Swimwear/dp/B0B4B62PPP/ref=sr_1_435?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660594449&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-435 |
| 51 | Furdela Wholesale | | https://furdelawholesale.com/products/summer-beach-sun-proof-holiday-chiffon-cardigan-1619167711?variant=39326292574242&epik=dj0yJnU9eGRCa21WQVE0WnFWU0tBUWJ1S2JFYnVwMGNzenAydzUmcD0wJm49Z1RFbVBuQWYzbmIzRIVkNmk4Z0RvUSZ0PUFBQUFBR01hR1VR |
| 51 | Furdela Wholesale | | https://furdelawholesale.com/products/summer-beach-sun-proof-holiday-chiffon-cardigan-1619167711?variant=39326292705314 |
| 51 | Furdela Wholesale | | https://furdelawholesale.com/products/summer-beach-sun-proof-holiday-chiffon-cardigan-1619167711?variant=39326292836386 |
| 52 | G.A.O Official | | https://grungeaestheticoutfits.com/product/swimsuits-bikini-outfits-women-dress-sexy-style-2022-sexy-print-long-cover-up-swimsuit-tassels-cover-up-pareo-beach-caftans-dress-women-summer-beach-wear-tunic-gao-official-5586/ |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 53 | GBSELL.Clearance! | AMAZON | https://www.amazon.com/Shoulder-Batwing-Elegant-Butterfly-Swimsuit/dp/B09NGFMRSH/ref=sr_1_245?crid=1K81PUTUVUYC7&keywords=one+should er+kaftan+for+women&qid=1660594141&s=apparel&sprefix=one+shoulder+kaftan+for+ women%2Cfashion-womens-clothing%2C126&sr=1-245 |
| 53 | GBSELL.Clearance! | AMAZON | https://www.amazon.com/Shoulder-Batwing-Elegant-Butterfly-Swimsuit/dp/B09NGFMRSH/ref=sr_1_245?crid=1K81PUTUVUYC7&keywords=one%2Bsho ulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594141&s=apparel&sprefix=one%2Bshould er%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-245&th=1&psc=1 |
| 53 | GBSELL.Clearance! | AMAZON | https://www.amazon.com/Shoulder-Batwing-Elegant-Butterfly-Swimsuit/dp/B09NFW7MMJ/ref=sr_1_245?crid=1K81PUTUVUYC7&keywords=one%2Bsh oulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594141&s=apparel&sprefix=one%2Bshoul der%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-245&th=1&psc=1 |
| 53 | GBSELL.Clearance! | AMAZON | https://www.amazon.com/Shoulder-Batwing-Elegant-Butterfly-Swimsuit/dp/B09NFWH5NX/ref=sr_1_245?crid=1K81PUTUVUYC7&keywords=one%2Bsho ulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594141&s=apparel&sprefix=one%2Bshould er%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-245&th=1&psc=1 |
| 53 | GBSELL.Clearance! | AMAZON | https://www.amazon.com/Shoulder-Batwing-Elegant-Butterfly-Swimsuit/dp/B09NGC3HN1/ref=sr_1_245?crid=1K81PUTUVUYC7&keywords=one%2Bsho ulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594141&s=apparel&sprefix=one%2Bshould er%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-245&th=1&psc=1 |
| 53 | GBSELL.Clearance! | AMAZON | https://www.amazon.com/Shoulder-Batwing-Elegant-Butterfly-Swimsuit/dp/B09NGGW1CY/ref=sr_1_245?crid=1K81PUTUVUYC7&keywords=one%2Bsho ulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594141&s=apparel&sprefix=one%2Bshould er%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-245&th=1&psc=1 |
| 53 | GBSELL.Clearance! | AMAZON | https://www.amazon.com/Shoulder-Batwing-Elegant-Butterfly-Swimsuit/dp/B09NGP3MTR/ref=sr_1_245?crid=1K81PUTUVUYC7&keywords=one%2Bsho ulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594141&s=apparel&sprefix=one%2Bshould er%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-245&th=1&psc=1 |
| 53 | GBSELL.Clearance! | AMAZON | https://www.amazon.com/Shoulder-Batwing-Elegant-Butterfly-Swimsuit/dp/B09NGJ4XCT/ref=sr_1_245?crid=1K81PUTUVUYC7&keywords=one%2Bshou lder%2Bkaftan%2Bfor%2Bwomen&qid=1660594141&s=apparel&sprefix=one%2Bshoulde r%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-245&th=1&psc=1 |
| 53 | GBSELL.Clearance! | AMAZON | https://www.amazon.com/Shoulder-Batwing-Elegant-Butterfly-Swimsuit/dp/B09NGFC2BT/ref=sr_1_245?crid=1K81PUTUVUYC7&keywords=one%2Bshou lder%2Bkaftan%2Bfor%2Bwomen&qid=1660594141&s=apparel&sprefix=one%2Bshoulde r%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-245&th=1&psc=1 |
| 53 | GBSELL.Clearance! | AMAZON | https://www.amazon.com/Shoulder-Batwing-Elegant-Butterfly-Swimsuit/dp/B09NFVK9Z6/ref=sr_1_245?crid=1K81PUTUVUYC7&keywords=one%2Bshou lder%2Bkaftan%2Bfor%2Bwomen&qid=1660594141&s=apparel&sprefix=one%2Bshoulde r%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-245&th=1&psc=1 |
| 54 | GBSELL.Clearance! | WALMART | https://www.walmart.com/ip/Spaghetti-Strap-Dress-For-Women-Kaftan-2022-Beach-Long-Print-V-Neck-Sleeveless-Backless-Camis-9418-Skirt-Pink-L/1389979352 |
| 54 | GBSELL.Clearance! | WALMART | https://www.walmart.com/ip/Spaghetti-Strap-Dress-For-Women-Kaftan-2022-Beach-Long-Print-V-Neck-Sleeveless-Backless-Camis-9418-Skirt-Pink-L/1553064765 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 54 | GBSELL.Clearance! | WALMART | https://www.walmart.com/ip/Spaghetti-Strap-Dress-For-Women-Kaftan-2022-Beach-Long-Print-V-Neck-Sleeveless-Backless-Camis-9418-Skirt-Pink-L/1284402845 |
| 54 | GBSELL.Clearance! | WALMART | https://www.walmart.com/ip/Spaghetti-Strap-Dress-For-Women-Kaftan-2022-Beach-Long-Print-V-Neck-Sleeveless-Backless-Camis-9418-Skirt-Pink-L/1215021596 |
| 54 | GBSELL.Clearance! | WALMART | https://www.walmart.com/ip/Spaghetti-Strap-Dress-For-Women-Kaftan-2022-Beach-Long-Print-V-Neck-Sleeveless-Backless-Camis-9418-Skirt-Pink-L/1643684089 |
| 54 | GBSELL.Clearance! | WALMART | https://www.walmart.com/ip/Spaghetti-Strap-Dress-For-Women-Kaftan-2022-Beach-Long-Print-V-Neck-Sleeveless-Backless-Camis-9418-Skirt-Pink-L/1025921589 |
| 55 | Shenzhenshi Huashaokeji Youziangongsi | WALMART | https://www.walmart.com/ip/Beach-Towels-Oversized-Clearance-Women-S-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/1475587146 |
| 55 | Shenzhenshi Huashaokeji Youxiangongsi | WALMART | https://www.walmart.com/ip/Beach-Towels-Oversized-Clearance-Women-S-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/1556344194 |
| 55 | Shenzhenshi Huashaokeji Youziangongsi | WALMART | https://www.walmart.com/ip/Beach-Towels-Oversized-Clearance-Women-S-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/1557196460 |
| 55 | Shenzhenshi Huashaokeji Youziangongsi | WALMART | https://www.walmart.com/ip/Beach-Towels-Oversized-Clearance-Women-S-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/1278406402 |
| 56 | Tef&XK | AMAZON | https://www.amazon.com/dp/B0B5FDFBK5/ref=cm_sw_r_api_i_NVE6640RQRKP35Z0DGSA_0 |
| 56 | Tef&XK | AMAZON | https://www.amazon.com/dp/B0B5FBNH6K/ref=cm_sw_r_api_i_NVE6640RQRKP35Z0DGSA_0?th=1 |
| 56 | Tef&XK | AMAZON | https://www.amazon.com/dp/B0B5FF4VPW/ref=cm_sw_r_api_i_NVE6640RQRKP35Z0DGSA_0?th=1 |
| 56 | Tef&XK | AMAZON | https://www.amazon.com/dp/B0B5FCT4SB/ref=cm_sw_r_api_i_NVE6640RQRKP35Z0DGSA_0?th=1 |
| 57 | Gotmes Shop | | https://www.gotmes.com/products/gotmes-shop-2022-cover-ups-beach-kimono-green-print-floral-chiffon-boho-tunic-for-beach-swimsuit-cover-up-kaftan-over-size-beachwear-pareo?variant=42682795131123 |
| 58 | Guangzhou Mai Bao Network Technology Co., Ltd. | ALIBABA | https://www.alibaba.com/product-detail/Long-Printed-Cover-Up-Bikini-Ladies_1600368835918.html?spm=a2700.shop_index.82.4.52cd1a57ObXtbc |
| 58 | Guangzhou Mai Bao Network Technology Co., Ltd. | ALIBABA | https://www.alibaba.com/product-detail/Beach-Cover-Up-Chiffon-Printed-Long_1600385873327.html?spm=a2700.factory_home.0.0.61b81de9LkRIfg |
| 59 | GoodFilling | AMAZON | https://www.amazon.com/dp/B09RB5H452?ref_=cm_sw_r_cp_ud_dp_DPZM7Z3ZTSZYH2ME0K7D |
| 59 | GoodFilling | AMAZON | https://www.amazon.com/dp/B09RB78Z7L/ref=cm_sw_r_api_i_B3T8VDVTY84SZ2XB88QE_0?th=1&psc=1 |
| 59 | GoodFilling | AMAZON | https://www.amazon.com/dp/B09RB773CD/ref=cm_sw_r_api_i_B3T8VDVTY84SZ2XB88QE_0?th=1&psc=1 |
| 59 | GoodFilling | AMAZON | https://www.amazon.com/dp/B09RB6CCRY/ref=cm_sw_r_api_i_B3T8VDVTY84SZ2XB88QE_0?th=1&psc=1 |
| 59 | GoodFilling | AMAZON | https://www.amazon.com/dp/B09RB8B8YG/ref=cm_sw_r_api_i_B3T8VDVTY84SZ2XB88QE_0?th=1&psc=1 |
| 59 | GoodFilling | AMAZON | https://www.amazon.com/dp/B09RB4SQKH/ref=cm_sw_r_api_i_B3T8VDVTY84SZ2XB88QE_0?th=1&psc=1 |
| 59 | GoodFilling | AMAZON | https://www.amazon.com/dp/B09RB7GKQ6/ref=cm_sw_r_api_i_B3T8VDVTY84SZ2XB88QE_0?th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 59 | GoodFilling | AMAZON | https://www.amazon.com/dp/B09RB84GDP/ref=cm_sw_r_api_i_B3T8VDVTY84SZ2XB88QE_0?th=1&psc=1 |
| 60 | Long&Teng | AMAZON | https://www.amazon.com/dp/B09XQZP54Z/ref=cm_sw_r_api_i_Q5T1W1SQWE49FSE0QHRD_0?_encoding=UTF8&th=1 |
| 60 | Long&Teng | AMAZON | https://www.amazon.com/dp/B09XQXF72R/ref=sspa_dk_detail_2?pd_rd_i=B09XQXQHHV&pd_rd_w=5flPz&content-id=amzn1.sym.f6ec2125-6e9c-413e-8cd4-35afc8257f69&pf_rd_p=f6ec2125-6e9c-413e-8cd4-35afc8257f69&pf_rd_r=Z03GXHBTNSQ2J9WX0RVB&pd_rd_wg=MTlg8&pd_rd_r=2467cb96-e84c-43a3-89db-5abbd53555f1&s=apparel&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUFPSjVYMzVFNFppTMU0mZW5jcnlwdGVkSWQ9QTA3MTcwOTMyQlI2MUdlRkwxWjVaJmVuY3J5cHRlZEFkSWQ9Q0TA5NTlwOTYzNDUyQjc0MFU5S0UyJndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZGljYmJjdGlvbj1jbGlja1JlZGlyZWN0Jm9vJmRvTm90TG9nQ2xpY2s9dHJ1ZQ==&th=1&psc=1 |
| 60 | Long&Teng | AMAZON | https://www.amazon.com/dp/B09XQYL596/ref=sspa_dk_detail_2?pd_rd_i=B09XQXQHHV&pd_rd_w=5flPz&content-id=amzn1.sym.f6ec2125-6e9c-413e-8cd4-35afc8257f69&pf_rd_p=f6ec2125-6e9c-413e-8cd4-35afc8257f69&pf_rd_r=Z03GXHBTNSQ2J9WX0RVB&pd_rd_wg=MTlg8&pd_rd_r=2467cb96-e84c-43a3-89db-5abbd53555f1&s=apparel&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUFPSjVYMzVFNFppTMU0mZW5jcnlwdGVkSWQ9QTA3MTcwOTMyQlI2MUdlRkwxWjVaJmVuY3J5cHRlZEFkSWQ9Q0TA5NTlwOTYzNDUyQjc0MFU5S0UyJndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZGljYmJjdGlvbj1jbGlja1JlZGlyZWN0Jm9vJmRvTm90TG9nQ2xpY2s9dHJ1ZQ==&th=1&psc=1 |
| 60 | Long&Teng | AMAZON | https://www.amazon.com/dp/B09XQZP54Z/ref=sspa_dk_detail_2?pd_rd_i=B09XQXQHHV&pd_rd_w=5flPz&content-id=amzn1.sym.f6ec2125-6e9c-413e-8cd4-35afc8257f69&pf_rd_p=f6ec2125-6e9c-413e-8cd4-35afc8257f69&pf_rd_r=Z03GXHBTNSQ2J9WX0RVB&pd_rd_wg=MTlg8&pd_rd_r=2467cb96-e84c-43a3-89db-5abbd53555f1&s=apparel&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUFPSjVYMzVFNFppTMU0mZW5jcnlwdGVkSWQ9QTA3MTcwOTMyQlI2MUdlRkwxWjVaJmVuY3J5cHRlZEFkSWQ9Q0TA5NTlwOTYzNDUyQjc0MFU5S0UyJndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZGljYmJjdGlvbj1jbGlja1JlZGlyZWN0Jm9vJmRvTm90TG9nQ2xpY2s9dHJ1ZQ==&th=1&psc=1 |
| 60 | Long&Teng | AMAZON | https://www.amazon.com/dp/B09XQYQX3Z/ref=cm_sw_r_api_i_Q5T1W1SQWE49FSE0QHRD_0?_encoding=UTF8&psc=1 |
| 60 | Long&Teng | AMAZON | https://www.amazon.com/dp/B09XQZD7TX/ref=cm_sw_r_api_i_Q5T1W1SQWE49FSE0QHRD_0?_encoding=UTF8&th=1&psc=1 |
| 60 | Long&Teng | AMAZON | https://www.amazon.com/dp/B09XQYJBR9/ref=cm_sw_r_api_i_Q5T1W1SQWE49FSE0QHRD_0?_encoding=UTF8&th=1&psc=1 |
| 60 | Long&Teng | AMAZON | https://www.amazon.com/dp/B09XQYHWP7/ref=cm_sw_r_api_i_Q5T1W1SQWE49FSE0QHRD_0?_encoding=UTF8&th=1&psc=1 |
| 60 | Long&Teng | AMAZON | https://www.amazon.com/dp/B09XR12KCZ/ref=cm_sw_r_api_i_Q5T1W1SQWE49FSE0QHRD_0?_encoding=UTF8&th=1 |
| 60 | Long&Teng | AMAZON | https://www.amazon.com/dp/B09XQXQHHV/ref=cm_sw_r_api_i_Q5T1W1SQWE49FSE0QHRD_0?_encoding=UTF8&th=1&psc=1 |
| 60 | Long&Teng | AMAZON | https://www.amazon.com/dp/B09XR2CCXB/ref=sspa_dk_detail_2?pd_rd_i=B09XQXQHHV&pd_rd_w=5flPz&content-id=amzn1.sym.f6ec2125-6e9c-413e-8cd4-35afc8257f69&pf_rd_p=f6ec2125-6e9c-413e-8cd4-35afc8257f69&pf_rd_r=Z03GXHBTNSQ2J9WX0RVB&pd_rd_wg=MTlg8&pd_rd_r=2467cb96-e84c-43a3-89db-5abbd53555f1&s=apparel&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUFPSjVYMzVFNFppTMU0mZW5jcnlwdGVkSWQ9QTA3MTcwOTMyQlI2MUdlRkwxWjVaJmVuY3J5cHRlZEFkSWQ9Q0TA5NTlwOTYzNDUyQjc0MFU5S0UyJndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZGljYmJjdGlvbj1jbGlja1JlZGlyZWN0Jm9vJmRvTm90TG9nQ2xpY2s9dHJ1ZQ==&th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 61 | Havetolove | | https://www.havetolove.com/products/womens-green-boho-dress?variant=40096182075459 |
| 61 | Havetolove | | https://www.havetolove.com/products/womens-green-boho-dress?variant=40096182042691 |
| 61 | Havetolove | | https://www.havetolove.com/products/womens-green-boho-dress?variant=40096182272067 |
| 61 | Havetolove | | https://www.havetolove.com/products/womens-green-boho-dress?variant=40096182501443 |
| 62 | HGps8w | AMAZON | https://www.amazon.com/HGps8w-Womens-Shoulder-Swimsuit-Vacation/dp/B09QL1ZM41/ref=sr_1_452?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660594477&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-452 |
| 62 | HGps8w | AMAZON | https://www.amazon.com/HGps8w-Womens-Shoulder-Swimsuit-Vacation/dp/B09QL2BLPS/ref=sr_1_452?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594477&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-452&th=1&psc=1 |
| 63 | hibluco | AMAZON | https://www.amazon.com/dp/B08XVRY7ML/ref=cm_sw_r_api_i_0VHGA78ST271FT71K8H6_0?_encoding=UTF8&psc=1 |
| 64 | HOTTYLOVIN | | https://hottylovin.com/products/sale-fashion-style-dateoutfit-freeshipping-free-vacation-vibes-maxi-dress?variant=41887568756927 |
| 64 | HOTTYLOVIN | | https://hottylovin.com/products/sale-fashion-style-dateoutfit-freeshipping-free-vacation-vibes-maxi-dress?variant=41887568691391 |
| 64 | HOTTYLOVIN | | https://hottylovin.com/products/sale-fashion-style-dateoutfit-freeshipping-free-vacation-vibes-maxi-dress?variant=41887568724159 |
| 64 | HOTTYLOVIN | | https://hottylovin.com/products/sale-fashion-style-dateoutfit-freeshipping-free-vacation-vibes-maxi-dress?variant=41887568789695 |
| 64 | HOTTYLOVIN | | https://hottylovin.com/products/sale-fashion-style-dateoutfit-freeshipping-free-vacation-vibes-maxi-dress?variant=41887568822463 |
| 64 | HOTTYLOVIN | | https://hottylovin.com/products/sale-fashion-style-dateoutfit-freeshipping-free-vacation-vibes-maxi-dress?variant=41887568855231 |
| 64 | HOTTYLOVIN | | https://hottylovin.com/products/sale-fashion-style-dateoutfit-freeshipping-free-vacation-vibes-maxi-dress?variant=41887568887999 |
| 64 | HOTTYLOVIN | | https://hottylovin.com/products/sale-fashion-style-dateoutfit-freeshipping-free-vacation-vibes-maxi-dress?variant=41887568920767 |
| 65 | TOY STOP PRODUCTS | WALMART | https://www.walmart.com/ip/Hqlecpe-Swimsuit-Coverup-For-Women-Summer-Thin-Coverups-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/965437350 |
| 65 | TOY STOP PRODUCTS | WALMART | https://www.walmart.com/ip/Hqlecpe-Swimsuit-Coverup-For-Women-Summer-Thin-Coverups-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/900435207 |
| 65 | TOY STOP PRODUCTS | WALMART | https://www.walmart.com/ip/Hqlecpe-Swimsuit-Coverup-For-Women-Summer-Thin-Coverups-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/142330769 |
| 65 | TOY STOP PRODUCTS | WALMART | https://www.walmart.com/ip/Hqlecpe-Swimsuit-Coverup-For-Women-Summer-Thin-Coverups-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/974046309 |
| 66 | HTHLVMD | AMAZON | https://www.amazon.com/HTHLVMD-Summer-Shoulder-Casual-Smock-Frock/dp/B09TKQ8PPS/ref=sr_1_1113?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594935&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1113&th=1 |
| 66 | HTHLVMD | AMAZON | https://www.amazon.com/HTHLVMD-Summer-Shoulder-Casual-Smock-Frock/dp/B09TKQ8PPS/ref=sr_1_1113?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660594935&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-1113 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 66 | HTHLVMD | AMAZON | https://www.amazon.com/HTHLVMD-Summer-Shoulder-Casual-Smock-Frock/dp/B09TKQ7JNM/ref=sr_1_1113?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594935&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1113&th=1 |
| 66 | HTHLVMd | AMAZON | https://www.amazon.com/HTHLVMD-Summer-Shoulder-Casual-Smock-Frock/dp/B09TKNSFWH/ref=sr_1_1113?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594935&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1113&th=1 |
| 66 | HTHLVMD | AMAZON | https://www.amazon.com/HTHLVMD-Summer-Shoulder-Casual-Smock-Frock/dp/B09TKNMCB7/ref=sr_1_1113?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594935&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1113&th=1 |
| 66 | HTHLVMD | AMAZON | https://www.amazon.com/HTHLVMD-Summer-Shoulder-Casual-Smock-Frock/dp/B09TKNDZ5D/ref=sr_1_1113?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594935&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1113&th=1 |
| 66 | HTHLVMD | AMAZON | https://www.amazon.com/HTHLVMD-Summer-Shoulder-Casual-Smock-Frock/dp/B09TKMYFMM/ref=sr_1_1113?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594935&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1113&th=1 |
| 66 | HTHLVMD | AMAZON | https://www.amazon.com/HTHLVMD-Summer-Shoulder-Casual-Smock-Frock/dp/B09TKRSWY7/ref=sr_1_1113?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594935&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1113&th=1 |
| 66 | HTHLVMD | AMAZON | https://www.amazon.com/HTHLVMD-Summer-Shoulder-Casual-Smock-Frock/dp/B09TKPMYBW/ref=sr_1_1113?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594935&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1113&th=1 |
| 66 | HTHLVMD | AMAZON | https://www.amazon.com/HTHLVMD-Summer-Shoulder-Casual-Smock-Frock/dp/B09TKPWCJH/ref=sr_1_1113?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594935&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1113&th=1 |
| 67 | INSTASYLED | | https://instastyled.com/products/womens-dresses-sloping-shoulder-print-irregular-casual-dress?variant=41154064253112&utm_source=XMLgeneralFeedins1&utm_medium=XMLshopifyins1&utm_campaign=GeneralTrafficFeedSMins1 |
| 67 | INSTASYLED | | https://instastyled.com/products/womens-dresses-sloping-shoulder-print-irregular-casual-dress?variant=41154064056504 |
| 67 | INSTASYLED | | https://instastyled.com/products/womens-dresses-sloping-shoulder-print-irregular-casual-dress?variant=41154064449720 |
| 67 | INSTASYLED | | https://instastyled.com/products/womens-dresses-sloping-shoulder-print-irregular-casual-dress?variant=41154064646328 |
| 68 | JEPI | AMAZON | https://www.amazon.com/JEPI-Bikini-Womens-Shoulder-Birthday/dp/B09Z6WLK1Y/ref=sr_1_4097?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597590&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-4097&th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 68 | JEPI | AMAZON | https://www.amazon.com/JEPI-Bikini-Womens-Shoulder-Birthday/dp/B09Z6SFS82/ref=sr_1_4097?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597590&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-4097&th=1&psc=1 |
| 68 | JEPI | AMAZON | https://www.amazon.com/JEPI-Bikini-Womens-Shoulder-Birthday/dp/B09Z6VHW66/ref=sr_1_4097?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597590&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-4097&th=1&psc=1 |
| 68 | JEPI | AMAZON | https://www.amazon.com/JEPI-Bikini-Womens-Shoulder-Birthday/dp/B09Z6VZRZS/ref=sr_1_4097?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660597590&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-4097 |
| 69 | Jolincc.store | AMAZON | https://www.amazon.com/Jolincc-Shoulder-Sleeve-Outdoor-Blankets/dp/B0B49JFC2G/ref=sr_1_1205?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660595073&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-1205 |
| 69 | Jolincc.store | AMAZON | https://www.amazon.com/Jolincc-Shoulder-Sleeve-Outdoor-Blankets/dp/B0B49FT52B/ref=sr_1_1205?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595073&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1205&th=1 |
| 69 | Jolincc.store | AMAZON | https://www.amazon.com/Jolincc-Shoulder-Sleeve-Outdoor-Blankets/dp/B0B49FHWSF/ref=sr_1_1205?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595073&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1205&th=1 |
| 69 | Jolincc.store | AMAZON | https://www.amazon.com/Jolincc-Shoulder-Sleeve-Outdoor-Blankets/dp/B0B49D53S9/ref=sr_1_1205?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595073&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1205&th=1 |
| 70 | JOSKAA | | https://www.joskaa.com/products/back-to-college-spring-casual-batwing-sleeve-loose-beach-dress-2021-summer-sexy-off-shoulder-party-dress-elegant-floral-print-women-long-dresses?variant=41531078672544 |
| 70 | JOSKAA | | https://www.joskaa.com/products/back-to-college-spring-casual-batwing-sleeve-loose-beach-dress-2021-summer-sexy-off-shoulder-party-dress-elegant-floral-print-women-long-dresses?variant=41531077853344 |
| 70 | JOSKAA | | https://www.joskaa.com/products/back-to-college-spring-casual-batwing-sleeve-loose-beach-dress-2021-summer-sexy-off-shoulder-party-dress-elegant-floral-print-women-long-dresses?variant=41531078049952 |
| 70 | JOSKAA | | https://www.joskaa.com/products/back-to-college-spring-casual-batwing-sleeve-loose-beach-dress-2021-summer-sexy-off-shoulder-party-dress-elegant-floral-print-women-long-dresses?variant=41531078246560 |
| 70 | JOSKAA | | https://www.joskaa.com/products/back-to-college-spring-casual-batwing-sleeve-loose-beach-dress-2021-summer-sexy-off-shoulder-party-dress-elegant-floral-print-women-long-dresses?variant=41531078475936 |
| 71 | JPLZi,HOME | WALMART | https://www.walmart.com/ip/Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Note-Please-Buy-One-Or-Two-Sizes-Larger/1655400183 |
| 71 | JPLZi,HOME | WALMART | https://www.walmart.com/ip/Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Note-Please-Buy-One-Or-Two-Sizes-Larger/1576965467 |
| 71 | JPLZi,HOME | WALMART | https://www.walmart.com/ip/Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Note-Please-Buy-One-Or-Two-Sizes-Larger/1882475625 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 72 | SHENYANGWA | AMAZON | https://www.amazon.com/jsarle-Dresses-Shoulder-Batwing-Bandage/dp/B0B58TCJ8C/ref=sr_1_1285?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660595137&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-1285 |
| 72 | SHENYANGWA | AMAZON | https://www.amazon.com/Jsarle-Dresses-Shoulder-Irregular-Sundress/dp/B09QD235F6/ref=sr_1_4541?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660597956&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-4541 |
| 72 | SHENYANGWA | AMAZON | https://www.amazon.com/jsarle-Dresses-Shoulder-Batwing-Bandage/dp/B0B58RL6FY/ref=sr_1_1285?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595137&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1285&th=1 |
| 72 | SHENYANGWA | AMAZON | https://www.amazon.com/jsarle-Dresses-Shoulder-Batwing-Bandage/dp/B0B58S2WYR/ref=sr_1_1285?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595137&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1285&th=1 |
| 72 | SHENYANGWA | AMAZON | https://www.amazon.com/jsarle-Dresses-Shoulder-Batwing-Bandage/dp/B0B58SND9P/ref=sr_1_1285?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595137&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1285&th=1 |
| 72 | SHENYANGWA | AMAZON | https://www.amazon.com/jsarle-Dresses-Shoulder-Batwing-Bandage/dp/B0B58STC4H/ref=sr_1_1285?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595137&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1285&th=1 |
| 72 | SHENYANGWA | AMAZON | https://www.amazon.com/Jsarle-Dresses-Shoulder-Irregular-Sundress/dp/B09QD2N32C/ref=sr_1_4541?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597956&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-4541&th=1&psc=1 |
| 72 | SHENYANGWA | AMAZON | https://www.amazon.com/jsarle-Dresses-Shoulder-Batwing-Bandage/dp/B0B58SHFP7/ref=sr_1_1285?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595137&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1285&th=1 |
| 73 | JTAISC | AMAZON | https://www.amazon.com/dp/B09Z2862T7?ref_=cm_sw_r_cp_ud_dp_6850ZZGRPWB4VGTFYJRP |
| 73 | JTAISC | AMAZON | https://www.amazon.com/dp/B0B2523ZHY?ref_=cm_sw_r_cp_ud_dp_6850ZZGRPWB4VGTFYJRP&th=1 |
| 73 | JTAISC | AMAZON | https://www.amazon.com/dp/B09Z245LQQ?ref_=cm_sw_r_cp_ud_dp_6850ZZGRPWB4VGTFYJRP&th=1 |
| 73 | JTAISC | AMAZON | https://www.amazon.com/dp/B09Z243BXW?ref_=cm_sw_r_cp_ud_dp_6850ZZGRPWB4VGTFYJRP&th=1 |
| 73 | JTAISC | AMAZON | https://www.amazon.com/dp/B0B254F2VF?ref_=cm_sw_r_cp_ud_dp_6850ZZGRPWB4VGTFYJRP&th=1 |
| 73 | JTAISC | AMAZON | https://www.amazon.com/dp/B09Z268CMH?ref_=cm_sw_r_cp_ud_dp_6850ZZGRPWB4VGTFYJRP&th=1 |
| 73 | JTAISC | AMAZON | https://www.amazon.com/dp/B09Z24428Z?ref_=cm_sw_r_cp_ud_dp_6850ZZGRPWB4VGTFYJRP&th=1 |
| 73 | JTAISC | AMAZON | https://www.amazon.com/dp/B0B251V7GG?ref_=cm_sw_r_cp_ud_dp_6850ZZGRPWB4VGTFYJRP&th=1 |
| 73 | JTAISC | AMAZON | https://www.amazon.com/dp/B09Z1TPZY9?ref_=cm_sw_r_cp_ud_dp_6850ZZGRPWB4VGTFYJRP&th=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 74 | Jul7house | | https://jul7house.com/products/one-shoulder-irregular-dress-2022-spring-summer-vintage-butterfly-printing-loose-party?variant=42499845849318 |
| 75 | shenzhenshizhenyixu ndianziyouxiangongs i | WALMART | https://www.walmart.com/ip/KAGAYD-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-One-Size/645941748 |
| 75 | shenzhenshizhenyixu ndianziyouxiangongs i | WALMART | https://www.walmart.com/ip/KAGAYD-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-One-Size/424305613 |
| 75 | shenzhenshizhenyixu ndianziyouxiangongs i | WALMART | https://www.walmart.com/ip/KAGAYD-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-One-Size/367535590 |
| 75 | shenzhenshizhenyixu ndianziyouxiangongs i | WALMART | https://www.walmart.com/ip/KAGAYD-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-One-Size/267285099 |
| 76 | Kawell | WALMART | https://www.walmart.com/ip/Women-s-Summer-Maxi-Long-Cold-Shoulder-Loose-Kaftan-Flowy-Batwing-Beach-Cover-Up-Dress/801411213 |
| 76 | Kawell | WALMART | https://www.walmart.com/ip/Women-s-Summer-Maxi-Long-Cold-Shoulder-Loose-Kaftan-Flowy-Batwing-Beach-Cover-Up-Dress/639175466 |
| 76 | Kawell | WALMART | https://www.walmart.com/ip/Women-s-Summer-Maxi-Long-Cold-Shoulder-Loose-Kaftan-Flowy-Batwing-Beach-Cover-Up-Dress/526929782 |
| 76 | Kawell | WALMART | https://www.walmart.com/ip/Women-s-Summer-Maxi-Long-Cold-Shoulder-Loose-Kaftan-Flowy-Batwing-Beach-Cover-Up-Dress/603147727 |
| 76 | Kawell | WALMART | https://www.walmart.com/ip/Women-s-Summer-Maxi-Long-Cold-Shoulder-Loose-Kaftan-Flowy-Batwing-Beach-Cover-Up-Dress/584392236 |
| 76 | Kawell | WALMART | https://www.walmart.com/ip/Women-s-Summer-Maxi-Long-Cold-Shoulder-Loose-Kaftan-Flowy-Batwing-Beach-Cover-Up-Dress/474430210 |
| 76 | Kawell | WALMART | https://www.walmart.com/ip/Women-s-Summer-Maxi-Long-Cold-Shoulder-Loose-Kaftan-Flowy-Batwing-Beach-Cover-Up-Dress/144434982 |
| 77 | GoodLock Promotion 5% - 30% Off | AMAZON | https://www.amazon.com/KkSLirnhs-Fashion-Chiffon-Kaftan-Shoulder/dp/B09NLTSQLF/ref=sr_1_1450?crid=1K81PUTUVUYC7&keywords=one+should er+kaftan+for+women&qid=1660595376&s=apparel&sprefix=one+shoulder+kaftan+for+ women%2Cfashion-womens-clothing%2C126&sr=1-1450 |
| 77 | GoodLock Promotion 5% - 30% Off | AMAZON | https://www.amazon.com/KkSLirnhs-Fashion-Chiffon-Kaftan-Shoulder/dp/B09NLTC6HD/ref=sr_1_1450?crid=1K81PUTUVUYC7&keywords=one%2Bsho ulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595376&s=apparel&sprefix=one%2Bshould er%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1450&th=1&psc=1 |
| 77 | GoodLock Promotion 5% - 30% Off | AMAZON | https://www.amazon.com/KkSLirnhs-Fashion-Chiffon-Kaftan-Shoulder/dp/B09NLV5XCT/ref=sr_1_1450?crid=1K81PUTUVUYC7&keywords=one%2Bsho ulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595376&s=apparel&sprefix=one%2Bshould er%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1450&th=1&psc=1 |
| 77 | GoodLock Promotion 5% - 30% Off | AMAZON | https://www.amazon.com/KkSLirnhs-Fashion-Chiffon-Kaftan-Shoulder/dp/B09NLTZBWH/ref=sr_1_1450?crid=1K81PUTUVUYC7&keywords=one%2Bsh oulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595376&s=apparel&sprefix=one%2Bshoul der%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1450&th=1&psc=1 |
| 77 | GoodLock Promotion 5% - 30% Off | AMAZON | https://www.amazon.com/KkSLirnhs-Fashion-Chiffon-Kaftan-Shoulder/dp/B09NLRZ5PH/ref=sr_1_1450?crid=1K81PUTUVUYC7&keywords=one%2Bsho ulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595376&s=apparel&sprefix=one%2Bshould er%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1450&th=1&psc=1 |
| 77 | GoodLock Promotion 5% - 30% Off | AMAZON | https://www.amazon.com/KkSLirnhs-Fashion-Chiffon-Kaftan-Shoulder/dp/B09NLTRLWK/ref=sr_1_1450?crid=1K81PUTUVUYC7&keywords=one%2Bsh oulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595376&s=apparel&sprefix=one%2Bshoul der%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1450&th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 77 | GoodLock Promotion 5% - 30% Off | AMAZON | https://www.amazon.com/KkSLirnhs-Fashion-Chiffon-Kaftan-Shoulder/dp/B09NLTNCV6/ref=sr_1_1450?crid=1K81PUTUVUYC7&keywords=one%2Bsho ulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595376&s=apparel&sprefix=one%2Bshould er%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1450&th=1&psc=1 |
| 77 | GoodLock Promotion 5% - 30% Off | AMAZON | https://www.amazon.com/KkSLirnhs-Fashion-Chiffon-Kaftan-Shoulder/dp/B09NLTX1Z9/ref=sr_1_1450?crid=1K81PUTUVUYC7&keywords=one%2Bsho ulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595376&s=apparel&sprefix=one%2Bshould er%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1450&th=1&psc=1 |
| 77 | GoodLock Promotion 5% - 30% Off | AMAZON | https://www.amazon.com/KkSLirnhs-Fashion-Chiffon-Kaftan-Shoulder/dp/B09NLSW3BX/ref=sr_1_1450?crid=1K81PUTUVUYC7&keywords=one%2Bsh oulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595376&s=apparel&sprefix=one%2Bshoul der%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1450&th=1&psc=1 |
| 78 | Kuhxz | WALMART | https://www.walmart.com/ip/Dresses-for-Women-Casual-Women-Fashion-Beach-Long-Dress-Printed-Kaftan-Long-V-Neck-Sleeveless-Backless-Camis-Dress-Evening-Dresses-A1288/1044082678 |
| 78 | Kuhxz | WALMART | https://www.walmart.com/ip/Womens-Dress-Summer-Sundresses-Women-Fashion-Beach-Long-Printed-Kaftan-V-Neck-Sleeveless-Backless-Camis-Dresses-For-Women-1267/1874636317 |
| 78 | Kuhxz | WALMART | https://www.walmart.com/ip/Dresses-for-Women-Casual-Women-Fashion-Beach-Long-Dress-Printed-Kaftan-Long-V-Neck-Sleeveless-Backless-Camis-Dress-Evening-Dresses-A1288/1901241971 |
| 78 | Kuhxz | WALMART | https://www.walmart.com/ip/Womens-Dress-Summer-Sundresses-Women-Fashion-Beach-Long-Printed-Kaftan-V-Neck-Sleeveless-Backless-Camis-Dresses-For-Women-1267/1019274526 |
| 78 | Kuhxz | WALMART | https://www.walmart.com/ip/Womens-Dress-Summer-Sundresses-Women-Fashion-Beach-Long-Printed-Kaftan-V-Neck-Sleeveless-Backless-Camis-Dresses-For-Women-1267/1903933382 |
| 78 | Kuhxz | WALMART | https://www.walmart.com/ip/Womens-Dress-Summer-Sundresses-Women-Fashion-Beach-Long-Printed-Kaftan-V-Neck-Sleeveless-Backless-Camis-Dresses-For-Women-1267/1583541986 |
| 78 | Kuhxz | WALMART | https://www.walmart.com/ip/Womens-Dress-Summer-Sundresses-Women-Fashion-Beach-Long-Printed-Kaftan-V-Neck-Sleeveless-Backless-Camis-Dresses-For-Women-1267/1038005770 |
| 78 | Kuhxz | WALMART | https://www.walmart.com/ip/Womens-Dress-Summer-Sundresses-Women-Fashion-Beach-Long-Printed-Kaftan-V-Neck-Sleeveless-Backless-Camis-Dresses-For-Women-1267/1073639418 |
| 79 | LADYLULUS | | https://www.ladylulus.com/products/free-vacation-vibes-maxi-dress-p8700787596?variant=c2c7085e-7339-4336-8989-b3b3065d2b3e |
| 79 | LADYLULUS | | https://www.ladylulus.com/products/free-vacation-vibes-maxi-dress-p8700787596?variant=f2bf3cfc-ab89-4237-a492-1b100a559fb1 |
| 79 | LADYLULUS | | https://www.ladylulus.com/products/free-vacation-vibes-maxi-dress-p8700787596?variant=6feb3a44-335d-4edd-9710-af355d94e4da |
| 79 | LADYLULUS | | https://www.ladylulus.com/products/free-vacation-vibes-maxi-dress-p8700787596?variant=3d6a85e6-1a8f-4411-86f7-c1e9b13d2ad5 |
| 79 | LADYLULUS | | https://www.ladylulus.com/products/free-vacation-vibes-maxi-dress-p8700787596?variant=f211cd47-5717-4e31-af8d-0ee5b5f089d3 |
| 79 | LADYLULUS | | https://www.ladylulus.com/products/free-vacation-vibes-maxi-dress-p8700787596?variant=64946e51-e75f-4c7f-b24d-a18aebb1f690 |
| 79 | LADYLULUS | | https://www.ladylulus.com/products/free-vacation-vibes-maxi-dress-p8700787596?variant=c1007f9d-1015-4b50-837b-c73062b581c3 |
| 79 | LADYLULUS | | https://www.ladylulus.com/products/free-vacation-vibes-maxi-dress-p8700787596?variant=65a640a9-7f3a-42e1-9a10-ec166ebf5327 |
| 80 | YuYuStore2001 | AMAZON | https://www.amazon.com/dp/B09NJ8PLNM/ref=cm_sw_r_api_i_FP082P6JMF8KS45Y57B A_0?th=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 80 | YuYuStore2001 | AMAZON | https://www.amazon.com/dp/B09NJBFKLL/ref=cm_sw_r_api_i_4TPYCBNAZ832T6HVA0JB_0?th=1 |
| 80 | YuYuStore2001 | AMAZON | https://www.amazon.com/dp/B09TN8259V/ref=cm_sw_r_api_i_4TPYCBNAZ832T6HVA0JB_0?th=1 |
| 80 | YuYuStore2001 | AMAZON | https://www.amazon.com/dp/B09NJ9MQ2Z/ref=cm_sw_r_api_i_4TPYCBNAZ832T6HVA0JB_0?th=1 |
| 81 | Lazecca | | https://www.lazecca.com/products/summer-printing-plus-size-sun-protection-beach-loose-vacation-chiffon-cardigan-for-women?variant=41597779345569&epik=dj0yJnU9a0pBYTRvZGpqdk5LVmRQcUpScjY4aTRXN29hZII6bjYmcD0wJm49VWgxdWJ3WkpIRjJncUJVZFMzVHNKUSZ0PUFBQUFBBR01hR0ZV |
| 81 | Lazecca | | https://www.lazecca.com/products/summer-printing-plus-size-sun-protection-beach-loose-vacation-chiffon-cardigan-for-women?variant=41597779214497 |
| 81 | Lazecca | | https://www.lazecca.com/products/summer-printing-plus-size-sun-protection-beach-loose-vacation-chiffon-cardigan-for-women?variant=41597779476641 |
| 82 | Discount Promotion Icziwo | AMAZON | https://www.amazon.com/Womens-Summer-Shoulder-Dress-Oversized/dp/B09SM2HG8D/ref=sr_1_4784?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660598109&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-4784&th=1 |
| 82 | Discount Promotion Icziwo | AMAZON | https://www.amazon.com/Womens-Summer-Shoulder-Dress-Oversized/dp/B09SM2HLL7/ref=sr_1_4784?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660598109&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-4784&th=1 |
| 83 | LilyCoco | AMAZON | https://www.amazon.com/dp/B09MN8YYXT/ref=cm_sw_r_api_i_FSKV3MVM4W9NCKZ7WDNH_0?_encoding=UTF8&th=1&psc=1 |
| 83 | LilyCoco | AMAZON | https://www.amazon.com/dp/B09MN8WVL9/ref=cm_sw_r_api_i_FSKV3MVM4W9NCKZ7WDNH_0?_encoding=UTF8&psc=1 |
| 83 | LilyCoco | AMAZON | https://www.amazon.com/dp/B0B8H7C6YS/ref=cm_sw_r_api_i_FSKV3MVM4W9NCKZ7WDNH_0?_encoding=UTF8&th=1&psc=1 |
| 83 | LilyCoco | AMAZON | https://www.amazon.com/dp/B09MN8ZSH6/ref=cm_sw_r_api_i_FSKV3MVM4W9NCKZ7WDNH_0?_encoding=UTF8&th=1 |
| 83 | LilyCoco | AMAZON | https://www.amazon.com/dp/B09MN8GXWD/ref=cm_sw_r_api_i_FSKV3MVM4W9NCKZ7WDNH_0?_encoding=UTF8&th=1 |
| 83 | LilyCoco | AMAZON | https://www.amazon.com/dp/B09MN8ZKX3/ref=cm_sw_r_api_i_FSKV3MVM4W9NCKZ7WDNH_0?_encoding=UTF8&th=1 |
| 84 | Lingery | AMAZON | https://www.amazon.com/dp/B09VMMFSNQ/ref=cm_sw_r_api_i_YH34GA0CTTGTWJ70XM4D_0 |
| 84 | Lingery | AMAZON | https://www.amazon.com/dp/B09VNQ7J6H/ref=cm_sw_r_api_i_YH34GA0CTTGTWJ70XM4D_0?th=1&psc=1 |
| 84 | Lingery | AMAZON | https://www.amazon.com/dp/B09VNYP1LZ/ref=cm_sw_r_api_i_YH34GA0CTTGTWJ70XM4D_0?th=1&psc=1 |
| 84 | Lingery | AMAZON | https://www.amazon.com/dp/B09VMWRJ5Z/ref=cm_sw_r_api_i_YH34GA0CTTGTWJ70XM4D_0?th=1&psc=1 |
| 85 | LMSXCT | AMAZON | https://www.amazon.com/LIUguoo-Chiffon-Shoulder-Oversize-Sundress/dp/B09TX7F4J1/ref=sr_1_279?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660594171&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-279 |
| 85 | LMSXCT | AMAZON | https://www.amazon.com/LIUguoo-Chiffon-Shoulder-Oversize-Sundress/dp/B09TX74DQY/ref=sr_1_269?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660593194&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-269&th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 85 | LMSXCT | AMAZON | https://www.amazon.com/LIUguoo-Chiffon-Shoulder-Oversize-Sundress/dp/B09TX7MF6X/ref=sr_1_269?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660593194&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-269&th=1&psc=1 |
| 85 | LMSXCT | AMAZON | https://www.amazon.com/LIUguoo-Chiffon-Shoulder-Oversize-Sundress/dp/B09TX5V3TV/ref=sr_1_269?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660593194&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-269&th=1&psc=1 |
| 85 | LMSXCT | AMAZON | https://www.amazon.com/LIUguoo-Chiffon-Shoulder-Oversize-Sundress/dp/B09TX98MCL/ref=sr_1_269?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660593194&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-269&th=1&psc=1 |
| 85 | LMSXCT | AMAZON | https://www.amazon.com/LIUguoo-Chiffon-Shoulder-Oversize-Sundress/dp/B09TX8Q1JJ/ref=sr_1_269?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660593194&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-269&th=1&psc=1 |
| 85 | LMSXCT | AMAZON | https://www.amazon.com/LIUguoo-Chiffon-Shoulder-Oversize-Sundress/dp/B09TX8Y698/ref=sr_1_269?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660593194&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-269&th=1&psc=1 |
| 85 | LMSXCT | AMAZON | https://www.amazon.com/LIUguoo-Chiffon-Shoulder-Oversize-Sundress/dp/B09TX7M8S7/ref=sr_1_269?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660593194&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-269&th=1&psc=1 |
| 85 | LMSXCT | AMAZON | https://www.amazon.com/LIUguoo-Chiffon-Shoulder-Oversize-Sundress/dp/B09TX71G23/ref=sr_1_269?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660593194&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-269&th=1&psc=1 |
| 86 | Lorylei Beachwear Store | ALIEXPRESS | https://www.aliexpress.com/item/3256804331193514.html?pdp_ext_f=%7B%22sku_id%22%3A%2212000029444824580%22%2C%22ship_from%22%3A%22%22%7D&gps-id=pcStoreNewArrivals&scm=1007.23409.271287.0&scm-url=1007.23409.271287.0&pvid=04581ed2-4b3d-4901-bfd4-b73818fca235&spm=a2g0o.store_pc_home.smartNewArrivals_6000577951111.1005004517508266&gatewayAdapt=4itemAdapt |
| 86 | Lorylei Beachwear Store | ALIEXPRESS | https://www.aliexpress.com/item/3256803940928178.html?spm=a2g0o.store_pc_groupList.8148356.45.705054c9Kzd4dl&pdp_npi=2%40dis%21USD%21US%20%2429.50%21US%20%2417.70%21%21%21%21%21%402101d8b516591265607454141e2c9e%211200002812454710%21sh |
| 87 | LoveCCR | | https://loveccr.com/products/cover-ups-beach-kimono-green-print-floral-chiffon-boho-tunic-for-beach-swimsuit-cover-up-kaftan-over-size-beachwear-pareo?variant=42960542105812 |
| 88 | Lovor | AMAZON | https://www.amazon.com/dp/B099Z14CNH?ref_=cm_sw_r_cp_ud_dp_3Y15XVPPEP7SP6XRV7WK |
| 89 | Yueteng | WALMART | https://www.walmart.com/ip/Lumento-Women-Casual-Summer-Kaftan-Dress-Sexy-Animal-Print-Maxi-Dresses-Smooth-Irregular-Hem-Sundress/678311625 |
| 89 | Yueteng | WALMART | https://www.walmart.com/ip/Lumento-Women-Casual-Summer-Kaftan-Dress-Sexy-Animal-Print-Maxi-Dresses-Smooth-Irregular-Hem-Sundress/334372633 |
| 89 | Yueteng | WALMART | https://www.walmart.com/ip/Lumento-Women-Casual-Summer-Kaftan-Dress-Sexy-Animal-Print-Maxi-Dresses-Smooth-Irregular-Hem-Sundress/229155725 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 89 | Yueteng | WALMART | https://www.walmart.com/ip/Lumento-Women-Casual-Summer-Kaftan-Dress-Sexy-Animal-Print-Maxi-Dresses-Smooth-Irregular-Hem-Sundress/953313926 |
| 89 | Yueteng | WALMART | https://www.walmart.com/ip/Lumento-Women-Casual-Summer-Kaftan-Dress-Sexy-Animal-Print-Maxi-Dresses-Smooth-Irregular-Hem-Sundress/549924358 |
| 89 | Yueteng | WALMART | https://www.walmart.com/ip/Lumento-Women-Casual-Summer-Kaftan-Dress-Sexy-Animal-Print-Maxi-Dresses-Smooth-Irregular-Hem-Sundress/612436604 |
| 89 | Yueteng | WALMART | https://www.walmart.com/ip/Lumento-Women-Casual-Summer-Kaftan-Dress-Sexy-Animal-Print-Maxi-Dresses-Smooth-Irregular-Hem-Sundress/513320027 |
| 90 | LumiSyne | AMAZON | https://www.amazon.com/dp/B09VDG9Q7R/ref=cm_sw_r_api_i_49XQAY0NA147CPP1QA3M_0?_encoding=UTF8&psc=1 |
| 90 | LumiSyne | AMAZON | https://www.amazon.com/dp/B0B1J18QS8/ref=cm_sw_r_api_i_49XQAY0NA147CPP1QA3M_0?_encoding=UTF8&th=1&psc=1 |
| 90 | LumiSyne | AMAZON | https://www.amazon.com/dp/B09VDHHFP7/ref=cm_sw_r_api_i_49XQAY0NA147CPP1QA3M_0?_encoding=UTF8&th=1&psc=1 |
| 90 | LumiSyne | AMAZON | https://www.amazon.com/dp/B0B1HYZGXX/ref=cm_sw_r_api_i_49XQAY0NA147CPP1QA3M_0?_encoding=UTF8&th=1&psc=1 |
| 90 | LumiSyne | AMAZON | https://www.amazon.com/dp/B09VDJBMKZ/ref=cm_sw_r_api_i_49XQAY0NA147CPP1QA3M_0?_encoding=UTF8&th=1&psc=1 |
| 90 | LumiSyne | AMAZON | https://www.amazon.com/dp/B09VDJ5F61/ref=cm_sw_r_api_i_49XQAY0NA147CPP1QA3M_0?_encoding=UTF8&th=1&psc=1 |
| 90 | LumiSyne | AMAZON | https://www.amazon.com/dp/B09VDFLMGV/ref=cm_sw_r_api_i_49XQAY0NA147CPP1QA3M_0?_encoding=UTF8&th=1&psc=1 |
| 90 | LumiSyne | AMAZON | https://www.amazon.com/dp/B09VDHCC9P/ref=cm_sw_r_api_i_49XQAY0NA147CPP1QA3M_0?_encoding=UTF8&th=1&psc=1 |
| 90 | LumiSyne | AMAZON | https://www.amazon.com/dp/B0B1HZBTY4/ref=cm_sw_r_api_i_49XQAY0NA147CPP1QA3M_0?_encoding=UTF8&th=1&psc=1 |
| 90 | LumiSyne | AMAZON | https://www.amazon.com/dp/B0B1J371TH/ref=cm_sw_r_api_i_49XQAY0NA147CPP1QA3M_0?_encoding=UTF8&th=1&psc=1 |
| 90 | LumiSyne | AMAZON | https://www.amazon.com/dp/B09VDGFVNZ/ref=cm_sw_r_api_i_49XQAY0NA147CPP1QA3M_0?_encoding=UTF8&th=1&psc=1 |
| 91 | Masdkow | AMAZON | https://www.amazon.com/Womens-Kaftan-Shoulder-Dress-Sleeve/dp/B09TK8P2X8/ref=sr_1_1490?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660595408&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-1490 |
| 91 | Masdkow | AMAZON | https://www.amazon.com/Womens-Kaftan-Shoulder-Dress-Sleeve/dp/B09TK849F7/ref=sr_1_1490?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595408&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1490&th=1&psc=1 |
| 91 | Masdkow | AMAZON | https://www.amazon.com/Womens-Kaftan-Shoulder-Dress-Sleeve/dp/B09TK8LSBZ/ref=sr_1_1490?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595408&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1490&th=1&psc=1 |
| 91 | Masdkow | AMAZON | https://www.amazon.com/Womens-Kaftan-Shoulder-Dress-Sleeve/dp/B09TK8ZR5C/ref=sr_1_1490?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595408&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1490&th=1&psc=1 |
| 92 | xiang_song | AMAZON | https://www.amazon.com/Meitianfacai-Shoulder-Batwing-Swimsuit-Swimwear/dp/B09YDHH8SM/ref=sr_1_3974?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660597491&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-3974 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 92 | xiang_song | AMAZON | https://www.amazon.com/Meitianfacai-Shoulder-Batwing-Swimsuit-Swimwear/dp/B09YDCXQ3C/ref=sr_1_3974?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597491&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-3974&th=1 |
| 92 | xiang_song | AMAZON | https://www.amazon.com/Meitianfacai-Shoulder-Batwing-Swimsuit-Swimwear/dp/B09YDFD4X3/ref=sr_1_3974?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597491&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-3974&th=1 |
| 92 | xiang_song | AMAZON | https://www.amazon.com/Meitianfacai-Shoulder-Batwing-Swimsuit-Swimwear/dp/B09YDG1J3C/ref=sr_1_3974?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597491&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-3974&th=1 |
| 92 | xiang_song | AMAZON | https://www.amazon.com/Meitianfacai-Shoulder-Batwing-Swimsuit-Swimwear/dp/B09YDG6PJ3/ref=sr_1_3974?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597491&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-3974&th=1 |
| 92 | xiang_song | AMAZON | https://www.amazon.com/Meitianfacai-Shoulder-Batwing-Swimsuit-Swimwear/dp/B09YDGFXJ5/ref=sr_1_3974?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597491&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-3974&th=1 |
| 92 | xiang_song | AMAZON | https://www.amazon.com/Meitianfacai-Shoulder-Batwing-Swimsuit-Swimwear/dp/B09YDGYT6W/ref=sr_1_3974?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597491&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-3974&th=1 |
| 92 | xiang_song | AMAZON | https://www.amazon.com/Meitianfacai-Shoulder-Batwing-Swimsuit-Swimwear/dp/B09YDJ34TN/ref=sr_1_3974?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597491&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-3974&th=1 |
| 92 | xiang_song | AMAZON | https://www.amazon.com/Meitianfacai-Shoulder-Batwing-Swimsuit-Swimwear/dp/B09YDGN693/ref=sr_1_3974?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597491&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-3974&th=1 |
| 92 | xiang_song | AMAZON | https://www.amazon.com/Meitianfacai-Shoulder-Batwing-Swimsuit-Swimwear/dp/B09YDFG2L5/ref=sr_1_3974?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597491&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-3974&th=1 |
| 92 | xiang_song | AMAZON | https://www.amazon.com/Meitianfacai-Shoulder-Batwing-Swimsuit-Swimwear/dp/B09YDHM8D8/ref=sr_1_3974?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597491&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-3974&th=1 |
| 93 | Mialucce | AMAZON | https://www.amazon.com/dp/B09ZV885K1/ref=cm_sw_r_api_i_A31ADH7WWC34RP43BDZS_0 |
| 93 | Mialucce | AMAZON | https://www.amazon.com/dp/B09ZV78BLC/ref=cm_sw_r_api_i_A31ADH7WWC34RP43BDZS_0?th=1 |
| 93 | Mialucce | AMAZON | https://www.amazon.com/dp/B09V8KY4S/ref=cm_sw_r_api_i_A31ADH7WWC34RP43BDZS_0?th=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 94 | MISSUOO | | https://www.missuoo.com/products/loose-one-shoulder-batwing-sleeves-midi-dress?variant=345d2182-1163-4f9c-bf91-1bdba6a804db&epik=dj0yJnU9TmF4VHdoYS1nWmNPSjB2LXdlT0JmTEdvZlpDa2dmTXYmcD0wJm49Wkc5UG4xR3lidm0yemlRdmxOb0JKZyZ0PUFBQUFFBR01hSWJ3 |
| 94 | MISSUOO | | https://www.missuoo.com/products/loose-one-shoulder-batwing-sleeves-midi-dress?variant=8d490e31-9af3-4fbf-a62d-51866e3e129e&epik=dj0yJnU9TmF4VHdoYS1nWmNPSjB2LXdlT0JmTEdvZlpDa2dmTXYmcD0wJm49Wkc5UG4xR3lidm0yemlRdmxOb0JKZyZ0PUFBQUFFBR01hSWJ3 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B098N6FNH7/ref=cm_sw_r_api_i_9WQR9ZK58QPCMP8DYBPJ_0 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B09GJJ5ZJ8/ref=cm_sw_r_api_i_9WQR9ZK58QPCMP8DYBPJ_0?th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B09FJQWVPN/ref=cm_sw_r_api_i_9WQR9ZK58QPCMP8DYBPJ_0?th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B09FJS3D9B/ref=cm_sw_r_api_i_9WQR9ZK58QPCMP8DYBPJ_0?th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B09FJSNY81/ref=cm_sw_r_api_i_9WQR9ZK58QPCMP8DYBPJ_0?th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B0B5L744JQ/ref=cm_sw_r_api_i_9WQR9ZK58QPCMP8DYBPJ_0?th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B0B5L4MZZT/ref=cm_sw_r_api_i_9WQR9ZK58QPCMP8DYBPJ_0?th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B0B5L5D3JZ/ref=cm_sw_r_api_i_9WQR9ZK58QPCMP8DYBPJ_0?th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B0B5L6DWP9/ref=cm_sw_r_api_i_9WQR9ZK58QPCMP8DYBPJ_0?th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B0B5L9RMHK/ref=cm_sw_r_api_i_9WQR9ZK58QPCMP8DYBPJ_0?th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B0B5L5T2Z4/ref=cm_sw_r_api_i_9WQR9ZK58QPCMP8DYBPJ_0?th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B09SLVVCR6/ref=sspa_dk_detail_2?psc=1&pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWwxfdGhlbWWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGImaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkpVR1NWUE9NMUQ0OTZNzIzS1BEWkVuNMVzU4MVk3MkpndpZGdldE5hbWU9c3BfZGV0YWlsJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ== |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B09SLVPL3G/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWwxfdGhlbWWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGImaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkpVR1NWUE9NMUQ0OTZNzIzS1BEWkVuNMVzU4MVk3MkpndpZGdldE5hbWU9c3BfZGV0YWlsJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ==&th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B09SLVCSYL/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkVNVzU4MVVk3JndpZGdldE5hbWU9c3BfZGV0YWlsJnN3Sm9YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1Z&th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B0B1JCMZZQ/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkVNVzU4MVVk3JndpZGdldE5hbWU9c3BfZGV0YWlsJnN3Sm9YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B0B1J9DQ9S/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkVNVzU4MVVk3JndpZGdldE5hbWU9c3BfZGV0YWlsJnN3Sm9YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B0B1J9Z7H3/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkVNVzU4MVVk3JndpZGdldE5hbWU9c3BfZGV0YWlsJnN3Sm9YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B09SLV4W77/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkVNVzU4MVVk3JndpZGdldE5hbWU9c3BfZGV0YWlsJnN3Sm9YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B0B1J9XH3D/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkpVNNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkvNVNzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B09SLSMN2P/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkpVNNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkvNVNzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B09SLWH5DJ/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkpVNNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkvNVNzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B09SLXD7W5/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkpVNNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkvNVNzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B0B1JB82BK/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkpVNNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWkvNVNzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B0B1J9HC63/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkGVkUXVhbGlmaWVyPUExRzQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWWkVNVzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B0B1JDGJC5/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkGVkUXVhbGlmaWVyPUExRzQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWWkVNVzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B09SLVK7VC/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkGVkUXVhbGlmaWVyPUExRzQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWWkVNVzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B09SLV8WX1/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkGVkUXVhbGlmaWVyPUExRzQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWWkVNVzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B0B1J9DQ9Y/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkGVkUXVhbGlmaWVyPUExRzQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUExMDQ0NTM1S1BEWWkVNVzU4MVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 95 | Velefe Fashion | AMAZON | https://www.amazon.com/dp/B0B1JCDTBK/ref=sspa_dk_detail_2?pd_rd_i=B09SLVVCR6&pd_rd_w=ngPb4&content-id=amzn1.sym.3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_p=3481f441-61ac-4028-9c1a-7f9ce8ec50c5&pf_rd_r=4AYJZS6HDHT93YTX98BC&pd_rd_wg=34D1X&pd_rd_r=da175228-d8a7-47d2-9034-8845809d01f9&s=apparel&sp_csd=d2lkZ2V0TmFtZT1zcF9kZXRhaWxfdGhlbWF0aWM&spLa=ZW5jcnlwdGVkVUVyZXRncmVJbWFUVyPUExRzZQUVBRNzZCQk5FJmVuY3J5cHRlZElkPUEwMTY2NTM5MkVNS05JR1NWUE9NRyZlbmNyeXB0ZWRBZElkPUEwMDQ0NTM1S1BEWkvNVzU4MVVk3JndpZGdldE5hbWU9c3BfZGV0YWlsX3RoZW1hdGljJmFjdGlvbj1jbGlja1JlZGlyZWN0JmRvTm90TG9nQ2xpY2s9dHJ1ZQ&th=1&psc=1 |
| 96 | Mmeneyy | AMAZON | https://www.amazon.com/Womens-Summer-Shoulder-Batwing-Dresses/dp/B09WRF2V8Y/ref=sr_1_192?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660593453&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-192 |
| 96 | Mmeneyy | AMAZON | https://www.amazon.com/Womens-Summer-Shoulder-Batwing-Dresses/dp/B09WRF1D34/ref=sr_1_192?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660593453&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-192&th=1&psc=1 |
| 97 | Longay | AMAZON | https://www.amazon.com/Chiffon-Cardigan-Butterfly-Printed-Shoulder/dp/B0B39PMXWQ/ref=sr_1_54?crid=2P41KLGVT8GCH&keywords=blouse+ONE+SHOULDER+KAFTAN&qid=1660672958&sprefix=blouse+one+shoulder+kaftan%2Caps%2C86&sr=8-54 |
| 97 | Longay | AMAZON | https://www.amazon.com/Chiffon-Cardigan-Butterfly-Printed-Shoulder/dp/B0B39G861C/ref=sr_1_54?crid=2P41KLGVT8GCH&keywords=blouse%2BONE%2BSHOULDER%2BKAFTAN&qid=1660672958&sprefix=blouse%2Bone%2Bshoulder%2Bkaftan%2Caps%2C86&sr=8-54&th=1 |
| 97 | Longay | AMAZON | https://www.amazon.com/Chiffon-Cardigan-Butterfly-Printed-Shoulder/dp/B0B39F9SXD/ref=sr_1_54?crid=2P41KLGVT8GCH&keywords=blouse%2BONE%2BSHOULDER%2BKAFTAN&qid=1660672958&sprefix=blouse%2Bone%2Bshoulder%2Bkaftan%2Caps%2C86&sr=8-54&th=1 |
| 98 | MOBIMU | | https://www.mobimiu.com/products/floral-print-one-shoulder-maxi-dress-7151916.html?locale=en&ccy=USD&monitor=US&epik=dj0yJnU9cTN2YUpaTUx3cmlydUdmNDlpeVdoeG1kaDI0ZGNlOWsmcD0wJm49TXk3ai0zZTVJSzlTT3BNRmdVX1F3ZyZ0PUFBQUFFBR01hSTIJ |
| 98 | MOBIMU | | https://www.mobimiu.com/products/floral-print-one-shoulder-maxi-dress-7151916.html?locale=en&ccy=USD&monitor=US&epik=dj0yJnU9cTN2YUpaTUx3cmlydUdmNDlpeVdoeG1kaDI0ZGNlOWsmcD0wJm49TXk3ai0zZTVJSzlTT3BNRmdVX1F3ZyZ0PUFBQUFFBR01hSTIJ&variant=96024709 |
| 98 | MOBIMU | | https://www.mobimiu.com/products/floral-print-one-shoulder-maxi-dress-7151916.html?locale=en&ccy=USD&monitor=US&epik=dj0yJnU9cTN2YUpaTUx3cmlydUdmNDlpeVdoeG1kaDI0ZGNlOWsmcD0wJm49TXk3ai0zZTVJSzlTT3BNRmdVX1F3ZyZ0PUFBQUFFBR01hSTIJ&variant=96024713 |
| 98 | MOBIMU | | https://www.mobimiu.com/products/floral-print-one-shoulder-maxi-dress-7151916.html?locale=en&ccy=USD&monitor=US&epik=dj0yJnU9cTN2YUpaTUx3cmlydUdmNDlpeVdoeG1kaDI0ZGNlOWsmcD0wJm49TXk3ai0zZTVJSzlTT3BNRmdVX1F3ZyZ0PUFBQUFFBR01hSTIJ&variant=96024717 |
| 98 | MOBIMU | | https://www.mobimiu.com/products/floral-print-one-shoulder-maxi-dress-7151916.html?locale=en&ccy=USD&monitor=US&epik=dj0yJnU9cTN2YUpaTUx3cmlydUdmNDlpeVdoeG1kaDI0ZGNlOWsmcD0wJm49TXk3ai0zZTVJSzlTT3BNRmdVX1F3ZyZ0PUFBQUFFBR01hSTIJ&variant=96024721 |
| 98 | MOBIMU | | https://www.mobimiu.com/products/floral-print-one-shoulder-maxi-dress-7151916.html?locale=en&ccy=USD&monitor=US&epik=dj0yJnU9cTN2YUpaTUx3cmlydUdmNDlpeVdoeG1kaDI0ZGNlOWsmcD0wJm49TXk3ai0zZTVJSzlTT3BNRmdVX1F3ZyZ0PUFBQUFFBR01hSTIJ&variant=96024724 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 98 | MOBIMU | | https://www.mobimiu.com/products/floral-print-one-shoulder-maxi-dress-7151916.html?locale=en&ccy=USD&monitor=US&epik=dj0yJnU9cTN2YUpaTUx3cmlydUd mNDlpeVdoeG1kaDI0ZGNlOWsmcD0wJm49TXk3ai0zZTVJSzlTT3BNRmdVX1F3ZyZ0PUFBQ UFBR01hSTlJ&variant=96024726 |
| 98 | MOBIMU | | https://www.mobimiu.com/products/floral-print-one-shoulder-maxi-dress-7151916.html?locale=en&ccy=USD&monitor=US&epik=dj0yJnU9cTN2YUpaTUx3cmlydUd mNDlpeVdoeG1kaDI0ZGNlOWsmcD0wJm49TXk3ai0zZTVJSzlTT3BNRmdVX1F3ZyZ0PUFBQ UFBR01hSTlJ&variant=96024728 |
| 98 | MOBIMU | | https://www.mobimiu.com/products/floral-print-one-shoulder-maxi-dress-7151916.html?locale=en&ccy=USD&monitor=US&epik=dj0yJnU9cTN2YUpaTUx3cmlydUd mNDlpeVdoeG1kaDI0ZGNlOWsmcD0wJm49TXk3ai0zZTVJSzlTT3BNRmdVX1F3ZyZ0PUFBQ UFBR01hSTlJ&variant=96024730 |
| 98 | MOBIMU | | https://www.mobimiu.com/products/floral-print-one-shoulder-maxi-dress-7151916.html?locale=en&ccy=USD&monitor=US&epik=dj0yJnU9cTN2YUpaTUx3cmlydUd mNDlpeVdoeG1kaDI0ZGNlOWsmcD0wJm49TXk3ai0zZTVJSzlTT3BNRmdVX1F3ZyZ0PUFBQ UFBR01hSTlJ&variant=96024734 |
| 98 | MOBIMU | | https://www.mobimiu.com/products/floral-print-one-shoulder-maxi-dress-7151916.html?locale=en&ccy=USD&monitor=US&epik=dj0yJnU9cTN2YUpaTUx3cmlydUd mNDlpeVdoeG1kaDI0ZGNlOWsmcD0wJm49TXk3ai0zZTVJSzlTT3BNRmdVX1F3ZyZ0PUFBQ UFBR01hSTlJ&variant=96024736 |
| 99 | Mofylook | | https://www.mofylook.com/products/straddled-shoulders-casual-sexy-beach-holiday-big-swing-dress?variant=fb64ce3e-3aec-46a5-8faf-f3d2065101de&pp=0&epik=dj0yJnU9YUN4cTFnVWZPaTEtQ1BlRmdTY2ZidzUtcFR3MGJJV DAmcD0xJm49Y0FhaUJEdkQyZkZQX1lBUE9zaWxLdyZ0PUFBQUFBR01hRl9B |
| 99 | Mofylook | | https://www.mofylook.com/products/straddled-shoulders-casual-sexy-beach-holiday-big-swing-dress?variant=b7da4723-37d6-488c-bdc6-8fa939aa410c&pp=0&epik=dj0yJnU9YUN4cTFnVWZPaTEtQ1BlRmdTY2ZidzUtcFR3MGJJV DAmcD0xJm49Y0FhaUJEdkQyZkZQX1lBUE9zaWxLdyZ0PUFBQUFBR01hRl9B |
| 99 | Mofylook | | https://www.mofylook.com/products/straddled-shoulders-casual-sexy-beach-holiday-big-swing-dress?variant=4f153cb0-ef53-48a5-b64a-86c35168dc01&pp=0&epik=dj0yJnU9YUN4cTFnVWZPaTEtQ1BlRmdTY2ZidzUtcFR3MGJJV DAmcD0xJm49Y0FhaUJEdkQyZkZQX1lBUE9zaWxLdyZ0PUFBQUFBR01hRl9B |
| 99 | Mofylook | | https://www.mofylook.com/products/straddled-shoulders-casual-sexy-beach-holiday-big-swing-dress?variant=d2b60603-8fd2-4fa7-a347-b97d1247529c&pp=0&epik=dj0yJnU9YUN4cTFnVWZPaTEtQ1BlRmdTY2ZidzUtcFR3MGJJV DAmcD0xJm49Y0FhaUJEdkQyZkZQX1lBUE9zaWxLdyZ0PUFBQUFBR01hRl9B |
| 99 | Mofylook | | https://www.mofylook.com/products/straddled-shoulders-casual-sexy-beach-holiday-big-swing-dress?variant=ee7662c4-f553-425b-b64a-382369a53a34&pp=0&epik=dj0yJnU9YUN4cTFnVWZPaTEtQ1BlRmdTY2ZidzUtcFR3MGJJV DAmcD0xJm49Y0FhaUJEdkQyZkZQX1lBUE9zaWxLdyZ0PUFBQUFBR01hRl9B |
| 99 | Mofylook | | https://www.mofylook.com/products/straddled-shoulders-casual-sexy-beach-holiday-big-swing-dress?variant=d69a2108-13be-4fcd-9468-da48279e40d7&pp=0&epik=dj0yJnU9YUN4cTFnVWZPaTEtQ1BlRmdTY2ZidzUtcFR3MGJJV DAmcD0xJm49Y0FhaUJEdkQyZkZQX1lBUE9zaWxLdyZ0PUFBQUFBR01hRl9B |
| 99 | Mofylook | | https://www.mofylook.com/products/straddled-shoulders-casual-sexy-beach-holiday-big-swing-dress?variant=c7cc5779-aab4-4d10-b4a7-5a03d202502f&pp=0&epik=dj0yJnU9YUN4cTFnVWZPaTEtQ1BlRmdTY2ZidzUtcFR3MGJJV DAmcD0xJm49Y0FhaUJEdkQyZkZQX1lBUE9zaWxLdyZ0PUFBQUFBR01hRl9B |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 99 | Mofylook | | https://www.mofylook.com/products/straddled-shoulders-casual-sexy-beach-holiday-big-swing-dress?variant=725a4d72-65ca-41dd-a594-c3237979fb8a&pp=0&epik=dj0yJnU9YUN4cTFnVWZPaTEtQ1BlRmdTY2ZidzUtcFR3MGJJVDAmcD0xJm49Y0FhaUJEdkQyZkZQX1lBUE9zaWxyLdyZ0PUFBQUFBR01hRl9B |
| 100 | OMBMUT | AMAZON | https://www.amazon.com/dp/B09NYHRV2Q?ref_=cm_sw_r_cp_ud_dp_MTZRYQZDK85BD8PATYEV |
| 100 | OMBMUT | AMAZON | https://www.amazon.com/dp/B09NYKCQRP?ref_=cm_sw_r_cp_ud_dp_MTZRYQZDK85BD8PATYEV&th=1&psc=1 |
| 100 | OMBMUT | AMAZON | https://www.amazon.com/dp/B09NYKCQRP/ref=cm_sw_r_api_i_E2X2FCD29ABQQVFY2YNK_0?th=1&psc=1 |
| 101 | shenzhenshi wudaokejiyouxiangongsi | WALMART | https://www.walmart.com/ip/MRULIC-Beach-towel-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Blue-One-size/1931467492 |
| 101 | shenzhenshi wudaokejiyouxiangongsi | WALMART | https://www.walmart.com/ip/MRULIC-Beach-towel-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Blue-One-size/1563406979 |
| 101 | shenzhenshi wudaokejiyouxiangongsi | WALMART | https://www.walmart.com/ip/MRULIC-Beach-towel-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Blue-One-size/1260453415 |
| 101 | shenzhenshi wudaokejiyouxiangongsi | WALMART | https://www.walmart.com/ip/MRULIC-Beach-towel-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Blue-One-size/1790862961 |
| 102 | Multitrust | WALMART | https://www.walmart.com/ip/Women-Casual-Beach-Kaftan-Dress-One-Shoulder-Short-Sleeve-Loungewear-Caftan-Long-Swimsuit-Cover-Up-Plus-Size/981723444 |
| 102 | Multitrust | WALMART | https://www.walmart.com/ip/Women-Casual-Beach-Kaftan-Dress-One-Shoulder-Short-Sleeve-Loungewear-Caftan-Long-Swimsuit-Cover-Up-Plus-Size/592315817 |
| 102 | Multitrust | WALMART | https://www.walmart.com/ip/Women-Casual-Beach-Kaftan-Dress-One-Shoulder-Short-Sleeve-Loungewear-Caftan-Long-Swimsuit-Cover-Up-Plus-Size/724693211 |
| 102 | Multitrust | WALMART | https://www.walmart.com/ip/Women-Casual-Beach-Kaftan-Dress-One-Shoulder-Short-Sleeve-Loungewear-Caftan-Long-Swimsuit-Cover-Up-Plus-Size/391734558 |
| 102 | Multitrust | WALMART | https://www.walmart.com/ip/Women-Casual-Beach-Kaftan-Dress-One-Shoulder-Short-Sleeve-Loungewear-Caftan-Long-Swimsuit-Cover-Up-Plus-Size/971110620 |
| 102 | Multitrust | WALMART | https://www.walmart.com/ip/Women-Casual-Beach-Kaftan-Dress-One-Shoulder-Short-Sleeve-Loungewear-Caftan-Long-Swimsuit-Cover-Up-Plus-Size/695492644 |
| 102 | Multitrust | WALMART | https://www.walmart.com/ip/Women-Casual-Beach-Kaftan-Dress-One-Shoulder-Short-Sleeve-Loungewear-Caftan-Long-Swimsuit-Cover-Up-Plus-Size/520170854 |
| 102 | Multitrust | WALMART | https://www.walmart.com/ip/Women-Casual-Beach-Kaftan-Dress-One-Shoulder-Short-Sleeve-Loungewear-Caftan-Long-Swimsuit-Cover-Up-Plus-Size/243223218 |
| 103 | MUSEPOINTER | | https://www.musepointer.com/products/one-shoulder-floral-print-asymmetrical-maxi-dress-ze299620?variant=6bebbbd8-1772-4758-af50-1c7fddc85184 |
| 103 | MUSEPOINTER | | https://www.musepointer.com/products/one-shoulder-floral-print-asymmetrical-maxi-dress-ze299620?variant=2069cd56-b74c-46f2-9ac7-b0731879fb9f |
| 103 | MUSEPOINTER | | https://www.musepointer.com/products/one-shoulder-floral-print-asymmetrical-maxi-dress-ze299620?variant=d0e602b5-5272-4603-9234-c1e03d074e88 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 104 | Myfancywear | | https://myfancywear.com/products/free-vacation-vibes-maxi-dress?variant=42254855471322 |
| 104 | Myfancywear | | https://myfancywear.com/products/free-vacation-vibes-maxi-dress?variant=42254855307482 |
| 104 | Myfancywear | | https://myfancywear.com/products/free-vacation-vibes-maxi-dress?variant=42254855340250 |
| 104 | Myfancywear | | https://myfancywear.com/products/free-vacation-vibes-maxi-dress?variant=42254855373018 |
| 104 | Myfancywear | | https://myfancywear.com/products/free-vacation-vibes-maxi-dress?variant=42254855405786 |
| 104 | Myfancywear | | https://myfancywear.com/products/free-vacation-vibes-maxi-dress?variant=42254855438554 |
| 104 | Myfancywear | | https://myfancywear.com/products/free-vacation-vibes-maxi-dress?variant=42254855504090 |
| 104 | Myfancywear | | https://myfancywear.com/products/free-vacation-vibes-maxi-dress?variant=42254855536858 |
| 105 | Mynewitem | | https://mynewitem.com/products/holly-set?variant=43240560066773 |
| 105 | Mynewitem | | https://mynewitem.com/products/holly-set?variant=43240560099541 |
| 105 | Mynewitem | | https://mynewitem.com/products/holly-set?variant=43240560034005 |
| 105 | Mynewitem | | https://mynewitem.com/products/holly-set?variant=43240560001237 |
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155029070018 |
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155026055362 |
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155026219202 |
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155026415810 |
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155026579650 |
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155026743490 |
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155026907330 |
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155027071170 |
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155027235010 |
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155027398850 |
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155027628226 |
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155027792066 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155027955906 |
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155028119746 |
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155028283586 |
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155028447426 |
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155028611266 |
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155028906178 |
| 106 | Nadia | | https://nadia-fashionstore.myshopify.com/products/green-boho-printed-off-shoulder-kaftan-plus-size-women-clothes-summer-sexy-beach-wear-tunic-casual-high-street-dresses-a1015?variant=42155029233858 |
| 107 | PAV Electronics | WALMART | https://www.walmart.com/ip/Naiflowers-Women-s-Maxi-Dress-Floral-Butterfly-Print-Long-Dresses-Casual-Loose-Kaftan-Oversized-One-Shoulder-Sundress/215475142 |
| 107 | PAV Electronics | WALMART | https://www.walmart.com/ip/Naiflowers-Women-s-Maxi-Dress-Floral-Butterfly-Print-Long-Dresses-Casual-Loose-Kaftan-Oversized-One-Shoulder-Sundress/630848509 |
| 107 | PAV Electronics | WALMART | https://www.walmart.com/ip/Naiflowers-Women-s-Maxi-Dress-Floral-Butterfly-Print-Long-Dresses-Casual-Loose-Kaftan-Oversized-One-Shoulder-Sundress/896533385 |
| 107 | PAV Electronics | WALMART | https://www.walmart.com/ip/Naiflowers-Women-s-Maxi-Dress-Floral-Butterfly-Print-Long-Dresses-Casual-Loose-Kaftan-Oversized-One-Shoulder-Sundress/739694987 |
| 107 | PAV Electronics | WALMART | https://www.walmart.com/ip/Naiflowers-Women-s-Maxi-Dress-Floral-Butterfly-Print-Long-Dresses-Casual-Loose-Kaftan-Oversized-One-Shoulder-Sundress/600394598 |
| 107 | PAV Electronics | WALMART | https://www.walmart.com/ip/Naiflowers-Women-s-Maxi-Dress-Floral-Butterfly-Print-Long-Dresses-Casual-Loose-Kaftan-Oversized-One-Shoulder-Sundress/345309205 |
| 107 | PAV Electronics | WALMART | https://www.walmart.com/ip/Naiflowers-Women-s-Maxi-Dress-Floral-Butterfly-Print-Long-Dresses-Casual-Loose-Kaftan-Oversized-One-Shoulder-Sundress/208486191 |
| 107 | PAV Electronics | WALMART | https://www.walmart.com/ip/Naiflowers-Women-s-Maxi-Dress-Floral-Butterfly-Print-Long-Dresses-Casual-Loose-Kaftan-Oversized-One-Shoulder-Sundress/797708297 |
| 108 | Onemopie | AMAZON | https://www.amazon.com/Womens-Shoulder-Stripe-Batwing-Asymmetric/dp/B0B39PCV69/ref=sr_1_1386?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660595230&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-1386 |
| 108 | Onemopie | AMAZON | https://www.amazon.com/Womens-Shoulder-Stripe-Batwing-Asymmetric/dp/B0B39K2FR1/ref=sr_1_1386?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595230&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1386&th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 108 | Onemopie | AMAZON | https://www.amazon.com/Womens-Shoulder-Stripe-Batwing-Asymmetric/dp/B0B39L9PPS/ref=sr_1_1386?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595230&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1386&th=1&psc=1 |
| 108 | Onemopie | AMAZON | https://www.amazon.com/Womens-Shoulder-Stripe-Batwing-Asymmetric/dp/B0B39LWRRC/ref=sr_1_1386?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660595230&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-1386&th=1&psc=1 |
| 109 | Shunxy Tore Inc | WALMART | https://www.walmart.com/ip/Niuer-Ladies-Sexy-Satin-Kaftan-Dress-Women-Smooth-Sundress-Butterfly-Print-Vacation-Cold-Shoulder-Casual-Maxi-Dresses/857104577 |
| 109 | Shunxy Tore Inc | WALMART | https://www.walmart.com/ip/Niuer-Ladies-Kaftans-Kimono-Maxi-Style-Dresses-Women-Floral-Evening-Cocktail-Flowing-Dress-Beach-Cover-Ups-Swimwear/338801052 |
| 109 | Shunxy Tore Inc | WALMART | https://www.walmart.com/ip/Niuer-Ladies-Kaftans-Kimono-Maxi-Style-Dresses-Women-Floral-Evening-Cocktail-Flowing-Dress-Beach-Cover-Ups-Swimwear/324714917 |
| 109 | Shunxy Tore Inc | WALMART | https://www.walmart.com/ip/Niuer-Ladies-Kaftans-Kimono-Maxi-Style-Dresses-Women-Floral-Evening-Cocktail-Flowing-Dress-Beach-Cover-Ups-Swimwear/842573964 |
| 109 | Shunxy Tore Inc | WALMART | https://www.walmart.com/ip/Niuer-Ladies-Kaftans-Kimono-Maxi-Style-Dresses-Women-Floral-Evening-Cocktail-Flowing-Dress-Beach-Cover-Ups-Swimwear/674621587 |
| 109 | Shunxy Tore Inc | WALMART | https://www.walmart.com/ip/Niuer-Ladies-Kaftans-Kimono-Maxi-Style-Dresses-Women-Floral-Evening-Cocktail-Flowing-Dress-Beach-Cover-Ups-Swimwear/633861184 |
| 109 | Shunxy Tore Inc | WALMART | https://www.walmart.com/ip/Niuer-Ladies-Kaftans-Kimono-Maxi-Style-Dresses-Women-Floral-Evening-Cocktail-Flowing-Dress-Beach-Cover-Ups-Swimwear/591017827 |
| 109 | Shunxy Tore Inc | WALMART | https://www.walmart.com/ip/Niuer-Ladies-Kaftans-Kimono-Maxi-Style-Dresses-Women-Floral-Evening-Cocktail-Flowing-Dress-Beach-Cover-Ups-Swimwear/112826873 |
| 109 | Shunxy Tore Inc | WALMART | https://www.walmart.com/ip/Niuer-Ladies-Sexy-Satin-Kaftan-Dress-Women-Smooth-Sundress-Butterfly-Print-Vacation-Cold-Shoulder-Casual-Maxi-Dresses/359399575 |
| 109 | Shunxy Tore Inc | WALMART | https://www.walmart.com/ip/Niuer-Ladies-Sexy-Satin-Kaftan-Dress-Women-Smooth-Sundress-Butterfly-Print-Vacation-Cold-Shoulder-Casual-Maxi-Dresses/404081993 |
| 109 | Shunxy Tore Inc | WALMART | https://www.walmart.com/ip/Niuer-Ladies-Sexy-Satin-Kaftan-Dress-Women-Smooth-Sundress-Butterfly-Print-Vacation-Cold-Shoulder-Casual-Maxi-Dresses/252587158 |
| 109 | Shunxy Tore Inc | WALMART | https://www.walmart.com/ip/Niuer-Ladies-Sexy-Satin-Kaftan-Dress-Women-Smooth-Sundress-Butterfly-Print-Vacation-Cold-Shoulder-Casual-Maxi-Dresses/714615920 |
| 109 | Shunxy Tore Inc | WALMART | https://www.walmart.com/ip/Niuer-Ladies-Sexy-Satin-Kaftan-Dress-Women-Smooth-Sundress-Butterfly-Print-Vacation-Cold-Shoulder-Casual-Maxi-Dresses/822241432 |
| 109 | Shunxy Tore Inc | WALMART | https://www.walmart.com/ip/Niuer-Ladies-Sexy-Satin-Kaftan-Dress-Women-Smooth-Sundress-Butterfly-Print-Vacation-Cold-Shoulder-Casual-Maxi-Dresses/667403374 |
| 109 | Shunxy Tore Inc | WALMART | https://www.walmart.com/ip/Niuer-Ladies-Kaftans-Kimono-Maxi-Style-Dresses-Women-Floral-Evening-Cocktail-Flowing-Dress-Beach-Cover-Ups-Swimwear/903511046 |
| 110 | nxtgold | | https://nxtgold.com/products/spring-slant-shoulder-casual-sexy-beach-holiday-swing-dress?variant=41871909355691 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 110 | nxtgold | | https://nxtgold.com/products/spring-slant-shoulder-casual-sexy-beach-holiday-swing-dress?variant=41871908962475 |
| 110 | nxtgold | | https://nxtgold.com/products/spring-slant-shoulder-casual-sexy-beach-holiday-swing-dress?variant=41871909159083 |
| 110 | nxtgold | | https://nxtgold.com/products/spring-slant-shoulder-casual-sexy-beach-holiday-swing-dress?variant=41871909552299 |
| 111 | ORETW | | https://www.oretw.com/products/spring-slant-shoulder-casual-sexy-beach-holiday-swing-dress?variant=c6a8d641-940a-4b29-a3c3-862f82e66e67 |
| 111 | ORETW | | https://www.oretw.com/products/spring-slant-shoulder-casual-sexy-beach-holiday-swing-dress?variant=cb161372-27f4-49b9-92e8-2592a6f4d4ef |
| 111 | ORETW | | https://www.oretw.com/products/spring-slant-shoulder-casual-sexy-beach-holiday-swing-dress?variant=94d2b1ad-c375-464c-b9ed-099b866892b2 |
| 111 | ORETW | | https://www.oretw.com/products/spring-slant-shoulder-casual-sexy-beach-holiday-swing-dress?variant=c7dccd61-c761-469c-930d-7d5c2c9fb1ef |
| 111 | ORETW | | https://www.oretw.com/products/spring-slant-shoulder-casual-sexy-beach-holiday-swing-dress?variant=a368bcf7-41db-474e-9035-a12881c95975 |
| 111 | ORETW | | https://www.oretw.com/products/spring-slant-shoulder-casual-sexy-beach-holiday-swing-dress?variant=808bf849-55c6-4743-8b40-3fe7eb5e755a |
| 111 | ORETW | | https://www.oretw.com/products/spring-slant-shoulder-casual-sexy-beach-holiday-swing-dress?variant=ad018fbf-f094-47b6-a741-b7b7fa0f57ac |
| 111 | ORETW | | https://www.oretw.com/products/spring-slant-shoulder-casual-sexy-beach-holiday-swing-dress?variant=68e8d629-104c-4717-bf6b-3cbe2ad9e6c5 |
| 112 | Oshoplive | | https://www.oshoplive.com/products/asymmetric-off-the-shoulder-butterfly-print-cover-ups-tops?epik=dj0yJnU9WjA0S0JPTk0tWTNaVnZGYTdwUm5tYUhqTTVreEw4bXomcD0wJm49SmQ5MzhNS1ZnUFZDYlhHak9DZWFJZyZ0PUFBQUFBR01hRjVv |
| 112 | Oshoplive | | https://www.oshoplive.com/products/asymmetric-off-the-shoulder-butterfly-print-cover-ups-tops?epik=dj0yJnU9WjA0S0JPTk0tWTNaVnZGYTdwUm5tYUhqTTVreEw4bXomcD0wJm49SmQ5MzhNS1ZnUFZDYlhHak9DZWFJZyZ0PUFBQUFBR01hRjVv&variant=2508559c-91eb-4f46-9010-18a35f2b4df5 |
| 112 | Oshoplive | | https://www.oshoplive.com/products/asymmetric-off-the-shoulder-butterfly-print-cover-ups-tops?epik=dj0yJnU9WjA0S0JPTk0tWTNaVnZGYTdwUm5tYUhqTTVreEw4bXomcD0wJm49SmQ5MzhNS1ZnUFZDYlhHak9DZWFJZyZ0PUFBQUFBR01hRjVv&variant=b31d022b-e908-4fb7-958a-d95c07e0a70f |
| 113 | Oteya | | https://www.oteyashop.com/products/loose-print-shoulder-beach-holiday-sunscreen-dress-europe-and-america-commuting-irregular-dress?variant=32654e48-5198-4aac-9717f0a58f9fccd3&epik=dj0yJnU9VzNfVkJDNVdVa2wyTk52aWlfSkRqNVhCeHlzSlZHblEmcD0wJm49VEJYeFdEZmcyaXVIUWVaTFFnUTZFUSZ0PUFBQUFBR01hRnRJ |
| 113 | Oteya | | https://www.oteyashop.com/products/loose-print-shoulder-beach-holiday-sunscreen-dress-europe-and-america-commuting-irregular-dress?variant=963cb1f5-470d-49f4-bef9-01ce54f485da&epik=dj0yJnU9VzNfVkJDNVdVa2wyTk52aWlfSkRqNVhCeHlzSlZHblEmcD0wJm49VEJYeFdEZmcyaXVIUWVaTFFnUTZFUSZ0PUFBQUFBR01hRnRJ |
| 113 | Oteya | | https://www.oteyashop.com/products/loose-print-shoulder-beach-holiday-sunscreen-dress-europe-and-america-commuting-irregular-dress?variant=3f7eb242-9cd0-4bcd-b770-dbd6f8d51fcd&epik=dj0yJnU9VzNfVkJDNVdVa2wyTk52aWlfSkRqNVhCeHlzSlZHblEmcD0wJm49VEJYeFdEZmcyaXVIUWVaTFFnUTZFUSZ0PUFBQUFBR01hRnRJ |
| 113 | Oteya | | https://www.oteyashop.com/products/loose-print-shoulder-beach-holiday-sunscreen-dress-europe-and-america-commuting-irregular-dress?variant=098c1963-0802-418a-bcce-2373ba41dc18&epik=dj0yJnU9VzNfVkJDNVdVa2wyTk52aWlfSkRqNVhCeHlzSlZHblEmcD0wJm49VEJYeFdEZmcyaXVIUWVaTFFnUTZFUSZ0PUFBQUFBR01hRnRJ |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 113 | Oteya | | https://www.oteyashop.com/products/loose-print-shoulder-beach-holiday-sunscreen-dress-europe-and-america-commuting-irregular-dress?variant=0c40f73a-816d-4955-9f03-d9004d1a6fc7&epik=dj0yJnU9VzNfVkJDNVdVa2wyTk52aWlfSkRqNVhCeHIzSlZHblEmcD0wJm49VEJYeFdEZmcyaXVIUWVaTFFnUTZFUSZ0PUFBQUFBR01hRnRRJ |
| 113 | Oteya | | https://www.oteyashop.com/products/loose-print-shoulder-beach-holiday-sunscreen-dress-europe-and-america-commuting-irregular-dress?variant=a2214fea-9802-4158-8f97-d9e7d34a522d&epik=dj0yJnU9VzNfVkJDNVdVa2wyTk52aWlfSkRqNVhCeHIzSlZHblEmcD0wJm49VEJYeFdEZmcyaXVIUWVaTFFnUTZFUSZ0PUFBQUFBR01hRnRRJ |
| 113 | Oteya | | https://www.oteyashop.com/products/loose-print-shoulder-beach-holiday-sunscreen-dress-europe-and-america-commuting-irregular-dress?variant=143b2c62-12b8-4e2e-90ad-2db7c51dfc24&epik=dj0yJnU9VzNfVkJDNVdVa2wyTk52aWlfSkRqNVhCeHIzSlZHblEmcD0wJm49VEJYeFdEZmcyaXVIUWVaTFFnUTZFUSZ0PUFBQUFBR01hRnRRJ |
| 114 | Petsgofun | | https://www.petsgofun.com/products/fashion-vacation-print-split-joint-one-shoulder-irregular-dresses-p4612506761?variant=17800924-d4ef-4737-9dc8-467dc0dca0e0 |
| 114 | Petsgofun | | https://www.petsgofun.com/products/fashion-vacation-print-split-joint-one-shoulder-irregular-dresses-p4612506761?variant=0b7dbd08-23d0-4995-9ed7-b8a866d7595c |
| 114 | Petsgofun | | https://www.petsgofun.com/products/fashion-vacation-print-split-joint-one-shoulder-irregular-dresses-p4612506761?variant=ee9cfe88-4417-4101-89a8-4171ef243ce9 |
| 114 | Petsgofun | | https://www.petsgofun.com/products/fashion-vacation-print-split-joint-one-shoulder-irregular-dresses-p4612506761?variant=c4f29cb1-298a-4224-a11b-cb282f824781 |
| 114 | Petsgofun | | https://www.petsgofun.com/products/fashion-vacation-print-split-joint-one-shoulder-irregular-dresses-p4612506761?variant=e7713e62-3a81-4d63-b588-b7b646d09db4 |
| 115 | Pretteposh | | https://www.pretteposh.com/products/chloe-tie-front-beach-cover-up-tunic |
| 116 | INTENTIONALLY OMITTED | | |
| 117 | nuoduomy | AMAZON | https://www.amazon.com/dp/B09TRHDDPX/ref=cm_sw_r_api_i_NBDBEW5RQEFRAJ2WAWVA_0?_encoding=UTF8&psc=1 |
| 117 | nuoduomy | AMAZON | https://www.amazon.com/dp/B09TRGL1GK/ref=cm_sw_r_api_i_NBDBEW5RQEFRAJ2WAWVA_0?_encoding=UTF8&th=1 |
| 117 | nuoduomy | AMAZON | https://www.amazon.com/dp/B09TRGNJHG/ref=cm_sw_r_api_i_NBDBEW5RQEFRAJ2WAWVA_0?_encoding=UTF8&th=1 |
| 117 | nuoduomy | AMAZON | https://www.amazon.com/dp/B09TRDBFGP/ref=cm_sw_r_api_i_NBDBEW5RQEFRAJ2WAWVA_0?_encoding=UTF8&th=1 |
| 118 | INTENTIONALLY OMITTED | | |
| 119 | RUCKY Store | AMAZON | https://www.amazon.com/RUCKY-Womens-Kaftan-Shoulder-Batwing/dp/B09NY615W4/ref=sr_1_4348?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660597807&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-4348 |
| 120 | CONGHJ | AMAZON | https://www.amazon.com/dp/B09NM4WPGP?ref_=cm_sw_r_cp_ud_dp_S0J59FN3CBBZA9P3XBRR |
| 120 | CONGHJ | AMAZON | https://www.amazon.com/dp/B09NM2WLGF?ref_=cm_sw_r_cp_ud_dp_S0J59FN3CBBZA9P3XBRR&th=1 |
| 120 | CONGHJ | AMAZON | https://www.amazon.com/dp/B09NM381WH?ref_=cm_sw_r_cp_ud_dp_S0J59FN3CBBZA9P3XBRR&th=1 |
| 120 | CONGHJ | AMAZON | https://www.amazon.com/dp/B09NM3W7QW?ref_=cm_sw_r_cp_ud_dp_S0J59FN3CBBZA9P3XBRR&th=1&psc=1 |
| 120 | CONGHJ | AMAZON | https://www.amazon.com/dp/B09NM6Q82V?ref_=cm_sw_r_cp_ud_dp_S0J59FN3CBBZA9P3XBRR&th=1&psc=1 |
| 120 | CONGHJ | AMAZON | https://www.amazon.com/dp/B09NM5C7DL?ref_=cm_sw_r_cp_ud_dp_S0J59FN3CBBZA9P3XBRR&th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 120 | CONGHJ | AMAZON | https://www.amazon.com/dp/B09NM485K5?ref_=cm_sw_r_cp_ud_dp_S0J59FN3CBBZA9P3XBRR&th=1&psc=1 |
| 120 | CONGHJ | AMAZON | https://www.amazon.com/dp/B09NM55GXX?ref_=cm_sw_r_cp_ud_dp_S0J59FN3CBBZA9P3XBRR&th=1&psc=1 |
| 120 | CONGHJ | AMAZON | https://www.amazon.com/dp/B09NM3SYWD?ref_=cm_sw_r_cp_ud_dp_S0J59FN3CBBZA9P3XBRR&th=1&psc=1 |
| 121 | Sayhi | AMAZON | https://www.amazon.com/dp/B095149SCY/ref=cm_sw_r_api_i_4FPMKDVXMRJW1TNMFTF3_0 |
| 121 | Sayhi | AMAZON | https://www.amazon.com/dp/B09C7XPBXF/ref=cm_sw_r_api_i_4FPMKDVXMRJW1TNMFTF3_0?th=1 |
| 121 | Sayhi | AMAZON | https://www.amazon.com/dp/B09C7M6KBD/ref=cm_sw_r_api_i_4FPMKDVXMRJW1TNMFTF3_0?th=1 |
| 122 | SCZWKHG | AMAZON | https://www.amazon.com/Chiffon-Swimwear-Swimsuit-Shoulder-Cardigan/dp/B09XD8V6KX/ref=sr_1_2800?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660596232&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-2800 |
| 122 | SCZWKHG | AMAZON | https://www.amazon.com/Chiffon-Swimwear-Swimsuit-Shoulder-Cardigan/dp/B09XD8NKGN/ref=sr_1_2800?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660596232&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-2800&th=1&psc=1 |
| 122 | SCZWKHG | AMAZON | https://www.amazon.com/Chiffon-Swimwear-Swimsuit-Shoulder-Cardigan/dp/B09XD9LTPB/ref=sr_1_2800?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660596232&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-2800&th=1&psc=1 |
| 122 | SCZWKHG | AMAZON | https://www.amazon.com/Chiffon-Swimwear-Swimsuit-Shoulder-Cardigan/dp/B09XD6V215/ref=sr_1_2800?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660596232&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-2800&th=1&psc=1 |
| 122 | SCZWKHG | AMAZON | https://www.amazon.com/Chiffon-Swimwear-Swimsuit-Shoulder-Cardigan/dp/B09XD71H9N/ref=sr_1_2800?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660596232&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-2800&th=1&psc=1 |
| 122 | SCZWKHG | AMAZON | https://www.amazon.com/Chiffon-Swimwear-Swimsuit-Shoulder-Cardigan/dp/B09XD71CJ8/ref=sr_1_2800?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660596232&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-2800&th=1&psc=1 |
| 122 | SCZWKHG | AMAZON | https://www.amazon.com/Chiffon-Swimwear-Swimsuit-Shoulder-Cardigan/dp/B09XD9V8LP/ref=sr_1_2800?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660596232&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-2800&th=1&psc=1 |
| 122 | SCZWKHG | AMAZON | https://www.amazon.com/Chiffon-Swimwear-Swimsuit-Shoulder-Cardigan/dp/B09XD8744M/ref=sr_1_2800?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660596232&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-2800&th=1&psc=1 |
| 122 | SCZWKHG | AMAZON | https://www.amazon.com/Chiffon-Swimwear-Swimsuit-Shoulder-Cardigan/dp/B09XD6NDHV/ref=sr_1_2800?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660596232&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-2800&th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 123 | sebulube | WALMART | https://www.walmart.com/ip/sebulube-Kaftan-Off-Women-s-Maxi-Long-Cover-Plus-Up-Beach-Dress-Sleeve-Size-Shoulder-Beach-towel/1845880263 |
| 123 | sebulube | WALMART | https://www.walmart.com/ip/sebulube-Kaftan-Off-Women-s-Maxi-Long-Cover-Plus-Up-Beach-Dress-Sleeve-Size-Shoulder-Beach-towel/1363446463 |
| 123 | sebulube | WALMART | https://www.walmart.com/ip/sebulube-Kaftan-Off-Women-s-Maxi-Long-Cover-Plus-Up-Beach-Dress-Sleeve-Size-Shoulder-Beach-towel/1859695837 |
| 123 | sebulube | WALMART | https://www.walmart.com/ip/sebulube-Kaftan-Off-Women-s-Maxi-Long-Cover-Plus-Up-Beach-Dress-Sleeve-Size-Shoulder-Beach-towel/1834314606 |
| 124 | EZshoot LLC | WALMART | https://www.walmart.com/ip/Sexy-Dance-Ladies-Satin-Dresses-Casual-Floral-Print-Sundress-Summer-Kaftan-Dress-One-Shoulder-Off-Maxi/678206694 |
| 124 | EZshoot LLC | WALMART | https://www.walmart.com/ip/Sexy-Dance-Ladies-Satin-Dresses-Casual-Floral-Print-Sundress-Summer-Kaftan-Dress-One-Shoulder-Off-Maxi/321283726 |
| 124 | EZshoot LLC | WALMART | https://www.walmart.com/ip/Sexy-Dance-Ladies-Satin-Dresses-Casual-Floral-Print-Sundress-Summer-Kaftan-Dress-One-Shoulder-Off-Maxi/827721427 |
| 124 | EZshoot LLC | WALMART | https://www.walmart.com/ip/Sexy-Dance-Ladies-Satin-Dresses-Casual-Floral-Print-Sundress-Summer-Kaftan-Dress-One-Shoulder-Off-Maxi/299127836 |
| 124 | EZshoot LLC | WALMART | https://www.walmart.com/ip/Sexy-Dance-Ladies-Satin-Dresses-Casual-Floral-Print-Sundress-Summer-Kaftan-Dress-One-Shoulder-Off-Maxi/433399135 |
| 124 | EZshoot LLC | WALMART | https://www.walmart.com/ip/Sexy-Dance-Ladies-Satin-Dresses-Casual-Floral-Print-Sundress-Summer-Kaftan-Dress-One-Shoulder-Off-Maxi/341867867 |
| 124 | EZshoot LLC | WALMART | https://www.walmart.com/ip/Sexy-Dance-Ladies-Satin-Dresses-Casual-Floral-Print-Sundress-Summer-Kaftan-Dress-One-Shoulder-Off-Maxi/377175009 |
| 125 | BBQQ | AMAZON | https://www.amazon.com/Womens-Kaftan-Shoulder-Swimsuits-Bathing/dp/B09W5NJ275/ref=sr_1_4266?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660597681&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-4266 |
| 125 | BBQQ | AMAZON | https://www.amazon.com/Womens-Kaftan-Shoulder-Swimsuits-Bathing/dp/B09W5LKDHJ/ref=sr_1_4266?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597681&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-4266&th=1&psc=1 |
| 125 | BBQQ | AMAZON | https://www.amazon.com/Womens-Kaftan-Shoulder-Swimsuits-Bathing/dp/B09W5LLJQ7/ref=sr_1_4266?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597681&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-4266&th=1&psc=1 |
| 125 | BBQQ | AMAZON | https://www.amazon.com/Womens-Kaftan-Shoulder-Swimsuits-Bathing/dp/B09W5KPLFJ/ref=sr_1_4266?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597681&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-4266&th=1&psc=1 |
| 126 | Shechoic | | https://www.shechoic.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses-1-p8693882277?variant=c365e62b-aaac-4b6d-b8bc-9740debeb01f&utm_source=pinterest&utm_medium=social |
| 126 | Shechoic | | https://www.shechoic.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses-1-p8693882277?variant=9f9adfbf-4bcf-40f9-945c-c5ba101c6e58&utm_source=pinterest&utm_medium=social |
| 126 | Shechoic | | https://www.shechoic.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses-1-p8693882277?variant=00de4879-5240-4ec2-9385-b8610b47a0e6&utm_source=pinterest&utm_medium=social |
| 126 | Shechoic | | https://www.shechoic.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses-1-p8693882277?variant=bda7896d-1b65-456b-a827-292228c0685d&utm_source=pinterest&utm_medium=social |
| 126 | Shechoic | | https://www.shechoic.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses-1-p8693882277?variant=35b780d1-8a1d-4dc3-86ba-aa47893dd324&utm_source=pinterest&utm_medium=social |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 126 | Shechoic | | https://www.shechoic.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses-1-p8693882277?variant=3c70218f-3e66-4f95-a39d-6b7c6f7d84fc&utm_source=pinterest&utm_medium=social |
| 126 | Shechoic | | https://www.shechoic.com/products/casual-print-split-joint-one-shoulder-irregular-dress-dresses-1-p8693882277?variant=c4735d47-6567-44ab-bec3-8f7629c2ddbe&utm_source=pinterest&utm_medium=social |
| 127 | SHEGNSI | AMAZON | https://www.amazon.com/SHEGNSI-Womens-Shoulder-Sleeve-Blouse/dp/B09S638K88/ref=sr_1_3352?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660597187&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-3352 |
| 127 | SHEGNSI | AMAZON | https://www.amazon.com/SHEGNSI-Womens-Shoulder-Sleeve-Blouse/dp/B09S5V2FXK/ref=sr_1_3352?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597187&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-3352&th=1 |
| 127 | SHEGNSI | AMAZON | https://www.amazon.com/SHEGNSI-Womens-Shoulder-Sleeve-Blouse/dp/B09S5Y1KX1/ref=sr_1_3352?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597187&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-3352&th=1 |
| 127 | SHEGNSI | AMAZON | https://www.amazon.com/SHEGNSI-Womens-Shoulder-Sleeve-Blouse/dp/B09S5H43FR/ref=sr_1_3352?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660597187&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-3352&th=1 |
| 128 | shivipt1 | POSHMARK | https://poshmark.com/listing/Black-Orchid-Kimono-Cover-Up-607de9f4463d4fcd18c4467d |
| 128 | shivipt1 | POSHMARK | https://poshmark.com/listing/Crane-Kimono-Cover-Up-607de94dc936aff36aa5e329 |
| 128 | shivipt1 | POSHMARK | https://poshmark.com/listing/NEW-One-Shoulder-Floral-Print-Asymmetric-Hemline-Caftan-Dress-62d2e11f382db85bb9f80db8 |
| 128 | shivipt1 | POSHMARK | https://poshmark.com/listing/Camouflage-Kimono-Cover-Up-607de82fe97e482da16fa9bc |
| 128 | shivipt1 | POSHMARK | https://poshmark.com/listing/NEW-One-Shoulder-Tree-Print-Asymmetric-Hemline-Caftan-Dress-62d2d27aefd0e4560faf88c3 |
| 128 | shivipt1 | POSHMARK | https://poshmark.com/listing/NEW-Chiffon-Tiger-Striped-Kimono-Coverup-61fddc1367bd9137936dfedd |
| 128 | shivipt1 | POSHMARK | https://poshmark.com/listing/Zebra-Cardigan-Cover-Up-603e858d3cda88ef41e45a9f |
| 129 | Sonicelife | | https://www.sonicelife.com/products/fashion-chic-high-street-pattern-ladies-long-cardigan-two-piece-set-casual-commute-summer-print-loose-beach-seaside-resort-suits?variant=40761940803724 |
| 130 | sunforyou | ALIEXPRESS | https://www.aliexpress.com/item/3256803786047822.html?spm=a2g0o.detail.1000060.3.2f9be4d64CjuJc&gps-id=pcDetailBottomMoreThisSeller&scm=1007.13339.274681.0&scm_id=1007.13339.274681.0&scm-url=1007.13339.274681.0&pvid=93645b93-5f98-4a98-aea0-059b75d7f772&_t=gps-id:pcDetailBottomMoreThisSeller,scm-url:1007.13339.274681.0,pvid:93645b93-5f98-4a98-aea0-059b75d7f772,tpp_buckets:668%232846%238108%231977&pdp_ext_f=%7B%22sku_id%22%3A%2212000027606266815%22%2C%22sceneId%22%3A%223339%22%7D&pdp_npi=2%40dis%21USD%21%2115.37%21%21%21%21%21%21%402101d1bb16591286059374631ec110%2112000027606266815%21rec |
| 130 | sunforyou | ALIEXPRESS | https://www.aliexpress.com/item/3256802198244893.html?spm=a2g0o.store_pc_topSelering.8148356.7.4b067ebaqAk8BI&pdp_npi=2%40dis%21USD%21US%20%2427.88%21U S%20%2413.94%21%21%21%21%21%21%402132a2571657875220684958e2b18%21120000 28861792223%21sh&spm=a2g0o.store_pc_home.hotSpots_2003127504317.1&gateway Adapt=4itemAdapt |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 131 | INTENTIONALLY OMITTED | | |
| 132 | Swiusd.Clearance??? ?? | WALMART | https://www.walmart.com/ip/Graphic-Tees-Women-Loose-Print-Chiffon-Beach-Kaftan-Long-Cover-Up-Gown-Smock-Frock-Skew-Collar-Dress-9514-Asymmetrical-Diagonal-Neck-Kimono-Blouse-Sk/1229928649 |
| 132 | Swiusd.Clearance??? ?? | WALMART | https://www.walmart.com/ip/Graphic-Tees-Women-Loose-Print-Chiffon-Beach-Kaftan-Long-Cover-Up-Gown-Smock-Frock-Skew-Collar-Dress-9514-Asymmetrical-Diagonal-Neck-Kimono-Blouse-Sk/1900888024 |
| 132 | Swiusd.Clearance??? ?? | WALMART | https://www.walmart.com/ip/Graphic-Tees-Women-Loose-Print-Chiffon-Beach-Kaftan-Long-Cover-Up-Gown-Smock-Frock-Skew-Collar-Dress-9514-Asymmetrical-Diagonal-Neck-Kimono-Blouse-Sk/1036950354 |
| 132 | Swiusd.Clearance??? ?? | WALMART | https://www.walmart.com/ip/Graphic-Tees-Women-Loose-Print-Chiffon-Beach-Kaftan-Long-Cover-Up-Gown-Smock-Frock-Skew-Collar-Dress-9514-Asymmetrical-Diagonal-Neck-Kimono-Blouse-Sk/1797619708 |
| 132 | Swiusd.Clearance??? ?? | WALMART | https://www.walmart.com/ip/Graphic-Tees-Women-Loose-Print-Chiffon-Beach-Kaftan-Long-Cover-Up-Gown-Smock-Frock-Skew-Collar-Dress-9514-Asymmetrical-Diagonal-Neck-Kimono-Blouse-Sk/1999620354 |
| 132 | Swiusd.Clearance??? ?? | WALMART | https://www.walmart.com/ip/Graphic-Tees-Women-Loose-Print-Chiffon-Beach-Kaftan-Long-Cover-Up-Gown-Smock-Frock-Skew-Collar-Dress-9514-Asymmetrical-Diagonal-Neck-Kimono-Blouse-Sk/1936046669 |
| 132 | Swiusd.Clearance??? ?? | WALMART | https://www.walmart.com/ip/Graphic-Tees-Women-Loose-Print-Chiffon-Beach-Kaftan-Long-Cover-Up-Gown-Smock-Frock-Skew-Collar-Dress-9514-Asymmetrical-Diagonal-Neck-Kimono-Blouse-Sk/1167035622 |
| 132 | Swiusd.Clearance??? ?? | WALMART | https://www.walmart.com/ip/Pink-Dress-For-Girls-Summer-Beach-Dresses-Women-Kaftan-Backless-Cami-Fashion-Sleeveless-Long-Printed-V-Neck-s-9418-ed-Lon/1467443711 |
| 132 | Swiusd.Clearance??? ?? | WALMART | https://www.walmart.com/ip/Pink-Dress-For-Girls-Summer-Beach-Dresses-Women-Kaftan-Backless-Cami-Fashion-Sleeveless-Long-Printed-V-Neck-s-9418-ed-Lon/1936935221 |
| 132 | Swiusd.Clearance??? ?? | WALMART | https://www.walmart.com/ip/Pink-Dress-For-Girls-Summer-Beach-Dresses-Women-Kaftan-Backless-Cami-Fashion-Sleeveless-Long-Printed-V-Neck-s-9418-ed-Lon/1939438770 |
| 133 | szmaold | AMAZON | https://www.amazon.com/szmaold-Summer-Shoulder-Kaftan-Striped/dp/B09QLWBVBV/ref=sr_1_3179?crid=1K81PUTUVUYC7&keywords=one+should er+kaftan+for+women&qid=1660596969&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-3179 |
| 133 | szmaold | AMAZON | https://www.amazon.com/szmaold-Summer-Shoulder-Kaftan-Striped/dp/B09QLW66RM/ref=sr_1_3179?crid=1K81PUTUVUYC7&keywords=one%2Bsho ulder%2Bkaftan%2Bfor%2Bwomen&qid=1660596969&s=apparel&sprefix=one%2Bshould er%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-3179&th=1&psc=1 |
| 134 | TANGDRESS | | https://www.tangdress.com/Personalized-Print-Oblique-Shoulder-Flowy-Beach-Dresses-Bikini-Cover-ups-p664482.html?variant=T1903-T7-US8%3Ddj0yJnU9anhfMWt0RHNGQ0U5ZHVrVy1NNkM0RGtaMDJENGRxOHMmcD0wJm4 9QXRta0xhbklMNGc3anJ2d3M0UnlfZyZ0PUFBQUFBBR0poU3Fz&epik=dj0yJnU9SkpSeFNnS TRsLV9VcjZBLWxBV1Y2SXZ6eXdoQUlBbm88mcD0wJm49b2dCVlVGGdlVieWk2MW5mVDFC MV9QUSZ0PUFBQUFBBR01hSFZV |
| 135 | TCCCL | | https://tcccl.com/products/one-shoulder-floral-print-asymmetrical-maxi-dress-ze299620?variant=43270825378044 |
| 135 | TCCCL | | https://tcccl.com/products/one-shoulder-floral-print-asymmetrical-maxi-dress-ze299620?variant=43270825214204 |
| 135 | TCCCL | | https://tcccl.com/products/one-shoulder-floral-print-asymmetrical-maxi-dress-ze299620?variant=43270825541884 |
| 136 | AuntTaylor | AMAZON | https://www.amazon.com/dp/B09V1MN7WC/ref=cm_sw_r_api_i_YRA8MXHJ7SJYPX7Z94 RA_0 |
| 136 | AuntTaylor | AMAZON | https://www.amazon.com/dp/B09V1KGDQL/ref=cm_sw_r_api_i_YRA8MXHJ7SJYPX7Z94R A_0?th=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 136 | AuntTaylor | AMAZON | https://www.amazon.com/dp/B09V1KB2TZ/ref=cm_sw_r_api_i_YRA8MXHJ7SJYPX7Z94RA_0?th=1 |
| 136 | AuntTaylor | AMAZON | https://www.amazon.com/dp/B09V1LDK2Q/ref=cm_sw_r_api_i_YRA8MXHJ7SJYPX7Z94RA_0?th=1 |
| 137 | Caihui | WALMART | https://www.walmart.com/ip/UKAP-Women-Floral-Kaftans-Maxi-Dresses-for-Ladies-Caftans-Long-Maxi-Dress-Kimono-Cover-Up-Dress-Summer-Beachwear-Caftan/294982679 |
| 137 | Caihui | WALMART | https://www.walmart.com/ip/UKAP-Women-Floral-Kaftans-Maxi-Dresses-for-Ladies-Caftans-Long-Maxi-Dress-Kimono-Cover-Up-Dress-Summer-Beachwear-Caftan/147169849 |
| 137 | Caihui | WALMART | https://www.walmart.com/ip/UKAP-Women-Floral-Kaftans-Maxi-Dresses-for-Ladies-Caftans-Long-Maxi-Dress-Kimono-Cover-Up-Dress-Summer-Beachwear-Caftan/533704230 |
| 137 | Caihui | WALMART | https://www.walmart.com/ip/UKAP-Women-Floral-Kaftans-Maxi-Dresses-for-Ladies-Caftans-Long-Maxi-Dress-Kimono-Cover-Up-Dress-Summer-Beachwear-Caftan/164670595 |
| 137 | Caihui | WALMART | https://www.walmart.com/ip/UKAP-Women-Floral-Kaftans-Maxi-Dresses-for-Ladies-Caftans-Long-Maxi-Dress-Kimono-Cover-Up-Dress-Summer-Beachwear-Caftan/160348024 |
| 137 | Caihui | WALMART | https://www.walmart.com/ip/UKAP-Women-Floral-Kaftans-Maxi-Dresses-for-Ladies-Caftans-Long-Maxi-Dress-Kimono-Cover-Up-Dress-Summer-Beachwear-Caftan/658205849 |
| 137 | Caihui | WALMART | https://www.walmart.com/ip/UKAP-Women-Floral-Kaftans-Maxi-Dresses-for-Ladies-Caftans-Long-Maxi-Dress-Kimono-Cover-Up-Dress-Summer-Beachwear-Caftan/423666687 |
| 137 | UKAP TRADING L.L.C. | WALMART | https://www.walmart.com/ip/UKAP-Ladies-Smooth-Cold-Shoulder-Kaftan-Dress-Women-Casual-Maxi-Dresses-Butterfly-Print-Holiday-Irregular-Hem-Flowy/103079564 |
| 137 | UKAP TRADING L.L.C. | WALMART | https://www.walmart.com/ip/UKAP-Women-Floral-Kaftans-Maxi-Dresses-for-Ladies-Caftans-Long-Maxi-Dress-Kimono-Cover-Up-Dress-Summer-Beachwear-Caftan/675716725 |
| 137 | UKAP TRADING L.L.C. | WALMART | https://www.walmart.com/ip/UKAP-Ladies-Smooth-Cold-Shoulder-Kaftan-Dress-Women-Casual-Maxi-Dresses-Butterfly-Print-Holiday-Irregular-Hem-Flowy/203974433 |
| 137 | UKAP TRADING L.L.C. | WALMART | https://www.walmart.com/ip/UKAP-Ladies-Smooth-Cold-Shoulder-Kaftan-Dress-Women-Casual-Maxi-Dresses-Butterfly-Print-Holiday-Irregular-Hem-Flowy/364547206 |
| 137 | UKAP TRADING L.L.C. | WALMART | https://www.walmart.com/ip/UKAP-Ladies-Smooth-Cold-Shoulder-Kaftan-Dress-Women-Casual-Maxi-Dresses-Butterfly-Print-Holiday-Irregular-Hem-Flowy/538995362 |
| 137 | UKAP TRADING L.L.C. | WALMART | https://www.walmart.com/ip/UKAP-Ladies-Smooth-Cold-Shoulder-Kaftan-Dress-Women-Casual-Maxi-Dresses-Butterfly-Print-Holiday-Irregular-Hem-Flowy/768720216 |
| 137 | UKAP TRADING L.L.C. | WALMART | https://www.walmart.com/ip/UKAP-Ladies-Smooth-Cold-Shoulder-Kaftan-Dress-Women-Casual-Maxi-Dresses-Butterfly-Print-Holiday-Irregular-Hem-Flowy/712690035 |
| 137 | UKAP TRADING L.L.C. | WALMART | https://www.walmart.com/ip/UKAP-Ladies-Smooth-Cold-Shoulder-Kaftan-Dress-Women-Casual-Maxi-Dresses-Butterfly-Print-Holiday-Irregular-Hem-Flowy/633114780 |
| 138 | Victorias wing | | https://www.victoriaswing.com/en-spring-clothes-oblique-shoulder-casual-sexy-beach-vacation-big-swing-dress-p189269.htm |
| 139 | VIPERTIP | | https://vipertip.com/product/fashion-vacation-print-one-shoulder-irregular-maxi-dresses5-colors/?attribute_pa_color=blue-purple&attribute_pa_size=m |
| 140 | INTENTIONALLY OMITTED | | |
| 141 | shen zhen shi feng yao yang ke ji you xian gong si | WALMART | https://www.walmart.com/ip/WANYNG-Beach-towel-Kaftan-Off-Women-s-Maxi-Long-Cover-Plus-Up-Beach-Dress-Sleeve-Size-Shoulder-Beach-towel-Black/1955316861 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 141 | shen zhen shi feng yao yang ke ji you xian gong si | WALMART | https://www.walmart.com/ip/WANYNG-Beach-towel-Kaftan-Off-Women-s-Maxi-Long-Cover-Plus-Up-Beach-Dress-Sleeve-Size-Shoulder-Beach-towel-Black/1070160727 |
| 141 | shen zhen shi feng yao yang ke ji you xian gong si | WALMART | https://www.walmart.com/ip/WANYNG-Beach-towel-Kaftan-Off-Women-s-Maxi-Long-Cover-Plus-Up-Beach-Dress-Sleeve-Size-Shoulder-Beach-towel-Black/1178615877 |
| 141 | shen zhen shi feng yao yang ke ji you xian gong si | WALMART | https://www.walmart.com/ip/WANYNG-Beach-towel-Kaftan-Off-Women-s-Maxi-Long-Cover-Plus-Up-Beach-Dress-Sleeve-Size-Shoulder-Beach-towel-Black/1581217935 |
| 142 | ShenZhenShi YueXinJiaJuYongPin YouXianGongSi | WALMART | https://www.walmart.com/ip/wendunide-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Red/380886778 |
| 142 | ShenZhenShi YueXinJiaJuYongPin YouXianGongSi | WALMART | https://www.walmart.com/ip/wendunide-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Red/509596368 |
| 142 | ShenZhenShi YueXinJiaJuYongPin YouXianGongSi | WALMART | https://www.walmart.com/ip/wendunide-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Red/586475361 |
| 142 | ShenZhenShi YueXinJiaJuYongPin YouXianGongSi | WALMART | https://www.walmart.com/ip/wendunide-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Red/869457630 |
| 143 | JPLZi,HOME | WALMART | https://www.walmart.com/ip/Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Note-Please-Buy-One-Or-Two-Sizes-Larger/409807913 |
| 143 | JPLZI,HOME | WALMART | https://www.walmart.com/ip/Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Note-Please-Buy-One-Or-Two-Sizes-Larger/791079302 |
| 143 | JPLZI,HOME | WALMART | https://www.walmart.com/ip/Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Note-Please-Buy-One-Or-Two-Sizes-Larger/631038040 |
| 143 | JPLZI,HOME | WALMART | https://www.walmart.com/ip/Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Note-Please-Buy-One-Or-Two-Sizes-Larger/274886387 |
| 144 | WHAAU | | https://www.whaau.com/product/boho-print-caftan-casual-slash-beach-dress-tunic/?attribute_pa_color=blue&attribute_pa_size=one-size |
| 145 | WKLZAQI | AMAZON | https://www.amazon.com/dp/B09NCXBFQF?ref_=cm_sw_r_cp_ud_dp_VAXA8YHKYK3Y7R8EVWK4 |
| 145 | WKLZAQI | AMAZON | https://www.amazon.com/dp/B09NCY9ZR5/ref=cm_sw_r_api_i_HTEYK17KYC24Z36F0RER_0?th=1 |
| 145 | WKLZAQI | AMAZON | https://www.amazon.com/dp/B09NCYNZ1M/ref=cm_sw_r_api_i_DRJ68N1QK9TMHR7PCJ34_0?th=1 |
| 145 | WKLZAQI | AMAZON | https://www.amazon.com/dp/B09NCXDFCP/ref=cm_sw_r_api_i_DRJ68N1QK9TMHR7PCJ34_0 |
| 145 | WKLZAQI | AMAZON | https://www.amazon.com/dp/B0B3943KCM/ref=cm_sw_r_api_i_HTEYK17KYC24Z36F0RER_0?th=1 |
| 145 | WKLZAQI | AMAZON | https://www.amazon.com/dp/B09NCX4XM7/ref=cm_sw_r_api_i_HTEYK17KYC24Z36F0RER_0?th=1 |
| 145 | WKLZAQI | AMAZON | https://www.amazon.com/dp/B09NCVY5FL/ref=cm_sw_r_api_i_HTEYK17KYC24Z36F0RER_0?th=1 |
| 145 | WKLZAQI | AMAZON | https://www.amazon.com/dp/B09NCWWDVB/ref=cm_sw_r_api_i_HTEYK17KYC24Z36F0RER_0?th=1 |
| 145 | WKLZAQI | AMAZON | https://www.amazon.com/dp/B09NCX8RD3/ref=cm_sw_r_api_i_HTEYK17KYC24Z36F0RER_0?th=1 |
| 145 | WKLZAQI | AMAZON | https://www.amazon.com/dp/B0B395BCGT/ref=cm_sw_r_api_i_HTEYK17KYC24Z36F0RER_0?th=1 |
| 145 | WKLZAQI | AMAZON | https://www.amazon.com/dp/B0B393DD1G/ref=cm_sw_r_api_i_HTEYK17KYC24Z36F0RER_0?th=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 145 | WKLZAQI | AMAZON | https://www.amazon.com/dp/B0B393PPNX/ref=cm_sw_r_api_i_HTEYK17KYC24Z36F0RER_0?th=1 |
| 145 | WKLZAQI | AMAZON | https://www.amazon.com/dp/B09Y37Y2GY/ref=cm_sw_r_api_i_DRJ68N1QK9TMHR7PCJ34_0?th=1 |
| 146 | WANWLH | AMAZON | https://www.amazon.com/Womens-Shoulder-Dresses-Batwing-Protection/dp/B09VH6THLW/ref=sr_1_344?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660594304&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-344 |
| 146 | WANWLH | AMAZON | https://www.amazon.com/Womens-Shoulder-Chiffon-Dresses-Beachwear/dp/B09S3QHRK7/ref=sr_1_135?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660593951&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-135 |
| 146 | WANWLH | AMAZON | https://www.amazon.com/Womens-Shoulder-Dresses-Batwing-Protection/dp/B09VH6D1KG/ref=sr_1_344?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594304&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-344&th=1&psc=1 |
| 146 | WANWLH | AMAZON | https://www.amazon.com/Womens-Shoulder-Dresses-Batwing-Protection/dp/B09VH5D4ZM/ref=sr_1_344?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594304&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-344&th=1&psc=1 |
| 146 | WANWLH | AMAZON | https://www.amazon.com/Womens-Shoulder-Dresses-Batwing-Protection/dp/B09VH53RTH/ref=sr_1_344?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594304&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-344&th=1&psc=1 |
| 146 | WANWLH | AMAZON | https://www.amazon.com/Womens-Shoulder-Chiffon-Dresses-Beachwear/dp/B09S3Q795G/ref=sr_1_135?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660593951&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-135&th=1&psc=1 |
| 146 | WANWLH | AMAZON | https://www.amazon.com/Womens-Shoulder-Chiffon-Dresses-Beachwear/dp/B09S39NRMQ/ref=sr_1_135?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660593951&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-135&th=1&psc=1 |
| 146 | WANWLH | AMAZON | https://www.amazon.com/Womens-Shoulder-Chiffon-Dresses-Beachwear/dp/B09S2Y2S66/ref=sr_1_135?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660593951&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-135&th=1&psc=1 |
| 146 | WANWLH | AMAZON | https://www.amazon.com/Womens-Shoulder-Chiffon-Dresses-Beachwear/dp/B09S3D7W2P/ref=sr_1_135?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660593951&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-135&th=1&psc=1 |
| 146 | WANWLH | AMAZON | https://www.amazon.com/Womens-Shoulder-Chiffon-Dresses-Beachwear/dp/B09S3CNPYM/ref=sr_1_135?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660593951&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-135&th=1&psc=1 |
| 146 | WANWLH | AMAZON | https://www.amazon.com/Womens-Shoulder-Chiffon-Dresses-Beachwear/dp/B09S2VLBVH/ref=sr_1_135?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660593951&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-135&th=1&psc=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 146 | WANWLH | AMAZON | https://www.amazon.com/Womens-Shoulder-Chiffon-Dresses-Beachwear/dp/B09S33G63S/ref=sr_1_135?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660593951&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-135&th=1&psc=1 |
| 147 | Wobeach | | https://wobeach.com/products/ebay%E6%97%B6%E5%B0%9A%E7%88%86%E6%AC%BE%E5%A4%8F%E5%AD%A3%E6%96%B0%E5%93%81%E7%BC%8E%E9%9D%A2%E5%8D%95%E8%82%A9%E5%AE%BD%E6%9D%BE%E5%A5%B3%E8%A3%85%E6%B2%99%E6%BB%A9%E8%BF%9E%E8%A1%A3%E9%95%BF%E8%A3%99%E6%B5%B7%B7%E8%BE%B9%E5%BA%A6%E5%81%87%E8%A3%99%E5%AD%90?variant=42953328099555&currency=USD&utm_source=pinterest&utm_medium=cpc&utm_campaign=google+shopping |
| 148 | Yannianjz | WALMART | https://www.walmart.com/ip/Yannianjz-Summer-One-Shoulder-Tops-for-Women-2022-Dressy-Casual-Chiffon-Beach-Kaftan-Long-Cardigan-Blouse-Shawl-Loose-Tops-Cover-Up/558287243 |
| 148 | Yannianjz | WALMART | https://www.walmart.com/ip/Yannianjz-Summer-One-Shoulder-Tops-for-Women-2022-Dressy-Casual-Chiffon-Beach-Kaftan-Long-Cardigan-Blouse-Shawl-Loose-Tops-Cover-Up/795705332 |
| 148 | Yannianjz | WALMART | https://www.walmart.com/ip/Yannianjz-Summer-One-Shoulder-Tops-for-Women-2022-Dressy-Casual-Chiffon-Beach-Kaftan-Long-Cardigan-Blouse-Shawl-Loose-Tops-Cover-Up/143272421 |
| 148 | Yannianjz | WALMART | https://www.walmart.com/ip/Yannianjz-Summer-One-Shoulder-Tops-for-Women-2022-Dressy-Casual-Chiffon-Beach-Kaftan-Long-Cardigan-Blouse-Shawl-Loose-Tops-Cover-Up/210808654 |
| 149 | Ykohkofe | WALMART | https://www.walmart.com/ip/Ykohkofe-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/1738427834 |
| 149 | Ykohkofe | WALMART | https://www.walmart.com/ip/Ykohkofe-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/1348510620 |
| 149 | Ykohkofe | WALMART | https://www.walmart.com/ip/Ykohkofe-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/1088643815 |
| 149 | Ykohkofe | WALMART | https://www.walmart.com/ip/Ykohkofe-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/1339863106 |
| 150 | YLSCI | WALMART | https://www.walmart.com/ip/Women-One-Shoulder-Loose-Caftan-Sleeve-Asymmetric-Hemline-Flowy-Kaftan-Long-Cover-Up-Dress/219065336 |
| 150 | YLSCI | WALMART | https://www.walmart.com/ip/Women-One-Shoulder-Loose-Caftan-Sleeve-Asymmetric-Hemline-Flowy-Kaftan-Long-Cover-Up-Dress/274118185 |
| 150 | YLSCI | WALMART | https://www.walmart.com/ip/Women-One-Shoulder-Loose-Caftan-Sleeve-Asymmetric-Hemline-Flowy-Kaftan-Long-Cover-Up-Dress/479240810 |
| 150 | YLSCI | WALMART | https://www.walmart.com/ip/Women-One-Shoulder-Loose-Caftan-Sleeve-Asymmetric-Hemline-Flowy-Kaftan-Long-Cover-Up-Dress/222237135 |
| 150 | YLSCI | WALMART | https://www.walmart.com/ip/Women-One-Shoulder-Loose-Caftan-Sleeve-Asymmetric-Hemline-Flowy-Kaftan-Long-Cover-Up-Dress/240950253 |
| 150 | YLSCI | WALMART | https://www.walmart.com/ip/Women-One-Shoulder-Loose-Caftan-Sleeve-Asymmetric-Hemline-Flowy-Kaftan-Long-Cover-Up-Dress/936813438 |
| 150 | YLSCI | WALMART | https://www.walmart.com/ip/Women-One-Shoulder-Loose-Caftan-Sleeve-Asymmetric-Hemline-Flowy-Kaftan-Long-Cover-Up-Dress/375674501 |
| 150 | YLSCI | WALMART | https://www.walmart.com/ip/Women-One-Shoulder-Loose-Caftan-Sleeve-Asymmetric-Hemline-Flowy-Kaftan-Long-Cover-Up-Dress/968194209 |
| 150 | YLSCI | WALMART | https://www.walmart.com/ip/Women-One-Shoulder-Loose-Caftan-Sleeve-Asymmetric-Hemline-Flowy-Kaftan-Long-Cover-Up-Dress/883601335 |
| 151 | Cvi nna032 | AMAZON | https://www.amazon.com/dp/B09NKYQQQ5/ref=cm_sw_r_api_i_X8GZFENHMT64WAFE9YQR_0 |
| 151 | Cvi nna032 | AMAZON | https://www.amazon.com/dp/B09NKWD6NN/ref=cm_sw_r_api_i_X8GZFENHMT64WAFE9YQR_0?th=1 |
| 151 | Cvi nna032 | AMAZON | https://www.amazon.com/dp/B09NKZJKR3/ref=cm_sw_r_api_i_X8GZFENHMT64WAFE9YQR_0?th=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 151 | Cvi nna032 | AMAZON | https://www.amazon.com/dp/B09NKYRM9D/ref=cm_sw_r_api_i_X8GZFENHMT64WAFE9YQR_0?th=1 |
| 151 | Cvi nna032 | AMAZON | https://www.amazon.com/dp/B09NJMBBW2/ref=cm_sw_r_api_i_X8GZFENHMT64WAFE9YQR_0?th=1 |
| 151 | Cvi nna032 | AMAZON | https://www.amazon.com/dp/B09NKYKGZH/ref=cm_sw_r_api_i_X8GZFENHMT64WAFE9YQR_0?th=1 |
| 151 | Cvi nna032 | AMAZON | https://www.amazon.com/dp/B09NJMCNWW/ref=cm_sw_r_api_i_X8GZFENHMT64WAFE9YQR_0?th=1 |
| 151 | Cvi nna032 | AMAZON | https://www.amazon.com/dp/B09NKYDSGX/ref=cm_sw_r_api_i_X8GZFENHMT64WAFE9YQR_0?th=1 |
| 152 | Yoo Apparel | | https://yooapparel.com/product/black-kaftan-boho-printed-chiffon-bikini-cover-ups/?attribute_pa_color=a1012-green&attribute_pa_size=l |
| 153 | shenzhenshifubaihongriyongbaihuoyouxiangongsi | WALMART | https://www.walmart.com/ip/Yubnlvae-Kaftan-Off-Women-s-Maxi-Long-Cover-Plus-Up-Beach-Dress-Sleeve-Size-Shoulder-Beach-towel-Pink/1891205005 |
| 153 | shenzhenshifubaihongriyongbaihuoyouxiangongsi | WALMART | https://www.walmart.com/ip/Yubnlvae-Kaftan-Off-Women-s-Maxi-Long-Cover-Plus-Up-Beach-Dress-Sleeve-Size-Shoulder-Beach-towel-Pink/1198201575 |
| 153 | shenzhenshifubaihongriyongbaihuoyouxiangongsi | WALMART | https://www.walmart.com/ip/Yubnlvae-Kaftan-Off-Women-s-Maxi-Long-Cover-Plus-Up-Beach-Dress-Sleeve-Size-Shoulder-Beach-towel-Pink/1649647427 |
| 153 | shenzhenshifubaihongriyongbaihuoyouxiangongsi | WALMART | https://www.walmart.com/ip/Yubnlvae-Kaftan-Off-Women-s-Maxi-Long-Cover-Plus-Up-Beach-Dress-Sleeve-Size-Shoulder-Beach-towel-Pink/1601224121 |
| 154 | guangzhoushiyOUlIANshangmaoyouxiangongsi | WALMART | https://www.walmart.com/ip/YUEHAO-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Blue/1977262459 |
| 154 | guangzhoushiyOUlIANshangmaoyouxiangongsi | WALMART | https://www.walmart.com/ip/YUEHAO-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Blue/1901508421 |
| 154 | guangzhoushiyOUlIANshangmaoyouxiangongsi | WALMART | https://www.walmart.com/ip/YUEHAO-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Blue/1080162393 |
| 154 | guangzhoushiyOUlIANshangmaoyouxiangongsi | WALMART | https://www.walmart.com/ip/YUEHAO-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Blue/1143601882 |
| 155 | JOAU | AMAZON | https://www.amazon.com/dp/B09TRMGJ63/ref=cm_sw_r_api_i_NXPW53NXEQZNBG1STSSG_0 |
| 155 | JOAU | AMAZON | https://www.amazon.com/dp/B09VPCN8QX/ref=cm_sw_r_api_i_GBPQAMDF66BB7W7R8JS9_0 |
| 155 | JOAU | AMAZON | https://www.amazon.com/dp/B09TRN91NJ/ref=cm_sw_r_api_i_NXPW53NXEQZNBG1STSSG_0?th=1&psc=1 |
| 155 | JOAU | AMAZON | https://www.amazon.com/dp/B09VPCFNNY/ref=cm_sw_r_api_i_GBPQAMDF66BB7W7R8JS9_0?th=1&psc=1 |
| 155 | JOAU | AMAZON | https://www.amazon.com/dp/B09VP7691C/ref=cm_sw_r_api_i_GBPQAMDF66BB7W7R8JS9_0?th=1&psc=1 |
| 155 | JOAU | AMAZON | https://www.amazon.com/dp/B09VPCV9SZ/ref=cm_sw_r_api_i_GBPQAMDF66BB7W7R8JS9_0?th=1&psc=1 |
| 155 | JOAU | AMAZON | https://www.amazon.com/dp/B09VPBKZN9/ref=cm_sw_r_api_i_GBPQAMDF66BB7W7R8JS9_0?th=1&psc=1 |
| 155 | JOAU | AMAZON | https://www.amazon.com/dp/B09VP9LBS1/ref=cm_sw_r_api_i_GBPQAMDF66BB7W7R8JS9_0?th=1&psc=1 |
| 155 | JOAU | AMAZON | https://www.amazon.com/dp/B09VPCL328/ref=cm_sw_r_api_i_GBPQAMDF66BB7W7R8JS9_0?th=1&psc=1 |
| 156 | Zerlibeaful | WALMART | https://www.walmart.com/ip/Zerlibeaful-Swimsuit-Coverup-For-Women-Summer-Thin-Coverups-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/907215710 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 156 | Zerlibeaful | WALMART | https://www.walmart.com/ip/Zerlibeaful-Swimsuit-Coverup-For-Women-Summer-Thin-Coverups-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/691734616 |
| 156 | Zerlibeaful | WALMART | https://www.walmart.com/ip/Zerlibeaful-Swimsuit-Coverup-For-Women-Summer-Thin-Coverups-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/422665484 |
| 156 | Zerlibeaful | WALMART | https://www.walmart.com/ip/Zerlibeaful-Swimsuit-Coverup-For-Women-Summer-Thin-Coverups-Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up/927885457 |
| 157 | Ziloco | WALMART | https://www.walmart.com/ip/Ziloco-Sleeveless-V-Neck-Dress-Off-The-Shoulder-Dresses-For-Women-Fashion-Beach-Long-Printed-Kaftan-Backless-Camis/1233214967 |
| 157 | Ziloco | WALMART | https://www.walmart.com/ip/Casual-Summer-Dresses-For-Women-Fashion-Beach-Long-Dress-Printed-Kaftan-V-Neck-Sleeveless-Backless-Camis-WOMEN880dress/1675643512 |
| 157 | Ziloco | WALMART | https://www.walmart.com/ip/Casual-Summer-Dresses-For-Women-Fashion-Beach-Long-Dress-Printed-Kaftan-V-Neck-Sleeveless-Backless-Camis-WOMEN880dress/1537476146 |
| 157 | Ziloco | WALMART | https://www.walmart.com/ip/Casual-Summer-Dresses-For-Women-Fashion-Beach-Long-Dress-Printed-Kaftan-V-Neck-Sleeveless-Backless-Camis-WOMEN880dress/1658046168 |
| 157 | Ziloco | WALMART | https://www.walmart.com/ip/Mini-Dresses-For-Women-Fashion-Beach-Long-Dress-Printed-Kaftan-V-Neck-Sleeveless-Backless-Camis-WOMEN881dress/1350184767 |
| 157 | Ziloco | WALMART | https://www.walmart.com/ip/Mini-Dresses-For-Women-Fashion-Beach-Long-Dress-Printed-Kaftan-V-Neck-Sleeveless-Backless-Camis-WOMEN881dress/1888214814 |
| 157 | Ziloco | WALMART | https://www.walmart.com/ip/Ziloco-Sleeveless-V-Neck-Dress-Off-The-Shoulder-Dresses-For-Women-Fashion-Beach-Long-Printed-Kaftan-Backless-Camis/1083078551 |
| 157 | Ziloco | WALMART | https://www.walmart.com/ip/Ziloco-Sleeveless-V-Neck-Dress-Off-The-Shoulder-Dresses-For-Women-Fashion-Beach-Long-Printed-Kaftan-Backless-Camis/1737930216 |
| 158 | ZIPSAK | AMAZON | https://www.amazon.com/ZIPSAK-Shoulder-Chiffon-Dresses-Coverups/dp/B09NMGN2WZ/ref=sr_1_804?crid=1K81PUTUVUYC7&keywords=one+shoulder+kaftan+for+women&qid=1660594678&s=apparel&sprefix=one+shoulder+kaftan+for+women%2Cfashion-womens-clothing%2C126&sr=1-804 |
| 158 | ZIPSAK | AMAZON | https://www.amazon.com/ZIPSAK-Shoulder-Chiffon-Dresses-Coverups/dp/B09NMF5SDM/ref=sr_1_804?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594678&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-804&th=1 |
| 158 | ZIPSAK | AMAZON | https://www.amazon.com/ZIPSAK-Shoulder-Chiffon-Dresses-Coverups/dp/B09NMFHV6T/ref=sr_1_804?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594678&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-804&th=1 |
| 158 | ZIPSAK | AMAZON | https://www.amazon.com/ZIPSAK-Shoulder-Chiffon-Dresses-Coverups/dp/B09NMBH1JJ/ref=sr_1_804?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594678&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-804&th=1 |
| 158 | ZIPSAK | AMAZON | https://www.amazon.com/ZIPSAK-Shoulder-Chiffon-Dresses-Coverups/dp/B09NMF37ZB/ref=sr_1_804?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594678&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-804&th=1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 158 | ZIPSAK | AMAZON | https://www.amazon.com/ZIPSAK-Shoulder-Chiffon-Dresses-Coverups/dp/B09NMFB8CF/ref=sr_1_804?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594678&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-804&th=1 |
| 158 | ZIPSAK | AMAZON | https://www.amazon.com/ZIPSAK-Shoulder-Chiffon-Dresses-Coverups/dp/B09NMDTD5T/ref=sr_1_804?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594678&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-804&th=1 |
| 158 | ZIPSAK | AMAZON | https://www.amazon.com/ZIPSAK-Shoulder-Chiffon-Dresses-Coverups/dp/B09NMCWH4V/ref=sr_1_804?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594678&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-804&th=1 |
| 158 | ZIPSAK | AMAZON | https://www.amazon.com/ZIPSAK-Shoulder-Chiffon-Dresses-Coverups/dp/B09NMDK9Z1/ref=sr_1_804?crid=1K81PUTUVUYC7&keywords=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen&qid=1660594678&s=apparel&sprefix=one%2Bshoulder%2Bkaftan%2Bfor%2Bwomen%2Cfashion-womens-clothing%2C126&sr=1-804&th=1 |
| 159 | Zjkrl | | https://www.zjkrl.com/products/zjkrl-green-boho-printed-off-shoulder-kaftan-sexy-bikini-cover-ups-plus-size-women-clothes-summer-beach-wear-swim-suit-cover-up-a1015?variant=39970962505809 |
| 159 | Zjkrl | | https://www.zjkrl.com/products/zjkrl-green-boho-printed-off-shoulder-kaftan-sexy-bikini-cover-ups-plus-size-women-clothes-summer-beach-wear-swim-suit-cover-up-a1015?variant=39970959786065 |
| 159 | Zjkrl | | https://www.zjkrl.com/products/zjkrl-green-boho-printed-off-shoulder-kaftan-sexy-bikini-cover-ups-plus-size-women-clothes-summer-beach-wear-swim-suit-cover-up-a1015?variant=39970959982673 |
| 159 | Zjkrl | | https://www.zjkrl.com/products/zjkrl-green-boho-printed-off-shoulder-kaftan-sexy-bikini-cover-ups-plus-size-women-clothes-summer-beach-wear-swim-suit-cover-up-a1015?variant=39970960146513 |
| 159 | Zjkrl | | https://www.zjkrl.com/products/zjkrl-green-boho-printed-off-shoulder-kaftan-sexy-bikini-cover-ups-plus-size-women-clothes-summer-beach-wear-swim-suit-cover-up-a1015?variant=39970960310353 |
| 159 | Zjkrl | | https://www.zjkrl.com/products/zjkrl-green-boho-printed-off-shoulder-kaftan-sexy-bikini-cover-ups-plus-size-women-clothes-summer-beach-wear-swim-suit-cover-up-a1015?variant=39970960474193 |
| 159 | Zjkrl | | https://www.zjkrl.com/products/zjkrl-green-boho-printed-off-shoulder-kaftan-sexy-bikini-cover-ups-plus-size-women-clothes-summer-beach-wear-swim-suit-cover-up-a1015?variant=39970960638033 |
| 159 | Zjkrl | | https://www.zjkrl.com/products/zjkrl-green-boho-printed-off-shoulder-kaftan-sexy-bikini-cover-ups-plus-size-women-clothes-summer-beach-wear-swim-suit-cover-up-a1015?variant=39970960801873 |
| 159 | Zjkrl | | https://www.zjkrl.com/products/zjkrl-green-boho-printed-off-shoulder-kaftan-sexy-bikini-cover-ups-plus-size-women-clothes-summer-beach-wear-swim-suit-cover-up-a1015?variant=39970960998481 |
| 159 | Zjkrl | | https://www.zjkrl.com/products/zjkrl-green-boho-printed-off-shoulder-kaftan-sexy-bikini-cover-ups-plus-size-women-clothes-summer-beach-wear-swim-suit-cover-up-a1015?variant=39970961162321 |
| 159 | Zjkrl | | https://www.zjkrl.com/products/zjkrl-green-boho-printed-off-shoulder-kaftan-sexy-bikini-cover-ups-plus-size-women-clothes-summer-beach-wear-swim-suit-cover-up-a1015?variant=39970961326161 |
| 159 | Zjkrl | | https://www.zjkrl.com/products/zjkrl-green-boho-printed-off-shoulder-kaftan-sexy-bikini-cover-ups-plus-size-women-clothes-summer-beach-wear-swim-suit-cover-up-a1015?variant=39970961490001 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 159 | Zjkrl | | https://www.zjkrl.com/products/zjkrl-green-boho-printed-off-shoulder-kaftan-sexy-bikini-cover-ups-plus-size-women-clothes-summer-beach-wear-swim-suit-cover-up-a1015?variant=39970961653841 |
| 159 | Zjkrl | | https://www.zjkrl.com/products/zjkrl-green-boho-printed-off-shoulder-kaftan-sexy-bikini-cover-ups-plus-size-women-clothes-summer-beach-wear-swim-suit-cover-up-a1015?variant=39970961817681 |
| 159 | Zjkrl | | https://www.zjkrl.com/products/zjkrl-green-boho-printed-off-shoulder-kaftan-sexy-bikini-cover-ups-plus-size-women-clothes-summer-beach-wear-swim-suit-cover-up-a1015?variant=39970961981521 |
| 159 | Zjkrl | | https://www.zjkrl.com/products/zjkrl-green-boho-printed-off-shoulder-kaftan-sexy-bikini-cover-ups-plus-size-women-clothes-summer-beach-wear-swim-suit-cover-up-a1015?variant=39970962178129 |
| 159 | Zjkrl | | https://www.zjkrl.com/products/zjkrl-green-boho-printed-off-shoulder-kaftan-sexy-bikini-cover-ups-plus-size-women-clothes-summer-beach-wear-swim-suit-cover-up-a1015?variant=39970962341969 |
| 159 | Zjkrl | | https://www.zjkrl.com/products/zjkrl-green-boho-printed-off-shoulder-kaftan-sexy-bikini-cover-ups-plus-size-women-clothes-summer-beach-wear-swim-suit-cover-up-a1015?variant=39970962669649 |
| 160 | Arnielike | | https://www.alylike.com/products/erte-kaftan-classic-black-and-white-zebra?spm=..product.products_1.6&spm_prev=..product.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/trish-dress-owl-feather?cfb=96e1e2cf-1ff2-44c9-b7c5-16733715c784%3Aview_graph%3Av1_product.title_view_hot.&ssp=spz&spm=..product_96e1e2cf-1ff2-44c9-b7c5-16733715c784.product_detail_1.1&spm_prev=..product.products_1.6 |
| 160 | Arnielike | | https://www.alylike.com/products/erte-kaftan-owl-feather-0kte?spm=..product_59251804-114b-46e1-b9ac-dd3e86abea44.product_detail_1.1&spm_prev=..product_96e1e2cf-1ff2-44c9-b7c5-16733715c784.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/tara-dress-owl-feather?spm=..product_d2faa0e3-e040-46ce-8f91-e94c04ae6a79.product_detail_1.1&spm_prev=..product_59251804-114b-46e1-b9ac-dd3e86abea44.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/floyd-skirt-owl-feather?spm=..product_d8097e68-aecb-49cc-9843-16050b1ad2e8.product_detail_1.1&spm_prev=..product_d2faa0e3-e040-46ce-8f91-e94c04ae6a79.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/tara-top-owl-feather?spm=..product_2e934cd3-fd3d-4ffd-8201-f94ddaab829b.product_detail_1.1&spm_prev=..product_d8097e68-aecb-49cc-9843-16050b1ad2e8.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/mandy-pants-parrot-omnf?spm=..index.products_2.1 |
| 160 | Arnielike | | https://www.alylike.com/products/mariah-top-mariposa?spm=..product_c0d06ce5-9bf4-4090-be3b-259574a5fa5c.product_detail_1.1&spm_prev=..product_5dd19a0b-4490-4dd4b3da-360b0a0733ae.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/erte-kaftan-cheetah?cfb=73002172-8502-45f7-92d9-a5fd20488645%3Aview_graph%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_73002172-8502-45f7-92d9-a5fd20488645.product_detail_1.1&spm_prev=..product_5dd19a0b-4490-4dd4-b3da-360b0a0733ae.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/riri-kaftan-green-hibiscus?spm=..product_004e604b-d0f0-4440-918a-f9a0efa09c46.product_detail_1.1&spm_prev=..product_889f5f85-5657-48fc-9776-f872696398a3.product_detail_1.1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 160 | Arnielike | | https://www.alylike.com/products/fashion-painting-off-shoulder-kaftan-a17f?spm=..product_9957da45-71b9-4961-a5fe-777b4fd74c9f.product_detail_1.1&spm_prev=..product_004e604b-d0f0-4440-918a-f9a0efa09c46.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/fashion-painting-off-shoulder-kaftan-0f68?spm=..product_9af6c44e-fbf9-4f35-a7d0-9addd7d9731b.product_detail_1.1&spm_prev=..product_9957da45-71b9-4961-a5fe-777b4fd74c9f.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/one-shoulder-floral-print-vacation-big-swing-dress?spm=..product_0d8cdedd-13db-4ea2-a948-357b37ea505c.product_detail_1.1&spm_prev=..product_9af6c44e-fbf9-4f35-a7d0-9addd7d9731b.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/riri-kaftan-red-hibiscus?spm=..product_2fa9f43b-bf1d-4f2f-9467-749bd73de244.product_detail_1.1&spm_prev=..product_0d8cdedd-13db-4ea2-a948-357b37ea505c.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/renee-kaftan-mariposa?spm=..product_a1f6409b-1145-4f79-850f-11969e2138e8.product_detail_1.1&spm_prev=..product_2fa9f43b-bf1d-4f2f-9467-749bd73de244.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/fashion-painting-off-shoulder-kaftan-9859?spm=..product_004e604b-d0f0-4440-918a-f9a0efa09c46.product_detail_1.1&spm_prev=..product_b64ef1f1-ccf6-4730-8d81-caf41e6fbbfc.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/riri-kaftan-blue-hibiscus?spm=..product_cc069691-fca4-409d-8e86-f92d1f18af02.product_detail_1.1&spm_prev=..product_004e604b-d0f0-4440-918a-f9a0efa09c46.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/womens-vacation-dress-9de6?cfb=0d8cdedd-13db-4ea2-a948-357b37ea505c%3Aview_graph%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_0d8cdedd-13db-4ea2-a948-357b37ea505c.product_detail_1.1&spm_prev=..product_9af6c44e-fbf9-4f35-a7d0-9addd7d9731b.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/mandy-pant-alligator?cfb=12191703-b1b3-4de3-a2e9-f6a9be1d741f%3Aview_graph%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_12191703-b1b3-4de3-a2e9-f6a9be1d741f.product_detail_1.3&spm_prev=..product_0d8cdedd-13db-4ea2-a948-357b37ea505c.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/womens-vacation-dress-a613?cfb=12191703-b1b3-4de3-a2e9-f6a9be1d741f%3Atitle_similar%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_12191703-b1b3-4de3-a2e9-f6a9be1d741f.product_detail_1.4&spm_prev=..product_0d8cdedd-13db-4ea2-a948-357b37ea505c.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/georgie-strapless-lace-top-emerald-green?cfb=541d92ad-d87f-498e-a270-67cc4d0fed0d%3Aview_graph%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_541d92ad-d87f-498e-a270-67cc4d0fed0d.product_detail_1.1&spm_prev=..product_12191703-b1b3-4de3-a2e9-f6a9be1d741f.product_detail_1.4 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 160 | Arnielike | | https://www.alylike.com/products/jagger-pant-black-zebra-lace?cfb=840dd2e2-ed34-4919-874b-0fd7a9f5644c%3Aview_graph%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_840dd2e2-ed34-4919-874b-0fd7a9f5644c.product_detail_1.1&spm_prev=..product_541d92ad-d87f-498e-a270-67cc4d0fed0d.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/georgie-strapless-lace-top-sunshine-yellow?cfb=840dd2e2-ed34-4919-874b-0fd7a9f5644c%3Aview_graph%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_840dd2e2-ed34-4919-874b-0fd7a9f5644c.product_detail_1.3&spm_prev=..product_9d539573-5da3-4060-b748-f659900af0b4.product_detail_1.5 |
| 160 | Arnielike | | https://www.alylike.com/products/jackson-jacket?cfb=1a79759c-20b3-42b1-90b8-752233f8488e%3Aview_graph%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_1a79759c-20b3-42b1-90b8-752233f8488e.product_detail_1.1&spm_prev=..product_840dd2e2-ed34-4919-874b-0fd7a9f5644c.product_detail_1.3 |
| 160 | Arnielike | | https://www.alylike.com/products/riri-kaftan-green-hibiscus?spm=..product_83a2051e-e7e3-497d-b30a-913332bc20a3.product_detail_1.1&spm_prev=..product_a1f6409b-11454f79-850f-11969e2138e8.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/erte-kaftan-parrot?cfb=13cfe4dd-2e98-4661-b4bf-9b98f54a4be2%3Aview_together%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_13cfe4dd-2e98-4661-b4bf-9b98f54a4be2.product_detail_1.5&spm_prev=..collection_81cc662a-5519-4372-8491-e8da906854e3.collection_detail_1.2 |
| 160 | Arnielike | | https://www.alylike.com/products/erte-kaftan-alligator?cfb=5e273384-968c-41c8-8b02-540c4212f6ad%3Aview_graph%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_5e273384-968c-41c8-8b02-540c4212f6ad.product_detail_1.3&spm_prev=..product_6e7eb056-681a-49e9-867a-f1757df8188a.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/erte-kaftan-peacock-rose-pink-tbas?cfb=6e7eb056-681a-49e9-867a-f1757df8188a%3Atitle_similar%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_6e7eb056-681a-49e9-867a-f1757df8188a.product_detail_1.4&spm_prev=..product_13cfe4dd-2e98-4661-b4bf-9b98f54a4be2.product_detail_1.5 |
| 160 | Arnielike | | https://www.alylike.com/products/womens-vacation-dress-ab27?cfb=401e650b-6a01-46f8-86df-134bbd3f3828%3Atitle_similar%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_401e650b-6a01-46f8-86df-134bbd3f3828.product_detail_1.4&spm_prev=..product_8896d89c-4cc1-4940-b38c-6824f9a00452.product_detail_1.3 |
| 160 | Arnielike | | https://www.alylike.com/products/mandy-pant-vanilla-orchid?cfb=36b1202d-29c5-46b4-8d40-c8132109d8a9%3Aview_graph%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_36b1202d-29c5-46b4-8d40-c8132109d8a9.product_detail_1.1&spm_prev=..product_019ee6d3-635f-4513-acaa-7fc85c0cf541.products_2.4 |
| 160 | Arnielike | | https://www.alylike.com/products/erte-kaftan-vanilla-orchid-hqin?spm=..product_9e654941-3274-4b1c-a119-056a99285fa1.product_detail_1.1&spm_prev=..product_005935bc-56a2-40cf-9c9c-be7ee2b8bd1a.product_detail_1.1 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 160 | Arnielike | | https://www.alylike.com/products/mariah-top-vanilla-orchid?spm=..product_005935bc-56a2-40cf-9c9c-be7ee2b8bd1a.product_detail_1.1&spm_prev=..product_9e654941-3274-4b1c-a119-056a99285fa1.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/gita-dress-vanilla-orchid?spm=..product_c077b795-27a7-4a0a-aa39-60c7d811ba8d.product_detail_1.1&spm_prev=..product_005935bc-56a2-40cf-9c9c-be7ee2b8bd1a.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/cici-bodysuit?spm=..product_fc57c941-de76-477e-961e-1d1086538e2e.product_detail_1.1&spm_prev=..product_c077b795-27a7-4a0a-aa39-60c7d811ba8d.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/erte-kaftan-red-hibiscus?spm=..product_73002172-8502-45f7-92d9-a5fd20488645.product_detail_1.1&spm_prev=..product_5dd19a0b-4490-4dd4-b3da-360b0a0733ae.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/marbella-tunic-grey-giraffe?cfb=ea3e1cf8-b9a2-493f-8ed1-90c88bde50f8%3Aview_graph%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_ea3e1cf8-b9a2-493f-8ed1-90c88bde50f8.product_detail_1.3&spm_prev=..product_fc57c941-de76-477e-961e-1d1086538e2e.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/dylan-dress-red-hibiscus?cfb=5dd19a0b-4490-4dd4-b3da-360b0a0733ae%3Aview_graph%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_5dd19a0b-4490-4dd4-b3da-360b0a0733ae.product_detail_1.1&spm_prev=..product_c0d06ce5-9bf4-4090-be3b-259574a5fa5c.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/renee-kaftan-horse?spm=..product_b64ef1f1-ccf6-4730-8d81-caf41e6fbbfc.product_detail_1.1&spm_prev=..product_83a2051e-e7e3-497d-b30a-913332bc20a3.product_detail_1.1 |
| 160 | Arnielike | | https://www.alylike.com/products/marbella-kaftan-pink-sunflower?cfb=2633d651-9717-431c-90f1-5c93b7841c61%3Atitle_similar%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_2633d651-9717-431c-90f1-5c93b7841c61.product_detail_1.4&spm_prev=..product_ea3e1cf8-b9a2-493f-8ed1-90c88bde50f8.product_detail_1.3 |
| 160 | Arnielike | | https://www.alylike.com/products/anouk-lace-bodysuit-ivory-bcq3?cfb=0e89d503-fdd1-4dc5-adc3-7819b401e164%3Aview_graph%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_0e89d503-fdd1-4dc5-adc3-7819b401e164.product_detail_1.3&spm_prev=..product_401e650b-6a01-46f8-86df-134bbd3f3828.product_detail_1.4 |
| 160 | Arnielike | | https://www.alylike.com/products/love-denim-jacket-washed-blue-0nsc?spm=..product_019ee6d3-635f-4513-acaa-7fc85c0cf541.products_2.4&spm_prev=..product_d80dbef1-0f18-48ca-999b-c7191bcbe220.product_detail_1.1 |
| 161 | Bikinishe | | |
| 161 | Bikinishe | | https://www.bikinishe.com/flowy-palm-leaf-short-sleeve-chiffon-high-slit-cover-up/ |
| 161 | Bikinishe | | https://www.bikinishe.com/flowy-parrot-printed-short-sleeve-chiffon-high-slit-cover-up/ |
| 161 | Bikinishe | | https://www.bikinishe.com/flowy-flamingo-printed-short-sleeve-chiffon-high-slit-cover-up/ |
| 161 | Bikinishe | | https://www.bikinishe.com/flowy-zebra-printed-short-sleeve-chiffon-high-slit-cover-up/ |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 161 | Bikinishe | | https://www.bikinishe.com/flowy-camo-printed-short-sleeve-chiffon-high-slit-cover-up/ |
| 161 | Bikinishe | | https://www.bikinishe.com/flowy-tiger-printed-short-sleeve-chiffon-high-slit-cover-up/ |
| 161 | Bikinishe | | https://www.bikinishe.com/flowy-leopard-printed-short-sleeve-chiffon-high-slit-cover-up/ |
| 161 | Bikinishe | | https://www.bikinishe.com/unique-butterfly-print-drawstring-chiffon-beach-cover-up-pants/ |
| 161 | Bikinishe | | https://www.bikinishe.com/abstract-print-drawstring-chiffon-beach-cover-up-pants/ |
| 161 | Bikinishe | | https://www.bikinishe.com/leisure-leaf-print-drawstring-chiffon-beach-cover-up-pants/ |
| 161 | Bikinishe | | https://www.bikinishe.com/trendy-tie-dye-print-drawstring-chiffon-beach-cover-up-pants/ |
| 161 | Bikinishe | | https://www.bikinishe.com/flowy-tie-dye-printed-short-sleeve-chiffon-high-slit-cover-up/ |
| 161 | Bikinishe | | https://www.bikinishe.com/floral-ruched-drawstring-chiffon-beach-cover-up-pants/ |
| 161 | Bikinishe | | https://www.bikinishe.com/asymmetric-abstract-print-one-shoulder-midi-cover-up/ |
| 161 | Bikinishe | | https://www.bikinishe.com/leaf-print-one-shoulder-batwing-sleeve-chiffon-cover-up-top/ |
| 161 | Bikinishe | | https://www.bikinishe.com/asymmetric-trim-solid-color-one-shoulder-midi-chiffon-cover-up/ |
| 161 | Bikinishe | | https://www.bikinishe.com/asymmetric-bold-stripe-print-one-shoulder-midi-cover-up/ |
| 161 | Bikinishe | | https://www.bikinishe.com/asymmetric-tropical-print-one-shoulder-midi-cover-up/ |
| 161 | Bikinishe | | https://www.bikinishe.com/vivid-sunflower-drawstring-chiffon-beach-cover-up-pantsv/ |
| 161 | Bikinishe | | https://www.bikinishe.com/asymmetric-peacock-print-one-shoulder-midi-cover-up/ |
| 161 | Bikinishe | | https://www.bikinishe.com/asymmetric-contrast-print-one-shoulder-midi-cover-up/ |
| 161 | Bikinishe | | https://www.bikinishe.com/asymmetric-butterfly-print-one-shoulder-midi-cover-up/ |
| 161 | Bikinishe | | https://www.bikinishe.com/asymmetric-one-shoulder-butterfly-print-midi-cover-up/ |
| 161 | Bikinishe | | https://www.bikinishe.com/tiger-print-one-shoulder-batwing-sleeve-chiffon-cover-up-top/ |
| 161 | Bikinishe | | https://www.bikinishe.com/snake-print-one-shoulder-batwing-sleeve-chiffon-cover-up-top/ |
| 162 | EVERBELE | | https://www.everbele.com/products/one-shoulder-color-block-straight-leg-jumpsuit-997 |
| 162 | EVERBELE | | https://www.everbele.com/products/one-shoulder-color-block-straight-leg-jumpsuit-997?variant=58cf2d6c-911b-42f2-837c-102e4b2cec23 |
| 162 | EVERBELE | | https://www.everbele.com/products/one-shoulder-color-block-straight-leg-jumpsuit-997?variant=cec29f23-01f4-4857-825f-80a2852e3171 |
| 162 | EVERBELE | | https://www.everbele.com/products/fashion-print-v-neck-long-sleeve-top-wide-leg-pants-two-piece-set?cfb=cde6717f-d32d-460a-8a95-4a162109d6f4%3Aview_together%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_cde6717f-d32d-460a-8a95-4a162109d6f4.product_detail_1.1&spm_prev=..product_95c8922a-821f-4c83-be74-6debfb42dc36.product_detail_1.2 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 162 | EVERBELE | | https://www.everbele.com/products/one-shoulder-color-block-straight-leg-jumpsuit-998?spm=..collection_6ab00549-bce8-43f7-a203-c8226164cdc5.collection_detail_1.278&spm_prev=..collection_e0a0b3ac-68c9-4796-9abe-a4f056f64639.header_1.1 |
| 162 | EVERBELE | | https://www.everbele.com/products/oblique-shoulder-print-beach-holiday-dress?spm=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.collection_detail_1.52&spm_prev=..collection_6ab00549-bce8-43f7-a203-c8226164cdc5.header_1.1 |
| 162 | EVERBELE | | https://www.everbele.com/products/oblique-shoulder-print-beach-holiday-dress-wur8?spm=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.collection_detail_1.208&spm_prev=..product_43e32fca-d689-4e39-877e-4ebcbc04d45f.header_1.1 |
| 162 | EVERBELE | | https://www.everbele.com/products/casual-v-neck-sunflower-print-dress-1?spm=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.collection_detail_1.670&spm_prev=..product_43e32fca-d689-4e39-877e-4ebcbc04d45f.header_1.1 |
| 162 | EVERBELE | | https://www.everbele.com/products/satin-one-shoulder-baggy-dress?spm=..collection_3ca4f615-d09d-411f-ac25-30005bac47c3.collection_detail_1.811&spm_prev=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.header_1.1 |
| 162 | EVERBELE | | https://www.everbele.com/products/one-shoulder-color-block-straight-leg-jumpsuit-999?spm=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.collection_detail_1.673&spm_prev=..product_43e32fca-d689-4e39-877e-4ebcbc04d45f.header_1.1 |
| 162 | EVERBELE | | https://www.everbele.com/products/resort-style-plus-size-chiffon-sun-protection-blouse-1?cfb=014fbd51-e494-45c2-bb92-a06033ce7c2f%3Aview_graph%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_014fbd51-e494-45c2-bb92-a06033ce7c2f.product_detail_1.1&spm_prev=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.collection_detail_1.673 |
| 162 | EVERBELE | | https://www.everbele.com/products/fashion-print-v-neck-long-sleeve-top-wide-leg-pants-two-piece-set?cfb=cde6717f-d32d-460a-8a95-4a162109d6f4%3Aview_together%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_cde6717f-d32d-460a-8a95-4a162109d6f4.product_detail_1.1&spm_prev=..product_95c8922a-821f-4c83-be74-6debfb42dc36.product_detail_1.2&variant=087d207a-faa1-4b54-8315-8c04af09723e |
| 162 | EVERBELE | | https://www.everbele.com/products/fashion-print-v-neck-long-sleeve-top-wide-leg-pants-two-piece-set?cfb=cde6717f-d32d-460a-8a95-4a162109d6f4%3Aview_together%3Av1&scm=spz_rec.v1_product.title_view_hot.&ssp=spz&spm=..product_cde6717f-d32d-460a-8a95-4a162109d6f4.product_detail_1.1&spm_prev=..product_95c8922a-821f-4c83-be74-6debfb42dc36.product_detail_1.2&variant=bc3b4a92-bae0-4535-a694-76065213f95f |
| 162 | EVERBELE | | https://www.everbele.com/products/oblique-shoulder-print-beach-holiday-dress?spm=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.collection_detail_1.52&spm_prev=..collection_6ab00549-bce8-43f7-a203-c8226164cdc5.header_1.1&variant=700d3688-6a6c-445f-88cf-0047037f6e36 |
| 162 | EVERBELE | | https://www.everbele.com/products/oblique-shoulder-print-beach-holiday-dress?spm=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.collection_detail_1.52&spm_prev=..collection_6ab00549-bce8-43f7-a203-c8226164cdc5.header_1.1&variant=ac2b8639-9b86-4d53-8a35-ddd654783245 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 162 | EVERBELE | | https://www.everbele.com/products/oblique-shoulder-print-beach-holiday-dress?spm=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.collection_detail_1.52&spm_prev=..collection_6ab00549-bce8-43f7-a203-c8226164cdc5.header_1.1&variant=9bb1cabd-c418-4129-bffd-85b796e486c7 |
| 162 | EVERBELE | | https://www.everbele.com/products/oblique-shoulder-print-beach-holiday-dress-wur8?spm=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.collection_detail_1.208&spm_prev=..product_43e32fca-d689-4e39-877e-4ebcbc04d45f.header_1.1&variant=37ebdadc-7fdd-4038-bcc6-3014b547f71d |
| 162 | EVERBELE | | https://www.everbele.com/products/oblique-shoulder-print-beach-holiday-dress-wur8?spm=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.collection_detail_1.208&spm_prev=..product_43e32fca-d689-4e39-877e-4ebcbc04d45f.header_1.1&variant=917bd6b1-8a6f-44a3-b138-acfec4a7cd3b |
| 162 | EVERBELE | | https://www.everbele.com/products/satin-one-shoulder-baggy-dress?spm=..collection_3ca4f615-d09d-411f-ac25-30005bac47c3.collection_detail_1.811&spm_prev=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.header_1.1&variant=848c956f-0716-4297-bebe-6f89beec98ec |
| 162 | EVERBELE | | https://www.everbele.com/products/satin-one-shoulder-baggy-dress?spm=..collection_3ca4f615-d09d-411f-ac25-30005bac47c3.collection_detail_1.811&spm_prev=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.header_1.1&variant=24f357ff-025c-4b78-9c06-c556bdf87b7c |
| 162 | EVERBELE | | https://www.everbele.com/products/satin-one-shoulder-baggy-dress?spm=..collection_3ca4f615-d09d-411f-ac25-30005bac47c3.collection_detail_1.811&spm_prev=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.header_1.1&variant=23f93f6d-5d33-4f51-a42c-2cf8d6575001 |
| 162 | EVERBELE | | https://www.everbele.com/products/satin-one-shoulder-baggy-dress?spm=..collection_3ca4f615-d09d-411f-ac25-30005bac47c3.collection_detail_1.811&spm_prev=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.header_1.1&variant=d10900de-4d52-4355-b667-2a6fccf2e3b7 |
| 162 | EVERBELE | | https://www.everbele.com/products/satin-one-shoulder-baggy-dress?spm=..collection_3ca4f615-d09d-411f-ac25-30005bac47c3.collection_detail_1.811&spm_prev=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.header_1.1&variant=9e35c330-91c9-4571-92f2-baf8fde81d5d |
| 162 | EVERBELE | | https://www.everbele.com/products/satin-one-shoulder-baggy-dress?spm=..collection_3ca4f615-d09d-411f-ac25-30005bac47c3.collection_detail_1.811&spm_prev=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.header_1.1&variant=e0e36389-94de-43e8-9975-7749939efd6b |
| 162 | EVERBELE | | https://www.everbele.com/products/satin-one-shoulder-baggy-dress?spm=..collection_3ca4f615-d09d-411f-ac25-30005bac47c3.collection_detail_1.811&spm_prev=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.header_1.1&variant=a8ac0167-07d0-4591-a4fe-ef03e43f8474 |
| 162 | EVERBELE | | https://www.everbele.com/products/satin-one-shoulder-baggy-dress?spm=..collection_3ca4f615-d09d-411f-ac25-30005bac47c3.collection_detail_1.811&spm_prev=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.header_1.1&variant=e911cce2-fdf1-4211-8838-4489de96b1d5 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 162 | EVERBELE | | https://www.everbele.com/products/satin-one-shoulder-baggy-dress?spm=..collection_3ca4f615-d09d-411f-ac25-30005bac47c3.collection_detail_1.811&spm_prev=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.header_1.1&variant=f81412c0-a587-4ed2-b4ae-0c30f7b1b5f1 |
| 162 | EVERBELE | | https://www.everbele.com/products/satin-one-shoulder-baggy-dress?spm=..collection_3ca4f615-d09d-411f-ac25-30005bac47c3.collection_detail_1.811&spm_prev=..collection_76c5ac16-c2fd-4310-8f09-965dd04a6547.header_1.1&variant=908ee7ad-986e-4fe7-b94c-19d5ab00d875 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/products/ys220817001 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/products/ys220817002 |
| 163 | Flaxmakerstore | | http://flaxmakerstore.com/products/dna2109061-2?variant=396702058https08703 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/products/sj220514001?pr_prod_strat=collection_fallback&pr_rec_id=d3ddf5490&pr_rec_pid=6941096902719&pr_ref_pid=6941116825663&pr_seq=uniform&variant=c7332a67-be95-406b-b018-dbf3eae0fa44 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/new/products/sx220719003 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/products/sx220719003 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/wn220330005-1 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/wn220330001-1 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/wn220330005?spm=..collection_ca44ec61-977c-47f6-8bde-d654876a8099.collection_1.3 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/wn220330010 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/wn220628002 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/wn220628003 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/wn220628001 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/ys220624010 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/wn220330002-1 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/ps220330004?variant=f93e39a9-1269-467e-aa70-ee307275511d |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/sx220715006 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/wn220330003 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/wn220330012-2 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/sj220514002 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/wn220330005-3 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/ys220624011 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/wn220330002 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|---|---|---|---|
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/wn220330007-1?spm=..collection_ca44ec61-977c-47f6-8bde-d654876a8099.collection_1.18 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/wn220330001?spm=..collection_ca44ec61-977c-47f6-8bde-d654876a8099.collection_1.19 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/wn220330005-2 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/wn220330012-1?spm=..collection_ca44ec61-977c-47f6-8bde-d654876a8099.collection_1.11 |
| 163 | Flaxmakerstore | | https://www.flaxmakerstore.com/collections/beach-pants/products/wn220330007 |
| 164 | ISSLAY | | https://www.isslay.com/products/floral-print-kaftan-two-piece-set?recommended_show_type=1&recommended_product=bf2aa727-19b3-4cf4-a159-795cd0e1a407&recommend_title=Personalized+For+You&recommend_rule=1189497630905561611&ssp=5vHWAWDQnVx7whmy0DQocQtKRnb281cWHHHlbumbUSE&scm=mv.ssa.v1.product&cfb=02883dc2-0ea0-11ed-8595-0a56ae58bd19&spm=..product_4ac4faf4-92bc-49da-a037-30579bcade12.recommend_0_1.1&spm_prev=..search.search_1.1 |
| 164 | ISSLAY | | https://www.isslay.com/collections/jumpsuits-sets/products/fashion-floral-print-kimono-two-piece-set?spm=..collection_ce0e998f-c99c-44b5-92d0-729debfe10c8.collection_1.82&spm_prev=..product_bf2aa727-19b3-4cf4-a159-795cd0e1a407.header_1.1 |
| 164 | ISSLAY | | https://www.isslay.com/products/butterfly-print-fashion-kaftan-two-piece-set?scm=spz.search&ssp=spz&spm=..search.search_1.1 |
| 164 | ISSLAY | | https://www.isslay.com/collections/jumpsuits-sets/products/camouflage-print-blouse-two-piece-set?spm=..collection_ce0e998f-c99c-44b5-92d0-729debfe10c8.collection_1.84&spm_prev=..product_bf2aa727-19b3-4cf4-a159-795cd0e1a407.header_1.1 |
| 164 | ISSLAY | | https://www.isslay.com/collections/jumpsuits-sets/products/tiger-print-two-piece-set?spm=..collection_ce0e998f-c99c-44b5-92d0-729debfe10c8.collection_1.2&spm_prev=..product_bf2aa727-19b3-4cf4-a159-795cd0e1a407.header_1.1 |
| 165 | MYDYNASTYONLINE | | https://mydynastyonline.com/products/sleek-stallion-beach-cover-up?_pos=4&_sid=7d7ebaa98&_ss=r |
| 165 | MYDYNASTYONLINE | | https://mydynastyonline.com/products/peacock-inspired-summer-kaftan |
| 166 | Prettylitlebikini | | https://prettylittlebikini.com/products/the-flowy-floral-kaftan?_pos=2&_sid=d812dbb1e&_ss=r |
| 166 | Prettylitlebikini | | https://prettylittlebikini.com/products/multicolor-airy-kaftan-for-women?_pos=5&_sid=d812dbb1e&_ss=r |
| 166 | Prettylittlebikini | | https://prettylittlebikini.com/products/multicolor-airy-kaftan-for-women?variant=39933970186326 |
| 166 | Prettylittlebikini | | https://prettylittlebikini.com/products/multicolor-airy-kaftan-for-women?variant=39933970350166 |
| 166 | Prettylittlebikini | | https://prettylittlebikini.com/products/multicolor-airy-kaftan-for-women?variant=39933970514006 |
| 166 | Prettylittlebikini | | https://prettylittlebikini.com/products/multicolor-airy-kaftan-for-women?variant=39933970677846 |
| 166 | Prettylittlebikini | | https://prettylittlebikini.com/products/multicolor-airy-kaftan-for-women?variant=39933970841686 |
| 166 | Prettylittlebikini | | https://prettylittlebikini.com/products/multicolor-airy-kaftan-for-women?variant=39933971005526 |
| 166 | Prettylittlebikini | | https://prettylittlebikini.com/products/multicolor-airy-kaftan-for-women?variant=39933971169366 |

# ANNEX A

| DOE | Seller | Marketplace | product_URL |
|-----|--------|-------------|-------------|
| 166 | Prettylittlebikini | | https://prettylittlebikini.com/products/multicolor-airy-kaftan-for-women?variant=39933971333206 |
| 166 | Prettylittlebikini | | https://prettylittlebikini.com/products/multicolor-airy-kaftan-for-women?variant=39933971497046 |
| 166 | Prettylittlebikini | | https://prettylittlebikini.com/products/multicolor-airy-kaftan-for-women?variant=39933971660886 |
| 166 | Prettylittlebikini | | https://prettylittlebikini.com/products/multicolor-airy-kaftan-for-women?variant=39933971824726 |
| 166 | Prettylittlebikini | | https://prettylittlebikini.com/products/multicolor-airy-kaftan-for-women?variant=39933971988566 |
| 166 | Prettylittlebikini | | https://prettylittlebikini.com/products/the-flowy-floral-kaftan?_pos=2&_sid=d812dbb1e&_ss=r |
| 166 | Prettylittlebikini | | https://prettylittlebikini.com/products/the-flowy-floral-kaftan?variant=39933864116310 |
| 166 | Prettylittlebikini | | https://prettylittlebikini.com/products/the-flowy-floral-kaftan?variant=39933864149078 |
| 166 | Prettylittlebikini | | https://prettylittlebikini.com/products/the-flowy-floral-kaftan?variant=39933864181846 |
| 166 | Prettylittlebikini | | https://prettylittlebikini.com/products/the-flowy-floral-kaftan?variant=39933864214614 |
| 167 | Emry Rose | Shein | https://us.shein.com/Butterfly-Print-One-Shoulder-Dolman-Sleeve-Dress-p-7629992-cat-1727.html?url_from=adplasw2111185438028312M_GPM&cid=15703533264&setid=&adid=&pf=GOOGLE&gclid=CjwKCAjwyryUBhBSEiwAGN5OCAfy0zqbp6O5Dr1Y3T4eJgHzWR2WDqYhe4C2Kvb1sxzllfyTNwHt0RoCCy4QAvD_BwE |
| 168 | Yutnsbel | WALMART | https://www.walmart.com/ip/Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Note-Please-Buy-One-Or-Two-Sizes-Larger/1088643815 |
| 168 | Yutnsbel | WALMART | https://www.walmart.com/ip/Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Note-Please-Buy-One-Or-Two-Sizes-Larger/1339863106 |
| 168 | Yutnsbel | WALMART | https://www.walmart.com/ip/Women-s-Plus-Size-Kaftan-Off-Shoulder-Maxi-Dress-Long-Sleeve-Beach-Cover-Up-Note-Please-Buy-One-Or-Two-Sizes-Larger/1348510620 |
| 168 | Yutnsbel | WALMART | Ykohkofe Women's Plus Size Kaftan Off Shoulder Maxi Dress Long Sleeve Beach Cover Up - Walmart.com |

# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



Registration Number

## VA 2-311-820

Effective Date of Registration:
July 22, 2022
Registration Decision Date:
August 02, 2022

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: February 01, 2018 to December 30, 2018



### Title

Title of Group: Ramona Larue 2018-2020 Misc. Published photos
Number of Photographs in Group: 108

- Individual Photographs: 2018_2020 Misc. Photos-001.jpg;
2018_2020 Misc. Photos-002.jpg;
2018_2020 Misc. Photos-003.jpg;
2018_2020 Misc. Photos-004.jpg;
2018_2020 Misc. Photos-005.jpg;
2018_2020 Misc. Photos-006.jpg;
2018_2020 Misc. Photos-007.jpg;
2018_2020 Misc. Photos-008.jpg;
2018_2020 Misc. Photos-009.jpg;
2018_2020 Misc. Photos-010.jpg;
2018_2020 Misc. Photos-011.jpg;
2018_2020 Misc. Photos-012.jpg;
2018_2020 Misc. Photos-013.jpg;
2018_2020 Misc. Photos-014.jpg;
2018_2020 Misc. Photos-015.jpg;
2018_2020 Misc. Photos-016.jpg;
2018_2020 Misc. Photos-017.jpg;
2018_2020 Misc. Photos-018.jpg;
2018_2020 Misc. Photos-019.jpg;
2018_2020 Misc. Photos-020.jpg;
2018_2020 Misc. Photos-021.jpg;
2018_2020 Misc. Photos-022.jpg;
2018_2020 Misc. Photos-023.jpg;
2018_2020 Misc. Photos-024.jpg;
2018_2020 Misc. Photos-025.jpg;
2018_2020 Misc. Photos-026.jpg;
2018_2020 Misc. Photos-027.jpg;
2018_2020 Misc. Photos-028.jpg;
2018_2020 Misc. Photos-029.jpg;
2018_2020 Misc. Photos-030.jpg;
2018_2020 Misc. Photos-031.jpg;
2018_2020 Misc. Photos-032.jpg;
2018_2020 Misc. Photos-033.jpg;

Scanned with CamScanner

2018_2020 Misc. Photos-034.jpg,
2018_2020 Misc. Photos-035.jpg,
2018_2020 Misc. Photos-036.jpg,
2018_2020 Misc. Photos-037.jpg,
2018_2020 Misc. Photos-038.jpg,
2018_2020 Misc. Photos-039.jpg,
2018_2020 Misc. Photos-040.jpg,
2018_2020 Misc. Photos-041.jpg,
2018_2020 Misc. Photos-042.jpg,
2018_2020 Misc. Photos-043.jpg,
2018_2020 Misc. Photos-044.jpg,
2018_2020 Misc. Photos-045.jpg,
2018_2020 Misc. Photos-046.jpg,
2018_2020 Misc. Photos-047.jpg,
2018_2020 Misc. Photos-048.jpg,
2018_2020 Misc. Photos-049.jpg,
2018_2020 Misc. Photos-050.jpg,
2018_2020 Misc. Photos-051.jpg,
2018_2020 Misc. Photos-052.jpg,
2018_2020 Misc. Photos-053.jpg,
2018_2020 Misc. Photos-054.jpg,
2018_2020 Misc. Photos-055.jpg,
2018_2020 Misc. Photos-056.jpg,
2018_2020 Misc. Photos-057.jpg,
2018_2020 Misc. Photos-058.jpg,
2018_2020 Misc. Photos-059.jpg,
2018_2020 Misc. Photos-060.jpg,
2018_2020 Misc. Photos-061.jpg,
2018_2020 Misc. Photos-062.jpg,

**Published:** February 2018

- **Individual Photographs:** 2018_2020 Misc. Photos-063.jpg,
2018_2020 Misc. Photos-064.jpg,
2018_2020 Misc. Photos-065.jpg,
2018_2020 Misc. Photos-066.jpg,
2018_2020 Misc. Photos-067.jpg,
2018_2020 Misc. Photos-068.jpg,
2018_2020 Misc. Photos-069.jpg,
2018_2020 Misc. Photos-070.jpg,
2018_2020 Misc. Photos-071.jpg,
2018_2020 Misc. Photos-072.jpg,
2018_2020 Misc. Photos-073.jpg,
2018_2020 Misc. Photos-074.jpg,
2018_2020 Misc. Photos-075.jpg,
2018_2020 Misc. Photos-076.jpg,
2018_2020 Misc. Photos-077.jpg,
2018_2020 Misc. Photos-078.jpg,
2018_2020 Misc. Photos-079.jpg,
2018_2020 Misc. Photos-080.jpg,
2018_2020 Misc. Photos-081.jpg,
2018_2020 Misc. Photos-082.jpg,
2018_2020 Misc. Photos-083.jpg,
2018_2020 Misc. Photos-084.jpg,
2018_2020 Misc. Photos-085.jpg,
2018_2020 Misc. Photos-086.jpg,
2018_2020 Misc. Photos-087.jpg,
2018_2020 Misc. Photos-088.jpg,
2018_2020 Misc. Photos-089.jpg,

Scanned with CamScanner



2018_2020 Misc. Photos-090.jpg,
2018_2020 Misc. Photos-091.jpg,
2018_2020 Misc. Photos-092.jpg,
2018_2020 Misc. Photos-093.jpg,
2018_2020 Misc. Photos-094.jpg,
2018_2020 Misc. Photos-095.jpg,
2018_2020 Misc. Photos-096.jpg,
2018_2020 Misc. Photos-097.jpg,
2018_2020 Misc. Photos-098.jpg,
2018_2020 Misc. Photos-099.jpg,
2018_2020 Misc. Photos-100.jpg,
2018_2020 Misc. Photos-101.jpg,
2018_2020 Misc. Photos-102.jpg,
2018_2020 Misc. Photos-103.jpg,
2018_2020 Misc. Photos-104.jpg,
2018_2020 Misc. Photos-105.jpg,
2018_2020 Misc. Photos-106.jpg,
2018_2020 Misc. Photos-107.jpg,
2018_2020 Misc. Photos-108.jpg

**Published:** February 2018

## Completion/Publication

**Year of Completion:** 2018
**Earliest Publication Date in Group:** February 01, 2018
**Latest Publication Date in Group:** December 30, 2018
**Nation of First Publication:** United States

## Author

- **Author:** Ramona Larue
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ramona Larue
3400 N Miami Ave, Miami, Florida, 33127, United States

## Rights and Permissions

**Name:** Arianne Brown
**Email:** sales@ramonalarue.com
**Telephone:** (305)456-8191
**Address:** 3400 N Miami Ave
Miami, Florida 33127 United States

## Certification

Scanned with CamScanner

**Name:** Arianne Brown
**Date:** July 22, 2022

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Scanned with CamScanner

Registration #: VA0002311820
Service Request #: 1-11525304329



Arianne Brown
3400 N Miami Ave
Miami, Florida 33127 United States

Scanned with CamScanner

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



Registration Number

## VA 2-311-821

Effective Date of Registration:
July 22, 2022
Registration Decision Date:
August 02, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: February 01, 2018 to February 28, 2018

## Title _____

**Title of Group:** Ramona Larue Riri Collection 2018 Published Photos
**Number of Photographs in Group:** 13

- **Individual Photographs:** Riri Hibiscus-01.jpg,
Riri Hibiscus-02.jpg,
Riri Hibiscus-03.jpg,
Riri Hibiscus-04.jpg,
Riri Hibiscus-05.jpg,
Riri Hibiscus-06.jpg,
Riri Hibiscus-07.jpg,
Riri Hibiscus-08.jpg,
Riri Hibiscus-09.jpg,
Riri Hibiscus-10.jpg,
Riri Hibiscus-11.jpg,
Riri Hibiscus-12.jpg,
Riri Hibiscus-13.jpg
**Published:** February 2018

## Completion/Publication _____

**Year of Completion:** 2018
**Earliest Publication Date in Group:** February 01, 2018
**Latest Publication Date in Group:** February 28, 2018
**Nation of First Publication:** United States

## Author _____

- **Author:** Ramona Larue
**Author Created:** photographs
**Work made for hire:** Yes

Page 1 of 2

Scanned with CamScanner

Citizen of: United States

## Copyright Claimant

Copyright Claimant: Ramona Larue
3400 N Miami Ave, Miami, Florida, 33127, United States

## Rights and Permissions

Name: Arianne Brown
Email: sales@ramonalarue.com
Telephone: (305)456-8191
Address: 3400 N Miami Ave
Miami, Florida 33127 United States

## Certification

Name: Arianne Brown
Date: July 22, 2022

Correspondence: Yes
Copyright Office notes: Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as XLS or PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding group registration: Registration extends to corresponding photographs in contents titles and in deposit.

Scanned with CamScanner

**Registration #:** VA0002311821
**Service Request #:** 1-11525303461



Arianne Brown
3400 N Miami Ave
Miami, Florida 33127 United States

Scanned with CamScanner

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-311-884

**Effective Date of Registration:**
July 25, 2022

**Registration Decision Date:**
August 03, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
    **For Photographs Published:**   May 01, 2020 to December 31, 2020

## Title
_____

              **Title of Group:**   Ramona Larue May 2020 Published Photos
**Number of Photographs in Group:**   71

- **Individual Photographs:**   MAY 2020-01.jpg,
  MAY 2020-02.jpg,
  MAY 2020-03.jpg,
  MAY 2020-04.jpg,
  MAY 2020-05.jpg,
  MAY 2020-06.jpg,
  MAY 2020-07.jpg,
  MAY 2020-08.jpg,
  MAY 2020-09.jpg,
  MAY 2020-10.jpg,
  MAY 2020-11.jpg,
  MAY 2020-12.jpg,
  MAY 2020-13.jpg,
  MAY 2020-14.jpg,
  MAY 2020-15.jpg,
  MAY 2020-16.jpg,
  MAY 2020-17.jpg,
  MAY 2020-18.jpg,
  MAY 2020-19.jpg,
  MAY 2020-20.jpg,
  MAY 2020-21.jpg,
  MAY 2020-22.jpg,
  MAY 2020-23.jpg,
  MAY 2020-24.jpg,
  MAY 2020-25.jpg,
  MAY 2020-26.jpg,
  MAY 2020-27.jpg,
  MAY 2020-28.jpg,
  MAY 2020-29.jpg,
  MAY 2020-30.jpg,
  MAY 2020-31.jpg,
  MAY 2020-32.jpg,
  MAY 2020-33.jpg,

Scanned with CamScanner

MAY 2020-34.jpg,
MAY 2020-35.jpg,
MAY 2020-36.jpg,
MAY 2020-37.jpg,
MAY 2020-38.jpg,
MAY 2020-39.jpg,
MAY 2020-40.jpg,
MAY 2020-41.jpg,
MAY 2020-42.jpg,
MAY 2020-43.jpg,
MAY 2020-44.jpg,
MAY 2020-45.jpg,
MAY 2020-46.jpg,
MAY 2020-47.jpg,
MAY 2020-48.jpg,
MAY 2020-49.jpg,
MAY 2020-50.jpg,
MAY 2020-51.jpg,
MAY 2020-52.jpg,
MAY 2020-53.jpg,
MAY 2020-54.jpg,
MAY 2020-55.jpg,
MAY 2020-56.jpg,
MAY 2020-57.jpg,
MAY 2020-58.jpg,
MAY 2020-59.jpg,
MAY 2020-60.jpg,
MAY 2020-61.jpg,
MAY 2020-62.jpg,
MAY 2020-63.jpg,
MAY 2020-64.jpg,
MAY 2020-65.jpg,
MAY 2020-66.jpg,
MAY 2020-67.jpg,
MAY 2020-68.jpg,
MAY 2020-69.jpg,
MAY 2020-70.jpg,
MAY 2020-71.jpg
Published: May 2020

## Completion/Publication

Year of Completion: 2020
Earliest Publication Date in Group: May 01, 2020
Latest Publication Date in Group: December 31, 2020
Nation of First Publication: United States

## Author

• Author: Ramona Larue
Author Created: photographs
Work made for hire: Yes

Scanned with CamScanner



Citizen of: United States

## Copyright Claimant

Copyright Claimant: Ramona Larue
3400 N Miami Ave, Miami, Florida, 33127, United States

## Rights and Permissions

Name: Arianne Brown
Email: sales@ramonalarue.com
Telephone: (305)456-8191
Address: 3400 N Miami Ave
Miami, Florida 33127 United States

## Certification

Name: Arianne Brown
Date: July 25, 2022

Copyright Office notes: Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Scanned with CamScanner



Arianne Brown
3400 N Miami Ave
Miami, Florida 33127 United States

Scanned with CamScanner

**Registration #:** VA0002303096
**Service Request #:** 1-11350179570

## Mail Certificate

Ramona LaRue INC
Arianne Brown
3400 N Miami Ave
Miami, FL 33127 United States

**Priority:** Special Handling     **Application Date:** April 29, 2022

## Correspondent

**Organization Name:** Ramona LaRue INC
**Name:** Arianne Brown
**Email:** sales@ramonalarue.com
**Address:** 3400 N Miami Ave
Miami, FL 33127 United States

Registration Number

# VA 2-303-096

**Effective Date of Registration:**
May 02, 2022
**Registration Decision Date:**
June 07, 2022

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 01, 2021 to December 31, 2021

## Title _____

|  |  |
|---|---|
| **Title of Group:** | Ramona LaRue 2021 Published Photos |
| **Number of Photographs in Group:** | 419 |

- **Individual Photographs:** RamonaLaRue2021 January32.jpg,
  RamonaLaRue2021January28.jpg,
  RamonaLaRue2021January22.jpg,
  RamonaLaRue2021 January17.JPG,
  RamonaLaRue2021 January15.JPG,
  RamonaLaRue2021 January14.JPG,
  RamonaLaRue2021 January13.JPG,
  RamonaLaRue2021 January11.JPG,
  RamonaLaue2021 January10.JPG,
  RamonaLaRue2021January9.JPG,
  RamonaLaRue2021 January8.JPG,
  RamonaLaRue2021January7.jpg,
  RamonaLaRue2021January3.JPG,
  RamonaLaRue2021January34.JPG,

  **Published:** January 2021

- **Individual Photographs:** RamonaLaRue2021 February1.JPG,
  RamonaLaRue2021February2.JPG,
  RamonaLaRue2021 February3.JPG,
  RamonaLaRue2021February4.JPG,
  RamonaLaRue2021February5.JPG,
  RamonaLaRue2021February8.JPG,
  RamonaLaRue2021 February10.JPG,
  RamonaLaRue2021 February13.JPG,
  RamonaLaRue2021 February14.JPG,
  RamonaLaRue2021February16.JPG,
  RamonaLaRue2021February24.jpeg,
  RamonaLaRue2021 February27.JPG,
  RamonaLaRue2021 February36.jpg,
  RamonaLaRue2021 February37.jpeg,
  RamonaLaRue2021 February38.jpg,
  RamonaLaRue2021February39.jpg,
  RamonaLaRue2021February42.jpeg,

RamonaLaRue2021February44.jpg,
RamonaLaRue2021February45.jpeg,
RamonaLaRue2021 February46.jpg,
RamonaLaRue2021February51.JPG,
RamonaLaRue2021February59.jpg,
RamonaLaRue2021February69.jpeg,
RamonalaRue2021February71.jpeg,
RamonaLaRue2021February74.jpeg,
RamonaLaRue2021 February76.jpg,

**Published:** February 2021

- **Individual Photographs:** RamonaLaRue2021March2.JPG,
RamonaLaRue2021March3.JPG,
RamonaLaRue2021 March4.JPG,
RamonaLaRue2021March5.JPG,
RamonaLaRue2021March6.JPG,
RamonaLaRue2021March8.JPG,
RamonaLaRue2021March25.jpg,
RamonaLaRue2021March26.jpg,
RamonaLaRue2021March29.jpg,
RamonaLaRue2021 March30.jpg,
RamonaLaRue2021March31.jpg,
RamonaLaRue2021March34.jpg,
RamonaLaRue2021March36.jpg,
RamonaLaRue2021March39.jpg,
RamonaLaRue2021March41.jpg,
RamonaLaRue2021March42.jpg,
RamonaLaRue2021March57.JPG,
RamonaLaRue2021March58.jpg,
RamonaLaRue2021March59.jpg,
RamonaLaRue2021March60.jpg,
RamonaLaRue2021March61.jpg,
RamonaLaRue2021March62.jpg,
RamonaLaRue2021March63.jpg,
RamonaLaRue2021March64.jpg,
RamonaLaRue2021March65.jpg,
RamonaLaRue2021March66.jpg,
RamonaLaRue2021March67.jpg,
RamonaLaRue2021March68.jpg,
RamonaLaRue2021March69.jpg,
RamonaLaRue2021March70.jpg,
RamonaLaRue2021March71.jpg,
RamonaLaRue2021March72.jpg,
RamonaLaRue2021 March73.jpg,
RamonaLaRue2021March74.jpg,
RamonaLaRue2021 March75.jpg,
RamonaLaRue2021March76.jpg,
RamonaLaRue2021March77.jpg,
RamonaLaRue2021March78.jpg,
RamonaLaRue2021March79.ipg,
RamonaLaRue2021March82.jpg,
RamonaLaRue2021March95.ipg,
RamonaLaRue2021March98.jpg,
RamonaLaRue2021March99.jpg,
RamonaLaRue2021March103.jpg,
RamonaLaRue2021March113.jpg,
RamonaLaRue2021March119.jpg,
RamonaLaRue2021March120.jpg,

RamonaLaRue2021March122.jpg,
RamonaLaRue2021 March126.jpg,
RamonaLaRue2021 March127 jpg,
RamonaLaRue2021 March130.jpg,
RamonaLaRue2021March132.jpg,
RamonaLaRue2021March139.jpg,
RamonaLaRue2021March140.jpg,
RamonaLaRue2021March143.jpg,
RamonaLaRue2021March145.jpg,
RamonaLaRue2021March148.jpg,
RamonaLaRue2021March149.jpg,
RamonaLaRue2021March151.JPG,
RamonaLaRue2021March153.jpg,
RamonaLaRue2021March160.JPG,
RamonaLaRue2021March163.JPG,
RamonaLaRue2021 March165.JPG,
RamonaLaRue2021March166.JPG,
RamonaLaRue2021 March170.JPG,
RamonaLaRue2021March171.JPG,
RamonaLaRue2021 March172.JPG,
RamonaLaRue2021 March173.JPG,
RamonaLaRue2021 March174.JPG,
RamonaLaRue2021 March175.JPG,

**Published:**     March 2021

- **Individual Photographs:**     RamonaLaRue2021March178.JPG,
RamonaLaRue2021March179.JPG,
RamonaLaRue2021March181.jpg,
RamonaLaRue2021March182.JPG,
RamonaLaRue2021March186.JPG,

**Published:**     March 2021

- **Individual Photographs:**     RamonaLaRue2021April1 jpg,
RamonaLaRue2021 April2.jpg,
RamonaLaRue2021April9.jpg,
RamonaLaRue2021April11.jpg,
RamonaLaRue2021April16.jpg,
RamonaLaRue2021 April17.jpg,
RamonaLaRue2021 April18.jpg,
RamonaLaRue2021 April22.jpg,
RamonaLaRue2021 April23.jpg,
RamonaLaRue2021 April25.jpg,
RamonaLaRue2021April26.jpg,
RamonaLaRue2021April29.jpg,
RamonaLaRue2021 April30.jpg,
RamonaLaRue2021 April31.jpg,
RamonaLaRue2021 April34.jpg,
RamonaLaRue2021 April37.JPG,
RamonaLaRue2021April38.JPG,
RamonaLaRue2021 April40.JPG,
RamonaLaRue2021 April42.JPG,
RamonaLaRue2021 April43.JPG,
RamonaLaRue2021 April45.JPG,
RamonaLaRue2021 April46.JPG,
RamonaLaRue2021 April47.JPG,
RamonaLaRue2021 April48.JPG,
RamonaL aRue2021April49.JPG,

**Published:** April 2021

- **Individual Photographs:** RamonaLaRue2021May-002.jpg,
  RamonaLaRue2021May-007.jpg,
  RamonaLaRue2021May-010.jpg,
  RamonaLaRue2021May-013.jpg,
  RamonaLaRue2021May-014.jpg,
  RamonaLaRue2021May-019.jpg,
  RamonaLaRue2021May-021 jpg,
  RamonaLaRue2021May-023.jpg,
  RamonaLaRue2021May-024.jpg,
  RamonaLaRue2021May-025.jpg,
  RamonaLaRue2021May-027.jpg,
  RamonaLaRue2021May-029.jpg,
  RamonaLaRue2021May-031.jpg,
  RamonaLaRue2021May-033.jpg,
  RamonaLaRue2021May-035.jpg,
  RamonaLaRue2021May-037.jpg,
  RamonaLaRue2021May-038.jpg,
  RamonaLaRue2021May-039.jpg,
  RamonaLaRue2021May-041.jpg,
  RamonaLaRue2021May-043.jpg,
  RamonaLaRue2021May-051.jpg,
  RamonaLaRue2021May-052.jpg,
  RamonaLaRue2021May-069.jpg,
  RamonaLaRue2021May-079.jpg,
  RamonaLaRue2021May-087.jpg,
  RamonaLaRue2021May-107.jpg,
  RamonaLaRue2021May-109.jpg,
  RamonaLaRue2021May-113.jpg,
  RamonaLaRue2021May-115.jpg,
  RamonaLaRue2021May-130.jpg,
  RamonaLaRue2021May-132.jpg,

**Published:** May 2021

- **Individual Photographs:** RamonaLaRue2021june-001.jpg,
  RamonaLaRue2021june-002.jpg,
  RamonaLaRue2021june-004.jpg,
  RamonaLaRue2021june-005.jpg,
  RamonaLaRue2021june-010.jpg,
  RamonaLaRue2021june-011.jpg,
  RamonaLaRue2021june-017.jpg,
  RamonaLaRue2021june-018.jpg,
  RamonaLaRue2021june-019.jpg,
  RamonalaRue2021june-029.jpg,
  RamonaLaRue2021june-032.jpg,
  RamonaLaRue2021june-033.jpg,
  RamonaLaRue2021june-034.jpg,
  RamonaLaRue2021june-039.jpg,
  RamonaLaRue2021june-041.jpg,
  RamonaLaRue2021june-046.jpg,
  RamonaLaRue2021june-047.jpg,
  RamonaLaRue2021june-048.jpg,
  RamonaLaRue2021june-049.jpg,
  RamonaLaRue2021june-050.jpg,
  RamonaLaRue2021june-067.jpg,
  RamonaLaRue2021june-073.jpg,
  RamonaLaRue2021june-079.jpg,

RamonaLaRue2021june-082.jpg,
RamonaLaRue2021june-097.jpg,
RamonaLaRue2021june-101.jpg,
RamonaLaRue2021june-102.jpg,
RamonaLaRue2021june-103.jpg,
RamonaLaRue2021june-105.jpg,
RamonaLaRue2021june-107.jpg,

**Published:**     June 2021

- **Individual Photographs:**     RamonaLaRue2021july-002.jpg,
RamonaLaRue2021july-005.jpg,
RamonaLaRue2021july-007.jpg,
RamonaLaRue2021july-008.jpg,
RamonaLaRue2021july-009.jpg,
RamonaLaRue2021july-010.jpg,
RamonaLaRue2021july-017.jpg,
RamonaLaRue2021july-024.jpg,
RamonaLaRue2021july-036.jpg,
RamonaLaRue2021july-041.jpg,
RamonaLaRue2021july-046.jpg,
RamonaLaRue2021july-056.jpg,
RamonaLaRue2021july-069.jpg,
RamonaLaRue2021july-085.jpg,
RamonaLaRue2021july-091.jpg,
RamonaLaRue2021july-108.jpg,
RamonaLaRue2021july-126.jpg,
RamonaLaRue2021july-129.jpg,
RamonaLaRue2021july-140.jpg,
RamonaLaRue2021july-149.jpg,
RamonaLaRue2021july-178.jpg,
RamonaLaRue2021july-181.jpg,
RamonaLaRue2021july-187.jpg,
RamonaLaRue2021july-188.jpg,
RamonaLaRue2021july-189.jpg,
RamonaLaRue2021july-190.jpg,
RamonaLaRue2021july-195.jpg,

**Published:**     July 2021

- **Individual Photographs:**     RamonaLaRue2021AUG-008.jpg,
RamonaLaRue2021 AUG-009.jpg,
RamonaLaRue2021AUG-010.jpg,
RamonaLaRue2021AUG-013.jpg,
RamonaLaRue2021 AUG-024.jpg,
RamonaLaRue2021AUG-026.jpg,
RamonaLaRue2021 AUG-029.jpg,
RamonaLaRue2021AUG-036.jpg,
RamonaLaRue2021 AUG-037.jpg,
RamonaLaRue2021AUG-045.jpg,
RamonaLaRue2021AUG-046.jpg,
RamonaLaRue2021AUG-176.jpg,
RamonaLaRue2021AUG-177.jpg,
RamonaLaRue2021AUG-182.jpg,
RamonaLaRue2021AUG-199.jpg,
RamonaLaRue2021AUG-298.jpg,
RamonaLaRue2021AUG-305.jpg,
RamonaLaRue2021AUG-308.jpg,
RamonaLaRue2021AUG-309.jpg,

**Published:** August 2021

- **Individual Photographs:** RamonaLaRue2021SEP-002.jpg,
RamonaLaRue2021SEP-003.jpg,
RamonaLaRue2021SEP-006.jpg,
RamonaLaRue2021SEP-009.jpg,
RamonaLaRue2021 SEP-013.jpg,
RamonaLaRue2021SEP-023.jpg,
RamonaLaRue2021SEP-025.jpg,
RamonaLaRue2021SEP-026.ipq,
RamonaLaRue2021SEP-031.jpg,
RamonaLaRue2021SEP-042.jpg,
RamonaLaRue2021SEP-048.ipg,
RamonaLaRue2021SEP-071.jpg,
RamonaLaRue2021SEP-074.jpg,

**Published:** September 2021

- **Individual Photographs:** RamonaLaRue2021Oct-004.jpg,
RamonaLaRue2021Oct-008.jpg,
RamonaLaRue2021Oct-014.jpg,
RamonaLaRue2021Oct-015.jpg,
RamonaLaRue2021Oct-016.jpg,
RamonaLaRue2021Oct-017.jpg,
RamonaLaRue2021Oct-027.jpg,
RamonaLaRue2021Oct-028.jpg,
RamonaLaRue2021Oct-031.jpg,
RamonaLaRue2021Oct-032.jpg,
RamonaLaRue2021Oct-033.jpg,
RamonaLaRue2021Oct-041.jpg,
RamonaLaRue2021Oct-042.jpg,
RamonaLaRue2021Oct-045.jpg,
RamonaLaRue2021Oct-047.jpg,
RamonaLaRue2021Oct-049.jpg,
RamonaLaRue2021Oct-051.jpg,
RamonaLaRue2021Oct-054.jpg,
RamonaLaRue2021Oct-057.jpg,
RamonaLaRue2021Oct-070.jpg,
RamonaLaRue2021Oct-071.jpg,
RamonaLaRue2021Oct-072.jpg,
RamonaLaRue2021Oct-074.jpg,
RamonaLaRue2021Oct-090.jpg,
RamonaLaRue2021Oct-092.jpg,
RamonaLaRue2021Oct-093.jpg,
RamonaLaRue2021Oct-107.jpg,
RamonaLaRue2021Oct-109.jpg,
RamonaLaRue2021Oct-112.jpg,
RamonaLaRue2021Oct-117.ipg,
RamonaLaRue2021Oct-123.jpg,
RamonaLaRue2021Oct-131.jpg,
RamonaLaRue2021Oct-137.jpg,
RamonaLaRue2021Oct-142.jpg,
RamonaLaRue2021Oct-144.jpg,
RamonaLaRue2021Oct-146.jpg,
RamonaLaRue2021Oct-150.jpg,
RamonaLaRue2021Oct-156.jpg,
RamonaLaRue2021Oct-160.jpg,
RamonaLaRue2021Oct-161.jpg,
RamonaLaRue2021Oct-162.jpg,

RamonaLaRue2021Oct-165.jpg,
RamonaLaRue2021Oct-178.jpg,
RamonaLaRue2021Oct-179.jpg,
RamonaLaRue2021Oct-180.jpg,
RamonaLaRue2021Oct-181.jpg,
RamonaLaRue2021Oct-186.jpg,
RamonaLaRue2021Oct-187.jpg,
RamonaLaRue2021Oct-189.jpg,
RamonaLaRue2021Oct-195.jpg,
RamonaLaRue2021Oct-197.jpg,
RamonaLaRue2021Oct-199.jpg,
RamonaLaRue2021Oct-201.jpg,
RamonaLaRue2021Oct-202.jpg,
RamonaLaRue2021Oct-203.jpg,
RamonaLaRue2021Oct-205.jpg,
RamonaLaRue2021Oct-213.jpg,
RamonaLaRue2021Oct-218.jpg,
RamonaLaRue2021Oct-220.jpg,
RamonaLaRue2021Oct-221.jpg,
RamonaLaRue2021Oct-222.jpg,
RamonaLaRue2021Oct-231 jpg,
RamonaLaRue2021Oct-240.jpg,
RamonaLaRue2021Oct-243.jpg,
RamonaLaRue2021Oct-247.jpg,
RamonaLaRue2021Oct-254.jpg,
RamonaLaRue2021Oct-265.jpg,
RamonaLaRue2021Oct-266.jpg,

**Published:** October 2021

- **Individual Photographs:** RamonaLaRue2021NOV-001.jpg,
RamonaLaRue2021NOV-002.jpg,
RamonaLaRue2021NOV-003.jpg,
RamonaLaRue2021NOV-004.jpg,
RamonaLaRue2021NOV-005.jpg,
RamonaLaRue2021NOV-010.jpg,
RamonaLaRue2021NOV-011.jpg,
RamonaLaRue2021NOV-015.jpg,
RamonaLaRue2021NOV-016.jpg,
RamonaLaRue2021NOV-019.jpg,
RamonaLaRue2021NOV-021.jpg,
RamonaLaRue2021NOV-022.jpg,
RamonaLaRue2021NOV-023.jpg,
RamonaLaRue2021NOV-025.jpg,
RamonaLaRue2021NOV-027.jpg,
RamonaLaRue2021NOV-028.jpg,
RamonaLaRue2021NOV-029.jpg,
RamonaLaRue2021NOV-030.jpg,
RamonaLaRue2021NOV-031.jpg,
RamonaLaRue2021NOV-033.jpg,
RamonaLaRue2021NOV-036.jpg,
RamonaLaRue2021NOV-048.jpg,
RamonaLaRue2021NOV-049.jpg,
RamonaLaRue2021NOV-050.jpg,
RamonaLaRue2021NOV-080.jpg,
RamonaLaRue2021NOV-084.jpg,
RamonaLaRue2021NOV-085.jpg,
RamonaLaRue2021NOV-086.jpg,
RamonaLaRue2021NOV-090.jpg,

RamonaLaRue2021N0V-093.jpg,
RamonaLaRue2021NOV-094.jpg,
RamonaLaRue2021NOV-095.jpg,
RamonaLaRue2021NOV-096.jpg,
RamonaLaRue2021NOV-100.jpg,
RamonaLaRue2021NOV-102.jpg,
RamonaLaRue2021NOV-105.jpg,
RamonaLaRue2021NOV-107.jpg,
RamonaLaRue2021NOV-108.jpg,
RamonaLaRue2021NOV-112.jpg,
RamonaLaRue2021NOV-120.jpg,
RamonaLaRue2021NOV-128.jpg,
RamonaLaRue2021NOV-130.jpg,
RamonaLaRue2021NOV-132.jpg,
RamonaLaRue2021 NOV-136.jpg,
RamonaLaRue2021NOV-138.jpg,
RamonaLaRue2021NOV-139.jpg,
RamonaLaRue2021NOV-140.jpg,
RamonaLaRue2021NOV-141.jpg,
RamonaLaRue2021NOV-142.jpg,
RamonaLaRue2021NOV-144.jpg,
RamonaLaRue2021NOV-146.jpg,
RamonaLaRue2021NOV-149.jpg,
RamonaLaRue2021NOV-153.jpg,
RamonaLaRue2021NOV-154.jpg,
RamonaLaRue2021NOV-156.jpg,
RamonaLaRue2021NOV-158.jpg,
RamonaLaRue2021NOV-161.jpg,
RamonaLaRue2021NOV-163.jpg,
RamonaLaRue2021NOV-165.jpg,
RamonaLaRue2021NOV-167.jpg,
RamonaLaRue2021NOV-170.jpg,
RamonaLaRue2021NOV-172.jpg,

**Published:** November 2021

- **Individual Photographs:** RamonaLaRue2021DEC-05.jpg,
RamonaLaRue2021DEC-12.jpg,
RamonaLaRue2021DEC-13.jpg,
RamonaLaRue2021DEC-21.jpg,
RamonaLaRue2021DEC-24.jpg,
RamonaLaRue2021DEC-30.jpg,
RamonaLaRue2021DEC-40.jpg,
RamonaLaRue2021DEC-44.jpg,
RamonaLaRue2021DEC-46.jpg,
RamonaLaRue2021DEC-47.jpg,
RamonaLaRue2021 DEC-49.jpg,
RamonaLaRue2021DEC-51.jpg,
RamonaLaRue2021DEC-52.jpg,
RamonaLaRue2021DEC-55.jpg,
RamonaLaRue2021DEC-56.jpg,
RamonaLaRue2021DEC-58.jpg,
RamonaLaRue2021DEC-63.jpg,
RamonaLaRue2021DEC-64.jpg,
RamonaLaRue2021DEC-65.jpg,
RamonaLaRue2021DEC-66.jpg,
RamonaLaRue2021DEC-81.jpg,
RamonaLaRue2021DEC-88.jpg,
RamonaLaRue2021DEC-89.jpq,

RamonaLaRue2021DEC-90.jpg,
RamonaLaRue2021DEC-91.jpg,
RamonaLaRue2021DEC-92.jpg,
RamonaLaRue2021DEC-93.jpg,
RamonaLaRue2021DEC-94.jpg
**Published:** December 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** January 01, 2021
**Latest Publication Date in Group:** December 31, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Frank Reilly
  **Author Created:** photographs
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Ramona Larue INC
3400 N Miami Ave, Miami, FL, 33127, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Ramona Larue INC
**Name:** Arianne Brown
**Email:** sales@ramonalarue.com
**Telephone:** (305)456-8191
**Alt. Phone:** (305)333-2300
**Address:** 3400 N Miami Ave
Miami, FL 33127 United States

## Certification

**Name:** Arianne Brown
**Date:** June 07, 2022

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that
correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding publication: Applicant states in correspondence that the dates provided are an estimation only.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-307-258

**Effective Date of Registration:**
June 30, 2022
**Registration Decision Date:**
July 06, 2022

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: June 01, 2022 to June 30, 2022

### Title

|  |  |
|---|---|
| **Title of Group:** | Ramona Larue June 2022 Published Photos |
| **Number of Photographs in Group:** | 120 |

- **Individual Photographs:** Electric Croc2022-01.jpg ,
  Electric Croc2022-02.jpg ,
  Electric Croc2022-03.jpg ,
  Electric Croc2022-04.jpg ,
  Electric Croc2022-05.jpg ,
  Electric Croc2022-06.jpg ,
  Electric Croc2022-07.jpg ,
  Electric Croc2022-08.jpg ,
  Electric Croc2022-09.jpg ,
  Electric Croc2022-10.jpg ,
  Electric Croc2022-11.jpg ,
  Electric Croc2022-12.jpg ,
  Electric Croc2022-13.jpg ,
  Electric Croc2022-14.jpg ,
  Electric Croc2022-15.jpg ,
  Electric Croc2022-16.jpg ,
  Electric Croc2022-17.jpg ,
  Electric Croc2022-18.jpg ,
  Electric Croc2022-19.jpg ,
  Electric Croc2022-20.jpg ,
  Electric Croc2022-21.jpg ,
  Electric Croc2022-22.jpg ,
  Electric Croc2022-23.jpg ,
  Electric Croc2022-24.jpg ,
  Electric Croc2022-25.jpg ,
  Electric Croc2022-26.jpg ,
  Electric Croc2022-27.jpg ,
  Electric Croc2022-28.jpg ,
  Electric Croc2022-29.jpg ,
  Electric Croc2022-30.jpg ,
  Electric Croc2022-31.jpg ,
  Electric Croc2022-32.jpg ,
  Electric Croc2022-33.jpg ,

Scanned with CamScanner

Electric Croc2022-34.jpg ,
Electric Croc2022-35.jpg ,
Electric Croc2022-36.jpg ,
Electric Croc2022-37.jpg ,
Electric Croc2022-38.jpg ,
Electric Croc2022-39.jpg ,
Electric Croc2022-40.jpg ,
Electric Croc2022-41.jpg ,
Electric Croc2022-42.jpg ,
Electric Croc2022-43.jpg ,
Electric Croc2022-44.jpg ,
Electric Croc2022-45.jpg ,
Electric Croc2022-46.jpg ,
Electric Croc2022-47.jpg ,
Electric Croc2022-48.jpg ,
Electric Croc2022-49.jpg ,
Electric Croc2022-50.jpg ,
Electric Croc2022-51.jpg ,
Electric Croc2022-52.jpg ,
Electric Croc2022-53.jpg ,
Electric Croc2022-54.jpg ,
Electric Croc2022-55.jpg ,
Electric Croc2022-56.jpg ,
Electric Croc2022-57.jpg ,
Electric Croc2022-58.jpg ,
Electric Croc2022-59.jpg ,
Electric Croc2022-60.jpg ,
Electric Croc2022-61.jpg ,

**Published:** June 2022

- **Individual Photographs:** New Orleans 2022-01.jpg,
New Orleans 2022-02.jpg,
New Orleans 2022-03.jpg,
New Orleans 2022-04.jpg,
New Orleans 2022-05.jpg,
New Orleans 2022-06.jpg,
New Orleans 2022-07.jpg,
New Orleans 2022-08.jpg,
New Orleans 2022-09.jpg,
New Orleans 2022-10.jpg,
New Orleans 2022-11.jpg,
New Orleans 2022-12.jpg,
New Orleans 2022-13.jpg,
New Orleans 2022-14.jpg,
New Orleans 2022-15.jpg,
New Orleans 2022-16.jpg,
New Orleans 2022-17.jpg,
New Orleans 2022-18.jpg,
New Orleans 2022-19.jpg,
New Orleans 2022-20.jpg,
New Orleans 2022-21.jpg,
New Orleans 2022-22.jpg,
New Orleans 2022-23.jpg,
New Orleans 2022-24.jpg,
New Orleans 2022-25.jpg,
New Orleans 2022-26.jpg,
New Orleans 2022-27.jpg,
New Orleans 2022-28.jpg,

Scanned with CamScanner



New Orleans 2022-29.jpg,
New Orleans 2022-30.jpg,
New Orleans 2022-31.jpg,
New Orleans 2022-32.jpg,
New Orleans 2022-33.jpg,
New Orleans 2022-34.jpg,
New Orleans 2022-35.jpg,
New Orleans 2022-36.jpg,

**Published:** June 2022

- **Individual Photographs:** Renee Parrot 2022-1.jpg,
Renee Parrot 2022-2.jpg,
Renee Parrot 2022-3.jpg,
Renee Parrot 2022-4.jpg,
Renee Parrot 2022-5.jpg,
Renee Parrot 2022-6.jpg,

**Published:** June 2022

- **Individual Photographs:** Shy Bird 2022-01.jpg,
Shy Bird 2022-02.jpg,
Shy Bird 2022-03.jpg,
Shy Bird 2022-04.jpg,
Shy Bird 2022-05.jpg,
Shy Bird 2022-06.jpg,
Shy Bird 2022-07.jpg,
Shy Bird 2022-08.jpg,
Shy Bird 2022-09.jpg,
Shy Bird 2022-10.jpg,
Shy Bird 2022-11.jpg,
Shy Bird 2022-12.jpg,

**Published:** June 2022

- **Individual Photographs:** Smokey Orchid 2022-1.jpg,
Smokey Orchid 2022-2.jpg,
Smokey Orchid 2022-3.jpg,
Smokey Orchid 2022-4.jpg,
Smokey Orchid 2022-5.jpg

**Published:** June 2022

## Completion/Publication

**Year of Completion:** 2022
**Earliest Publication Date in Group:** June 01, 2022
**Latest Publication Date in Group:** June 30, 2022
**Nation of First Publication:** United States

## Author

- **Author:** Ramona Larue INC
**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** United States

Scanned with CamScanner

Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Ramona Larue INC
3400 N Miami Ave, Miami, FL, 33127, United States

## Rights and Permissions

Name: Arianne Brown
Email: sales@ramonalarue.com
Telephone: (305)456-8191
Alt. Phone: (305)333-2300
Address: 3400 N Miami Ave
Miami, Florida 33127 United States

## Certification

Name: Arianne Brown
Date: June 30, 2022

Copyright Office notes: Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Scanned with CamScanner

**Registration #:** VA0002307258
**Service Request #:** 1-11478651191



Arianne Brown
3400 N Miami Ave
Miami, Florida 33127 United States

Scanned with CamScanner

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-311-886

**Effective Date of Registration:**
July 25, 2022
**Registration Decision Date:**
August 03, 2022

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
    **For Photographs Published:** March 01, 2021 to December 31, 2021

### Title _____

**Title of Group:** Ramona Larue March 2021 Published Photos
**Number of Photographs in Group:** 59

- **Individual Photographs:** MARCH 2021-01.jpg,
  MARCH 2021-02.jpg,
  MARCH 2021-03.jpg,
  MARCH 2021-04.jpg,
  MARCH 2021-05.jpg,
  MARCH 2021-06.jpg,
  MARCH 2021-07.jpg,
  MARCH 2021-08.jpg,
  MARCH 2021-09.jpg,
  MARCH 2021-10.jpg,
  MARCH 2021-11.jpg,
  MARCH 2021-12.jpg,
  MARCH 2021-13.jpg,
  MARCH 2021-14.jpg,
  MARCH 2021-15.jpg,
  MARCH 2021-16.jpg,
  MARCH 2021-17.jpg,
  MARCH 2021-18.jpg,
  MARCH 2021-19.jpg,
  MARCH 2021-20.jpg,
  MARCH 2021-21.jpg,
  MARCH 2021-22.jpg,
  MARCH 2021-23.jpg,
  MARCH 2021-24.jpg,
  MARCH 2021-25.jpg,
  MARCH 2021-26.jpg,
  MARCH 2021-27.jpg,
  MARCH 2021-28.jpg,
  MARCH 2021-29.jpg,
  MARCH 2021-30.jpg,
  MARCH 2021-31.jpg,
  MARCH 2021-32.jpg,
  MARCH 2021-33.jpg,

Scanned with CamScanner

MARCH 2021-34.jpg,
MARCH 2021-35.jpg,
MARCH 2021-36.jpg,
MARCH 2021-37.jpg,
MARCH 2021-38.jpg,
MARCH 2021-39.jpg,
MARCH 2021-40.jpg,
MARCH 2021-41.jpg,
MARCH 2021-42.jpg,
MARCH 2021-43.jpg,
MARCH 2021-44.jpg,
MARCH 2021-45.jpg,
MARCH 2021-46.jpg,
MARCH 2021-47.jpg,
MARCH 2021-48.jpg,
MARCH 2021-49.jpg,
MARCH 2021-50.jpg,
MARCH 2021-51.jpg,
MARCH 2021-52.jpg,
MARCH 2021-53.jpg,
MARCH 2021-54.jpg,
MARCH 2021-55.jpg,
MARCH 2021-56.jpg,
MARCH 2021-57.jpg,
MARCH 2021-58.jpg,
MARCH 2021-59.jpg

**Published:** March 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** March 01, 2021
**Latest Publication Date in Group:** December 31, 2021
**Nation of First Publication:** United States

## Author

• **Author:** Ramona Larue
**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ramona Larue
3400 N Miami Ave, Miami, FL, 33127, United States

## Rights and Permissions

Scanned with CamScanner



|  |  |
|---|---|
| **Name:** | Arianne Brown |
| **Email:** | sales@ramonalarue.com |
| **Telephone:** | (305)456-8191 |
| **Address:** | 3400 N Miami Ave |
|  | Miami, FL 33127 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Arianne Brown |
| **Date:** | July 25, 2022 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Scanned with CamScanner

Registration #: VA0002311886
Service Request #: 1-11529105318



Arianne Brown
3400 N Miami Ave
Miami, Florida 33127 United States

Scanned with CamScanner

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-317-270

**Effective Date of Registration:**
August 25, 2022
**Registration Decision Date:**
September 07, 2022



## Copyright Registration for a Group of Published Photographs
*Registration issued pursuant to 37 C.F.R. § 202.4(i)*
For Photographs Published: January 15, 2021 to August 31, 2021

### Title 

**Title of Group:** Ramona Larue New Folder 2021
**Number of Photographs in Group:** 61

- **Individual Photographs:** Ertefish1.jpg,
Ertepinksunflower1.jpg,
Ertetealrose1.jpg,
Ertetealrose2.jpg,
Ertetealrose3.jpg,
Ertetealrose4.jpg,
Ertetealrose5.jpg,
Ertetealrose6.jpg,
Ertetealrose7.jpg,
Ertetealrose8.jpg,
Ertevintagerose1.jpg,
Ertevintagerose2.jpg,
Ertevintagerose3.jpg,
Ertevintagerose4.jpg,
Erteyellowvintage1.jpg,
Erteyellowvintage2.jpg,
Erteyellowvintage3.jpg,
Erteyellowvintage4.jpg,
Erteyellowvintage5.jpg,
Erteyellowvintage6.jpg,
Erteyellowvintage7.jpg,
Erteyellowvintage8.jpg,
Erteyellowvintage9.jpg,
Gitabluesnake1.jpg,
Gitavanillaorchid1.jpg,
Gitavanillaorchid2.jpg,
Gitavintagerose1.jpg,
Gitavintagerose2.jpg,
Mariahummingbird1.jpg,
Mariahummingbird2.jpg,
Mariahvanillaorchid1.jpg,
Monroedragonfly1.jpg,
Monroedragonfly2.jpg,

Scanned with CamScanner

Reneepinksunflower1.jpg,
Reneepinksunflower2.jpg,
Reneeredzebra1.jpg,
Reneetealbutterfly1.jpg,
Ririblackorchid1.jpg,
Ririblackorchid2.jpg,
Riribluehibiscus1.jpg,
Ririclassiczebra1.jpg,
Ririlion1.jpg,
Riritrufflezebra1.jpg,
Riritrufflezebra2.jpg,
Riritrufflezebra3.jpg,
Riritrufflezebra4.jpg,
Riritrufflezebra5.jpg,
Taraalligator1.jpg,
Taraalligator2.jpg,
Taraalligator3.jpg,
Taracheetah1.jpg,
Taradragonfly1.jpg,
Taradragonfly3.jpg,
Taradragonfly4.jpg,
Taratigerstripes1.jpg,
Taratigerstripes2.jpg,
VanillaOrchid1.jpg,
VanillaOrchid2.jpg,
VanillaOrchid3.jpg,
VanillaOrchid4.jpg,
VanillaOrchid5.jpg

**Published:** January 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** January 15, 2021
**Latest Publication Date in Group:** August 31, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Ramona Larue INC
- **Author Created:** photographs
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ramona Larue INC
3400 N Miami Ave, Miami, Florida, 33127, United States

## Rights and Permissions

Scanned with CamScanner



|  | |
|---|---|
| **Name:** | arianne brown |
| **Email:** | sales@ramonalarue.com |
| **Telephone:** | (305)456-8191 |
| **Address:** | 3400 N Miami Ave |
| | Miami, FL 33127 United States |

## Certification

|  | |
|---|---|
| **Name:** | Arianne Brown |
| **Date:** | August 23, 2022 |

| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

Scanned with CamScanner

**Registration #:** VA0002298867
**Service Request #:** 1-11353991061

## Mail Certificate

Ramona LaRue INC
Arianne Brown
3400 N Miami Ave
Miami, Florida 33127 United States

**Priority:** Special Handling          **Application Date:** May 04, 2022

## Correspondent

**Organization Name:** Ramona LaRue INC
**Name:** Arianne Brown
**Email:** sales@ramonalarue.com
**Telephone:** (305)456-8191
**Address:** 3400 N Miami Ave
Miami, Florida 33127 United States

Registration Number

# VA 2-298-867

**Effective Date of Registration:**
May 04, 2022
**Registration Decision Date:**
May 10, 2022

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 01, 2022 to April 30, 2022

## Title _____

**Title of Group:** Ramona Larue 2022 Published Photos

**Number of Photographs in Group:** 403

- **Individual Photographs:** Camo Collection 1.jpg,
  Camo Collection 2.jpg,
  Camo Collection 3.jpg,
  Camo Collection 4.jpg,
  Camo Collection 5.jpg,
  Camo Collection 6.jpg,
  Camo Collection 7.jpg,
  Camo Collection 8.jpg,
  Camo Collection 9.jpg,
  Camo Collection 10.jpg,
  Camo Collection 11.jpg,
  Camo Collection 12.jpg,
  Camo Collection 13.jpg,
  Camo Collection 14.jpg,
  Camo Collection 15.jpg,
  Camo Collection 16.jpg,
  Camo Collection 17.jpg,
  Camo Collection 18.jpg,
  Camo Collection 19.jpg,
  Camo Collection 20.jpg,
  Camo Collection 21.jpg,
  Camo Collection 22.jpg,
  Camo Collection 23.jpg,
  Camo Collection 24.jpg,
  Camo Collection 25.jpg,
  Camo Collection 26.jpg,
  Camo Collection 27.jpg,
  Camo Collection 28.jpg,
  Camo Collection 29.jpg,
  Camo Collection 30.jpg,
  Camo Collection 31.jpg,
  Camo Collection 32.jpg,
  Camo Collection 33.jpg,

Camo Collection 34.jpg,
Camo Collection 35.jpg,
Camo Collection 36.jpg,
Camo Collection 37.jpg,
Camo Collection 38.jpg,

**Published:** January 2022

- **Individual Photographs:** Love Collection 1.jpg,
Love Collection 2.jpg,
Love Collection 3.jpg,
Love Collection 4.jpg,
Love Collection 5.jpg,
Love Collection 6.jpg,
Love Collection 7.jpg,
Love Collection 8.jpg,
Love Collection 9.jpg,
Love Collection 10.jpg,
Love Collection 11.jpg,
Love Collection 12.jpg,
Love Collection 13.jpg,
Love Collection 14.jpg,
Love Collection 15.jpg,
Love Collection 16.jpg,
Love Collection 17.jpg,
Love Collection 18.jpg,
Love Collection 19.jpg,
Love Collection 20.jpg,
Love Collection 21.jpg,
Love Collection 22.jpg,
Love Collection 23.jpg,
Love Collection 24.jpg,
Love Collection 25.jpg,
Love Collection 26.jpg,
Love Collection 27.jpg,
Love Collection 28.jpg,
Love Collection 29.jpg,
Love Collection 30.jpg,
Love Collection 31.jpg,
Love Collection 32.jpg,
Love Collection 33.jpg,
Love Collection 34.jpg,
Love Collection 35.jpg,
Love Collection 36.jpg,
Love Collection 37.jpg,
Love Collection 38.jpg,
Love Collection 39.jpg,
Love Collection 40.jpg,
Love Collection 41.jpg,
Love Collection 42.jpg,
Love Collection 43.jpg,
Love Collection 44.jpg,
Love Collection 45.jpg,
Love Collection 46.jpg,

**Published:** January 2022

- **Individual Photographs:** Palm Tree Collection 1.jpg,
Palm Tree Collection 2.jpg,
Palm Tree Collection 3.jpg,

Palm Tree Collection 4.jpg,
Palm Tree Collection 5.jpg,
Palm Tree Collection 6.jpg,
Palm Tree Collection 7.jpg,
Palm Tree Collection 8.jpg,
Palm Tree Collection 9.jpg,
Palm Tree Collection 10.jpg,
Palm Tree Collection 11.jpg,
Palm Tree Collection 12.jpg,
Palm Tree Collection 13.jpg,
Palm Tree Collection 14.jpg,
Palm Tree Collection 15.jpg,
Palm Tree Collection 16.jpg,
Palm Tree Collection 17.jpg,
Palm Tree Collection 18.jpg,
Palm Tree Collection 19.jpg,
Palm Tree Collection 20.jpg,
Palm Tree Collection 21.jpg,
Palm Tree Collection 22.jpg,
Palm Tree Collection 23.jpg,
Palm Tree Collection 24.jpg,
Palm Tree Collection 25.jpg,
Palm Tree Collection 26.jpg,
Palm Tree Collection 27.jpg,
Palm Tree Collection 28.jpg,
Palm Tree Collection 29.jpg,
Palm Tree Collection 30.jpg,
Palm Tree Collection 31.jpg,
Palm Tree Collection 32.jpg,
Palm Tree Collection 33.jpg,
Palm Tree Collection 34.jpg,
Palm Tree Collection 35.jpg,
Palm Tree Collection 36.jpg,
Palm Tree Collection 37.jpg,
Palm Tree Collection 38.jpg,
Palm Tree Collection 39.jpg,
Palm Tree Collection 40.jpg,
Palm Tree Collection 41.jpg,
Palm Tree Collection 42.jpg,

**Published:**   February 2022

- **Individual Photographs:**   Black Collection 1.jpg,
Black Collection 2.jpg,
Black Collection 3.jpg,
Black Collection 4.jpg,
Black Collection 5.jpg,
Black Collection 6.jpg,
Black Collection 7.jpg,
Black Collection 8.jpg,
Black Collection 9.jpg,
Black Collection 10.jpg,
Black Collection 11.jpg,
Black Collection 12.jpg,
Black Collection 13.jpg,
Black Collection 14.jpg,
Black Collection 15.jpg,
Black Collection 16.jpg,
Black Collection 17.jpg,

|  | Black Collection 18.jpg,<br>Black Collection 19.jpg, |
|---|---|
| **Published:** | March 2022 |

- **Individual Photographs:**   Lace Collection 1.jpg,
  Lace Collection 2.jpg,
  Lace Collection 3.jpg,
  Lace Collection 4.jpg,
  Lace Collection 5.jpg,
  Lace Collection 6.jpg,
  Lace Collection 7.jpg,
  Lace Collection 8.jpg,
  Lace Collection 9.jpg,
  Lace Collection 10.jpg,
  Lace Collection 11.jpg,
  Lace Collection 12.jpg,
  Lace Collection 13.jpg,
  Lace Collection 14.jpg,
  Lace Collection 15.jpg,
  Lace Collection 16.jpg,
  Lace Collection 17.jpg,
  Lace Collection 18.jpg,
  Lace Collection 19.jpg,
  Lace Collection 20.jpg,
  Lace Collection 21.jpg,
  Lace Collection 22.jpg,
  Lace Collection 23.jpg,
  Lace Collection 24.jpg,
  Lace Collection 25.jpg,
  Lace Collection 26.jpg,
  Lace Collection 27.jpg,
  Lace Collection 28.jpg,
  Lace Collection 29.jpg,
  Lace Collection 30.jpg,
  Lace Collection 31.jpg,
  Lace Collection 32.jpg,
  Lace Collection 33.jpg,
  Lace Collection 34.jpg,
  Lace Collection 35.jpg,
  Lace Collection 36.jpg,
  Lace Collection 37.jpg,
  Lace Collection 38.jpg,
  Lace Collection 39.jpg,
  Lace Collection 40.jpg,
  Lace Collection 41.jpg,
  Lace Collection 42.jpg,
  Lace Collection 43.jpg,
  Lace Collection 44.jpg,
  Lace Collection 45.jpg,
  Lace Collection 46.jpg,
  Lace Collection 47.jpg,
  Lace Collection 48.jpg,
  Lace Collection 49.jpg,
  Lace Collection 50.jpg,
  Lace Collection 51.jpg,
  Lace Collection 52.jpg,
  Lace Collection 53.jpg,
  Lace Collection 54.jpg,

Lace Collection 55.jpg,
                                 Lace Collection 56.jpg,
                                 Lace Collection 57.jpg,
                                 Lace Collection 58.jpg,
                                 Lace Collection 59.jpg,
                                 Lace Collection 60.jpg,
                                 Lace Collection 61.jpg,
                                 Lace Collection 62.jpg,
                                 Lace Collection 63.jpg,
                                 Lace Collection 64.jpg,
                                 Lace Collection 65.jpg,
                                 Lace Collection 66.jpg,
                                 Lace Collection 67.jpg,
                                 Lace Collection 68.jpg,
                                 Lace Collection 69.jpg,
                                 Lace Collection 70.jpg,
                                 Lace Collection 71.jpg,
                                 Lace Collection 72.jpg,
            **Published:**       March 2022

- **Individual Photographs:**   Floyd feather march 1.jpg,
                                 Floyd feather march 2.jpg,
            **Published:**       March 2022

- **Individual Photographs:**   Tullip Collection April 2022-001.jpg,
                                 Tullip Collection April 2022-002.jpg,
                                 Tullip Collection April 2022-003.jpg,
                                 Tullip Collection April 2022-004.jpg,
                                 Tullip Collection April 2022-005.jpg,
                                 Tullip Collection April 2022-006.jpg,
                                 Tullip Collection April 2022-007.jpg,
                                 Tullip Collection April 2022-008.jpg,
                                 Tullip Collection April 2022-009.jpg,
                                 Tullip Collection April 2022-010.jpg,
                                 Tullip Collection April 2022-011.jpg,
                                 Tullip Collection April 2022-012.jpg,
                                 Tullip Collection April 2022-013.jpg,
                                 Tullip Collection April 2022-014.jpg,
                                 Tullip Collection April 2022-015.jpg,
                                 Tullip Collection April 2022-016.jpg,
                                 Tullip Collection April 2022-017.jpg,
                                 Tullip Collection April 2022-018.jpg,
                                 Tullip Collection April 2022-019.jpg,
                                 Tullip Collection April 2022-020.jpg,
                                 Tullip Collection April 2022-021.jpg,
                                 Tullip Collection April 2022-022.jpg,
                                 Tullip Collection April 2022-023.jpg,
                                 Tullip Collection April 2022-024.jpg,
                                 Tullip Collection April 2022-025.jpg,
                                 Tullip Collection April 2022-026.jpg,
                                 Tullip Collection April 2022-027.jpg,
                                 Tullip Collection April 2022-028.jpg,
                                 Tullip Collection April 2022-029.jpg,
                                 Tullip Collection April 2022-030.jpg,
                                 Tullip Collection April 2022-031.jpg,
                                 Tullip Collection April 2022-032.jpg,
                                 Tullip Collection April 2022-033.jpg,
                                 Tullip Collection April 2022-034.jpg,

Tullip Collection April 2022-035.jpg,
Tullip Collection April 2022-036.jpg,
Tullip Collection April 2022-037.jpg,
Tullip Collection April 2022-038.jpg,
Tullip Collection April 2022-039.jpg,
Tullip Collection April 2022-040.jpg,
Tullip Collection April 2022-041.jpg,
Tullip Collection April 2022-042.jpg,
Tullip Collection April 2022-043.jpg,
Tullip Collection April 2022-044.jpg,
Tullip Collection April 2022-045.jpg,
Tullip Collection April 2022-046.jpg,
Tullip Collection April 2022-047.jpg,
Tullip Collection April 2022-048.jpg,
Tullip Collection April 2022-049.jpg,
Tullip Collection April 2022-050.jpg,
Tullip Collection April 2022-051.jpg,
Tullip Collection April 2022-052.jpg,

**Published:** April 2022

- **Individual Photographs:** Tullip Collection April 2022-053.jpg,
Tullip Collection April 2022-054.jpg,
Tullip Collection April 2022-055.jpg,
Tullip Collection April 2022-056.jpg,
Tullip Collection April 2022-057.jpg,
Tullip Collection April 2022-058.jpg,
Tullip Collection April 2022-059.jpg,
Tullip Collection April 2022-060.jpg,
Tullip Collection April 2022-061.jpg,
Tullip Collection April 2022-062.jpg,
Tullip Collection April 2022-063.jpg,
Tullip Collection April 2022-064.jpg,
Tullip Collection April 2022-065.jpg,
Tullip Collection April 2022-066.jpg,
Tullip Collection April 2022-067.jpg,
Tullip Collection April 2022-068.jpg,
Tullip Collection April 2022-069.jpg,
Tullip Collection April 2022-070.jpg,
Tullip Collection April 2022-071.jpg,
Tullip Collection April 2022-072.jpg,
Tullip Collection April 2022-073.jpg,
Tullip Collection April 2022-074.jpg,
Tullip Collection April 2022-075.jpg,
Tullip Collection April 2022-076.jpg,
Tullip Collection April 2022-077.jpg,
Tullip Collection April 2022-078.jpg,
Tullip Collection April 2022-079.jpg,
Tullip Collection April 2022-080.jpg,
Tullip Collection April 2022-081.jpg,
Tullip Collection April 2022-082.jpg,
Tullip Collection April 2022-083.jpg,
Tullip Collection April 2022-084.jpg,
Tullip Collection April 2022-085.jpg,
Tullip Collection April 2022-086.jpg,
Tullip Collection April 2022-087.jpg,
Tullip Collection April 2022-088.jpg,
Tullip Collection April 2022-089.jpg,
Tullip Collection April 2022-090.jpg,

Tullip Collection April 2022-091.jpg,
Tullip Collection April 2022-092.jpg,
Tullip Collection April 2022-093.jpg,
Tullip Collection April 2022-094.jpg,
Tullip Collection April 2022-095.jpg,
Tullip Collection April 2022-096.jpg,
Tullip Collection April 2022-097.jpg,
Tullip Collection April 2022-098.jpg,
Tullip Collection April 2022-099.jpg,
Tullip Collection April 2022-100.jpg,
Tullip Collection April 2022-101.jpg,
Tullip Collection April 2022-102.jpg,
Tullip Collection April 2022-103.jpg,
Tullip Collection April 2022-104.jpg,

**Published:** April 2022

- **Individual Photographs:** Tullip Collection April 2022-105.jpg,
Tullip Collection April 2022-106.jpg,
Tullip Collection April 2022-107.jpg,
Tullip Collection April 2022-108.jpg,
Tullip Collection April 2022-109.jpg,
Tullip Collection April 2022-110.jpg,
Tullip Collection April 2022-111.jpg,
Tullip Collection April 2022-112.jpg,
Tullip Collection April 2022-113.jpg,
Tullip Collection April 2022-114.jpg,
Tullip Collection April 2022-115.jpg,
Tullip Collection April 2022-116.jpg,
Tullip Collection April 2022-117.jpg,
Tullip Collection April 2022-118.jpg,
Tullip Collection April 2022-119.jpg,
Tullip Collection April 2022-120.jpg,
Tullip Collection April 2022-121.jpg,
Tullip Collection April 2022-122.jpg,
Tullip Collection April 2022-123.jpg,
Tullip Collection April 2022-124.jpg,
Tullip Collection April 2022-125.jpg,
Tullip Collection April 2022-126.jpg,
Tullip Collection April 2022-127.jpg,
Tullip Collection April 2022-128.jpg,
Tullip Collection April 2022-129.jpg,
Tullip Collection April 2022-130.jpg,
Tullip Collection April 2022-131.jpg,
Tullip Collection April 2022-132.jpg,
Tullip Collection April 2022-133.jpg,
Tullip Collection April 2022-134.jpg,
Tullip Collection April 2022-135.jpg,
Tullip Collection April 2022-136.jpg,
Tullip Collection April 2022-137.jpg,
Tullip Collection April 2022-138.jpg,
Tullip Collection April 2022-139.jpg,
Tullip Collection April 2022-140.jpg,
Tullip Collection April 2022-141.jpg,
Tullip Collection April 2022-142.jpg,
Tullip Collection April 2022-143.jpg,
Tullip Collection April 2022-144.jpg,
Tullip Collection April 2022-145.jpg,
Tullip Collection April 2022-146.jpg,

|                          |                                 |
|--------------------------|---------------------------------|
|                          | Tullip Collection April 2022-147.jpg, |
|                          | Tullip Collection April 2022-148.jpg, |
|                          | Tullip Collection April 2022-149.jpg, |
|                          | Tullip Collection April 2022-150.jpg, |
|                          | Tullip Collection April 2022-151.jpg, |
|                          | Tullip Collection April 2022-152.jpg, |
|                          | Tullip Collection April 2022-153.jpg, |
|                          | Tullip Collection April 2022-154.jpg, |
|                          | Tullip Collection April 2022-155.jpg, |
|                          | Tullip Collection April 2022-156.jpg, |
| **Published:**           | April 2022                      |

- **Individual Photographs:** Tullip Collection April 2022-157.jpg,
Tullip Collection April 2022-158.jpg,
Tullip Collection April 2022-159.jpg,
Tullip Collection April 2022-160.jpg,
Tullip Collection April 2022-161.jpg,
Tullip Collection April 2022-162.jpg,
Tullip Collection April 2022-163.jpg,
Tullip Collection April 2022-164.jpg,
Tullip Collection April 2022-165.jpg,
Tullip Collection April 2022-166.jpg,
Tullip Collection April 2022-167.jpg,
Tullip Collection April 2022-168.jpg,
Tullip Collection April 2022-169.jpg,
Tullip Collection April 2022-170.jpg,
Tullip Collection April 2022-171.jpg,
Collection April 2022-01.jpg,
Collection April 2022-02.jpg,
Collection April 2022-03.jpg,
Collection April 2022-04.jpg,
Collection April 2022-05jpg,
Collection April 2022-06jpg,
Collection April 2022-07.jpg,
Collection April 2022-08.jpg,
Collection April 2022-09.jpg,
Collection April 2022-10.jpg,
Collection April 2022-11.jpg,
Collection April 2022-12jpg,
Collection April 2022-13.jpg,

**Published:** April 2022

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Earliest Publication Date in Group:** | January 01, 2022 |
| **Latest Publication Date in Group:** | April 30, 2022 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** Ramona Larue INC

**Author Created:** photographs
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Ramona Larue INC
3400 N Miami Ave, Miami, Florida, 33127, United States

## Rights and Permissions

**Organization Name:** Ramona Larue INC
**Name:** Arianne Brown
**Email:** sales@ramonalarue.com
**Telephone:** (305)456-8191
**Alt. Phone:** (305)333-2300
**Address:** 3400 N Miami Ave
Miami, Florida 33127 United States

## Certification

**Name:** Arianne Brown
**Date:** May 09, 2022

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding publication: Applicant states in correspondence that the earliest and latest publication dates are estimated dates.

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-311-525

**Effective Date of Registration:**
July 13, 2022
**Registration Decision Date:**
August 01, 2022

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: July 01, 2022 to July 13, 2022

## Title

**Title of Group:** Ramona Larue July 2022 Published Photos
**Number of Photographs in Group:** 51

- **Individual Photographs:** Floyd Owl Feather-01.jpg,
  Floyd Owl Feather-02.jpg,
  Lavender Orchid 2022-01.jpg,
  Lavender Orchid 2022-02.jpg,
  Lavender Orchid 2022-03.jpg,
  Lavender Orchid 2022-04.jpg,
  Lavender Orchid 2022-05.jpg,
  Lavender Orchid 2022-06.jpg,
  Lavender Orchid 2022-07.jpg,
  Lavender Orchid 2022-08.jpg,
  Lavender Orchid 2022-09.jpg,
  Lavender Orchid 2022-10.jpg,
  Lavender Orchid 2022-11.jpg,
  Lavender Orchid 2022-12.jpg,
  Lavender Orchid 2022-13.jpg,
  Lavender Orchid 2022-14.jpg,
  Lavender Orchid 2022-15.jpg,
  Lavender Orchid 2022-16.jpg,
  Lavender Orchid 2022-17.jpg,
  Lavender Orchid 2022-18.jpg,
  Lavender Orchid 2022-19.jpg,
  Lavender Orchid 2022-20.jpg,
  Lavender Orchid 2022-21.jpg,
  Lavender Orchid 2022-22.jpg,
  Lavender Orchid 2022-23.jpg,
  Lavender Orchid 2022-24.jpg,
  Lavender Orchid 2022-25.jpg,
  Lavender Orchid 2022-26.jpg,
  Lavender Orchid 2022-27.jpg,
  Lavender Orchid 2022-28.jpg,
  Lavender Orchid 2022-29.jpg,
  Lavender Orchid 2022-30.jpg,
  Lavender Orchid 2022-31.jpg,

Scanned with CamScanner

Lavender Orchid 2022-32.jpg,
Lavender Orchid 2022-33.jpg,
Lavender Orchid 2022-34.jpg,
Lavender Orchid 2022-35.jpg,
Lavender Orchid 2022-36.jpg,
Lavender Orchid 2022-37.jpg,
Lavender Orchid 2022-38.jpg,
Lavender Orchid 2022-39.jpg,
Lavender Orchid 2022-40.jpg,
Lavender Orchid 2022-41.jpg,
Lavender Orchid 2022-42.jpg,
Lavender Orchid 2022-43.jpg,
Lavender Orchid 2022-44.jpg,
Lavender Orchid 2022-45.jpg,
Lavender Orchid 2022-46.jpg,
Lavender Orchid 2022-47.jpg,
Lavender Orchid 2022-48.jpg,
Lavender Orchid 2022-49.jpg
**Published:** July 2022

## Completion/Publication

**Year of Completion:** 2022
**Earliest Publication Date in Group:** July 01, 2022
**Latest Publication Date in Group:** July 13, 2022
**Nation of First Publication:** United States

## Author

- **Author:** Ramona Larue
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ramona Larue
3400 N Miami Ave, Miami, FL, 33127, United States

## Rights and Permissions

**Organization Name:** Ramona Larue
**Name:** Arianne Brown
**Email:** sales@ramonalarue.com
**Telephone:** (305)456-8191
**Alt. Phone:** (305)456-8191
**Address:** 3400 N Miami Ave
3400 N Miami Ave
Miami, Florida 33127 United States

Scanned with CamScanner

## Certification



**Name:** Arianne Brown
**Date:** July 13, 2022

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Scanned with CamScanner

**Registration #:**   VA0002311525
**Service Request #:**   1-11503395871



Ramona Larue
Arianne Brown
3400 N Miami Ave
3400 N Miami Ave
Miami, Florida 33127 United States

Scanned with CamScanner

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-313-258

**Effective Date of Registration:**
July 29, 2022
**Registration Decision Date:**
August 11, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:   June 01, 2021 to December 31, 2021

## Title _____

**Title of Group:**   Ramona Larue Copyright 2021 Last Batch
**Number of Photographs in Group:**   217

- **Individual Photographs:**   2021 Copyright-001.JPG,
2021 Copyright-002.JPG,
2021 Copyright-003.JPG,
2021 Copyright-004.JPG,
2021 Copyright-005.JPG,
2021 Copyright-006.JPG,
2021 Copyright-007.JPG,
2021 Copyright-008.JPG,
2021 Copyright-009.JPG,
2021 Copyright-010.JPG,
2021 Copyright-011.JPG,
2021 Copyright-012.JPG,
2021 Copyright-013.JPG,
2021 Copyright-014.JPG,
2021 Copyright-015.JPG,
2021 Copyright-016.JPG,
2021 Copyright-017.JPG,
2021 Copyright-018.JPG,
2021 Copyright-019.JPG,
2021 Copyright-020.JPG,
2021 Copyright-021.JPG,
2021 Copyright-022.JPG,
2021 Copyright-023.JPG,
2021 Copyright-024.JPG,
2021 Copyright-025.JPG,
2021 Copyright-026.JPG,
2021 Copyright-027.JPG,
2021 Copyright-028.JPG,
2021 Copyright-029.JPG,
2021 Copyright-030.JPG,
2021 Copyright-031.JPG,
2021 Copyright-032.JPG,
2021 Copyright-033.JPG,

Scanned with CamScanner

2021 Copyright-034.JPG,
2021 Copyright-035.JPG,
2021 Copyright-036.JPG,
2021 Copyright-037.JPG,
2021 Copyright-038.JPG,
2021 Copyright-039.JPG,
2021 Copyright-040.JPG,
2021 Copyright-041.JPG,
2021 Copyright-042.JPG,
2021 Copyright-043.JPG,
2021 Copyright-044.JPG,
2021 Copyright-045.JPG,
2021 Copyright-046.JPG,
2021 Copyright-047.JPG,
2021 Copyright-048.JPG,
2021 Copyright-049.JPG,
2021 Copyright-050.JPG,
2021 Copyright-051.JPG,
2021 Copyright-052.JPG,
2021 Copyright-053.JPG,
2021 Copyright-054.JPG,
2021 Copyright-055.JPG,
2021 Copyright-056.JPG,
2021 Copyright-057.JPG,
2021 Copyright-058.JPG,
2021 Copyright-059.JPG,
2021 Copyright-060.JPG,
2021 Copyright-061.JPG,
2021 Copyright-062.JPG,
2021 Copyright-063.JPG,
2021 Copyright-064.JPG,
2021 Copyright-065.JPG,
2021 Copyright-066.JPG,
2021 Copyright-067.JPG,
2021 Copyright-068.JPG,
2021 Copyright-069.JPG,
2021 Copyright-070.JPG,
2021 Copyright-071.JPG,
2021 Copyright-072.JPG,
2021 Copyright-073.JPG,
2021 Copyright-074.JPG,
2021 Copyright-075.JPG,
2021 Copyright-076.JPG,
2021 Copyright-077.JPG,
2021 Copyright-078.JPG,
2021 Copyright-079.JPG,
2021 Copyright-080.JPG,
2021 Copyright-081.JPG,
2021 Copyright-082.JPG,
2021 Copyright-083.JPG,

**Published:** June 2021

- **Individual Photographs:** 2021 Copyright-084.JPG,
2021 Copyright-085.JPG,
2021 Copyright-086.JPG,
2021 Copyright-087.JPG,
2021 Copyright-088.JPG,
2021 Copyright-089.JPG,

Scanned with CamScanner



2021 Copyright-090.JPG,
2021 Copyright-091.JPG,
2021 Copyright-092.JPG,
2021 Copyright-093.JPG,
2021 Copyright-094.JPG,
2021 Copyright-095.JPG,
2021 Copyright-096.JPG,
2021 Copyright-097.JPG,
2021 Copyright-098.JPG,
2021 Copyright-099.JPG,
2021 Copyright-0100.JPG,
2021 Copyright-0101.JPG,
2021 Copyright-0102.JPG,
2021 Copyright-0103.JPG,
2021 Copyright-0104.JPG,
2021 Copyright-0105.JPG,
2021 Copyright-0106.JPG,
2021 Copyright-0107.JPG,
2021 Copyright-0108.JPG,
2021 Copyright-0109.JPG,
2021 Copyright-0110.JPG,
2021 Copyright-0111.JPG,
2021 Copyright-0112.JPG,
2021 Copyright-0113.JPG,
2021 Copyright-0114.JPG,
2021 Copyright-0115.JPG,
2021 Copyright-0116.JPG,
2021 Copyright-0117.JPG,
2021 Copyright-0118.JPG,
2021 Copyright-0119.JPG,
2021 Copyright-0120.JPG,
2021 Copyright-0121.JPG,
2021 Copyright-0122.JPG,
2021 Copyright-0123.JPG,
2021 Copyright-0124.JPG,
2021 Copyright-0125.JPG,
2021 Copyright-0126.JPG,
2021 Copyright-0127.JPG,
2021 Copyright-0128.JPG,
2021 Copyright-0129.JPG,
2021 Copyright-0130.JPG,
2021 Copyright-0131.JPG,
2021 Copyright-0132.JPG,
2021 Copyright-0133.JPG,
2021 Copyright-0134.JPG,
2021 Copyright-0135.JPG,
2021 Copyright-0136.JPG,
2021 Copyright-0137.JPG,
2021 Copyright-0138.JPG,
2021 Copyright-0139.JPG,
2021 Copyright-0140.JPG,
2021 Copyright-0141.JPG,
2021 Copyright-0142.JPG,
2021 Copyright-0143.JPG,
2021 Copyright-0144.JPG,
2021 Copyright-0145.JPG,
2021 Copyright-0146.JPG,
2021 Copyright-0147.JPG,

Scanned with CamScanner

2021 Copyright-0148.JPG,
2021 Copyright-0149.JPG,
2021 Copyright-0150.JPG,
2021 Copyright-0151.JPG,
2021 Copyright-0152.JPG,
2021 Copyright-0153.JPG,
2021 Copyright-0154.JPG,
2021 Copyright-0155.JPG,
2021 Copyright-0156.JPG,
2021 Copyright-0157.JPG,
2021 Copyright-0158.JPG,
2021 Copyright-0159.JPG,
2021 Copyright-0160.JPG,
2021 Copyright-0161.JPG,
2021 Copyright-0162.JPG,
2021 Copyright-0163.JPG,

**Published:** June 2021

- **Individual Photographs:** 2021 Copyright-0164.JPG,
2021 Copyright-0165.JPG,
2021 Copyright-0166.JPG,
2021 Copyright-0167.JPG,
2021 Copyright-0168.JPG,
2021 Copyright-0169.JPG,
2021 Copyright-0170.JPG,
2021 Copyright-0171.JPG,
2021 Copyright-0172.JPG,
2021 Copyright-0173.JPG,
2021 Copyright-0174.JPG,
2021 Copyright-0175.JPG,
2021 Copyright-0176.JPG,
2021 Copyright-0177.JPG,
2021 Copyright-0178.JPG,
2021 Copyright-0179.JPG,
2021 Copyright-0180.JPG,
2021 Copyright-0181.JPG,
2021 Copyright-0182.JPG,
2021 Copyright-0183.JPG,
2021 Copyright-0184.JPG,
2021 Copyright-0185.JPG,
2021 Copyright-0186.JPG,
2021 Copyright-0187.JPG,
2021 Copyright-0188.JPG,
2021 Copyright-0189.JPG,
2021 Copyright-0190.JPG,
2021 Copyright-0191.JPG,
2021 Copyright-0192.JPG,
2021 Copyright-0193.JPG,
2021 Copyright-0194.JPG,
2021 Copyright-0195.JPG,
2021 Copyright-0196.JPG,
2021 Copyright-0197.JPG,
2021 Copyright-0198.JPG,
2021 Copyright-0199.JPG,
2021 Copyright-0200.JPG,
2021 Copyright-0201.JPG,
2021 Copyright-0202.JPG,
2021 Copyright-0203.JPG,

Scanned with CamScanner



2021 Copyright-0204.JPG,
2021 Copyright-0205.JPG,
2021 Copyright-0206.JPG,
2021 Copyright-0207.JPG,
2021 Copyright-0208.JPG,
2021 Copyright-0209.JPG,
2021 Copyright-0210.JPG,
2021 Copyright-0211.JPG,
2021 Copyright-0212.JPG,
2021 Copyright-0213.JPG,
2021 Copyright-0214.JPG,
2021 Copyright-0215.JPG,
2021 Copyright-0216.JPG,
2021 Copyright-0217.JPG

**Published:** June 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** June 01, 2021
**Latest Publication Date in Group:** December 31, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Ramona Larue INC
**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ramona Larue INC
3400 N Miami Ave, Miami, FL, 33127, United States

## Rights and Permissions

**Name:** arianne brown
**Email:** sales@ramonalarue.com
**Telephone:** (305)456-8191
**Address:** 3400 N Miami Ave
Miami, FL 33127 United States

## Certification

**Name:** Arianne Brown
**Date:** July 29, 2022

Scanned with CamScanner

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Scanned with CamScanner

**Registration #:**  VA0002313258
**Service Request #:**  1-11546544397



arianne brown
3400 N Miami Ave
Miami, FL 33127 United States

Scanned with CamScanner

| Image | Filename | Registration No. |
|---|---|---|
|  | Black Collection 11.jpg | VA 2-298-867 |
|  | Black Collection 15.jpg | VA 2-298-867 |
|  | Black Collection 16.jpg | VA 2-298-867 |
|  | Black Collection 8.jpg | VA 2-298-867 |

| | Camo Collection 21.jpg | VA 2-298-867 |



| | Camo Collection 27.jpg | VA 2-298-867 |



| | Camo Collection 33.jpg | VA 2-298-867 |



| | Camo Collection 4.jpg | VA 2-298-867 |

| | | |
|---|---|---|
|  | Lace Collection 11.jpg | VA 2-298-867 |
|  | Lace Collection 16.jpg | VA 2-298-867 |
|  | Lace Collection 3.jpg | VA 2-298-867 |

|  | Lace Collection 30.jpg | VA 2-298-867 |
|  | Lace Collection 40.jpg | VA 2-298-867 |
|  | Lace Collection 43.jpg | VA 2-298-867 |

|  | Lace Collection 5.jpg | VA 2-298-867 |
| --- | --- | --- |
|  | Lace Collection 50.jpg | VA 2-298-867 |
|  | Lace Collection 54.jpg | VA 2-298-867 |

| | | |
|---|---|---|
|  | Lace Collection 71.jpg | VA 2-298-867 |
|  | Love Collection 10.jpg | VA 2-298-867 |
|  | Love Collection 19.jpg | VA 2-298-867 |

| | | |
|---|---|---|
|  | Love Collection 22.jpg | VA 2-298-867 |
|  | Love Collection 5.jpg | VA 2-298-867 |
|  | Palm Tree Collection 13.jpg | VA 2-298-867 |