

**Product Description**    Reviews    PAYMENT    DELIVERY    RETURN & EXCHANGE

**ANOUK LACE BODYSUIT IVORY**

This sensual date night ANOUK bodysuit can be worn with jeans or on its own! A POP of sexy goes a long way.

- Lace
- Pearl Button Closure at bust
- Snap Closure on bottom panty
- Thong Panty

## You May Also Like

Don't Like These?

    

| Mandy Pants Parrot | Mandy Top Parrot | Love denim Jacket washed blue | Lucy Long Dress Taupe | Skylar Top Field of Tulips |
|---|---|---|---|---|
| ★★★★★ (1) | $32.99 | $38.99 | $39.99 | $36.99 |
| $32.99 | | | | |

## Bohemian Style

**10%** OFF 2nd item

**devonlike**    USD ∨   English ∨

Home    New Arrival    Dresses    Swimsuit    Best Selling    Accessories



## Love denim Jacket washed blue

### $38.99

**10%** OFF 2nd item
**30%** OFF 3rd item
**50%** OFF 4th item

Size                                              Size Guide

[XS]    S    M    L

Qty (940 in stock)

−  1  +

**Add to Cart**

PayPal        Pay Later


Guaranteed SAFE Checkout
VISA  MasterCard  American Express  Discover  PayPal

 Share     Tweet     Pin it

**Product Description**    Reviews    PAYMENT    DELIVERY    RETURN & EXCHANGE

**10%** OFF 2nd item

Document title: Love denim Jacket washed blue
Capture URL: https://www.alylike.com/products/love-denim-jacket-washed-blue-0nsc?spm=..product_019ee6d3-635f-4513-...
Capture timestamp (UTC): Thu, 22 Sep 2022 15:53:24 GMT
DOE #160
Page 1 of 9

    
This Love denim jacket is form fitted and has a great stretch!

Our Love jacket is hand painted by the designer herself...painted with love.

All original/ one of a kind! Jacket is distressed and cropped. Jacket has room to wear with a tank top or short sleeve top underneath. Perfect all year round kind of jacket ♥

Please note: this jacket is made to order please allow up to 1 to 2 weeks for hand painting and shipping

## You May Also Like

Don't Like These?


Bohemian Vacation Printed Skirt 4444
$34.50


Bohemian Vacation Printed Asymmetrical...
$38.99


Bohemian Vacation Printed Kaftan
$42.99

Bohemian Vacation Printed Kaftan
$40.50


Bohemian Vacation Printed Kaftan 9802
$39.59

## Bohemian Style

   

**10% OFF 2nd item**