**FILED**

NOV 07 2022 *AK*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Ramona LaRue, Inc., )
)
Plaintiff, )     Civil Action No. _____
)
v. )
)
The Entities and Individuals Identified )    Honorable
in Annex A, )
)
Defendants. )

1:22-cv-06177

Honorable Judge Joan H. Lefkow
Magistrate Judge Jeffrey Cummings
RANDOM

### DECLARATION OF ARIANNE BROWN IN SUPPORT OF
### PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING
### ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY ASSET
### RESTRAINT, AND EXPEDITED DISCOVERY

I, Arianne Brown, declare as follows:

1.      This declaration is based upon my personal knowledge of the facts stated herein

or on relevant contemporaneous business records that were made in the regular course of

business, except where specifically noted.

2.      If called as a witness, I could and would testify as to the statements made herein.

### *Ramona LaRue, Inc.*

3.      Since 2007 I have been the President of Ramona LaRue, Inc.

4.      Ramona LaRue, Inc. ("Ramona LaRue") is a corporation organized and existing

under the laws of the State of Florida, having its principal place of business at 3400 N. Miami

Ave., Miami, Florida 33127.

5.      I am knowledgeable of or have access to business records concerning all

information referenced herein, including, but not limited to Ramona LaRue's business

operations, copyrights, sales information, advertising, marketing, and media coverage.

1

6.     The genuine Ramona LaRue merchandise that is the subject of this Complaint is originally hand painted by me and then digitally transferred on to high quality materials such as satin, crepe de chine, or chiffon, made into kaftans, dresses, and the like. I personally model each piece of clothing bearing my artwork.

7.     Ramona LaRue sells millions of dollars of genuine product per year.

8.     Genuine Ramona LaRue products are distributed and sold to consumers throughout the United States, including in Illinois, through the Ramona LaRue website at ramonalarue.com and in Ramona LaRue's brick and mortar location in Miami, Florida.

9.     Ramona LaRue has operated its website at ramonalarue.com to sell its products since approximately 2009.     All photographs of the Ramona LaRue products on the ramonalarue.com website are proprietary to Ramona LaRue.  Attached as Exhibit 1 is a true and correct copy of a screenshot of the ramonalarue.com website.

10.     Ramona LaRue also owns and operates its Instagram account @ramonalarue. All photographs of the Ramona LaRue products depicted on @ramonalarue are proprietary to Ramona LaRue.  Attached as Exhibit 2 is a true and correct copy of screenshots from the @ramonalarue Instagram account.

11.     The following chart lists the registered copyrights asserted by Ramona LaRue in this action (the "Ramona LaRue Copyrights"), the visual and motion picture materials subject thereto are referred to as the "Ramona LaRue Copyrighted Material":

| Title | Status | Type | Registration Number | Date of Creation | Reg. Date |
|---|---|---|---|---|---|
| Ramona Larue 2018-2020 Misc. Published photos. [Group registration of published photographs. | Registered | Visual Material | VA0002311820 | 2018 | 7/22/2022 |

| | | | | | |
|---|---|---|---|---|---|
| 108 photographs. 2018-02-01 to 2018-12-30] | | | | | |
| Ramona Larue Riri Collection 2018 Published Photos. [Group registration of published photographs. 13 photographs. 2018-02-01 to 2018-02-28] | Registered | Visual Material | VA0002311821 | 2018 | 7/22/2022 |
| Ramona Larue May 2020 Published Photos. [Group registration of published photographs. 71 photographs. 2020-05-01 to 2020-12-31] | Registered | Visual Material | VA0002311884 | 2020 | 7/25/2022 |
| Ramona LaRue 2021 Published Photos. [Group registration of published photographs. 419 photographs. 2021-01-01 to 2021-12-31] | Registered | Visual Material | VA0002303096 | 2021 | 5/2/2022 |
| Ramona Larue Copyright 2021 Last Batch. [Group registration of published photographs. 217 photographs. 2021-06-01 to 2021-12-31] | Registered | Visual Material | VA0002313258 | 2021 | 7/29/2022 |
| Ramona Larue March 2021 Published Photos. [Group registration of published photographs. 59 photographs. 2021-03-01 to 2021-12-31] | Registered | Visual Material | VA0002311886 | 2021 | 7/25/2022 |
| Ramona Larue New Folder 2021. [Group registration of published photographs. 61 photographs. 2021-01-15 to 2021-08-31] | Registered | Visual Material | VA0002317270 | 2021 | 8/25/2022 |
| Ramona Larue 2022 Published Photos. [Group registration of published photographs. 403 photographs. 2022-01-01 to 2022-04-30] | Registered | Visual Material | VA0002298867 | 2022 | 5/4/2022 |
| Ramona Larue July 2022 Published Photos. [Group registration of published | Registered | Visual Material | VA0002311525 | 2022 | 7/13/2022 |

3

| photographs. 51 photographs. 2022-07-01 to 2022-07-13] | | | | | |
|---|---|---|---|---|---|
| Ramona Larue June 2022 Published Photos. [Group registration of published photographs. 120 photographs. 2022-06-01 to 2022-06-30] | Registered | Visual Material | VA0002307258 | 2022 | 6/30/2022 |

Attached hereto as Exhibit 3 are true and correct copies of registrations from the United States Copyright Office reflecting the aforementioned copyright registrations with exemplary deposit copies of the respective Copyrighted Material.

12.    The Ramona LaRue Copyrights are original works of authorship created and owned by Ramona LaRue, Inc.

13.    The registrations for the Ramona LaRue Copyrights are valid, subsisting, and in full force and effect.

### *Ramona LaRue publicity*

14.    The Ramona LaRue merchandise has also been the subject of publicity resulting from its creative hand-painted original works of wearable art.

15.    Among the coverage are the following publications that have featured Ramona LaRue:

- Haute Living, "Meet Arianne Brown, the Brains and Beauty Behind Ramona Larue" (https://hauteliving.com/2013/10/meet-arianne-brown-brains-beauty-behind-ramona-larue/402849/)

- The Telegraph, "Where to shop in Miami, from high fashion to vintage vinyl" (https://www.telegraph.co.uk/travel/destinations/north-america/united-states/florida/miami/articles/miami-shopping/)

4

- Mansion Global, "Coconut Grove, a Miami Neighborhood That Feels Like a 'Small Town With a Big-City Vibe'" (https://www.mansionglobal.com/articles/coconut-grove-a-miami-neighborhood-that-feels-like-a-small-town-with-a-big-city-vibe-206616)

- Channel 7 News Miami, "Arianne Brown designs hand-painted resort wear for Ramona LaRue Collection" (https://wsvn.com/entertainment/arianne-brown-designs-hand-painted-resort-wear-for-ramona-larue-collection/)

- The Daily Mail, referencing the Ramona LaRue kaftan worn by Dakota Fanning (https://www.dailymail.co.uk/tvshowbiz/article-10262633/Dakota-Fanning-shares-glimpse-sunny-beach-break-Capri.html)

16.     The Ramona LaRue Copyrighted Material is used in connection with advertisements and product listings in connection with sales of genuine Ramona LaRue products.

### *Infringement*

17.     Ramona LaRue suffers from significant infringement.  I perform, supervise, and/or direct investigations related to Internet-based infringement of the Ramona LaRue Copyrights.  Similarly, I have reviewed and investigated, or have supervised or directed the investigation of, suspicious online websites and marketplace listings using the Ramona LaRue Copyrighted Material and/or purporting to offer legitimate Ramona LaRue products.  I have participated in the identification of infringing products on websites and in marketplace listings on various platforms, including Amazon, Alibaba, eBay, Shopify, and Walmart.

18.     By using one or more images or video of the Ramona LaRue Copyrighted Material, the Defendants named in the instant lawsuit and identified in Annex A to the Complaint, advertise and offer to sell unauthorized, unlicensed, infringing goods to consumers in

5

the United States, including in Illinois. Based on my visual inspection, or the visual inspection of persons involved with the investigation under my direction, these Defendants all specifically offer shipping to addresses in Illinois.

19.    Ramona LaRue reached the conclusion that the products being offered on the Defendant's websites and the marketplace listings are infringing the Copyrighted Material based on a visual inspection of the products offered for sale, on the price at which the items are offered, and other features of the listings that contain hallmarks of infringing sellers such as use of the Ramona LaRue Copyrighted Material. Ramona LaRue has received consumer complaints after receiving infringing products mistakenly believing the products were genuine Ramona LaRue products.

20.    Ramona LaRue's investigation shows that Defendants are using the Ramona LaRue Copyrighted Material on their marketplace listings to sell infringing products to consumers in the U.S., including Illinois, and elsewhere. None of the Defendants conduct business with Ramona LaRue or have a license or permission to use the Ramona LaRue Copyrighted Material. None of the Defendants are authorized retailers of genuine Ramona LaRue products.

21.    True and correct copies of screenshot printouts showing the websites and marketplace listings of Defendants are attached as Exhibit 4 hereto.

22.    Defendants design their websites and marketplace listings with content and images including the Ramona LaRue Copyrighted Material, which make it appear as if they are authorized retailers or distributors in order to mislead unsuspecting consumers. Such unauthorized copying of the Ramona LaRue Copyrighted Material deceives consumers into believing the products offered for sale by the infringers are authentic, when they are not.

6

23.     Defendants all accept payment in U.S. currency via credit cards, PayPal®, or
other payment methods. In addition to the Ramona LaRue Copyrighted Material, Defendants
also frequently depict logos and trademarks associated by consumers with bona fide websites
and retailers offering legitimate products, such as the logos of Visa®, MasterCard®,
AmericanExpress® and/or PayPal®.

24.     Based on the investigation I have conducted and supervised, I understand that
Defendants, like many counterfeiters and sellers of infringing merchandise, make concerted
efforts to evade detection and identification by copyright owners. For example, most if not all of
the Defendants use at least one and often many fictitious names spread across a variety of
different websites and sales platforms to overwhelm the marketplace with a multitude of
infringing products and infringing listings. The platforms conceal the actual persons and/or
entities responsible for the websites and listings and list only fictitious identifying information.

25.     Additionally, based on my investigation and experience confronting online
infringement, sellers like Defendants commonly disable their websites and marketplace
storefront accounts and attempt to disappear as soon as they learn that they have been sued or are
at risk of being sued by reviewing websites such as <sellerdefense.cn>, <kaidianyo.com>, or
<kuajingvs.com>, which sellers like Defendants commonly use to discuss evasion of and warn
one another of lawsuits. These persons and entities typically re-emerge under new online
marketplace accounts with new fictitious names after a short period of time. Additionally, these
actors often utilize multiple Paypal®, credit card accounts, and payment gateways so that even if
detection requires them to close down one account, there are others set up to take its place.

26.     Once detected, these sellers immediately remove funds from accounts utilizing
U.S. currency to other off-shore accounts to avoid the jurisdiction of this Court.

7

27.     Defendants' unauthorized exploitation of the Ramona LaRue Copyrighted Material has irreparably harmed, and continues to irreparably harm, Ramona LaRue through eliminating Ramona LaRue's ability to control the quality of its products sold under and created with the Ramona LaRue Copyrighted Material.

28.     Monetary damages are difficult, if not impossible, to ascertain in instances such as this where the Defendants are unlikely to cooperate in discovery regarding the Defendants' profits. Similarly, monetary damages alone would be inadequate because Ramona LaRue would continue to be prevented from the ability to control the nature and quality of goods sold associated with the Ramona LaRue Copyrighted Material, negatively impacting and ultimately losing control over the reputation and goodwill that it has worked so long to establish among consumers. Moreover, a significant part of the harm suffered by Ramona LaRue is the damage to its reputation and goodwill, making quantification of damages difficult, if not impossible.

29.     If the Defendants' infringement continues, Ramona LaRue's goodwill and reputation will continue to be harmed as a result of Defendants' offering for sale and sale of infringing, unauthorized goods under the Ramona LaRue Copyrighted Material and consumers will begin to associate the appearance of the Ramona LaRue Copyrighted Material with infringers. The reputation among consumers of the Ramona LaRue brand will continue to be damaged, potentially leading to a loss of sales. Such reputational harm is often very difficult to quantify.

30.     The infringing products offered by Defendants are typically of inferior quality to genuine products. Consumers who erroneously purchase products from Defendants believing them to be legitimate Ramona LaRue products will likely associate and attribute the qualities of

8

Defendants' products to Ramona LaRue, resulting in damage to Ramona LaRue's reputation and lower future sales.

    31.    Ramona LaRue will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this $2\,3$ day of October, 2022.

/s/ _____

Arianne Brown

9

# EXHIBIT 1

OFFICIAL RAMONA LARUE WEBSITE

GET 10% OFF ON YOUR FIRST PURCHASE USE CODE AETIONEAR AT CHECKOUT

# Ramona LaRue
by Arianne

Q Search    NEW ARRIVALS   SHOP   SHOP BY PRINT   PREORDER   KAFTANS   BODYSUITS & LARUE   GIFT CARDS   FINAL SALE   ABOUT US   CUSTOMER LOVE    🛒 Cart 0



Penelope Dress Clouded Leopard
$ 365.00



Eva Kaftan Tangerine Butterfly
$ 290.00



Tara Dress Tangerine Butterfly
$ 290.00



Raquel Jumpsuit Electric Crocodile
$ 360.00



Tara Dress Electric Crocodile
$ 290.00



Tara Dress Lavender Orchid
$ 290.00



Renee Kaftan Lavender Orchid
$ 342.00



Riri Kaftan Red Hibiscus
$ 362.00



Trish Dress Owl Feather
$ 285.00



Petra mini dress Clouded Leopard
$ 290.00



FLOYD SKIRT Clouded Leopard
$ 375.00



Georgia Strapless Top Faded Tiger
$ 135.00



Parker Dress Faded Tiger
$ 389.00



Eva Kaftan Parrot
$ 290.00



Nimite Pants Parrot
$ 218.00



Dei Dress Stingray
$ 369.00

# EXHIBIT 2



| | |
|---|---|
| Document title: | Ramona LaRue by Arianne Brown (@ramonalarue) • Instagram photos and videos |
| Capture URL: | https://www.instagram.com/ramonalarue/ |
| Page loaded at (UTC): | Mon, 07 Nov 2022 18:38:08 GMT |
| Capture timestamp (UTC): | Mon, 07 Nov 2022 18:39:25 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 6adea053-63ed-432a-8d72-6c64fcff696d |
| User: | marshall-dpocius |

*Instagram*

Q Search

Log In   Sign Up



ramonalarue    Message    Follow    • • •

**2,834** posts    **42.3K** followers    **1,159** following

**Ramona LaRue by Arianne Brown**
Clothing (Brand)
Born to create
usMade in Miami with Love
📍Midtown Miami flagship boutique
🌐Worldwide Shipping
www.ramonalarue.com



Style your ...

🎞 POSTS       ⏦ REELS       ⏦ TAGGED





















# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-311-820**

**Effective Date of Registration:**
July 22, 2022
**Registration Decision Date:**
August 02, 2022

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** February 01, 2018 to December 30, 2018

### Title

| | |
|---|---|
| **Title of Group:** | Ramona Larue 2018-2020 Misc. Published photos |
| **Number of Photographs in Group:** | 108 |
| • **Individual Photographs:** | 2018_2020 Misc. Photos-001.jpg, |
| | 2018_2020 Misc. Photos-002.jpg, |
| | 2018_2020 Misc. Photos-003.jpg, |
| | 2018_2020 Misc. Photos-004.jpg, |
| | 2018_2020 Misc. Photos-005.jpg, |
| | 2018_2020 Misc. Photos-006.jpg, |
| | 2018_2020 Misc. Photos-007.jpg, |
| | 2018_2020 Misc. Photos-008.jpg, |
| | 2018_2020 Misc. Photos-009.jpg, |
| | 2018_2020 Misc. Photos-010.jpg, |
| | 2018_2020 Misc. Photos-011.jpg, |
| | 2018_2020 Misc. Photos-012.jpg, |
| | 2018_2020 Misc. Photos-013.jpg, |
| | 2018_2020 Misc. Photos-014.jpg, |
| | 2018_2020 Misc. Photos-015.jpg, |
| | 2018_2020 Misc. Photos-016.jpg, |
| | 2018_2020 Misc. Photos-017.jpg, |
| | 2018_2020 Misc. Photos-018.jpg, |
| | 2018_2020 Misc. Photos-019.jpg, |
| | 2018_2020 Misc. Photos-020.jpg, |
| | 2018_2020 Misc. Photos-021.jpg, |
| | 2018_2020 Misc. Photos-022.jpg, |
| | 2018_2020 Misc. Photos-023.jpg, |
| | 2018_2020 Misc. Photos-024.jpg, |
| | 2018_2020 Misc. Photos-025.jpg, |
| | 2018_2020 Misc. Photos-026.jpg, |
| | 2018_2020 Misc. Photos-027.jpg, |
| | 2018_2020 Misc. Photos-028.jpg, |
| | 2018_2020 Misc. Photos-029.jpg, |
| | 2018_2020 Misc. Photos-030.jpg, |
| | 2018_2020 Misc. Photos-031.jpg, |
| | 2018_2020 Misc. Photos-032.jpg, |
| | 2018_2020 Misc. Photos-033.jpg, |

Scanned with CamScanner

2018_2020 Misc. Photos-034.jpg,
2018_2020 Misc. Photos-035.jpg,
2018_2020 Misc. Photos-036.jpg,
2018_2020 Misc. Photos-037.jpg,
2018_2020 Misc. Photos-038.jpg,
2018_2020 Misc. Photos-039.jpg,
2018_2020 Misc. Photos-040.jpg,
2018_2020 Misc. Photos-041.jpg,
2018_2020 Misc. Photos-042.jpg,
2018_2020 Misc. Photos-043.jpg,
2018_2020 Misc. Photos-044.jpg,
2018_2020 Misc. Photos-045.jpg,
2018_2020 Misc. Photos-046.jpg,
2018_2020 Misc. Photos-047.jpg,
2018_2020 Misc. Photos-048.jpg,
2018_2020 Misc. Photos-049.jpg,
2018_2020 Misc. Photos-050.jpg,
2018_2020 Misc. Photos-051.jpg,
2018_2020 Misc. Photos-052.jpg,
2018_2020 Misc. Photos-053.jpg,
2018_2020 Misc. Photos-054.jpg,
2018_2020 Misc. Photos-055.jpg,
2018_2020 Misc. Photos-056.jpg,
2018_2020 Misc. Photos-057.jpg,
2018_2020 Misc. Photos-058.jpg,
2018_2020 Misc. Photos-059.jpg,
2018_2020 Misc. Photos-060.jpg,
2018_2020 Misc. Photos-061.jpg,
2018_2020 Misc. Photos-062.jpg,

**Published:** February 2018

• **Individual Photographs:** 2018_2020 Misc. Photos-063.jpg,
2018_2020 Misc. Photos-064.jpg,
2018_2020 Misc. Photos-065.jpg,
2018_2020 Misc. Photos-066.jpg,
2018_2020 Misc. Photos-067.jpg,
2018_2020 Misc. Photos-068.jpg,
2018_2020 Misc. Photos-069.jpg,
2018_2020 Misc. Photos-070.jpg,
2018_2020 Misc. Photos-071.jpg,
2018_2020 Misc. Photos-072.jpg,
2018_2020 Misc. Photos-073.jpg,
2018_2020 Misc. Photos-074.jpg,
2018_2020 Misc. Photos-075.jpg,
2018_2020 Misc. Photos-076.jpg,
2018_2020 Misc. Photos-077.jpg,
2018_2020 Misc. Photos-078.jpg,
2018_2020 Misc. Photos-079.jpg,
2018_2020 Misc. Photos-080.jpg,
2018_2020 Misc. Photos-081.jpg,
2018_2020 Misc. Photos-082.jpg,
2018_2020 Misc. Photos-083.jpg,
2018_2020 Misc. Photos-084.jpg,
2018_2020 Misc. Photos-085.jpg,
2018_2020 Misc. Photos-086.jpg,
2018_2020 Misc. Photos-087.jpg,
2018_2020 Misc. Photos-088.jpg,
2018_2020 Misc. Photos-089.jpg,

Scanned with CamScanner

2018_2020 Misc. Photos-090.jpg,
2018_2020 Misc. Photos-091.jpg,
2018_2020 Misc. Photos-092.jpg,
2018_2020 Misc. Photos-093.jpg,
2018_2020 Misc. Photos-094.jpg,
2018_2020 Misc. Photos-095.jpg,
2018_2020 Misc. Photos-096.jpg,
2018_2020 Misc. Photos-097.jpg,
2018_2020 Misc. Photos-098.jpg,
2018_2020 Misc. Photos-099.jpg,
2018_2020 Misc. Photos-100.jpg,
2018_2020 Misc. Photos-101.jpg,
2018_2020 Misc. Photos-102.jpg,
2018_2020 Misc. Photos-103.jpg,
2018_2020 Misc. Photos-104.jpg,
2018_2020 Misc. Photos-105.jpg,
2018_2020 Misc. Photos-106.jpg,
2018_2020 Misc. Photos-107.jpg,
2018_2020 Misc. Photos-108.jpg

**Published:** February 2018

## Completion/Publication

**Year of Completion:** 2018
**Earliest Publication Date in Group:** February 01, 2018
**Latest Publication Date in Group:** December 30, 2018
**Nation of First Publication:** United States

## Author

- **Author:** Ramona Larue
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ramona Larue
3400 N Miami Ave, Miami, Florida, 33127, United States

## Rights and Permissions

**Name:** Arianne Brown
**Email:** sales@ramonalarue.com
**Telephone:** (305)456-8191
**Address:** 3400 N Miami Ave
Miami, Florida 33127 United States

## Certification

Scanned with CamScanner

**Name:** Arianne Brown
**Date:** July 22, 2022

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Scanned with CamScanner

**Registration #:** VA0002311820
**Service Request #:** 1-11525304329



Arianne Brown
3400 N Miami Ave
Miami, Florida 33127 United States

Scanned with CamScanner

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-311-821**

**Effective Date of Registration:**
July 22, 2022
**Registration Decision Date:**
August 02, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: February 01, 2018 to February 28, 2018

### Title

**Title of Group:** Ramona Larue Riri Collection 2018 Published Photos
**Number of Photographs in Group:** 13

- **Individual Photographs:** Riri Hibiscus-01.jpg,
Riri Hibiscus-02.jpg,
Riri Hibiscus-03.jpg,
Riri Hibiscus-04.jpg,
Riri Hibiscus-05.jpg,
Riri Hibiscus-06.jpg,
Riri Hibiscus-07.jpg,
Riri Hibiscus-08.jpg,
Riri Hibiscus-09.jpg,
Riri Hibiscus-10.jpg,
Riri Hibiscus-11.jpg,
Riri Hibiscus-12.jpg,
Riri Hibiscus-13.jpg

**Published:** February 2018

### Completion/Publication

**Year of Completion:** 2018
**Earliest Publication Date in Group:** February 01, 2018
**Latest Publication Date in Group:** February 28, 2018
**Nation of First Publication:** United States

### Author

- **Author:** Ramona Larue
**Author Created:** photographs
**Work made for hire:** Yes

Page 1 of 2

Citizen of:   United States

## Copyright Claimant

Copyright Claimant:   Ramona Larue
3400 N Miami Ave, Miami, Florida, 33127, United States

## Rights and Permissions

Name:   Arianne Brown
Email:   sales@ramonalarue.com
Telephone:   (305)456-8191
Address:   3400 N Miami Ave
Miami, Florida 33127 United States

## Certification

Name:   Arianne Brown
Date:   July 22, 2022

Correspondence:   Yes
Copyright Office notes:   Regarding title information: Deposit contains complete list of titles that
correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be
registered on one application with one filing fee only under limited
circumstances. ALL of the following are required: 1. All photographs (a) were
created by the same author AND (b) are owned by the same copyright claimant
AND (c) were published in the same calendar year AND 2. The group contains
750 photographs or less AND 3. A sequentially numbered list of photographs
containing the title, file name and month of publication for each photograph
included in the group must be uploaded along with other required application
materials. The list must be submitted in an approved document format such as
XLS or .PDF. The file name for the numbered list must contain the title of the
group and the Case Number assigned to the application.

Regarding group registration: Registration extends to corresponding
photographs in contents titles and in deposit.

Scanned with CamScanner



**Registration #:** VA0002311821
**Service Request #:** 1-11525303461

Arianne Brown
3400 N Miami Ave
Miami, Florida 33127 United States

Scanned with CamScanner

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-311-884

**Effective Date of Registration:**
July 25, 2022
**Registration Decision Date:**
August 03, 2022

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** May 01, 2020 to December 31, 2020

### Title

**Title of Group:** Ramona Larue May 2020 Published Photos
**Number of Photographs in Group:** 71

- **Individual Photographs:**

MAY 2020-01.jpg,
MAY 2020-02.jpg,
MAY 2020-03.jpg,
MAY 2020-04.jpg,
MAY 2020-05.jpg,
MAY 2020-06.jpg,
MAY 2020-07.jpg,
MAY 2020-08.jpg,
MAY 2020-09.jpg,
MAY 2020-10.jpg,
MAY 2020-11.jpg,
MAY 2020-12.jpg,
MAY 2020-13.jpg,
MAY 2020-14.jpg,
MAY 2020-15.jpg,
MAY 2020-16.jpg,
MAY 2020-17.jpg,
MAY 2020-18.jpg,
MAY 2020-19.jpg,
MAY 2020-20.jpg,
MAY 2020-21.jpg,
MAY 2020-22.jpg,
MAY 2020-23.jpg,
MAY 2020-24.jpg,
MAY 2020-25.jpg,
MAY 2020-26.jpg,
MAY 2020-27.jpg,
MAY 2020-28.jpg,
MAY 2020-29.jpg,
MAY 2020-30.jpg,
MAY 2020-31.jpg,
MAY 2020-32.jpg,
MAY 2020-33.jpg,

Page 1 of 3

Scanned with CamScanner

MAY 2020-34.jpg,
MAY 2020-35.jpg,
MAY 2020-36.jpg,
MAY 2020-37.jpg,
MAY 2020-38.jpg,
MAY 2020-39.jpg,
MAY 2020-40.jpg,
MAY 2020-41.jpg,
MAY 2020-42.jpg,
MAY 2020-43.jpg,
MAY 2020-44.jpg,
MAY 2020-45.jpg,
MAY 2020-46.jpg,
MAY 2020-47.jpg,
MAY 2020-48.jpg,
MAY 2020-49.jpg,
MAY 2020-50.jpg,
MAY 2020-51.jpg,
MAY 2020-52.jpg,
MAY 2020-53.jpg,
MAY 2020-54.jpg,
MAY 2020-55.jpg,
MAY 2020-56.jpg,
MAY 2020-57.jpg,
MAY 2020-58.jpg,
MAY 2020-59.jpg,
MAY 2020-60.jpg,
MAY 2020-61.jpg,
MAY 2020-62.jpg,
MAY 2020-63.jpg,
MAY 2020-64.jpg,
MAY 2020-65.jpg,
MAY 2020-66.jpg,
MAY 2020-67.jpg,
MAY 2020-68.jpg,
MAY 2020-69.jpg,
MAY 2020-70.jpg,
MAY 2020-71.jpg

**Published:** May 2020

## Completion/Publication

**Year of Completion:** 2020
**Earliest Publication Date in Group:** May 01, 2020
**Latest Publication Date in Group:** December 31, 2020
**Nation of First Publication:** United States

## Author

- **Author:** Ramona Larue
  **Author Created:** photographs
  **Work made for hire:** Yes

Scanned with CamScanner



**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ramona Larue
3400 N Miami Ave, Miami, Florida, 33127, United States

## Rights and Permissions

**Name:** Arianne Brown
**Email:** sales@ramonalarue.com
**Telephone:** (305)456-8191
**Address:** 3400 N Miami Ave
Miami, Florida 33127 United States

## Certification

**Name:** Arianne Brown
**Date:** July 25, 2022

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Page 3 of 3

Scanned with CamScanner

**Registration #:** VA0002311884
**Service Request #:** 1-11529104680



Arianne Brown
3400 N Miami Ave
Miami, Florida 33127 United States

Scanned with CamScanner

**Registration #:** VA0002303096
**Service Request #:** 1-11350179570

## Mail Certificate

Ramona LaRue INC
Arianne Brown
3400 N Miami Ave
Miami, FL 33127 United States

**Priority:** Special Handling   **Application Date:** April 29, 2022

## Correspondent

**Organization Name:** Ramona LaRue INC
**Name:** Arianne Brown
**Email:** sales@ramonalarue.com
**Address:** 3400 N Miami Ave
Miami, FL 33127 United States

Registration Number

# VA 2-303-096

**Effective Date of Registration:**
May 02, 2022
**Registration Decision Date:**
June 07, 2022

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** January 01, 2021 to December 31, 2021

### Title _____

| | |
|---|---|
| **Title of Group:** | Ramona LaRue 2021 Published Photos |
| **Number of Photographs in Group:** | 419 |

- **Individual Photographs:** RamonaLaRue2021 January32.jpg,
RamonaLaRue2021January28.jpg,
RamonaLaRue2021January22.jpg,
RamonaLaRue2021 January17.JPG,
RamonaLaRue2021 January15.JPG,
RamonaLaRue2021 January14.JPG,
RamonaLaRue2021 January13.JPG,
RamonaLaRue2021 January11.JPG,
RamonaLaue2021 January10.JPG,
RamonaLaRue2021January9.JPG,
RamonaLaRue2021 January8.JPG,
RamonaLaRue2021 January7.jpg,
RamonaLaRue2021January3.JPG,
RamonaLaRue2021January34.JPG,

**Published:** January 2021

- **Individual Photographs:** RamonaLaRue2021 February1.JPG,
RamonaLaRue2021February2.JPG,
RamonaLaRue2021 February3.JPG,
RamonaLaRue2021February4.JPG,
RamonaLaRue2021February5.JPG,
RamonaLaRue2021February8.JPG,
RamonaLaRue2021 February10.JPG,
RamonaLaRue2021 February13.JPG,
RamonaLaRue2021 February14.JPG,
RamonaLaRue2021February16.JPG,
RamonaLaRue2021February24.jpeg,
RamonaLaRue2021 February27.JPG,
RamonaLaRue2021 February36.jpg,
RamonaLaRue2021 February37.jpeg,
RamonaLaRue2021 February38.jpg,
RamonaLaRue2021February39.jpg,
RamonaLaRue2021February42.jpeg,

RamonaLaRue2021February44.jpg,
RamonaLaRue2021February45.jpeg,
RamonaLaRue2021 February46.jpg,
RamonaLaRue2021February51.JPG,
RamonaLaRue2021February59.jpg,
RamonaLaRue2021February69.jpeg,
RamonalaRue2021February71.jpg,
RamonaLaRue2021February74.jpeg,
RamonaLaRue2021 February76.jpg,

**Published:** February 2021

- **Individual Photographs:** RamonaLaRue2021March2.JPG,
RamonaLaRue2021March3.JPG,
RamonaLaRue2021 March4.JPG,
RamonaLaRue2021March5.JPG,
RamonaLaRue2021March6.JPG,
RamonaLaRue2021March8.JPG,
RamonaLaRue2021March25.jpg,
RamonaLaRue2021March26.jpg,
RamonaLaRue2021March29.jpg,
RamonaLaRue2021 March30.jpg,
RamonaLaRue2021March31.jpg,
RamonaLaRue2021March34.jpg,
RamonaLaRue2021March36.jpg,
RamonaLaRue2021March39.jpg,
RamonaLaRue2021March41.jpg,
RamonaLaRue2021March42.jpg,
RamonaLaRue2021March57.JPG,
RamonaLaRue2021March58.jpg,
RamonaLaRue2021March59.jpg,
RamonaLaRue2021March60.jpg,
RamonaLaRue2021March61.jpg,
RamonaLaRue2021March62.jpg,
RamonaLaRue2021March63.jpg,
RamonaLaRue2021March64.jpg,
RamonaLaRue2021March65.jpg,
RamonaLaRue2021March66.jpg,
RamonaLaRue2021March67.jpg,
RamonaLaRue2021March68.jpg,
RamonaLaRue2021March69.jpg,
RamonaLaRue2021March70.jpg,
RamonaLaRue2021March71.jpg,
RamonaLaRue2021March72.jpg,
RamonaLaRue2021 March73.jpg,
RamonaLaRue2021March74.jpg,
RamonaLaRue2021 March75.jpg,
RamonaLaRue2021March76.jpg,
RamonaLaRue2021March77.jpg,
RamonaLaRue2021March78.jpg,
RamonaLaRue2021March79.ipg,
RamonaLaRue2021March82.jpg,
RamonaLaRue2021March95.ipg,
RamonaLaRue2021March98.jpg,
RamonaLaRue2021March99.jpg,
RamonaLaRue2021March103.jpg,
RamonaLaRue2021March113.jpg,
RamonaLaRue2021March119.jpg,
RamonaLaRue2021March120.jpg,

RamonaLaRue2021March122.jpg,
RamonaLaRue2021 March126.jpg,
RamonaLaRue2021 March127 jpg,
RamonaLaRue2021 March130.jpg,
RamonaLaRue2021March132.jpg,
RamonaLaRue2021March139.jpg,
RamonaLaRue2021March140.jpg,
RamonaLaRue2021March143.jpg,
RamonaLaRue2021March145.jpg,
RamonaLaRue2021March148.jpg,
RamonaLaRue2021March149.jpg,
RamonaLaRue2021March151.JPG,
RamonaLaRue2021March153.jpg,
RamonaLaRue2021March160.JPG,
RamonaLaRue2021March163.JPG,
RamonaLaRue2021 March165.JPG,
RamonaLaRue2021March166.JPG,
RamonaLaRue2021 March170.JPG,
RamonaLaRue2021March171.JPG,
RamonaLaRue2021 March172.JPG,
RamonaLaRue2021 March173.JPG,
RamonaLaRue2021 March174.JPG,
RamonaLaRue2021 March175.JPG,

**Published:**     March 2021

- **Individual Photographs:**   RamonaLaRue2021March178.JPG,
RamonaLaRue2021March179.JPG,
RamonaLaRue2021March181.jpg,
RamonaLaRue2021March182.JPG,
RamonaLaRue2021March186.JPG,

**Published:**     March 2021

- **Individual Photographs:**   RamonaLaRue2021April1 jpg,
RamonaLaRue2021 April2.jpg,
RamonaLaRue2021April9.jpg,
RamonaLaRue2021April11.jpg,
RamonaLaRue2021April16.jpg,
RamonaLaRue2021 April17.jpg,
RamonaLaRue2021 April18.jpg,
RamonaLaRue2021 April22.jpg,
RamonaLaRue2021 April23.jpg,
RamonaLaRue2021 April25.jpg,
RamonaLaRue2021April26.jpg,
RamonaLaRue2021April29.jpg,
RamonaLaRue2021 April30.jpg,
RamonaLaRue2021 April31.jpg,
RamonaLaRue2021 April34.jpg,
RamonaLaRue2021 April37.JPG,
RamonaLaRue2021April38.JPG,
RamonaLaRue2021 April40.JPG,
RamonaLaRue2021 April42.JPG,
RamonaLaRue2021 April43.JPG,
RamonaLaRue2021 April45.JPG,
RamonaLaRue2021 April46.JPG,
RamonaLaRue2021 April47.JPG,
RamonaLaRue2021 April48.JPG,
RamonaL aRue2021April49.JPG,

**Published:** April 2021

- **Individual Photographs:** RamonaLaRue2021May-002.jpg,
  RamonaLaRue2021May-007.jpg,
  RamonaLaRue2021May-010.jpg,
  RamonaLaRue2021May-013.jpg,
  RamonaLaRue2021May-014.jpg,
  RamonaLaRue2021May-019.jpg,
  RamonaLaRue2021May-021.jpg,
  RamonaLaRue2021May-023.jpg,
  RamonaLaRue2021May-024.jpg,
  RamonaLaRue2021May-025.jpg,
  RamonaLaRue2021May-027.jpg,
  RamonaLaRue2021May-029.jpg,
  RamonaLaRue2021May-031.jpg,
  RamonaLaRue2021May-033.jpg,
  RamonaLaRue2021May-035.jpg,
  RamonaLaRue2021May-037.jpg,
  RamonaLaRue2021May-038.jpg,
  RamonaLaRue2021May-039.jpg,
  RamonaLaRue2021May-041.jpg,
  RamonaLaRue2021May-043.jpg,
  RamonaLaRue2021May-051.jpg,
  RamonaLaRue2021May-052.jpg,
  RamonaLaRue2021May-069.jpg,
  RamonaLaRue2021May-079.jpg,
  RamonaLaRue2021May-087.jpg,
  RamonaLaRue2021May-107.jpg,
  RamonaLaRue2021May-109.jpg,
  RamonaLaRue2021May-113.jpg,
  RamonaLaRue2021May-115.jpg,
  RamonaLaRue2021May-130.jpg,
  RamonaLaRue2021May-132.jpg,

**Published:** May 2021

- **Individual Photographs:** RamonaLaRue2021june-001.jpg,
  RamonaLaRue2021june-002.jpg,
  RamonaLaRue2021june-004.jpg,
  RamonaLaRue2021june-005.jpg,
  RamonaLaRue2021june-010.jpg,
  RamonaLaRue2021june-011.jpg,
  RamonaLaRue2021june-017.jpg,
  RamonaLaRue2021june-018.jpg,
  RamonaLaRue2021june-019.jpg,
  RamonalaRue2021june-029.jpg,
  RamonaLaRue2021june-032.jpg,
  RamonaLaRue2021june-033.jpg,
  RamonaLaRue2021june-034.jpg,
  RamonaLaRue2021june-039.jpg,
  RamonaLaRue2021june-041.jpg,
  RamonaLaRue2021june-046.jpg,
  RamonaLaRue2021june-047.jpg,
  RamonaLaRue2021june-048.jpg,
  RamonaLaRue2021june-049.jpg,
  RamonaLaRue2021june-050.jpg,
  RamonaLaRue2021june-067.jpg,
  RamonaLaRue2021june-073.jpg,
  RamonaLaRue2021june-079.jpg,

|                 | RamonaLaRue2021june-082.jpg, |
|-----------------|------------------------------|
|                 | RamonaLaRue2021june-097.jpg, |
|                 | RamonaLaRue2021june-101.jpg, |
|                 | RamonaLaRue2021june-102.jpg, |
|                 | RamonaLaRue2021june-103.jpg, |
|                 | RamonaLaRue2021june-105.jpg, |
|                 | RamonaLaRue2021june-107.jpg, |
| **Published:**  | June 2021                    |

- **Individual Photographs:**

RamonaLaRue2021july-002.jpg,
RamonaLaRue2021july-005.jpg,
RamonaLaRue2021july-007.jpg,
RamonaLaRue2021july-008.jpg,
RamonaLaRue2021july-009.jpg,
RamonaLaRue2021july-010.jpg,
RamonaLaRue2021july-017.jpg,
RamonaLaRue2021july-024.jpg,
RamonaLaRue2021july-036.jpg,
RamonaLaRue2021july-041.jpg,
RamonaLaRue2021july-046.jpg,
RamonaLaRue2021july-056.jpg,
RamonaLaRue2021july-069.jpg,
RamonaLaRue2021july-085.jpg,
RamonaLaRue2021july-091.jpg,
RamonaLaRue2021july-108.jpg,
RamonaLaRue2021july-126.jpg,
RamonaLaRue2021july-129.jpg,
RamonaLaRue2021july-140.jpg,
RamonaLaRue2021july-149.jpg,
RamonaLaRue2021july-178.jpg,
RamonaLaRue2021july-181.jpg,
RamonaLaRue2021july-187.jpg,
RamonaLaRue2021july-188.jpg,
RamonaLaRue2021july-189.jpg,
RamonaLaRue2021july-190.jpg,
RamonaLaRue2021july-195.jpg,

**Published:** July 2021

- **Individual Photographs:**

RamonaLaRue2021AUG-008.jpg,
RamonaLaRue2021 AUG-009.jpg,
RamonaLaRue2021AUG-010.jpg,
RamonaLaRue2021AUG-013.jpg,
RamonaLaRue2021 AUG-024.jpg,
RamonaLaRue2021AUG-026.jpg,
RamonaLaRue2021 AUG-029.jpg,
RamonaLaRue2021AUG-036.jpg,
RamonaLaRue2021 AUG-037.jpg,
RamonaLaRue2021AUG-045.jpg,
RamonaLaRue2021AUG-046.jpg,
RamonaLaRue2021AUG-176.jpg,
RamonaLaRue2021AUG-177.jpg,
RamonaLaRue2021AUG-182.jpg,
RamonaLaRue2021AUG-199.jpg,
RamonaLaRue2021AUG-298.jpg,
RamonaLaRue2021AUG-305.jpg,
RamonaLaRue2021AUG-308.jpg,
RamonaLaRue2021AUG-309.jpg,

**Published:** August 2021

- **Individual Photographs:** RamonaLaRue2021SEP-002.jpg,
  RamonaLaRue2021SEP-003.jpg,
  RamonaLaRue2021SEP-006.jpg,
  RamonaLaRue2021SEP-009.jpg,
  RamonaLaRue2021 SEP-013.jpg,
  RamonaLaRue2021SEP-023.jpg,
  RamonaLaRue2021SEP-025.jpg,
  RamonaLaRue2021SEP-026.ipq,
  RamonaLaRue2021SEP-031.jpg,
  RamonaLaRue2021SEP-042.jpg,
  RamonaLaRue2021SEP-048.jpg,
  RamonaLaRue2021SEP-071.jpg,
  RamonaLaRue2021SEP-074.jpg,

**Published:** September 2021

- **Individual Photographs:** RamonaLaRue2021Oct-004.jpg,
  RamonaLaRue2021Oct-008.jpg,
  RamonaLaRue2021Oct-014.jpg,
  RamonaLaRue2021Oct-015.jpg,
  RamonaLaRue2021Oct-016.jpg,
  RamonaLaRue2021Oct-017.jpg,
  RamonaLaRue2021Oct-027.jpg,
  RamonaLaRue2021Oct-028.jpg,
  RamonaLaRue2021Oct-031.jpg,
  RamonaLaRue2021Oct-032.jpg,
  RamonaLaRue2021Oct-033.jpg,
  RamonaLaRue2021Oct-041.jpg,
  RamonaLaRue2021Oct-042.jpg,
  RamonaLaRue2021Oct-045.jpg,
  RamonaLaRue2021Oct-047.jpg,
  RamonaLaRue2021Oct-049.jpg,
  RamonaLaRue2021Oct-051.jpg,
  RamonaLaRue2021Oct-054.jpg,
  RamonaLaRue2021Oct-057.jpg,
  RamonaLaRue2021Oct-070.jpg,
  RamonaLaRue2021Oct-071.jpg,
  RamonaLaRue2021Oct-072.jpg,
  RamonaLaRue2021Oct-074.jpg,
  RamonaLaRue2021Oct-090.jpg,
  RamonaLaRue2021Oct-092.jpg,
  RamonaLaRue2021Oct-093.jpg,
  RamonaLaRue2021Oct-107.jpg,
  RamonaLaRue2021Oct-109.jpg,
  RamonaLaRue2021Oct-112.jpg,
  RamonaLaRue2021Oct-117.ipg,
  RamonaLaRue2021Oct-123.jpg,
  RamonaLaRue2021Oct-131.jpg,
  RamonaLaRue2021Oct-137.jpg,
  RamonaLaRue2021Oct-142.jpg,
  RamonaLaRue2021Oct-144.jpg,
  RamonaLaRue2021Oct-146.jpg,
  RamonaLaRue2021Oct-150.jpg,
  RamonaLaRue2021Oct-156.jpg,
  RamonaLaRue2021Oct-160.jpg,
  RamonaLaRue2021Oct-161.jpg,
  RamonaLaRue2021Oct-162.jpg,

RamonaLaRue20210ct-165.jpg,
RamonaLaRue20210ct-178.jpg,
RamonaLaRue20210ct-179.jpg,
RamonaLaRue20210ct-180.jpg,
RamonaLaRue20210ct-181.jpg,
RamonaLaRue20210ct-186.jpg,
RamonaLaRue20210ct-187.jpg,
RamonaLaRue20210ct-189.jpg,
RamonaLaRue20210ct-195.jpg,
RamonaLaRue20210ct-197.jpg,
RamonaLaRue20210ct-199.jpg,
RamonaLaRue20210ct-201.jpg,
RamonaLaRue20210ct-202.jpg,
RamonaLaRue2021Oct-203.jpg,
RamonaLaRue20210ct-205.jpg,
RamonaLaRue20210ct-213.jpg,
RamonaLaRue20210ct-218.jpg,
RamonaLaRue20210ct-220.jpg,
RamonaLaRue20210ct-221.jpg,
RamonaLaRue20210ct-222.jpg,
RamonaLaRue20210ct-231 jpg,
RamonaLaRue20210ct-240.jpg,
RamonaLaRue20210ct-243.jpg,
RamonaLaRue20210ct-247.jpg,
RamonaLaRue20210ct-254.jpg,
RamonaLaRue20210ct-265.jpg,
RamonaLaRue20210ct-266.jpg,

**Published:** October 2021

- **Individual Photographs:** RamonaLaRue2021NOV-001.jpg,
RamonaLaRue2021NOV-002.jpg,
RamonaLaRue2021NOV-003.jpg,
RamonaLaRue2021NOV-004.jpg,
RamonaLaRue2021NOV-005.jpg,
RamonaLaRue2021NOV-010.jpg,
RamonaLaRue2021NOV-011.jpg,
RamonaLaRue2021NOV-015.jpg,
RamonaLaRue2021NOV-016.jpg,
RamonaLaRue2021NOV-019.jpg,
RamonaLaRue2021NOV-021.jpg,
RamonaLaRue2021NOV-022.jpg,
RamonaLaRue2021NOV-023.jpg,
RamonaLaRue2021NOV-025.jpg,
RamonaLaRue2021NOV-027.jpg,
RamonaLaRue2021NOV-028.jpg,
RamonaLaRue2021NOV-029.jpg,
RamonaLaRue2021NOV-030.jpg,
RamonaLaRue2021NOV-031.jpg,
RamonaLaRue2021NOV-033.jpg,
RamonaLaRue2021NOV-036.jpg,
RamonaLaRue2021NOV-048.jpg,
RamonaLaRue2021NOV-049.jpg,
RamonaLaRue2021NOV-050.jpg,
RamonaLaRue2021NOV-080.jpg,
RamonaLaRue2021NOV-084.jpg,
RamonaLaRue2021NOV-085.jpg,
RamonaLaRue2021NOV-086.jpg,
RamonaLaRue2021NOV-090.jpg,

RamonaLaRue2021N0V-093.jpg,
RamonaLaRue2021NOV-094.jpg,
RamonaLaRue2021NOV-095.jpg,
RamonaLaRue2021NOV-096.jpg,
RamonaLaRue2021NOV-100.jpg,
RamonaLaRue2021NOV-102.jpg,
RamonaLaRue2021NOV-105.jpg,
RamonaLaRue2021NOV-107.jpg,
RamonaLaRue2021NOV-108.jpg,
RamonaLaRue2021NOV-112.jpg,
RamonaLaRue2021NOV-120.jpg,
RamonaLaRue2021NOV-128.jpg,
RamonaLaRue2021NOV-130.jpg,
RamonaLaRue2021NOV-132.ipg,
RamonaLaRue2021 NOV-136.jpg,
RamonaLaRue2021NOV-138.ipg,
RamonaLaRue2021NOV-139.ipg,
RamonaLaRue2021NOV-140.jpg,
RamonaLaRue2021NOV-141.jpg,
RamonaLaRue2021NOV-142.jpg,
RamonaLaRue2021NOV-144.jpg,
RamonaLaRue2021NOV-146.jpg,
RamonaLaRue2021NOV-149.jpg,
RamonaLaRue2021NOV-153.jpg,
RamonaLaRue2021NOV-154.jpg,
RamonaLaRue2021NOV-156.jpg,
RamonaLaRue2021NOV-158.jpg,
RamonaLaRue2021NOV-161.jpg,
RamonaLaRue2021NOV-163.jpg,
RamonaLaRue2021NOV-165.jpg,
RamonaLaRue2021NOV-167.jpg,
RamonaLaRue2021NOV-170.jpg,
RamonaLaRue2021NOV-172.jpg,

**Published:**     November 2021

- **Individual Photographs:**     RamonaLaRue2021DEC-05.jpg,
RamonaLaRue2021DEC-12.jpg,
RamonaLaRue2021DEC-13.jpg,
RamonaLaRue2021DEC-21.jpg,
RamonaLaRue2021DEC-24.jpg,
RamonaLaRue2021DEC-30.jpg,
RamonaLaRue2021DEC-40.jpg,
RamonaLaRue2021DEC-44.jpg,
RamonaLaRue2021DEC-46.jpg,
RamonaLaRue2021DEC-47.jpg,
RamonaLaRue2021 DEC-49.jpg,
RamonaLaRue2021DEC-51.jpg,
RamonaLaRue2021DEC-52.jpg,
RamonaLaRue2021DEC-55.jpg,
RamonaLaRue2021DEC-56.jpg,
RamonaLaRue2021DEC-58.jpg,
RamonaLaRue2021DEC-63.jpg,
RamonaLaRue2021DEC-64.jpg,
RamonaLaRue2021DEC-65.jpg,
RamonaLaRue2021DEC-66.jpg,
RamonaLaRue2021DEC-81.jpg,
RamonaLaRue2021DEC-88.jpg,
RamonaLaRue2021DEC-89.jpq,

|  | RamonaLaRue2021DEC-90.jpg, |
| --- | --- |
|  | RamonaLaRue2021DEC-91.jpg, |
|  | RamonaLaRue2021DEC-92.jpg, |
|  | RamonaLaRue2021DEC-93.jpg, |
|  | RamonaLaRue2021DEC-94.jpg |
| **Published:** | December 2021 |

## Completion/Publication

| | |
| --- | --- |
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | January 01, 2021 |
| **Latest Publication Date in Group:** | December 31, 2021 |
| **Nation of First Publication:** | United States |

## Author

| | |
| --- | --- |
| •     **Author:** | Frank Reilly |
| **Author Created:** | photographs |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
| --- | --- |
| **Copyright Claimant:** | Ramona Larue INC |
| | 3400 N Miami Ave, Miami, FL, 33127, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
| --- | --- |
| **Organization Name:** | Ramona Larue INC |
| **Name:** | Arianne Brown |
| **Email:** | sales@ramonalarue.com |
| **Telephone:** | (305)456-8191 |
| **Alt. Phone:** | (305)333-2300 |
| **Address:** | 3400 N Miami Ave |
| | Miami, FL 33127 United States |

## Certification

| | |
| --- | --- |
| **Name:** | Arianne Brown |
| **Date**: | June 07, 2022 |

| | |
| --- | --- |
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding publication: Applicant states in correspondence that the dates provided are an estimation only.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-307-258**

**Effective Date of Registration:**
June 30, 2022
**Registration Decision Date:**
July 06, 2022

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** June 01, 2022 to June 30, 2022

**Title**


| | |
|---|---|
| **Title of Group:** | Ramona Larue June 2022 Published Photos |
| **Number of Photographs in Group:** | 120 |

- **Individual Photographs:**
  Electric Croc2022-01.jpg ,
  Electric Croc2022-02.jpg ,
  Electric Croc2022-03.jpg ,
  Electric Croc2022-04.jpg ,
  Electric Croc2022-05.jpg ,
  Electric Croc2022-06.jpg ,
  Electric Croc2022-07.jpg ,
  Electric Croc2022-08.jpg ,
  Electric Croc2022-09.jpg ,
  Electric Croc2022-10.jpg ,
  Electric Croc2022-11.jpg ,
  Electric Croc2022-12.jpg ,
  Electric Croc2022-13.jpg ,
  Electric Croc2022-14.jpg ,
  Electric Croc2022-15.jpg ,
  Electric Croc2022-16.jpg ,
  Electric Croc2022-17.jpg ,
  Electric Croc2022-18.jpg ,
  Electric Croc2022-19.jpg ,
  Electric Croc2022-20.jpg ,
  Electric Croc2022-21.jpg ,
  Electric Croc2022-22.jpg ,
  Electric Croc2022-23.jpg ,
  Electric Croc2022-24.jpg ,
  Electric Croc2022-25.jpg ,
  Electric Croc2022-26.jpg ,
  Electric Croc2022-27.jpg ,
  Electric Croc2022-28.jpg ,
  Electric Croc2022-29.jpg ,
  Electric Croc2022-30.jpg ,
  Electric Croc2022-31.jpg ,
  Electric Croc2022-32.jpg ,
  Electric Croc2022-33.jpg ,

Scanned with CamScanner

Electric Croc2022-34.jpg ,
Electric Croc2022-35.jpg ,
Electric Croc2022-36.jpg ,
Electric Croc2022-37.jpg ,
Electric Croc2022-38.jpg ,
Electric Croc2022-39.jpg ,
Electric Croc2022-40.jpg ,
Electric Croc2022-41.jpg ,
Electric Croc2022-42.jpg ,
Electric Croc2022-43.jpg ,
Electric Croc2022-44.jpg ,
Electric Croc2022-45.jpg ,
Electric Croc2022-46.jpg ,
Electric Croc2022-47.jpg ,
Electric Croc2022-48.jpg ,
Electric Croc2022-49.jpg ,
Electric Croc2022-50.jpg ,
Electric Croc2022-51.jpg ,
Electric Croc2022-52.jpg ,
Electric Croc2022-53.jpg ,
Electric Croc2022-54.jpg ,
Electric Croc2022-55.jpg ,
Electric Croc2022-56.jpg ,
Electric Croc2022-57.jpg ,
Electric Croc2022-58.jpg ,
Electric Croc2022-59.jpg ,
Electric Croc2022-60.jpg ,
Electric Croc2022-61.jpg ,

**Published:** June 2022

- **Individual Photographs:**

New Orleans 2022-01.jpg,
New Orleans 2022-02.jpg,
New Orleans 2022-03.jpg,
New Orleans 2022-04.jpg,
New Orleans 2022-05.jpg,
New Orleans 2022-06.jpg,
New Orleans 2022-07.jpg,
New Orleans 2022-08.jpg,
New Orleans 2022-09.jpg,
New Orleans 2022-10.jpg,
New Orleans 2022-11.jpg,
New Orleans 2022-12.jpg,
New Orleans 2022-13.jpg,
New Orleans 2022-14.jpg,
New Orleans 2022-15.jpg,
New Orleans 2022-16.jpg,
New Orleans 2022-17.jpg,
New Orleans 2022-18.jpg,
New Orleans 2022-19.jpg,
New Orleans 2022-20.jpg,
New Orleans 2022-21.jpg,
New Orleans 2022-22.jpg,
New Orleans 2022-23.jpg,
New Orleans 2022-24.jpg,
New Orleans 2022-25.jpg,
New Orleans 2022-26.jpg,
New Orleans 2022-27.jpg,
New Orleans 2022-28.jpg,

Scanned with CamScanner

New Orleans 2022-29.jpg,
New Orleans 2022-30.jpg,
New Orleans 2022-31.jpg,
New Orleans 2022-32.jpg,
New Orleans 2022-33.jpg,
New Orleans 2022-34.jpg,
New Orleans 2022-35.jpg,
New Orleans 2022-36.jpg,

**Published:** June 2022

- **Individual Photographs:** Renee Parrot 2022-1.jpg,
Renee Parrot 2022-2.jpg,
Renee Parrot 2022-3.jpg,
Renee Parrot 2022-4.jpg,
Renee Parrot 2022-5.jpg,
Renee Parrot 2022-6.jpg,

**Published:** June 2022

- **Individual Photographs:** Shy Bird 2022-01.jpg,
Shy Bird 2022-02.jpg,
Shy Bird 2022-03.jpg,
Shy Bird 2022-04.jpg,
Shy Bird 2022-05.jpg,
Shy Bird 2022-06.jpg,
Shy Bird 2022-07.jpg,
Shy Bird 2022-08.jpg,
Shy Bird 2022-09.jpg,
Shy Bird 2022-10.jpg,
Shy Bird 2022-11.jpg,
Shy Bird 2022-12.jpg,

**Published:** June 2022

- **Individual Photographs:** Smokey Orchid 2022-1.jpg,
Smokey Orchid 2022-2.jpg,
Smokey Orchid 2022-3.jpg,
Smokey Orchid 2022-4.jpg,
Smokey Orchid 2022-5.jpg

**Published:** June 2022

## Completion/Publication

**Year of Completion:** 2022
**Earliest Publication Date in Group:** June 01, 2022
**Latest Publication Date in Group:** June 30, 2022
**Nation of First Publication:** United States

## Author

- **Author:** Ramona Larue INC
**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** United States

Page 3 of 4

Scanned with CamScanner

Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Ramona Larue INC
3400 N Miami Ave, Miami, FL, 33127, United States

## Rights and Permissions

Name: Arianne Brown
Email: sales@ramonalarue.com
Telephone: (305)456-8191
Alt. Phone: (305)333-2300
Address: 3400 N Miami Ave
Miami, Florida 33127 United States

## Certification

Name: Arianne Brown
Date: June 30, 2022

Copyright Office notes: Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Scanned with CamScanner

**Registration #:** VA0002307258
**Service Request #:** 1-11478651191



Arianne Brown
3400 N Miami Ave
Miami, Florida 33127 United States

Scanned with CamScanner

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-311-886

**Effective Date of Registration:**
July 25, 2022
**Registration Decision Date:**
August 03, 2022

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** March 01, 2021 to December 31, 2021

### Title

**Title of Group:** Ramona Larue March 2021 Published Photos
**Number of Photographs in Group:** 59

- **Individual Photographs:** MARCH 2021-01.jpg,
  MARCH 2021-02.jpg,
  MARCH 2021-03.jpg,
  MARCH 2021-04.jpg,
  MARCH 2021-05.jpg,
  MARCH 2021-06.jpg,
  MARCH 2021-07.jpg,
  MARCH 2021-08.jpg,
  MARCH 2021-09.jpg,
  MARCH 2021-10.jpg,
  MARCH 2021-11.jpg,
  MARCH 2021-12.jpg,
  MARCH 2021-13.jpg,
  MARCH 2021-14.jpg,
  MARCH 2021-15.jpg,
  MARCH 2021-16.jpg,
  MARCH 2021-17.jpg,
  MARCH 2021-18.jpg,
  MARCH 2021-19.jpg,
  MARCH 2021-20.jpg,
  MARCH 2021-21.jpg,
  MARCH 2021-22.jpg,
  MARCH 2021-23.jpg,
  MARCH 2021-24.jpg,
  MARCH 2021-25.jpg,
  MARCH 2021-26.jpg,
  MARCH 2021-27.jpg,
  MARCH 2021-28.jpg,
  MARCH 2021-29.jpg,
  MARCH 2021-30.jpg,
  MARCH 2021-31.jpg,
  MARCH 2021-32.jpg,
  MARCH 2021-33.jpg,

Scanned with CamScanner

MARCH 2021-34.jpg,
MARCH 2021-35.jpg,
MARCH 2021-36.jpg,
MARCH 2021-37.jpg,
MARCH 2021-38.jpg,
MARCH 2021-39.jpg,
MARCH 2021-40.jpg,
MARCH 2021-41.jpg,
MARCH 2021-42.jpg,
MARCH 2021-43.jpg,
MARCH 2021-44.jpg,
MARCH 2021-45.jpg,
MARCH 2021-46.jpg,
MARCH 2021-47.jpg,
MARCH 2021-48.jpg,
MARCH 2021-49.jpg,
MARCH 2021-50.jpg,
MARCH 2021-51.jpg,
MARCH 2021-52.jpg,
MARCH 2021-53.jpg,
MARCH 2021-54.jpg,
MARCH 2021-55.jpg,
MARCH 2021-56.jpg,
MARCH 2021-57.jpg,
MARCH 2021-58.jpg,
MARCH 2021-59.jpg

**Published:** March 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** March 01, 2021
**Latest Publication Date in Group:** December 31, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Ramona Larue
**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ramona Larue
3400 N Miami Ave, Miami, FL, 33127, United States

## Rights and Permissions

Page 2 of 3

Scanned with CamScanner



**Name:** Arianne Brown
**Email:** sales@ramonalarue.com
**Telephone:** (305)456-8191
**Address:** 3400 N Miami Ave
Miami, FL 33127 United States

## Certification

**Name:** Arianne Brown
**Date:** July 25, 2022

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Scanned with CamScanner

**Registration #:** VA0002311886
**Service Request #:** 1-11529105318



Arianne Brown
3400 N Miami Ave
Miami, Florida 33127 United States

Scanned with CamScanner

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-317-270

**Effective Date of Registration:**
August 25, 2022
**Registration Decision Date:**
September 07, 2022

---

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: January 15, 2021 to August 31, 2021

### Title

| | |
|---|---|
| **Title of Group:** | Ramona Larue New Folder 2021 |
| **Number of Photographs in Group:** | 61 |

- **Individual Photographs:**

Ertefish1.jpg,
Ertepinksunflower1.jpg,
Ertetealrose1.jpg,
Ertetealrose2.jpg,
Ertetealrose3.jpg,
Ertetealrose4.jpg,
Ertetealrose5.jpg,
Ertetealrose6.jpg,
Ertetealrose7.jpg,
Ertetealrose8.jpg,
Ertevintagerose1.jpg,
Ertevintagerose2.jpg,
Ertevintagerose3.jpg,
Ertevintagerose4.jpg,
Erteyellowvintage1.jpg,
Erteyellowvintage2.jpg,
Erteyellowvintage3.jpg,
Erteyellowvintage4.jpg,
Erteyellowvintage5.jpg,
Erteyellowvintage6.jpg,
Erteyellowvintage7.jpg,
Erteyellowvintage8.jpg,
Erteyellowvintage9.jpg,
Gitabluesnake1.jpg,
Gitavanillaorchid1.jpg,
Gitavanillaorchid2.jpg,
Gitavintagerose1.jpg,
Gitavintagerose2.jpg,
Mariahummingbird1.jpg,
Mariahummingbird2.jpg,
Mariahvanillaorchid1.jpg,
Monroedragonfly1.jpg,
Monroedragonfly2.jpg,


Scanned with CamScanner

Reneepinksunflower1.jpg,
Reneepinksunflower2.jpg,
Reneeredzebra1.jpg,
Reneetealbutterfly1.jpg,
Ririblackorchid1.jpg,
Ririblackorchid2.jpg,
Riribluehibiscus1.jpg,
Ririclassiczebra1.jpg,
Ririlion1.jpg,
Riritrufflezebra1.jpg,
Riritrufflezebra2.jpg,
Riritrufflezebra3.jpg,
Riritrufflezebra4.jpg,
Riritrufflezebra5.jpg,
Taraalligator1.jpg,
Taraalligator2.jpg,
Taraalligator3.jpg,
Taracheetah1.jpg,
Taradragonfly1.jpg,
Taradragonfly3.jpg,
Taradragonfly4.jpg,
Taratigerstripes1.jpg,
Taratigerstripes2.jpg,
VanillaOrchid1.jpg,
VanillaOrchid2.jpg,
VanillaOrchid3.jpg,
VanillaOrchid4.jpg,
VanillaOrchid5.jpg

**Published:** January 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** January 15, 2021
**Latest Publication Date in Group:** August 31, 2021
**Nation of First Publication:** United States

## Author

* **Author:** Ramona Larue INC
**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ramona Larue INC
3400 N Miami Ave, Miami, Florida, 33127, United States

## Rights and Permissions

Page 2 of 3

Scanned with CamScanner



| | |
|---|---|
| **Name:** | arianne brown |
| **Email:** | sales@ramonalarue.com |
| **Telephone:** | (305)456-8191 |
| **Address:** | 3400 N Miami Ave |
| | Miami, FL 33127 United States |

## Certification

| | |
|---|---|
| **Name:** | Arianne Brown |
| **Date:** | August 23, 2022 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Scanned with CamScanner

**Registration #:**   VA0002298867
**Service Request #:**   1-11353991061

## Mail Certificate

Ramona LaRue INC
Arianne Brown
3400 N Miami Ave
Miami, Florida 33127 United States

**Priority:**   Special Handling          **Application Date:**   May 04, 2022

## Correspondent

**Organization Name:**   Ramona LaRue INC
**Name:**   Arianne Brown
**Email:**   sales@ramonalarue.com
**Telephone:**   (305)456-8191
**Address:**   3400 N Miami Ave
Miami, Florida 33127 United States

**Registration Number**

# VA 2-298-867

**Effective Date of Registration:**
May 04, 2022
**Registration Decision Date:**
May 10, 2022

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** January 01, 2022 to April 30, 2022

### Title

| | |
|---|---|
| **Title of Group:** | Ramona Larue 2022 Published Photos |
| **Number of Photographs in Group:** | 403 |

- **Individual Photographs:** Camo Collection 1.jpg,
  Camo Collection 2.jpg,
  Camo Collection 3.jpg,
  Camo Collection 4.jpg,
  Camo Collection 5.jpg,
  Camo Collection 6.jpg,
  Camo Collection 7.jpg,
  Camo Collection 8.jpg,
  Camo Collection 9.jpg,
  Camo Collection 10.jpg,
  Camo Collection 11.jpg,
  Camo Collection 12.jpg,
  Camo Collection 13.jpg,
  Camo Collection 14.jpg,
  Camo Collection 15.jpg,
  Camo Collection 16.jpg,
  Camo Collection 17.jpg,
  Camo Collection 18.jpg,
  Camo Collection 19.jpg,
  Camo Collection 20.jpg,
  Camo Collection 21.jpg,
  Camo Collection 22.jpg,
  Camo Collection 23.jpg,
  Camo Collection 24.jpg,
  Camo Collection 25.jpg,
  Camo Collection 26.jpg,
  Camo Collection 27.jpg,
  Camo Collection 28.jpg,
  Camo Collection 29.jpg,
  Camo Collection 30.jpg,
  Camo Collection 31.jpg,
  Camo Collection 32.jpg,
  Camo Collection 33.jpg,

Camo Collection 34.jpg,
Camo Collection 35.jpg,
Camo Collection 36.jpg,
Camo Collection 37.jpg,
Camo Collection 38.jpg,

**Published:** January 2022

- **Individual Photographs:**

Love Collection 1.jpg,
Love Collection 2.jpg,
Love Collection 3.jpg,
Love Collection 4.jpg,
Love Collection 5.jpg,
Love Collection 6.jpg,
Love Collection 7.jpg,
Love Collection 8.jpg,
Love Collection 9.jpg,
Love Collection 10.jpg,
Love Collection 11.jpg,
Love Collection 12.jpg,
Love Collection 13.jpg,
Love Collection 14.jpg,
Love Collection 15.jpg,
Love Collection 16.jpg,
Love Collection 17.jpg,
Love Collection 18.jpg,
Love Collection 19.jpg,
Love Collection 20.jpg,
Love Collection 21.jpg,
Love Collection 22.jpg,
Love Collection 23.jpg,
Love Collection 24.jpg,
Love Collection 25.jpg,
Love Collection 26.jpg,
Love Collection 27.jpg,
Love Collection 28.jpg,
Love Collection 29.jpg,
Love Collection 30.jpg,
Love Collection 31.jpg,
Love Collection 32.jpg,
Love Collection 33.jpg,
Love Collection 34.jpg,
Love Collection 35.jpg,
Love Collection 36.jpg,
Love Collection 37.jpg,
Love Collection 38.jpg,
Love Collection 39.jpg,
Love Collection 40.jpg,
Love Collection 41.jpg,
Love Collection 42.jpg,
Love Collection 43.jpg,
Love Collection 44.jpg,
Love Collection 45.jpg,
Love Collection 46.jpg,

**Published:** January 2022

- **Individual Photographs:**

Palm Tree Collection 1.jpg,
Palm Tree Collection 2.jpg,
Palm Tree Collection 3.jpg,

Palm Tree Collection 4.jpg,
Palm Tree Collection 5.jpg,
Palm Tree Collection 6.jpg,
Palm Tree Collection 7.jpg,
Palm Tree Collection 8.jpg,
Palm Tree Collection 9.jpg,
Palm Tree Collection 10.jpg,
Palm Tree Collection 11.jpg,
Palm Tree Collection 12.jpg,
Palm Tree Collection 13.jpg,
Palm Tree Collection 14.jpg,
Palm Tree Collection 15.jpg,
Palm Tree Collection 16.jpg,
Palm Tree Collection 17.jpg,
Palm Tree Collection 18.jpg,
Palm Tree Collection 19.jpg,
Palm Tree Collection 20.jpg,
Palm Tree Collection 21.jpg,
Palm Tree Collection 22.jpg,
Palm Tree Collection 23.jpg,
Palm Tree Collection 24.jpg,
Palm Tree Collection 25.jpg,
Palm Tree Collection 26.jpg,
Palm Tree Collection 27.jpg,
Palm Tree Collection 28.jpg,
Palm Tree Collection 29.jpg,
Palm Tree Collection 30.jpg,
Palm Tree Collection 31.jpg,
Palm Tree Collection 32.jpg,
Palm Tree Collection 33.jpg,
Palm Tree Collection 34.jpg,
Palm Tree Collection 35.jpg,
Palm Tree Collection 36.jpg,
Palm Tree Collection 37.jpg,
Palm Tree Collection 38.jpg,
Palm Tree Collection 39.jpg,
Palm Tree Collection 40.jpg,
Palm Tree Collection 41.jpg,
Palm Tree Collection 42.jpg,

**Published:** February 2022

- **Individual Photographs:** Black Collection 1.jpg,
Black Collection 2.jpg,
Black Collection 3.jpg,
Black Collection 4.jpg,
Black Collection 5.jpg,
Black Collection 6.jpg,
Black Collection 7.jpg,
Black Collection 8.jpg,
Black Collection 9.jpg,
Black Collection 10.jpg,
Black Collection 11.jpg,
Black Collection 12.jpg,
Black Collection 13.jpg,
Black Collection 14.jpg,
Black Collection 15.jpg,
Black Collection 16.jpg,
Black Collection 17.jpg,

|  | Black Collection 18.jpg, |
|---|---|
|  | Black Collection 19.jpg, |
| **Published:** | March 2022 |

- **Individual Photographs:**  Lace Collection 1.jpg,
Lace Collection 2.jpg,
Lace Collection 3.jpg,
Lace Collection 4.jpg,
Lace Collection 5.jpg,
Lace Collection 6.jpg,
Lace Collection 7.jpg,
Lace Collection 8.jpg,
Lace Collection 9.jpg,
Lace Collection 10.jpg,
Lace Collection 11.jpg,
Lace Collection 12.jpg,
Lace Collection 13.jpg,
Lace Collection 14.jpg,
Lace Collection 15.jpg,
Lace Collection 16.jpg,
Lace Collection 17.jpg,
Lace Collection 18.jpg,
Lace Collection 19.jpg,
Lace Collection 20.jpg,
Lace Collection 21.jpg,
Lace Collection 22.jpg,
Lace Collection 23.jpg,
Lace Collection 24.jpg,
Lace Collection 25.jpg,
Lace Collection 26.jpg,
Lace Collection 27.jpg,
Lace Collection 28.jpg,
Lace Collection 29.jpg,
Lace Collection 30.jpg,
Lace Collection 31.jpg,
Lace Collection 32.jpg,
Lace Collection 33.jpg,
Lace Collection 34.jpg,
Lace Collection 35.jpg,
Lace Collection 36.jpg,
Lace Collection 37.jpg,
Lace Collection 38.jpg,
Lace Collection 39.jpg,
Lace Collection 40.jpg,
Lace Collection 41.jpg,
Lace Collection 42.jpg,
Lace Collection 43.jpg,
Lace Collection 44.jpg,
Lace Collection 45.jpg,
Lace Collection 46.jpg,
Lace Collection 47.jpg,
Lace Collection 48.jpg,
Lace Collection 49.jpg,
Lace Collection 50.jpg,
Lace Collection 51.jpg,
Lace Collection 52.jpg,
Lace Collection 53.jpg,
Lace Collection 54.jpg,

|  | Lace Collection 55.jpg,<br>Lace Collection 56.jpg,<br>Lace Collection 57.jpg,<br>Lace Collection 58.jpg,<br>Lace Collection 59.jpg,<br>Lace Collection 60.jpg,<br>Lace Collection 61.jpg,<br>Lace Collection 62.jpg,<br>Lace Collection 63.jpg,<br>Lace Collection 64.jpg,<br>Lace Collection 65.jpg,<br>Lace Collection 66.jpg,<br>Lace Collection 67.jpg,<br>Lace Collection 68.jpg,<br>Lace Collection 69.jpg,<br>Lace Collection 70.jpg,<br>Lace Collection 71.jpg,<br>Lace Collection 72.jpg, |
|---|---|
| **Published:** | March 2022 |

- **Individual Photographs:** Floyd feather march 1.jpg,
  Floyd feather march 2.jpg,
  **Published:** March 2022

- **Individual Photographs:** Tullip Collection April 2022-001.jpg,
  Tullip Collection April 2022-002.jpg,
  Tullip Collection April 2022-003.jpg,
  Tullip Collection April 2022-004.jpg,
  Tullip Collection April 2022-005.jpg,
  Tullip Collection April 2022-006.jpg,
  Tullip Collection April 2022-007.jpg,
  Tullip Collection April 2022-008.jpg,
  Tullip Collection April 2022-009.jpg,
  Tullip Collection April 2022-010.jpg,
  Tullip Collection April 2022-011.jpg,
  Tullip Collection April 2022-012.jpg,
  Tullip Collection April 2022-013.jpg,
  Tullip Collection April 2022-014.jpg,
  Tullip Collection April 2022-015.jpg,
  Tullip Collection April 2022-016.jpg,
  Tullip Collection April 2022-017.jpg,
  Tullip Collection April 2022-018.jpg,
  Tullip Collection April 2022-019.jpg,
  Tullip Collection April 2022-020.jpg,
  Tullip Collection April 2022-021.jpg,
  Tullip Collection April 2022-022.jpg,
  Tullip Collection April 2022-023.jpg,
  Tullip Collection April 2022-024.jpg,
  Tullip Collection April 2022-025.jpg,
  Tullip Collection April 2022-026.jpg,
  Tullip Collection April 2022-027.jpg,
  Tullip Collection April 2022-028.jpg,
  Tullip Collection April 2022-029.jpg,
  Tullip Collection April 2022-030.jpg,
  Tullip Collection April 2022-031.jpg,
  Tullip Collection April 2022-032.jpg,
  Tullip Collection April 2022-033.jpg,
  Tullip Collection April 2022-034.jpg,

Tullip Collection April 2022-035.jpg,
Tullip Collection April 2022-036.jpg,
Tullip Collection April 2022-037.jpg,
Tullip Collection April 2022-038.jpg,
Tullip Collection April 2022-039.jpg,
Tullip Collection April 2022-040.jpg,
Tullip Collection April 2022-041.jpg,
Tullip Collection April 2022-042.jpg,
Tullip Collection April 2022-043.jpg,
Tullip Collection April 2022-044.jpg,
Tullip Collection April 2022-045.jpg,
Tullip Collection April 2022-046.jpg,
Tullip Collection April 2022-047.jpg,
Tullip Collection April 2022-048.jpg,
Tullip Collection April 2022-049.jpg,
Tullip Collection April 2022-050.jpg,
Tullip Collection April 2022-051.jpg,
Tullip Collection April 2022-052.jpg,

**Published:** April 2022

- **Individual Photographs:** Tullip Collection April 2022-053.jpg,
Tullip Collection April 2022-054.jpg,
Tullip Collection April 2022-055.jpg,
Tullip Collection April 2022-056.jpg,
Tullip Collection April 2022-057.jpg,
Tullip Collection April 2022-058.jpg,
Tullip Collection April 2022-059.jpg,
Tullip Collection April 2022-060.jpg,
Tullip Collection April 2022-061.jpg,
Tullip Collection April 2022-062.jpg,
Tullip Collection April 2022-063.jpg,
Tullip Collection April 2022-064.jpg,
Tullip Collection April 2022-065.jpg,
Tullip Collection April 2022-066.jpg,
Tullip Collection April 2022-067.jpg,
Tullip Collection April 2022-068.jpg,
Tullip Collection April 2022-069.jpg,
Tullip Collection April 2022-070.jpg,
Tullip Collection April 2022-071.jpg,
Tullip Collection April 2022-072.jpg,
Tullip Collection April 2022-073.jpg,
Tullip Collection April 2022-074.jpg,
Tullip Collection April 2022-075.jpg,
Tullip Collection April 2022-076.jpg,
Tullip Collection April 2022-077.jpg,
Tullip Collection April 2022-078.jpg,
Tullip Collection April 2022-079.jpg,
Tullip Collection April 2022-080.jpg,
Tullip Collection April 2022-081.jpg,
Tullip Collection April 2022-082.jpg,
Tullip Collection April 2022-083.jpg,
Tullip Collection April 2022-084.jpg,
Tullip Collection April 2022-085.jpg,
Tullip Collection April 2022-086.jpg,
Tullip Collection April 2022-087.jpg,
Tullip Collection April 2022-088.jpg,
Tullip Collection April 2022-089.jpg,
Tullip Collection April 2022-090.jpg,

Tullip Collection April 2022-091.jpg,
Tullip Collection April 2022-092.jpg,
Tullip Collection April 2022-093.jpg,
Tullip Collection April 2022-094.jpg,
Tullip Collection April 2022-095.jpg,
Tullip Collection April 2022-096.jpg,
Tullip Collection April 2022-097.jpg,
Tullip Collection April 2022-098.jpg,
Tullip Collection April 2022-099.jpg,
Tullip Collection April 2022-100.jpg,
Tullip Collection April 2022-101.jpg,
Tullip Collection April 2022-102.jpg,
Tullip Collection April 2022-103.jpg,
Tullip Collection April 2022-104.jpg,

**Published:**  April 2022

- **Individual Photographs:**  Tullip Collection April 2022-105.jpg,
Tullip Collection April 2022-106.jpg,
Tullip Collection April 2022-107.jpg,
Tullip Collection April 2022-108.jpg,
Tullip Collection April 2022-109.jpg,
Tullip Collection April 2022-110.jpg,
Tullip Collection April 2022-111.jpg,
Tullip Collection April 2022-112.jpg,
Tullip Collection April 2022-113.jpg,
Tullip Collection April 2022-114.jpg,
Tullip Collection April 2022-115.jpg,
Tullip Collection April 2022-116.jpg,
Tullip Collection April 2022-117.jpg,
Tullip Collection April 2022-118.jpg,
Tullip Collection April 2022-119.jpg,
Tullip Collection April 2022-120.jpg,
Tullip Collection April 2022-121.jpg,
Tullip Collection April 2022-122.jpg,
Tullip Collection April 2022-123.jpg,
Tullip Collection April 2022-124.jpg,
Tullip Collection April 2022-125.jpg,
Tullip Collection April 2022-126.jpg,
Tullip Collection April 2022-127.jpg,
Tullip Collection April 2022-128.jpg,
Tullip Collection April 2022-129.jpg,
Tullip Collection April 2022-130.jpg,
Tullip Collection April 2022-131.jpg,
Tullip Collection April 2022-132.jpg,
Tullip Collection April 2022-133.jpg,
Tullip Collection April 2022-134.jpg,
Tullip Collection April 2022-135.jpg,
Tullip Collection April 2022-136.jpg,
Tullip Collection April 2022-137.jpg,
Tullip Collection April 2022-138.jpg,
Tullip Collection April 2022-139.jpg,
Tullip Collection April 2022-140.jpg,
Tullip Collection April 2022-141.jpg,
Tullip Collection April 2022-142.jpg,
Tullip Collection April 2022-143.jpg,
Tullip Collection April 2022-144.jpg,
Tullip Collection April 2022-145.jpg,
Tullip Collection April 2022-146.jpg,

|  | Tullip Collection April 2022-147.jpg, |
|---|---|
|  | Tullip Collection April 2022-148.jpg, |
|  | Tullip Collection April 2022-149.jpg, |
|  | Tullip Collection April 2022-150.jpg, |
|  | Tullip Collection April 2022-151.jpg, |
|  | Tullip Collection April 2022-152.jpg, |
|  | Tullip Collection April 2022-153.jpg, |
|  | Tullip Collection April 2022-154.jpg, |
|  | Tullip Collection April 2022-155.jpg, |
|  | Tullip Collection April 2022-156.jpg, |
| **Published:** | April 2022 |

- **Individual Photographs:** Tullip Collection April 2022-157.jpg,
  Tullip Collection April 2022-158.jpg,
  Tullip Collection April 2022-159.jpg,
  Tullip Collection April 2022-160.jpg,
  Tullip Collection April 2022-161.jpg,
  Tullip Collection April 2022-162.jpg,
  Tullip Collection April 2022-163.jpg,
  Tullip Collection April 2022-164.jpg,
  Tullip Collection April 2022-165.jpg,
  Tullip Collection April 2022-166.jpg,
  Tullip Collection April 2022-167.jpg,
  Tullip Collection April 2022-168.jpg,
  Tullip Collection April 2022-169.jpg,
  Tullip Collection April 2022-170.jpg,
  Tullip Collection April 2022-171.jpg,
  Collection April 2022-01.jpg,
  Collection April 2022-02.jpg,
  Collection April 2022-03.jpg,
  Collection April 2022-04.jpg,
  Collection April 2022-05jpg,
  Collection April 2022-06jpg,
  Collection April 2022-07.jpg,
  Collection April 2022-08 jpg,
  Collection April 2022-09.jpg,
  Collection April 2022-10.jpg,
  Collection April 2022-11.jpg,
  Collection April 2022-12jpg,
  Collection April 2022-13.jpg,

**Published:** April 2022

## Completion/Publication

**Year of Completion:** 2022
**Earliest Publication Date in Group:** January 01, 2022
**Latest Publication Date in Group:** April 30, 2022
**Nation of First Publication:** United States

## Author

- **Author:** Ramona Larue INC

**Author Created:** photographs
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Ramona Larue INC
3400 N Miami Ave, Miami, Florida, 33127, United States

## Rights and Permissions

**Organization Name:** Ramona Larue INC
**Name:** Arianne Brown
**Email:** sales@ramonalarue.com
**Telephone:** (305)456-8191
**Alt. Phone:** (305)333-2300
**Address:** 3400 N Miami Ave
Miami, Florida 33127 United States

## Certification

**Name:** Arianne Brown
**Date:** May 09, 2022

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Regarding publication: Applicant states in correspondence that the earliest and latest publication dates are estimated dates.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-311-525**

**Effective Date of Registration:**
July 13, 2022
**Registration Decision Date:**
August 01, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** July 01, 2022 to July 13, 2022

### Title

**Title of Group:** Ramona Larue July 2022 Published Photos
**Number of Photographs in Group:** 51

- **Individual Photographs:** Floyd Owl Feather-01.jpg,
Floyd Owl Feather-02.jpg,
Lavender Orchid 2022-01.jpg,
Lavender Orchid 2022-02.jpg,
Lavender Orchid 2022-03.jpg,
Lavender Orchid 2022-04.jpg,
Lavender Orchid 2022-05.jpg,
Lavender Orchid 2022-06.jpg,
Lavender Orchid 2022-07.jpg,
Lavender Orchid 2022-08.jpg,
Lavender Orchid 2022-09.jpg,
Lavender Orchid 2022-10.jpg,
Lavender Orchid 2022-11.jpg,
Lavender Orchid 2022-12.jpg,
Lavender Orchid 2022-13.jpg,
Lavender Orchid 2022-14.jpg,
Lavender Orchid 2022-15.jpg,
Lavender Orchid 2022-16.jpg,
Lavender Orchid 2022-17.jpg,
Lavender Orchid 2022-18.jpg,
Lavender Orchid 2022-19.jpg,
Lavender Orchid 2022-20.jpg,
Lavender Orchid 2022-21.jpg,
Lavender Orchid 2022-22.jpg,
Lavender Orchid 2022-23.jpg,
Lavender Orchid 2022-24.jpg,
Lavender Orchid 2022-25.jpg,
Lavender Orchid 2022-26.jpg,
Lavender Orchid 2022-27.jpg,
Lavender Orchid 2022-28.jpg,
Lavender Orchid 2022-29.jpg,
Lavender Orchid 2022-30.jpg,
Lavender Orchid 2022-31.jpg,

Page 1 of 3

Scanned with CamScanner

Lavender Orchid 2022-32.jpg,
Lavender Orchid 2022-33.jpg,
Lavender Orchid 2022-34.jpg,
Lavender Orchid 2022-35.jpg,
Lavender Orchid 2022-36.jpg,
Lavender Orchid 2022-37.jpg,
Lavender Orchid 2022-38.jpg,
Lavender Orchid 2022-39.jpg,
Lavender Orchid 2022-40.jpg,
Lavender Orchid 2022-41.jpg,
Lavender Orchid 2022-42.jpg,
Lavender Orchid 2022-43.jpg,
Lavender Orchid 2022-44.jpg,
Lavender Orchid 2022-45.jpg,
Lavender Orchid 2022-46.jpg,
Lavender Orchid 2022-47.jpg,
Lavender Orchid 2022-48.jpg,
Lavender Orchid 2022-49.jpg

**Published:** July 2022

## Completion/Publication

**Year of Completion:** 2022
**Earliest Publication Date in Group:** July 01, 2022
**Latest Publication Date in Group:** July 13, 2022
**Nation of First Publication:** United States

## Author

- **Author:** Ramona Larue
**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ramona Larue
3400 N Miami Ave, Miami, FL, 33127, United States

## Rights and Permissions

**Organization Name:** Ramona Larue
**Name:** Arianne Brown
**Email:** sales@ramonalarue.com
**Telephone:** (305)456-8191
**Alt. Phone:** (305)456-8191
**Address:** 3400 N Miami Ave
3400 N Miami Ave
Miami, Florida 33127 United States

Scanned with CamScanner

## Certification

**Name:** Arianne Brown
**Date:** July 13, 2022

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Scanned with CamScanner

**Registration #:** VA0002311525
**Service Request #:** 1-11503395871



Ramona Larue
Arianne Brown
3400 N Miami Ave
3400 N Miami Ave
Miami, Florida 33127 United States

Scanned with CamScanner

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-313-258

**Effective Date of Registration:**
July 29, 2022
**Registration Decision Date:**
August 11, 2022

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: June 01, 2021 to December 31, 2021

### Title

| | |
|---|---|
| **Title of Group:** | Ramona Larue Copyright 2021 Last Batch |
| **Number of Photographs in Group:** | 217 |

- **Individual Photographs:**
2021 Copyright-001.JPG,
2021 Copyright-002.JPG,
2021 Copyright-003.JPG,
2021 Copyright-004.JPG,
2021 Copyright-005.JPG,
2021 Copyright-006.JPG,
2021 Copyright-007.JPG,
2021 Copyright-008.JPG,
2021 Copyright-009.JPG,
2021 Copyright-010.JPG,
2021 Copyright-011.JPG,
2021 Copyright-012.JPG,
2021 Copyright-013.JPG,
2021 Copyright-014.JPG,
2021 Copyright-015.JPG,
2021 Copyright-016.JPG,
2021 Copyright-017.JPG,
2021 Copyright-018.JPG,
2021 Copyright-019.JPG,
2021 Copyright-020.JPG,
2021 Copyright-021.JPG,
2021 Copyright-022.JPG,
2021 Copyright-023.JPG,
2021 Copyright-024.JPG,
2021 Copyright-025.JPG,
2021 Copyright-026.JPG,
2021 Copyright-027.JPG,
2021 Copyright-028.JPG,
2021 Copyright-029.JPG,
2021 Copyright-030.JPG,
2021 Copyright-031.JPG,
2021 Copyright-032.JPG,
2021 Copyright-033.JPG,

Scanned with CamScanner

2021 Copyright-034.JPG,
2021 Copyright-035.JPG,
2021 Copyright-036.JPG,
2021 Copyright-037.JPG,
2021 Copyright-038.JPG,
2021 Copyright-039.JPG,
2021 Copyright-040.JPG,
2021 Copyright-041.JPG,
2021 Copyright-042.JPG,
2021 Copyright-043.JPG,
2021 Copyright-044.JPG,
2021 Copyright-045.JPG,
2021 Copyright-046.JPG,
2021 Copyright-047.JPG,
2021 Copyright-048.JPG,
2021 Copyright-049.JPG,
2021 Copyright-050.JPG,
2021 Copyright-051.JPG,
2021 Copyright-052.JPG,
2021 Copyright-053.JPG,
2021 Copyright-054.JPG,
2021 Copyright-055.JPG,
2021 Copyright-056.JPG,
2021 Copyright-057.JPG,
2021 Copyright-058.JPG,
2021 Copyright-059.JPG,
2021 Copyright-060.JPG,
2021 Copyright-061.JPG,
2021 Copyright-062.JPG,
2021 Copyright-063.JPG,
2021 Copyright-064.JPG,
2021 Copyright-065.JPG,
2021 Copyright-066.JPG,
2021 Copyright-067.JPG,
2021 Copyright-068.JPG,
2021 Copyright-069.JPG,
2021 Copyright-070.JPG,
2021 Copyright-071.JPG,
2021 Copyright-072.JPG,
2021 Copyright-073.JPG,
2021 Copyright-074.JPG,
2021 Copyright-075.JPG,
2021 Copyright-076.JPG,
2021 Copyright-077.JPG,
2021 Copyright-078.JPG,
2021 Copyright-079.JPG,
2021 Copyright-080.JPG,
2021 Copyright-081.JPG,
2021 Copyright-082.JPG,
2021 Copyright-083.JPG,

**Published:**        June 2021

• **Individual Photographs:**        2021 Copyright-084.JPG,
2021 Copyright-085.JPG,
2021 Copyright-086.JPG,
2021 Copyright-087.JPG,
2021 Copyright-088.JPG,
2021 Copyright-089.JPG,

Scanned with CamScanner



2021 Copyright-090.JPG,
2021 Copyright-091.JPG,
2021 Copyright-092.JPG,
2021 Copyright-093.JPG,
2021 Copyright-094.JPG,
2021 Copyright-095.JPG,
2021 Copyright-096.JPG,
2021 Copyright-097.JPG,
2021 Copyright-098.JPG,
2021 Copyright-099.JPG,
2021 Copyright-0100.JPG,
2021 Copyright-0101.JPG,
2021 Copyright-0102.JPG,
2021 Copyright-0103.JPG,
2021 Copyright-0104.JPG,
2021 Copyright-0105.JPG,
2021 Copyright-0106.JPG,
2021 Copyright-0107.JPG,
2021 Copyright-0108.JPG,
2021 Copyright-0109.JPG,
2021 Copyright-0110.JPG,
2021 Copyright-0111.JPG,
2021 Copyright-0112.JPG,
2021 Copyright-0113.JPG,
2021 Copyright-0114.JPG,
2021 Copyright-0115.JPG,
2021 Copyright-0116.JPG,
2021 Copyright-0117.JPG,
2021 Copyright-0118.JPG,
2021 Copyright-0119.JPG,
2021 Copyright-0120.JPG,
2021 Copyright-0121.JPG,
2021 Copyright-0122.JPG,
2021 Copyright-0123.JPG,
2021 Copyright-0124.JPG,
2021 Copyright-0125.JPG,
2021 Copyright-0126.JPG,
2021 Copyright-0127.JPG,
2021 Copyright-0128.JPG,
2021 Copyright-0129.JPG,
2021 Copyright-0130.JPG,
2021 Copyright-0131.JPG,
2021 Copyright-0132.JPG,
2021 Copyright-0133.JPG,
2021 Copyright-0134.JPG,
2021 Copyright-0135.JPG,
2021 Copyright-0136.JPG,
2021 Copyright-0137.JPG,
2021 Copyright-0138.JPG,
2021 Copyright-0139.JPG,
2021 Copyright-0140.JPG,
2021 Copyright-0141.JPG,
2021 Copyright-0142.JPG,
2021 Copyright-0143.JPG,
2021 Copyright-0144.JPG,
2021 Copyright-0145.JPG,
2021 Copyright-0146.JPG,
2021 Copyright-0147.JPG,

Scanned with CamScanner

2021 Copyright-0148.JPG,
2021 Copyright-0149.JPG,
2021 Copyright-0150.JPG,
2021 Copyright-0151.JPG,
2021 Copyright-0152.JPG,
2021 Copyright-0153.JPG,
2021 Copyright-0154.JPG,
2021 Copyright-0155.JPG,
2021 Copyright-0156.JPG,
2021 Copyright-0157.JPG,
2021 Copyright-0158.JPG,
2021 Copyright-0159.JPG,
2021 Copyright-0160.JPG,
2021 Copyright-0161.JPG,
2021 Copyright-0162.JPG,
2021 Copyright-0163.JPG,

**Published:** June 2021

• **Individual Photographs:** 2021 Copyright-0164.JPG,
2021 Copyright-0165.JPG,
2021 Copyright-0166.JPG,
2021 Copyright-0167.JPG,
2021 Copyright-0168.JPG,
2021 Copyright-0169.JPG,
2021 Copyright-0170.JPG,
2021 Copyright-0171.JPG,
2021 Copyright-0172.JPG,
2021 Copyright-0173.JPG,
2021 Copyright-0174.JPG,
2021 Copyright-0175.JPG,
2021 Copyright-0176.JPG,
2021 Copyright-0177.JPG,
2021 Copyright-0178.JPG,
2021 Copyright-0179.JPG,
2021 Copyright-0180.JPG,
2021 Copyright-0181.JPG,
2021 Copyright-0182.JPG,
2021 Copyright-0183.JPG,
2021 Copyright-0184.JPG,
2021 Copyright-0185.JPG,
2021 Copyright-0186.JPG,
2021 Copyright-0187.JPG,
2021 Copyright-0188.JPG,
2021 Copyright-0189.JPG,
2021 Copyright-0190.JPG,
2021 Copyright-0191.JPG,
2021 Copyright-0192.JPG,
2021 Copyright-0193.JPG,
2021 Copyright-0194.JPG,
2021 Copyright-0195.JPG,
2021 Copyright-0196.JPG,
2021 Copyright-0197.JPG,
2021 Copyright-0198.JPG,
2021 Copyright-0199.JPG,
2021 Copyright-0200.JPG,
2021 Copyright-0201.JPG,
2021 Copyright-0202.JPG,
2021 Copyright-0203.JPG,

Scanned with CamScanner



> 2021 Copyright-0204.JPG,
> 2021 Copyright-0205.JPG,
> 2021 Copyright-0206.JPG,
> 2021 Copyright-0207.JPG,
> 2021 Copyright-0208.JPG,
> 2021 Copyright-0209.JPG,
> 2021 Copyright-0210.JPG,
> 2021 Copyright-0211.JPG,
> 2021 Copyright-0212.JPG,
> 2021 Copyright-0213.JPG,
> 2021 Copyright-0214.JPG,
> 2021 Copyright-0215.JPG,
> 2021 Copyright-0216.JPG,
> 2021 Copyright-0217.JPG

**Published:** June 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** June 01, 2021
**Latest Publication Date in Group:** December 31, 2021
**Nation of First Publication:** United States

## Author

**Author:** Ramona Larue INC
**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ramona Larue INC
3400 N Miami Ave, Miami, FL, 33127, United States

## Rights and Permissions

**Name:** arianne brown
**Email:** sales@ramonalarue.com
**Telephone:** (305)456-8191
**Address:** 3400 N Miami Ave
Miami, FL 33127 United States

## Certification

**Name:** Arianne Brown
**Date:** July 29, 2022

Scanned with CamScanner

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Scanned with CamScanner

**Registration #:** VA0002313258
**Service Request #:** 1-11546544397



arianne brown
3400 N Miami Ave
Miami, FL 33127 United States

Scanned with CamScanner

**Ramona LaRue Summary of Copyright Registrations**

| Image | Filename | Registration No. |
|---|---|---|
|  | Black Collection 11.jpg | VA 2-298-867 |
|  | Black Collection 15.jpg | VA 2-298-867 |
|  | Black Collection 16.jpg | VA 2-298-867 |
|  | Black Collection 8.jpg | VA 2-298-867 |

## Ramona LaRue Summary of Copyright Registrations

| | | |
|---|---|---|
|  | Camo Collection 21.jpg | VA 2-298-867 |
|  | Camo Collection 27.jpg | VA 2-298-867 |
|  | Camo Collection 33.jpg | VA 2-298-867 |
|  | Camo Collection 4.jpg | VA 2-298-867 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Lace Collection 11.jpg | VA 2-298-867 |
|  | Lace Collection 16.jpg | VA 2-298-867 |
|  | Lace Collection 3.jpg | VA 2-298-867 |

## Ramona LaRue Summary of Copyright Registrations

| | | |
|---|---|---|
|  | Lace Collection 30.jpg | VA 2-298-867 |
|  | Lace Collection 40.jpg | VA 2-298-867 |
|  | Lace Collection 43.jpg | VA 2-298-867 |

**Ramona LaRue Summary of Copyright Registrations**

|  | Lace Collection 5.jpg | VA 2-298-867 |
| --- | --- | --- |
|  | Lace Collection 50.jpg | VA 2-298-867 |
|  | Lace Collection 54.jpg | VA 2-298-867 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Lace Collection 71.jpg | VA 2-298-867 |
|  | Love Collection 10.jpg | VA 2-298-867 |
|  | Love Collection 19.jpg | VA 2-298-867 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Love Collection 22.jpg | VA 2-298-867 |
|  | Love Collection 5.jpg | VA 2-298-867 |
|  | Palm Tree Collection 13.jpg | VA 2-298-867 |

**Ramona LaRue Summary of Copyright Registrations**

|  | Palm Tree Collection 15.jpg | VA 2-298-867 |
|---|---|---|
|  | Palm Tree Collection 2.jpg | VA 2-298-867 |
|  | Palm Tree Collection 32.jpg | VA 2-298-867 |
|  | Palm Tree Collection 33.jpg | VA 2-298-867 |

## Ramona LaRue Summary of Copyright Registrations

| | | |
|---|---|---|
|  | Palm Tree Collection 4.jpg | VA 2-298-867 |
|  | Tullip Collection April 2022-006.jpg | VA 2-298-867 |
|  | Tullip Collection April 2022-014.jpg | VA 2-298-867 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Tullip Collection April 2022-015.jpg | VA 2-298-867 |
|  | Tullip Collection April 2022-031.jpg | VA 2-298-867 |
|  | Tullip Collection April 2022-032.jpg | VA 2-298-867 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Tulip Collection April 2022-045.jpg | VA 2-298-867 |
|  | Tulip Collection April 2022-046.jpg | VA 2-298-867 |
|  | Tulip Collection April 2022-047.jpg | VA 2-298-867 |
|  | Tulip Collection April 2022-048.jpg | VA 2-298-867 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Tullip Collection April 2022-053.jpg | VA 2-298-867 |
|  | Tullip Collection April 2022-054.jpg | VA 2-298-867 |
|  | Tullip Collection April 2022-057.jpg | VA 2-298-867 |
|  | Tullip Collection April 2022-062.jpg | VA 2-298-867 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Tullip Collection April 2022-069.jpg | VA 2-298-867 |
|  | Tullip Collection April 2022-007.jpg | VA 2-298-867 |
|  | Tullip Collection April 2022-162.jpg | VA 2-298-867 |
|  | RamonaLaRue2021April34.jpg | VA 2-303-096 |

## Ramona LaRue Summary of Copyright Registrations

| | | |
|---|---|---|
|  | RamonaLaRue2021April37.JPG | VA 2-303-096 |
|  | RamonaLaRue2021AUG-026.jpg | VA 2-303-096 |
|  | RamonaLaRue2021AUG-029.jpg | VA 2-303-096 |
|  | RamonaLaRue2021AUG-045.jpg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | RamonaLaRue2021AUG-046.jpg | VA 2-303-096 |
|  | RamonaLaRue2021AUG-177.jpg | VA 2-303-096 |
|  | RamonaLaRue2021AUG-199.jpg | VA 2-303-096 |
|  | RamonaLaRue2021DEC-12.jpg | VA 2-303-096 |
|  | RamonaLaRue2021DEC-13.jpg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

|  | RamonaLaRue2021DEC-46.jpg | VA 2-303-096 |
|---|---|---|
|  | RamonaLaRue2021DEC-47.jpg | VA 2-303-096 |
|  | RamonaLaRue2021DEC-64.jpg | VA 2-303-096 |
|  | RamonaLaRue2021DEC-81.jpg | VA 2-303-096 |

## Ramona LaRue Summary of Copyright Registrations

| | | |
|---|---|---|
|  | RamonaLaRue2021DEC-90.jpg | VA 2-303-096 |
|  | RamonaLaRue2021February2.JPG | VA 2-303-096 |
|  | RamonaLaRue2021February3.JPG | VA 2-303-096 |
|  | RamonaLaRue2021February36.jpg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

|  | RamonaLaRue2021February37.jpeg | VA 2-303-096 |
|---|---|---|
|  | RamonaLaRue2021February38.jpg | VA 2-303-096 |
|  | RamonaLaRue2021February39.jpg | VA 2-303-096 |
|  | RamonaLaRue2021February74.jpeg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | RamonaLaRue2021January17.JPG | VA 2-303-096 |
|  | RamonaLaRue2021January34.JPG | VA 2-303-096 |
|  | RamonaLaRue2021july-002.jpg | VA 2-303-096 |
|  | RamonaLaRue2021july-007.jpg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | RamonaLaRue2021july-008.jpg | VA 2-303-096 |
|  | RamonaLaRue2021july-069.jpg | VA 2-303-096 |
|  | RamonaLaRue2021july-085.jpg | VA 2-303-096 |
|  | RamonaLaRue2021july-091.jpg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | RamonaLaRue2021july-108.jpg | VA 2-303-096 |
|  | RamonaLaRue2021july-126.jpg | VA 2-303-096 |
|  | RamonaLaRue2021july-140.jpg | VA 2-303-096 |
|  | RamonaLaRue2021july-187.jpg | VA 2-303-096 |

| | | |
|---|---|---|
|  | RamonaLaRue2021july-190.jpg | VA 2-303-096 |
|  | RamonaLaRue2021july-195.jpg | VA 2-303-096 |
|  | RamonaLaRue2021july-195.jpg | VA 2-303-096 |
|  | RamonaLaRue2021june-001.jpg | VA 2-303-096 |
|  | RamonaLaRue2021june-002.jpg | VA 2-303-096 |

## Ramona LaRue Summary of Copyright Registrations

| | | |
|---|---|---|
|  | RamonaLaRue2021june-029.jpg | VA 2-303-096 |
|  | RamonaLaRue2021june-032.jpg | VA 2-303-096 |
|  | RamonaLaRue2021june-033.jpg | VA 2-303-096 |

## Ramona LaRue Summary of Copyright Registrations

| | | |
|---|---|---|
|  | RamonaLaRue2021june-034.jpg | VA 2-303-096 |
|  | RamonaLaRue2021june-041.jpg | VA 2-303-096 |
|  | RamonaLaRue2021june-050.jpg | VA 2-303-096 |
|  | RamonaLaRue2021june-082.jpg | VA 2-303-096 |
|  | RamonaLaRue2021june-103.jpg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | RamonaLaRue2021june-105.jpg | VA 2-303-096 |
|  | RamonaLaRue2021june-107.jpg | VA 2-303-096 |
|  | RamonaLaRue2021March120.jpg | VA 2-303-096 |
|  | RamonaLaRue2021March139.jpg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | RamonaLaRue2021March151.JPG | VA 2-303-096 |
|  | RamonaLaRue2021March172.JPG | VA 2-303-096 |
|  | RamonaLaRue2021March174.JPG | VA 2-303-096 |
|  | RamonaLaRue2021March175.JPG | VA 2-303-096 |
|  | RamonaLaRue2021March179.JPG | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | RamonaLaRue2021March181.jpg | VA 2-303-096 |
|  | RamonaLaRue2021March182.JPG | VA 2-303-096 |
|  | RamonaLaRue2021March25.jpg | VA 2-303-096 |
|  | RamonaLaRue2021March3.JPG | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | RamonaLaRue2021March31.jpg | VA 2-303-096 |
|  | RamonaLaRue2021March36.jpg | VA 2-303-096 |
|  | RamonaLaRue2021March39.jpg | VA 2-303-096 |
|  | RamonaLaRue2021March70.jpg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | RamonaLaRue2021March71.jpg | VA 2-303-096 |
|  | RamonaLaRue2021March72.jpg | VA 2-303-096 |
|  | RamonaLaRue2021March73.jpg | VA 2-303-096 |
|  | RamonaLaRue2021March74.jpg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

|  | RamonaLaRue2021March79.jpg | VA 2-303-096 |
|---|---|---|
|  | RamonaLaRue2021March82.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-011.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-022.jpg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | RamonaLaRue2021NOV-023.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-080.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-084.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-085.jpg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

|  | RamonaLaRue2021NOV-094.jpg | VA 2-303-096 |
|---|---|---|
|  | RamonaLaRue2021NOV-096.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-100.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-102.jpg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | RamonaLaRue2021NOV-105.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-107.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-108.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-120.jpg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | RamonaLaRue2021NOV-130.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-132.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-144.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-146.jpg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | RamonaLaRue2021NOV-149.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-153.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-154.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-156.jpg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | RamonaLaRue2021NOV-158.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-161.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-165.jpg | VA 2-303-096 |
|  | RamonaLaRue2021NOV-167.jpg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | RamonaLaRue2021NOV-172.jpg | VA 2-303-096 |
|  | RamonaLaRue2021Oct-014.jpg | VA 2-303-096 |
|  | RamonaLaRue2021Oct-015.jpg | VA 2-303-096 |
|  | RamonaLaRue2021Oct-016.jpg | VA 2-303-096 |
|  | RamonaLaRue2021Oct-160.jpg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

|  | RamonaLaRue2021Oct-178.jpg | VA 2-303-096 |
|---|---|---|
|  | RamonaLaRue2021Oct-266.jpg | VA 2-303-096 |
|  | RamonaLaRue2021SEP-023.jpg | VA 2-303-096 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | RamonaLaRue2021SEP-074.jpg | VA 2-303-096 |
|  | Electric Croc2022-36.jpg | VA 2-307-258 |
|  | Electric Croc2022-39.jpg | VA 2-307-258 |
|  | Renee Parrot 2022-1.jpg | VA 2-307-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Renee Parrot 2022-3.jpg | VA 2-307-258 |
|  | Renee Parrot 2022-4.jpg | VA 2-307-258 |
|  | Renee Parrot 2022-6.jpg | VA 2-307-258 |
|  | Smokey Orchid 2022-1.jpg | VA 2-307-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Smokey Orchid 2022-2.jpg | VA 2-307-258 |
|  | Smokey Orchid 2022-3.jpg | VA 2-307-258 |
|  | Smokey Orchid 2022-5.jpg | VA 2-307-258 |
|  | Taraalligator1.jpg | VA 2-317-270 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Lavender Orchid 2022-24.jpg | VA 2-311-525 |
|  | Lavender Orchid 2022-25.jpg | VA 2-311-525 |
|  | Lavender Orchid 2022-26.jpg | VA 2-311-525 |

**Ramona LaRue Summary of Copyright Registrations**

|  | Lavender Orchid 2022-31.jpg | VA 2-311-525 |
| --- | --- | --- |
|  | Lavender Orchid 2022-34.jpg | VA 2-311-525 |
|  | Lavender Orchid 2022-44.jpg | VA 2-311-525 |

## Ramona LaRue Summary of Copyright Registrations

| | | |
|---|---|---|
|  | Lavender Orchid 2022-46.jpg | VA 2-311-525 |
|  | 2018_2020 Misc. Photos-001.jpg | VA 2-311-820 |
|  | 2018_2020 Misc. Photos-024.jpg | VA 2-311-820 |
|  | 2018_2020 Misc. Photos-025.jpg | VA 2-311-820 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2018_2020 Misc. Photos-026.jpg | VA 2-311-820 |
|  | 2018_2020 Misc. Photos-027.jpg | VA 2-311-820 |
|  | 2018_2020 Misc. Photos-028.jpg | VA 2-311-820 |
|  | 2018_2020 Misc. Photos-031.jpg | VA 2-311-820 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2018_2020 Misc. Photos-032.jpg | VA 2-311-820 |
|  | 2018_2020 Misc. Photos-033.jpg | VA 2-311-820 |
|  | 2018_2020 Misc. Photos-036.jpg | VA 2-311-820 |
|  | 2018_2020 Misc. Photos-044.jpg | VA 2-311-820 |

**Ramona LaRue Summary of Copyright Registrations**

|  | 2018_2020 Misc. Photos-045.jpg | VA 2-311-820 |
| --- | --- | --- |
|  | 2018_2020 Misc. Photos-047.jpg | VA 2-311-820 |
|  | 2018_2020 Misc. Photos-051.jpg | VA 2-311-820 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2018_2020 Misc. Photos-055.jpg | VA 2-311-820 |
|  | 2018_2020 Misc. Photos-057.jpg | VA 2-311-820 |
|  | 2018_2020 Misc. Photos-058.jpg | VA 2-311-820 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2018_2020 Misc. Photos-059.jpg | VA 2-311-820 |
|  | 2018_2020 Misc. Photos-061.jpg | VA 2-311-820 |
|  | 2018_2020 Misc. Photos-064.jpg | VA 2-311-820 |
|  | 2018_2020 Misc. Photos-065.jpg | VA 2-311-820 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2018_2020 Misc. Photos-066.jpg | VA 2-311-820 |
|  | Riri Hibiscus-02.jpg | VA 2-311-821 |
|  | Riri Hibiscus-03.jpg | VA 2-311-821 |
|  | Riri Hibiscus-04.jpg | VA 2-311-821 |

|  | Riri Hibiscus-05.jpg | VA 2-311-821 |
| --- | --- | --- |
|  | Riri Hibiscus-06.jpg | VA 2-311-821 |
|  | Riri Hibiscus-07.jpg | VA 2-311-821 |

**Ramona LaRue Summary of Copyright Registrations**

|  | Riri Hibiscus-08.jpg | VA 2-311-821 |
| --- | --- | --- |
|  | Riri Hibiscus-09.jpg | VA 2-311-821 |
|  | Riri Hibiscus-10.jpg | VA 2-311-821 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Riri Hibiscus-12.jpg | VA 2-311-821 |
|  | Riri Hibiscus-13.jpg | VA 2-311-821 |
|  | MAY 2020-02.jpg | VA 2-311-884 |
|  | MAY 2020-05.jpg | VA 2-311-884 |

## Ramona LaRue Summary of Copyright Registrations

| | | |
|---|---|---|
|  | MAY 2020-06.jpg | VA 2-311-884 |
|  | MAY 2020-07.jpg | VA 2-311-884 |
|  | MAY 2020-12.jpg | VA 2-311-884 |
|  | MAY 2020-14.jpg | VA 2-311-884 |

**Ramona LaRue Summary of Copyright Registrations**

|  | MAY 2020-18.jpg | VA 2-311-884 |
| --- | --- | --- |
|  | MAY 2020-20.jpg | VA 2-311-884 |
|  | MAY 2020-21.jpg | VA 2-311-884 |
|  | MAY 2020-22.jpg | VA 2-311-884 |

## Ramona LaRue Summary of Copyright Registrations

| | | |
|---|---|---|
|  | MAY 2020-24.jpg | VA 2-311-884 |
|  | MAY 2020-27.jpg | VA 2-311-884 |
|  | MAY 2020-29.jpg | VA 2-311-884 |
|  | MAY 2020-30.jpg | VA 2-311-884 |

## Ramona LaRue Summary of Copyright Registrations

|  | MAY 2020-31.jpg | VA 2-311-884 |
|---|---|---|
|  | MAY 2020-36.jpg | VA 2-311-884 |
|  | MAY 2020-37.jpg | VA 2-311-884 |
|  | MAY 2020-40.jpg | VA 2-311-884 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | MAY 2020-43.jpg | VA 2-311-884 |
|  | MAY 2020-45.jpg | VA 2-311-884 |
|  | MAY 2020-46.jpg | VA 2-311-884 |
|  | MAY 2020-49.jpg | VA 2-311-884 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | MAY 2020-50.jpg | VA 2-311-884 |
|  | MAY 2020-53.jpg | VA 2-311-884 |
|  | MAY 2020-54.jpg | VA 2-311-884 |
|  | MAY 2020-55.jpg | VA 2-311-884 |

<u>**Ramona LaRue Summary of Copyright Registrations**</u>

| | | |
|---|---|---|
|  | MAY 2020-56.jpg | VA 2-311-884 |
|  | MAY 2020-57.jpg | VA 2-311-884 |
|  | MAY 2020-59.jpg | VA 2-311-884 |
|  | MAY 2020-64.jpg | VA 2-311-884 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | MAY 2020-65.jpg | VA 2-311-884 |
|  | MAY 2020-69.jpg | VA 2-311-884 |
|  | MAY 2020-70.jpg | VA 2-311-884 |

**Ramona LaRue Summary of Copyright Registrations**

|  | MARCH 2021-03.jpg | VA 2-311-886 |
| --- | --- | --- |
|  | MARCH 2021-18.jpg | VA 2-311-886 |
|  | MARCH 2021-30.jpg | VA 2-311-886 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | MARCH 2021-44.jpg | VA 2-311-886 |
|  | MARCH 2021-56.jpg | VA 2-311-886 |
|  | MARCH 2021-19.jpg | VA 2-311-886 |
|  | MARCH 2021-20.jpg | VA 2-311-886 |

**Ramona LaRue Summary of Copyright Registrations**

|  | MARCH 2021-31.jpg | VA 2-311-886 |
| --- | --- | --- |
|  | MARCH 2021-32.jpg | VA 2-311-886 |
|  | MARCH 2021-37.jpg | VA 2-311-886 |
|  | MARCH 2021-42.jpg | VA 2-311-886 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | MARCH 2021-43.jpg | VA 2-311-886 |
|  | MARCH 2021-45.jpg | VA 2-311-886 |
|  | MARCH 2021-46.jpg | VA 2-311-886 |
|  | MARCH 2021-47.jpg | VA 2-311-886 |

## Ramona LaRue Summary of Copyright Registrations

| | | |
|---|---|---|
|  | MARCH 2021-51.jpg | VA 2-311-886 |
|  | MARCH 2021-52.jpg | VA 2-311-886 |
|  | MARCH 2021-53.jpg | VA 2-311-886 |
|  | MARCH 2021-56.jpg | VA 2-311-886 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-002.JPG | VA 2-313-258 |
|  | 2021 Copyright-007.JPG | VA 2-313-258 |
|  | 2021 Copyright-009.JPG | VA 2-313-258 |
| | 2021 Copyright-010.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | | |
|  | 2021 Copyright-011.JPG | VA 2-313-258 |
|  | 2021 Copyright-015.JPG | VA 2-313-258 |
|  | 2021 Copyright-022.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-023.JPG | VA 2-313-258 |
|  | 2021 Copyright-033.JPG | VA 2-313-258 |
|  | 2021 Copyright-039.JPG | VA 2-313-258 |
|  | 2021 Copyright-044.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-045.JPG | VA 2-313-258 |
|  | 2021 Copyright-046.JPG | VA 2-313-258 |
|  | 2021 Copyright-047.JPG | VA 2-313-258 |
|  | 2021 Copyright-048.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-049.JPG | VA 2-313-258 |
|  | 2021 Copyright-052.JPG | VA 2-313-258 |
|  | 2021 Copyright-053.JPG | VA 2-313-258 |
|  | 2021 Copyright-054.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-057.JPG | VA 2-313-258 |
|  | 2021 Copyright-058.JPG | VA 2-313-258 |
|  | 2021 Copyright-059.JPG | VA 2-313-258 |
|  | 2021 Copyright-060.JPG | VA 2-313-258 |

| | | |
|---|---|---|
|  | 2021 Copyright-061.JPG | VA 2-313-258 |
|  | 2021 Copyright-063.JPG | VA 2-313-258 |
|  | 2021 Copyright-064.JPG | VA 2-313-258 |
|  | 2021 Copyright-068.JPG | VA 2-313-258 |

## Ramona LaRue Summary of Copyright Registrations

|  | 2021 Copyright-069.JPG | VA 2-313-258 |
| --- | --- | --- |
|  | 2021 Copyright-070.JPG | VA 2-313-258 |
|  | 2021 Copyright-072.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-073.JPG | VA 2-313-258 |
|  | 2021 Copyright-074.JPG | VA 2-313-258 |
|  | 2021 Copyright-075.JPG | VA 2-313-258 |
|  | 2021 Copyright-076.JPG | VA 2-313-258 |

Ramona LaRue Summary of Copyright Registrations

| | | |
|---|---|---|
|  | 2021 Copyright-086.JPG | VA 2-313-258 |
|  | 2021 Copyright-087.JPG | VA 2-313-258 |
|  | 2021 Copyright-088.JPG | VA 2-313-258 |
|  | 2021 Copyright-091.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

|  | 2021 Copyright-092.JPG | VA 2-313-258 |
|---|---|---|
|  | 2021 Copyright-093.JPG | VA 2-313-258 |
|  | 2021 Copyright-094.JPG | VA 2-313-258 |
|  | 2021 Copyright-097.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

|  | 2021 Copyright-098.JPG | VA 2-313-258 |
|---|---|---|
|  | 2021 Copyright-099.JPG | VA 2-313-258 |
|  | 2021 Copyright-101.JPG | VA 2-313-258 |
|  | 2021 Copyright-103.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-104.JPG | VA 2-313-258 |
|  | 2021 Copyright-105.JPG | VA 2-313-258 |
|  | 2021 Copyright-106.JPG | VA 2-313-258 |
|  | 2021 Copyright-107.JPG | VA 2-313-258 |

## Ramona LaRue Summary of Copyright Registrations



| | | |
|---|---|---|
|  | 2021 Copyright-108.JPG | VA 2-313-258 |
|  | 2021 Copyright-109.JPG | VA 2-313-258 |
|  | 2021 Copyright-110.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-111.JPG | VA 2-313-258 |
|  | 2021 Copyright-112.JPG | VA 2-313-258 |
|  | 2021 Copyright-113.JPG | VA 2-313-258 |

## Ramona LaRue Summary of Copyright Registrations

|  | 2021 Copyright-114.JPG | VA 2-313-258 |
| --- | --- | --- |
|  | 2021 Copyright-115.JPG | VA 2-313-258 |
|  | 2021 Copyright-116.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-117.JPG | VA 2-313-258 |
|  | 2021 Copyright-118.JPG | VA 2-313-258 |
|  | 2021 Copyright-119.JPG | VA 2-313-258 |
|  | 2021 Copyright-120.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-121.JPG | VA 2-313-258 |
|  | 2021 Copyright-122.JPG | VA 2-313-258 |
|  | 2021 Copyright-123.JPG | VA 2-313-258 |
|  | 2021 Copyright-124.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-126.JPG | VA 2-313-258 |
|  | 2021 Copyright-130.JPG | VA 2-313-258 |
|  | 2021 Copyright-131.JPG | VA 2-313-258 |
|  | 2021 Copyright-134.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-135.JPG | VA 2-313-258 |
|  | 2021 Copyright-137.JPG | VA 2-313-258 |
|  | 2021 Copyright-138.JPG | VA 2-313-258 |
|  | 2021 Copyright-139.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-140.JPG | VA 2-313-258 |
|  | 2021 Copyright-141.JPG | VA 2-313-258 |
|  | 2021 Copyright-142.JPG | VA 2-313-258 |
|  | 2021 Copyright-143.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

|  | 2021 Copyright-144.JPG | VA 2-313-258 |
| --- | --- | --- |
|  | 2021 Copyright-145.JPG | VA 2-313-258 |
|  | 2021 Copyright-148.JPG | VA 2-313-258 |

<u>**Ramona LaRue Summary of Copyright Registrations**</u>

| | | |
|---|---|---|
|  | 2021 Copyright-149.JPG | VA 2-313-258 |
|  | 2021 Copyright-150.JPG | VA 2-313-258 |
|  | 2021 Copyright-151.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-152.JPG | VA 2-313-258 |
|  | 2021 Copyright-153.JPG | VA 2-313-258 |
|  | 2021 Copyright-154.JPG | VA 2-313-258 |

## Ramona LaRue Summary of Copyright Registrations

| | | |
|---|---|---|
|  | 2021 Copyright-155.JPG | VA 2-313-258 |
|  | 2021 Copyright-156.JPG | VA 2-313-258 |
|  | 2021 Copyright-157.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-158.JPG | VA 2-313-258 |
|  | 2021 Copyright-159.JPG | VA 2-313-258 |
|  | 2021 Copyright-160.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-161.JPG | VA 2-313-258 |
|  | 2021 Copyright-162.JPG | VA 2-313-258 |
|  | 2021 Copyright-163.JPG | VA 2-313-258 |
|  | 2021 Copyright-164.JPG | VA 2-313-258 |

## Ramona LaRue Summary of Copyright Registrations

| | | |
|---|---|---|
|  | 2021 Copyright-165.JPG | VA 2-313-258 |
|  | 2021 Copyright-166.JPG | VA 2-313-258 |
|  | 2021 Copyright-167.JPG | VA 2-313-258 |
|  | 2021 Copyright-168.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-170.JPG | VA 2-313-258 |
|  | 2021 Copyright-175.JPG | VA 2-313-258 |
|  | 2021 Copyright-176.JPG | VA 2-313-258 |

## Ramona LaRue Summary of Copyright Registrations

|  | 2021 Copyright-177.JPG | VA 2-313-258 |
| --- | --- | --- |
|  | 2021 Copyright-178.JPG | VA 2-313-258 |
|  | 2021 Copyright-179.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

|  | 2021 Copyright-180.JPG | VA 2-313-258 |
|---|---|---|
|  | 2021 Copyright-181.JPG | VA 2-313-258 |
|  | 2021 Copyright-182.JPG | VA 2-313-258 |
|  | 2021 Copyright-184.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-185.JPG | VA 2-313-258 |
|  | 2021 Copyright-186.JPG | VA 2-313-258 |
|  | 2021 Copyright-187.JPG | VA 2-313-258 |
|  | 2021 Copyright-188.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-189.JPG | VA 2-313-258 |
|  | 2021 Copyright-190.JPG | VA 2-313-258 |
|  | 2021 Copyright-191.JPG | VA 2-313-258 |
|  | 2021 Copyright-192.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-193.JPG | VA 2-313-258 |
|  | 2021 Copyright-194.JPG | VA 2-313-258 |
|  | 2021 Copyright-195.JPG | VA 2-313-258 |
|  | 2021 Copyright-196.JPG | VA 2-313-258 |
|  | 2021 Copyright-197.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-199.JPG | VA 2-313-258 |
|  | 2021 Copyright-200.JPG | VA 2-313-258 |
|  | 2021 Copyright-201.JPG | VA 2-313-258 |
|  | 2021 Copyright-202.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

|  | 2021 Copyright-203.JPG | VA 2-313-258 |
|---|---|---|
|  | 2021 Copyright-206.JPG | VA 2-313-258 |
|  | 2021 Copyright-207.JPG | VA 2-313-258 |
|  | 2021 Copyright-208.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-209.JPG | VA 2-313-258 |
|  | 2021 Copyright-210.JPG | VA 2-313-258 |
|  | 2021 Copyright-213.JPG | VA 2-313-258 |
|  | 2021 Copyright-215.JPG | VA 2-313-258 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | 2021 Copyright-216.JPG | VA 2-313-258 |
|  | 2021 Copyright-217.JPG | VA 2-313-258 |
|  | Ertefish1.jpg | VA 2-317-270 |
|  | Ertepinksunflower1.jpg | VA 2-317-270 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Ertetealrose1.jpg | VA 2-317-270 |
|  | Ertetealrose3.jpg | VA 2-317-270 |
|  | Ertetealrose4.jpg | VA 2-317-270 |
|  | Ertetealrose5.jpg | VA 2-317-270 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Ertetealrose7.jpg | VA 2-317-270 |
|  | Ertetealrose8.jpg | VA 2-317-270 |
|  | Ertevintagerose1.jpg | VA 2-317-270 |
|  | Ertevintagerose3.jpg | VA 2-317-270 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Ertevintagerose4.jpg | VA 2-317-270 |
|  | Erteyellowvintage1.jpg | VA 2-317-270 |
|  | Erteyellowvintage2.jpg | VA 2-317-270 |
|  | Erteyellowvintage5.jpg | VA 2-317-270 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Erteyellowvintage6.jpg | VA 2-317-270 |
|  | Gitabluesnake1.jpg | VA 2-317-270 |
|  | Gitavanillaorchid1.jpg | VA 2-317-270 |
|  | Gitavanillaorchid2.jpg | VA 2-317-270 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Gitavintagerose1.jpg | VA 2-317-270 |
|  | Gitavintagerose2.jpg | VA 2-317-270 |
|  | Mariahummingbird1.jpg | VA 2-317-270 |
|  | Mariahummingbird2.jpg | VA 2-317-270 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Mariahvanillaorchid1.jpg | VA 2-317-270 |
|  | Monroedragonfly1.jpg | VA 2-317-270 |
|  | Monroedragonfly2.jpg | VA 2-317-270 |
|  | Reneepinksunflower1.jpg | VA 2-317-270 |

## Ramona LaRue Summary of Copyright Registrations

| | | |
|---|---|---|
|  | Reneepinksunflower2.jpg | VA 2-317-270 |
|  | Reneeredzebra1.jpg | VA 2-317-270 |
|  | Reneetealbutterfly1.jpg | VA 2-317-270 |
|  | Ririblackorchid1.jpg | VA 2-317-270 |

<u>**Ramona LaRue Summary of Copyright Registrations**</u>

|  | Riribluehibiscus1.jpg | VA 2-317-270 |
|  | Ririclassiczebra1.jpg | VA 2-317-270 |
|  | Ririlion1.jpg | VA 2-317-270 |
|  | Riritrufflezebra2.jpg | VA 2-317-270 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Riritrufflezebra3.jpg | VA 2-317-270 |
|  | Riritrufflezebra4.jpg | VA 2-317-270 |
|  | Riritrufflezebra5.jpg | VA 2-317-270 |
|  | Taraalligator2.jpg | VA 2-317-270 |

## Ramona LaRue Summary of Copyright Registrations

| | | |
|---|---|---|
|  | Taraalligator3.jpg | VA 2-317-270 |
|  | Taracheetah1.jpg | VA 2-317-270 |
|  | Taradragonfly1.jpg | VA 2-317-270 |
|  | Taradragonfly3.jpg | VA 2-317-270 |

**Ramona LaRue Summary of Copyright Registrations**

| | | |
|---|---|---|
|  | Taratigerstripes1.jpg | VA 2-317-270 |
|  | Taratigerstripes2.jpg | VA 2-317-270 |
|  | VanillaOrchid1.jpg | VA 2-317-270 |
|  | VanillaOrchid2.jpg | VA 2-317-270 |

## Ramona LaRue Summary of Copyright Registrations

| | | |
|---|---|---|
|  | VanillaOrchid3.jpg | VA 2-317-270 |
|  | VanillaOrchid4.jpg | VA 2-317-270 |
|  | VanillaOrchid5.jpg | VA 2-317-270 |