# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Ramona LaRue, Inc.,

Plaintiff,

V.

The Entities and Individuals Identified in Annex A,

Defendants.

CASE NUMBER: 1:22-cv-06177

ASSIGNED JUDGE: Jorge L. Alonso

DESIGNATED MAGISTRATE JUDGE: Young B. Kim

TO: (Name and address of Defendant)

AGFEE and all other Defendants identified in the Complaint

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kelley S. Gordon
Marshall, Gerstein & Borun
233 S. Wacker Drive, Suite 6300
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Sarah Bouchard*

(By) DEPUTY CLERK

February 2, 2023

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | February 2, 2023 |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I electronically published the Complaint and other relevant documents on the notice website. I also sent the link to the aforementioned website via email to the email addresses provided to me by the respective third party platforms for the Defendants identified in Exhibit 1 attached hereto.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 8, 2023          /s/ Kelley S. Gordon
            Date                        *Signature of Server*
                                        Marshall, Gerstein & Borun, LLP
                                        233 S. Wacker Drive, Suite 6300
                                        Chicago, IL 60606

                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.