**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Ramona LaRue, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:22-cv-06177 |
| | ) | |
| v. | ) | Judge Jorge L. Alonso |
| | ) | |
| The Entities and Individuals Identified in Annex A, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF SERVICE**

I, Kelley S. Gordon, declare as follows:

1. I am an attorney at law, admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Ramona LaRue, Inc. ("Ramona LaRue"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On December 22, 2022, this Court granted Plaintiff's motion permitting Ramona LaRue to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint and other relevant documents on a website and by sending an e-mail to the e-mail addresses of Defendants identified in Annex A provided by third parties that includes a link to the aforementioned website.

3. I hereby certify that on February 2, 2023, I caused the Complaint, Summons, and other relevant documents to be electronically published on the website.

4. I hereby certify that on February 2, 2023, I sent the link to the website where the Complaint, Summons, and other relevant documents were posted via e-mail to the e-mail

addresses provided to me by the respective third parties for the Defendants identified in Exhibit 1 attached hereto.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of February, 2023, in Chicago, Illinois.

Respectfully submitted,

Ramona LaRue, Inc.

Dated: February 8, 2023

*/s/Kelley S. Gordon*
Marshall, Gerstein & Borun LLP
Gregory J. Chinlund
Kelley S. Gordon
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Fax: (312) 474-7044
gchinlund@marshallip.com
kgordon@marshallip.com
*Attorneys for Plaintiff*

Exhibit 1

| DOE | Marketplace | Merchant Name or Domain Name | Seller / Merchant ID |
|---|---|---|---|
| 001 | AMAZON | AGFEE | ATVPDKIKX0DER |
| 002 | AMAZON | AI'MAGE | ATVPDKIKX0DER |
| 003 | AMAZON | ALBIZIA Store | ATVPDKIKX0DER |
| 004 | WALMART | PLNEIK | PLNEIK |
| 006 | WALMART | Allasfun | PLNEIK |
| 007 | WALMART | AMaVo | Avamo |
| 008 | WALMART | awaswae | JoyBuy |
| 009 | AMAZON | Awoscut | ATVPDKIKX0DER |
| 011 | AMAZON | BB&KK Store | ATVPDKIKX0DER |
| 012 | WALMART | Beppter | Beppter |
| 013 | AMAZON | BILIKEYU | ATVPDKIKX0DER |
| 014 | AMAZON | BINGLI | ATVPDKIKX0DER |
| 015 | AMAZON | Binmer Store | ATVPDKIKX0DER |
| 017 | | bohoseventy.com | BOHO70 |
| 018 | | bohogypsydreamer.com | BohoGipsyDreamer |
| 021 | WALMART | Bomotoo | Bomotoo |
| 022 | WALMART | BRKEWI | BRKEWI |
| 025 | WALMART | Calzi | Calzi |
| 026 | WALMART | Capreze | Capreze |
| 027 | | caprify.shop | CAPRIFY |
| 030 | | chrisdorseyonline.com | CHRISDORSEY |
| 031 | AMAZON | Chunoy Store | ATVPDKIKX0DER |
| 032 | WALMART | Cindysus | Cindysus |
| 033 | AMAZON | CORIRESHA Store | ATVPDKIKX0DER |
| 035 | AMAZON | CXINS Store | ATVPDKIKX0DER |
| 036 | WALMART | DOLKFU | DOLKFU |
| 037 | | drestiny.com | Drestiny |
| 038 | AMAZON | EDOLYNSA Store | ATVPDKIKX0DER |
| 039 | AMAZON | Ekojoy | ATVPDKIKX0DER |
| 040 | AMAZON | Fanteecy | ATVPDKIKX0DER |
| 041 | WALMART | FASESH | FASESH |
| 043 | | fidoai.com | FIDOAI |
| 045 | | flornana.com | Flornana |
| 046 | AMAZON | Fowoukior | ATVPDKIKX0DER |
| 047 | WALMART | Fridja | Fridja |
| 048 | WALMART | Frontwalk | Frontwalk |
| 049 | WALMART | Fulijie | Fulijie |
| 050 | AMAZON | FUNEY | ATVPDKIKX0DER |
| 051 | | furdelawholesale.com | Furdela Wholesale |
| 052 | | grungeaestheticoutfits.com | G.A.O Official |
| 054 | WALMART | GBSELL | GBSELL |
| 055 | WALMART | GCSH | GCSH |
| 056 | AMAZON | Generic | ATVPDKIKX0DER |
| 057 | | gotmes.com | Gotmes Shop |
| 059 | AMAZON | GuliriFei Store | ATVPDKIKX0DER |
| 060 | AMAZON | Halfword Store | ATVPDKIKX0DER |

Exhibit 1

| DOE | Marketplace | Merchant Name or Domain Name | Seller / Merchant ID |
|---|---|---|---|
| 061 |  | havetolove.com | Havetolove |
| 062 | AMAZON | HGps8w | ATVPDKIKX0DER |
| 063 | AMAZON | Hibluco | ATVPDKIKX0DER |
| 064 |  | hottylovin.com | HOTTYLOVIN |
| 065 | WALMART | HQLECPE | HQLECPE |
| 066 | AMAZON | HTHLVMD | ATVPDKIKX0DER |
| 067 |  | instastyled.com | INSTASTYLED |
| 068 | AMAZON | JEPI | ATVPDKIKX0DER |
| 069 | AMAZON | Jolincc | ATVPDKIKX0DER |
| 071 | WALMART | JPLZi | JPLZi |
| 072 | AMAZON | jsarle | ATVPDKIKX0DER |
| 073 | AMAZON | JTAISC Store | ATVPDKIKX0DER |
| 074 |  | jul7house.com | Jul7house |
| 075 | WALMART | KAGAYD | KAGAYD |
| 076 | WALMART | Kawell | Kawell |
| 077 | AMAZON | KkSLirnhs | ATVPDKIKX0DER |
| 078 | WALMART | Kuhxz | Kuhxz |
| 080 | AMAZON | LADYM | ATVPDKIKX0DER |
| 081 |  | lazecca.com | Lazecca |
| 082 | AMAZON | lcziwo Store | ATVPDKIKX0DER |
| 083 | AMAZON | LilyCoco Store | ATVPDKIKX0DER |
| 084 | AMAZON | Lingery | ATVPDKIKX0DER |
| 085 | AMAZON | LIUguoo | ATVPDKIKX0DER |
| 088 | AMAZON | Lovor | ATVPDKIKX0DER |
| 089 | WALMART | Lumento | Lumento |
| 090 | AMAZON | LumiSyne | ATVPDKIKX0DER |
| 091 | AMAZON | Marryself | ATVPDKIKX0DER |
| 092 | AMAZON | Meitianfacai Store | ATVPDKIKX0DER |
| 093 | AMAZON | MIA LUCCE | ATVPDKIKX0DER |
| 095 | AMAZON | MIUDOLLS | ATVPDKIKX0DER |
| 096 | AMAZON | Mmeneyy | ATVPDKIKX0DER |
| 097 | AMAZON | MNEVN | ATVPDKIKX0DER |
| 100 | AMAZON | Monika-11 | ATVPDKIKX0DER |
| 101 | WALMART | MRULIC | MRULIC |
| 102 | WALMART | Multitrust | Joybuy Selection |
| 104 |  | myfancywear.com | Myfancywear |
| 105 |  | mynewitem.com | Mynewitem |
| 107 | WALMART | Naiflowers | Naiflowers |
| 108 | AMAZON | NCWSO | ATVPDKIKX0DER |
| 109 | WALMART | Niuer | Niuer |
| 115 |  | pretteposh.com | Pretteposh |
| 117 | AMAZON | QPQ | ATVPDKIKX0DER |
| 119 | AMAZON | RUCKY Store | ATVPDKIKX0DER |
| 120 | AMAZON | RYRJJ | ATVPDKIKX0DER |
| 121 | AMAZON | Sayhi | ATVPDKIKX0DER |
| 122 | AMAZON | Sczwkhg Store | ATVPDKIKX0DER |

| DOE | Marketplace | Merchant Name or Domain Name | Seller / Merchant ID |
| --- | --- | --- | --- |
| 123 | WALMART | sebulube | Joybuy |
| 124 | WALMART | Sexy Dance | Sexy Dance |
| 125 | AMAZON | SexyLacern | ATVPDKIKX0DER |
| 127 | AMAZON | SHEGNSI | ATVPDKIKX0DER |
| 129 | | sonicelife.com | Sonicelife |
| 132 | WALMART | Swiusd | Swiusd |
| 133 | AMAZON | szmaold Store | ATVPDKIKX0DER |
| 136 | AMAZON | Timemory | ATVPDKIKX0DER |
| 137 | WALMART | UKAP | UKAP |
| 141 | WALMART | WANYNG | WANYNG |
| 142 | WALMART | wendunide | wendunide |
| 143 | WALMART | Wepro | Wepro |
| 144 | | whaau.com | WHAAU |
| 145 | AMAZON | wklzaqi Store | ATVPDKIKX0DER |
| 146 | AMAZON | WNFJR | ATVPDKIKX0DER |
| 148 | WALMART | Yannianjz | Yannianjz |
| 149 | WALMART | Ykohkofe | Joybuy |
| 150 | WALMART | YLSCI | Joybuy |
| 151 | AMAZON | ylyoy | ATVPDKIKX0DER |
| 153 | WALMART | Yubnlvae | Yubnlvae |
| 154 | WALMART | YUEHAO | YUEHAO |
| 155 | AMAZON | Zainafacai | ATVPDKIKX0DER |
| 156 | WALMART | Zerlibeaful | Joybuy |
| 157 | WALMART | Ziloco | Ziloco |
| 158 | AMAZON | ZIPSAK | ATVPDKIKX0DER |
| 161 | | bikinishe.com | Bikinishe |
| 165 | | mydynastyonline.com | MYDYNASTYONLINE |
| 166 | | prettylittlebikini.com | Prettylitlebikini |