IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ramona LaRue, Inc., <br><br> Plaintiff, <br><br> v. <br><br> The Entities and Individuals Identified in Annex A, <br><br> Defendants. | Civil Action No. 1:22-cv-06177 <br><br> Honorable Jorge L. Alonso |

## MOTION FOR EXCEPTION FOR PRO SE REPRESENTATION OF SINGLE MEMBER LLC LEGENDARY DYNASTY

COMES NOW, Defendant, Legendary Dynasty, referred to as mydynastyonline, in Plaintiff's Complaint, requests this Court allow an exception for Aubri Dubose, sole Owner of single member limited liability company ("SMLLC") Legendary Dynasty to represent her company pro se. Defendant states as follows:

Aubri Dubose is a law school graduate and able to represent the interests of her company, Legendary Dynasty, in this matter. Legendary Dynasty is solely owned and operated by Aubri Dubose. As a small business without profits, the Defendant is unable to afford legal representation. That Aubri Dubose will zealously defend the rights of her company and abide by the laws of this Court.

That Defendant attempted to contact Plaintiff's Counsel on February 13, 2023, via telephone and email, and also on February 15, 2023, Defendant left a message with the Receptionist at Plaintiff's Counsel's firm in order to initiate a form of settlement. Defendant has

not received any return communication and, as the deadline for Defendant to respond to the Complaint is fast approaching, Defendant needs to defend itself.

That Aubri Dubose is perfectly capable of answering Plaintiff's Complaint on behalf of her company Legendary Dynasty and has prepared an answer. Please see Exhibit 1.

That Defendant is confident the Answer is legally sufficient and in accordance with the rules of this Court.

WHEREFORE, Defendant prays this Court:

1. Enter an order granting Defendant's Motion for Pro Se Representation of Single Member LLC Legendary Dynasty.

2. Acknowledges Defendant's Answer to Plaintiff's Complaint entered in the above-captioned matter.

3. Acknowledges the Pro Se Appearance of Aubri Dubose on behalf of her single member limited liability company Legendary Dynasty.

DATED this 16th day of February, 2023.

RESPECTFULLY SUBMITTED,

Legendary Dynasty, LLC

/s/ Aubri Dubose
AUBRI DUBOSE, PRO SE
1601 Parkridge Circle, #282
Crofton, MD 21114
(301) 437-3869
owner@mydynastyonline.com

## CERTIFICATE OF SERVICE

I, Aubri Dubose on behalf of Legendary Dynasty, the undersigned, do hereby swear and affirm that I served the aforementioned Motion for Pro Se Representation of Single Member LLC Legendary Dynasty to the parties below and counsel of record, via electronic filing, on February 16, 2023.

**PLAINTIFF'S COUNSEL**
Benjamin T. Horton
Gregory James Chinlund
Kelley Stebbins Gordon
Marshall, Gerstein & Borun LLP
233 S. Wacker Drive
Suite 6300
Chicago, IL 60606

Legendary Dynasty, LLC

/s/ Aubri Dubose
AUBRI DUBOSE, PRO SE
1601 Parkridge Circle, #282
Crofton, MD 21114
(301) 437-3869
owner@mydynastyonline.com