EXHIBIT 3

# #1007 Paid Fulfilled Archived

September 9, 2022 at 3:00 pm from Online Store

## Fulfilled (1) #1007-F1

Location
Alibaba

Fulfilled
September 9, 2022

Other tracking
Track package

1 Sleek Horse Stallion Beach Cover Up $22.94 × 1 $22.94
S-M / 9514D-10
SKU: 119516920011963_187769322

## Paid

| | | |
|---|---|---|
| Subtotal | 1 item | $22.94 |
| Shipping | FREE SHIPPING (0.0 lb) | $0.00 |
| **Total** | | **$22.94** |
| Paid by customer | | $22.94 |

## Customer

Martha Doyle
1 order

**Contact information** Edit

marthadoyle1954@gmail.com

**Shipping address** Edit

Martha Doyle
PO Box 5463
Chicago IL 60680
United States

**Billing address**

Same as shipping address

## Timeline

**September 13**

This order was archived. 2:32 AM

Dropshipping on Alibaba.com sent a shipping confirmation email to Martha Doyle (marthadoyle1954@gmail.com). 2:32 AM

Dropshipping on Alibaba.com fulfilled 1 item via Alibaba. 2:32 AM

**September 11**

$21.97 USD was added to your Sep 13, 2022 payout. 10:56 PM

**September 9**

Fulfillment of 1 item was requested from Alibaba. 3:00 PM

Order confirmation email was sent to Martha Doyle (marthadoyle1954@gmail.com). 3:00 PM

A $22.94 USD payment was processed using a Visa ending in 9680. 3:00 PM

$21.97 USD will be added to your Sep 13, 2022 payout. 3:00 PM



| | |
|---|---|
| Martha Doyle placed this order on Online Store (checkout #24260756570230). | 3:00 PM |