

Legendary Dynasty <owner@mydynastyonline.com>

---

**Your Legendary Dynasty Order**
2 messages

---

**A Dubose** <owner@mydynastyonline.com>      Mon, Sep 26, 2022 at 8:19 AM
To: marthadoyle1954@gmail.com

Good morning, Ms. Doyle,

Thank you for your purchase! We have been trying to send your order; however our system will not allow us to send to a P.O. Box. Please provide a full address where we can send your item.

Thank you,

The Dynasty Team

---

**Martha Doyle** <marthadoyle1954@gmail.com>      Wed, Oct 5, 2022 at 12:41 PM
To: A Dubose <owner@mydynastyonline.com>

Hello,
Ok. Please send to the following address:

Martha Doyle
233 S Wacker Drive
6300
Chicago, IL 60606

Thanks!

> On Mon, Sep 26, 2022 at 7:19 AM A Dubose <owner@mydynastyonline.com> wrote:
>
>> Good morning, Ms. Doyle,
>>
>> Thank you for your purchase! We have been trying to send your order; however our system will not allow us to send to a P.O. Box. Please provide a full address where we can send your item.
>>
>> Thank you,
>>
>> The Dynasty Team