**EXHIBIT 5**

# My Alibaba

Home > My Alibaba > Order Management > Order Details

**Trade Assurance Order**     Guangzhou Mai Bao Network Technology Co., Ltd. | Order Number: 151952159501027428

Contract → Payment → Shipment → Receiving → Reviews

## Order complete

This order is complete. If you did not confirm receipt, this is because orders are automatically displayed as 'complete'. Here are the automatic receipt confirmation rules: 60 days after shipment if no delivered information is get from the tracking system.

2. You have run out of time to write a review for this order.

## Shipping Details



**In transit** — Addison, Franklin Park, IL / Chicago, IL, United States

Shipping time: 2022-10-12 03:14:00   Dispatched as scheduled

**Express**

- Chicago, IL, US | Package has been signed for
  2022-10-24 11:39:00

- Chicago, IL, US | Successfully delivered.
  2022-10-24 11:39:00

Expand ⌄

⚠ Due to the impact of the global COVID-19 outbreak, it may affect the delivery schedule to some destinations. Your orders may experience shipping delays. We suggest you keep abreast of the latest logistics situation and contact your seller(s) when necessary.

## Payment Records

Transactions    About the payment method    account

| Payment Records | Refund | Wire Transfer Tracking NEW |
|---|---|---|

Order amount paid: USD 26.46   📄 Invoice

| | Time Sent (PST) | Payment Method | Amount | Status | Action |
|---|---|---|---|---|---|
| —   for Initial Payment | 09/12/2022 09:22 | PayPal | USD 27.10<br>USD 0.64 for tax | Payment Completed | Transaction details<br>Transaction fee invoice |

| | Time Sent (PST) | Payment Method | Amount | Status | Action |
|---|---|---|---|---|---|
| | | | | 09/12/2022 09:22 | |
| | ○ Sent Payment 09/12/2022 09:22 | | ○ Payment Processing 09/12/2022 09:22 | | ○ Payment Completed 09/12/2022 09:22 |

⌄ Operation Records

○ 2022-10-27 03:21:44 (System) Order Complete

○ 2022-10-27 03:21:42 (System) Confirm receipt

○ 2022-10-24 17:58:28 (Vicky Wu) Shipped
Shipping time: Shipped on 2022-10-12

○ 2022-10-13 19:38:17 (Vicky Wu) Shipped
Shipping time: Shipped on 2022-10-12

○ 2022-10-12 03:16:12 (Vicky Wu) Shipped
Shipping time: Shipped on 2022-10-12

○ 2022-10-12 03:16:02 (Vicky Wu) Shipped

## Order details

[ Reorder ]   [ View Contract ]

Order Number: 151952159501027428    Order Date: 2022-09-12 09:21:41

**Supplier:**

**Guangzhou Mai Bao Network Technology Co., Ltd.**
Contact Name: Vicky Wu
Registered company address: CN,Guangdong,Guangzhou,Room 701, Building 1, No. 50 Juyuan Street
Company Tel: 86-020-18996117363
Company Email: maibao1234@outlook.com

**Buyer:**
**Legendary Dynasty**
Contact Name: Aubri Dubose
Registered company address: US,
Company Tel: 1-301-4373869
Company Email: owner@mydynastyonline.com

### Product details

| No. | Product name | Quantity | Unit | Unit price | Total |
|---|---|---|---|---|---|
| 1 |  Beach Cover Ups One Shoulder Printed Multi Color Kaftan Dre... Color:9514D-10,Size:S-M | 1.00 | Pieces | USD 6.2800 | USD 6.28 |
| | | | | Total Product Price | USD 6.28 |

### Shipment terms

| Shipping method | Shipping Fee | |
|---|---|---|
| Express | USD 20.18 | |
| **Shipment date** | **Estimated Delivery Time** | **Shipping From** |
| 7 days after full amount collected is credited | 6-10 working day(s) | CN |
| **Carrier** | **Shipping Address** | |
| Express EU & US (Standard)  Under the terms of the contract, the seller can not use other logistics providers. | Martha Doyle,1-8888888, PO Box 5463 ,Chicago,Illinois,United States of America,60680 | |
| **Trade Terms** | **Export Method** | |
| DAP:When the goods arrive at the destination place, you need to unload the goods and do the import customs clearance, and pay the import duty as well as any other destination | Convenient Delivery | |

| Trade Terms | Export Method |
|---|---|
| port fees. | |

Payment terms

| Payment method | Total Order Amount | Tax | Amount due |
|---|---|---|---|
| | USD 26.46 | USD 0.64<br>Tax details | USD 27.10 |

Trade Assurance Terms

Post-shipment assurance
- Your actual payment will be fully covered
- If the product quality does not match the contract or the supplier did not ship the products on time, you can request a refund within 30 days of delivery.

Order notes

-

**Protections on this order** with Trade Assurance

**Refund policy**   View details
If the shipment is delayed or product quality differs from what are specified in the online order, you can claim for a refund within 30 days.

Download

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2022 Alibaba.com. All rights reserved.  浙公网安备 33010002000092号  浙B2-20120091-4

Messenger