

Legendary Dynasty <owner@mydynastyonline.com>

---

## Shopify Acceptable Use Policy Violation I legendary-dynasty.myshopify.com
1 message

---

**Shopify** <legal@shopify.com>  Thu, Jan 5, 2023 at 10:00 AM
Reply-To: legal@legal-mailer.shopify.com
To: owner@mydynastyonline.com

Dear Account Owner,

We have reviewed your account and determined that the below product(s) presents a level of risk that we are unable to support. As a result, the below content has been taken offline and cannot be reposted:

https://mydynastyonline.com/products/peacock-inspired-summer-kaftan
https://mydynastyonline.com/products/sleek-stallion-beach-cover-up

Shopify's Terms of Service can be found here and our Acceptable Use Policy can be found here.

Although we value you as a customer and your business is important to us, the intellectual property rights of others are also important to us.

- Shopify Trust & Safety

Ticket ID: 9c9962d3-6c40-4954-a813-147808c2cdbc