

Legendary Dynasty <owner@mydynastyonline.com>

## Re: Notice of Court Order
3 messages

---

**Terri S. (Recovery)** <recovery_operations@shopify.zendesk.com>  Wed, Feb 1, 2023 at 2:42 AM
Reply-To: Recovery <recovery_operations+id35572227@shopify.zendesk.com>
To: owner <owner@mydynastyonline.com>

**Terri S.** (Shopify)

Feb 1, 2023, 02:42 EST

Hello,

Stripe (the payment processor for Shopify) received a court order concerning your account (acct_1EszSRDSukoweAWy) and has acted in accordance with that order. If you have questions concerning the court order, please reach out to the law firm that sent Stripe the order impacting your account(s). Until Stripe receives confirmation from the court that this matter is resolved, these account(s) will remain paused.

For more information please reach out to Marshall, Gerstein & Borun LLP at:
kgordon@marshallip.com
mgnotice@marshallip.com

Thank you,

Terri S.
Recovery Operations Specialist
Shopify Recovery Team

Your ticket ID is **35572227**.

On Jan 13 19:48 EDT, Stripe Notices wrote:

> Hello -
>
> Stripe received a court order concerning your account (acct_1EszSRDSukoweAWy) and has acted in accordance with that order. If you have questions concerning the court order, please reach out to the law firm that sent Stripe the order impacting your account(s). Until Stripe receives confirmation from the court that this matter is resolved, these account(s) will remain paused.
>
> For more information please reach out to Marshall, Gerstein & Borun LLP at:
> kgordon@marshallip.com
> mgnotice@marshallip.com
>
> Sincerely,
>
> Stripe

[3535ME-PED99]

---

**A Dubose** <owner@mydynastyonline.com>  Wed, Feb 1, 2023 at 2:36 PM