# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Ramona LaRue, Inc.<br><br>                            Plaintiff,<br><br>vs.<br><br>The Individuals and Entities Identified In Annex A<br><br>                            Defendants. | Case No.: 22-cv-06177<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**[PROPOSED] ORDER**<br><br>**Complaint Served: February 3, 2023**<br>**Current Response Due: March 24, 2023**<br>**New Response Date: March 31, 2023** |

The parties stipulate to an extension of time Shenzhen Gepan E-commerce Co. Ltd. s/h/a myoskoesl ("myoskoesl") to respond to the complaint.

Plaintiff served its complaint on by email on Defendants on February 3, 2023. The parties have reached an agreement on settlement, in substance, and have exchanged drafts of an agreement.

Given the issues presented, myoskoesl and Plaintiff agree to an extension of time, from March 24 to March 31, 2023, for myoskoesl to respond to the complaint. There have been two prior extensions of time.

Accordingly, the parties stipulate that myoskoesl's response to the complaint shall be due on March 31, 2023.

DATED: March 24, 2023						Respectfully submitted,

By: s/Ivan Miles Posey
Jennifer J. Sackett Pohlenz
(Bar# 6225990)
jpohlenz@leechtishman.com
LEECH TISHMAN FUSCALDO &
LAMPL, LLP
700 Commerce Drive, Suite 500
Oak Brook, IL 60523
Tel: (630) 505-1600
Fax: (630) 505-1608

Ivan Miles Posey
(Bar# 196306 (CA))
ipoey@leechtishman.com
LEECH TISHMAN FUSCALDO &
LAMPL, INC. A Professional
Corporation
2041 Rosecrans Avenue
Suite 300
El Segundo, CA  90245
Tel: (424) 261-1600

*Attorneys for Defendant*
*Shenzhen Gepan E-commerce Co. Ltd.*
*d/b/a myoskoesl*

DATED: March 24, 2023

By:   s/ Kelley S, Gordon
Kelley S, Gordon
Marshall, Gerstein & Borun LLP
Gregory J. Chinlund
Kelley S. Gordon
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone: (312)474-6300
Fax: (312)474-7044
gchinlund@marshallip.com
kgordon@marshallip.com

*Attorneys for Plaintiff*
*Ramona LaRue, Inc.*

## Attestation of Concurrence of Signatories

I, Ivan Miles Posey, attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By:   s/Ivan Miles Posey.
Ivan Miles Posey

# [PROPOSED] ORDER

The Court, having considered the foregoing Court hereby orders that the Stipulated Extension is GRANTED. Defendant myoskoesl shall have until March 31, 2023 to respond t the Complaint.

SO ORDERED this _____ day of _____ 2023.

_____
Honorable Jorge L. Alonso
Judge of the Federal District Court