# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Ramona LaRue, Inc., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:22-cv-06177 |
| ) | |
| v. ) | Judge Jorge L. Alonso |
| ) | |
| The Entities and Individuals Identified in ) | |
| Annex A, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS

Plaintiff Ramona LaRue, Inc., hereby dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A) with prejudice as to the following Defendant:

| Doe # | Merchant Name/Domain Name |
|---|---|
| 9 | wenyena |
| 47 | Fridja |
| 50 | Funey |
| 56 | Tef&XK |
| 59 | GoodFilling |
| 157 | Ziloco |

Respectfully submitted,

Ramona LaRue, Inc.

Dated: April 7, 2023

/s/*Kelley S. Gordon*
Marshall, Gerstein & Borun LLP
Gregory J. Chinlund
Kelley S. Gordon
John J. Lucas
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Fax: (312) 474-7044
gchinlund@marshallip.com
kgordon@marshallip.com
jlucas@marshallip.com

*Attorneys for Plaintiff*