UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ramona LaRue, Inc., <br><br> Plaintiff, <br><br> v. <br><br> The Entities and Individuals Identified in Annex A, <br><br> Defendants. | Case No.: 1:22-cv-06177 <br><br> Dist. Judge Jorge L. Alonso <br><br> Mag. Judge Jeffrey I. Cummings |

**Joint Motion for Entry of Asset Restraint Order**

**NOW COMES** Plaintiff, Ramona LaRue, Inc. ("Plaintiff") together with defendants caihui, Yueteng, Change Especially Inc, Shunxy Tore Inc, Dgu Group Inc, UKAP TRADING L.L.C., EZshoot LLC, Kolopland Industrial Trading Group Ltd, and Jiangsiyun ("Defendants"), by and through their respective counsel, and hereby jointly move this Court to enter an agreed asset restraining order.

1. On February 9, 2023, the Court granted Plaintiff's motion to enter a preliminary injunction that, *inter alia*, restrained certain financial accounts associated with Defendants' storefronts. [Dkt. 56].

2. The Parties agree that the scope of the preliminary injunction may be narrowed with respect to each Defendant.

3. A proposed agreed order will be submitted to the Court via email at Proposed_Order_Alonso@ilnd.uscourts.gov.

4. Subject to Judge Alonso's standing order, the parties request that the Court enter the proposed order as-provided.

**WHEREFORE**, the parties hereby request that this Court grant the following relief:

**A.** Enter the agreed proposed asset retaining order, to be emailed to this Court today at Proposed_Order_Alonso@ilnd.uscourts.gov

Dated this June 28, 2023

| | |
|---|---|
| <u>/s/Kelley S. Gordon</u><br>Kelley Stebbins Gordon<br>Marshall Gerstein & Borun LLP<br>233 S. Wacker Drive<br>Suite 6300<br>Chicago, IL 60606<br>312-474-6649<br>kgordon@marshallip.com<br><br>*Counsel for Plaintiff* | <u>/s/Adam E. Urbanczyk</u><br>Adam E. Urbanczyk<br>AU LLC<br>444 W. Lake St. 17th Floor<br>Chicago, IL 60606<br>(312) 715-7312<br>adamu@au-llc.com<br><br>*Counsel for Defendants* |