UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ramona LaRue, Inc., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:22-cv-06177 |
| ) | |
| v. ) | Judge Jorge L. Alonso |
| ) | |
| The Entities and Individuals Identified in ) | Magistrate Judge Jeffrey Cummings |
| Annex A, ) | |
| ) | |
| Defendants. ) | |

## STATUS REPORT

Plaintiff herein submits the following status report pursuant to the Court's July 17, 2023 Order (Dkt. 127).

There is currently no outstanding discovery and no discovery disputes requiring the Court's attention. All Defendants that were engaged in discovery and subject to the Court's discovery scheduling orders (Dkts. 116 and 118) have either been dismissed or has withdrawn its Answer as noted below:

- Defendants Caihui, Jiangsiyun, Kolopland Industrial Trading Group Ltd, UKAP TRADING L.L.C., Yueteng, EZshoot LLC, Dgu Group Inc, Shunxy Tore Inc have been dismissed from this matter by way of a Joint Stipulation of Dismissal. Dkt. 131.

- Defendant Change Especially Inc has withdrawn its Answer in this proceeding and indicated it does not oppose entry of a default judgment in this matter. Dkt. 129.

- Defendants EDOLYNSA Official Store and Lorylei Beachwear Store have also been dismissed from this matter by way of a Joint Stipulation of Dismissal. Dkt. 132.

|  |  |
|---|---|
| August 21, 2023 | Respectfully submitted,<br><br>Ramona LaRue, Inc.<br><br>/s/*Kelley S. Gordon*<br>Marshall, Gerstein & Borun LLP<br>Gregory J. Chinlund<br>Kelley S. Gordon<br>John J. Lucas<br>233 South Wacker Drive<br>6300 Willis Tower<br>Chicago, Illinois 60606-6357<br>Telephone: (312) 474-6300<br>Fax: (312) 474-7044<br>gchinlund@marshallip.com<br>kgordon@marshallip.com<br>jlucas@marshallip.com<br><br>*Attorneys for Plaintiff* |