# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ramona LaRue, Inc.

                                                    Plaintiff,

v.                                                          Case No.: 1:22−cv−06177

                                                    Honorable Jorge L.
                                                    Alonso

The Entities and Individuals Identified in Annex A,
et al.

                                                    Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 22, 2023:

> MINUTE entry before the Honorable Jeffrey Cummings: The Court has reviewed the parties' joint status report [134], which indicates that all defendants that were engaged in discovery have been dismissed by joint stipulation or have moved to withdraw their answer. This Court will enter a further order at a later date if appropriate. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.