**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Ramona LaRue, Inc., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:22-cv-06177 |
| ) | |
| v. ) | Judge Jorge L. Alonso |
| ) | |
| The Entities and Individuals Identified in ) | |
| Annex A, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DISMISSAL**

Plaintiff Ramona LaRue, Inc., hereby dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A) without prejudice as to the following Defendants:

| Doe # | Merchant Name/Domain Name |
|---|---|
| 10 | backzio.com |
| 19 | boholooks.com |
| 20 | bohonini.com |
| 23 | budgetg.com |
| 28 | chicindress.com |
| 34 | cosyppe.com |
| 42 | farrahfashion.myshopify.com |
| 44 | flipom.com |
| 70 | joskaa.com |
| 87 | loveccr.com |
| 94 | missuoo.com |
| 99 | mofylook.com |
| 106 | nadia-fashionstore.myshopify.com |
| 112 | oshoplive.com |
| 113 | oteyashop.com |
| 126 | shechoic.com |
| 130 | sunforyou |
| 134 | tangdress.com |
| 135 | tcccl.com |
| 139 | vipertip.com |
| 147 | wobeach.com |
| 152 | yooapparel.com |
| 159 | zjkrl.com |
| 164 | isslay.com |

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Ramona LaRue, Inc. |
| Dated: August 24, 2023 | /s/*Kelley S. Gordon*<br>Marshall, Gerstein & Borun LLP<br>Gregory J. Chinlund<br>Kelley S. Gordon<br>John J. Lucas<br>233 South Wacker Drive<br>6300 Willis Tower<br>Chicago, Illinois 60606-6357<br>Telephone: (312) 474-6300<br>Fax: (312) 474-7044<br>gchinlund@marshallip.com<br>kgordon@marshallip.com<br>jlucas@marshallip.com<br><br>*Attorneys for Plaintiff* |