UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Ramona LaRue, Inc.

Plaintiff,

v.

Case No.: 1:22–cv–06177
Honorable Jorge L. Alonso

The Entities and Individuals Identified in Annex A, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 31, 2023:

MINUTE entry before the Honorable Jorge L. Alonso: Defendant Change Especially Inc.'s Motion to withdraw answer [129] is granted. Defendant Change Especially Inc.'s answer [113] filed on 5/22/23 is withdrawn. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.