# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Ramona LaRue, Inc., <br><br> Plaintiff, <br><br> v. <br><br> The Entities and Individuals Identified in Annex A, <br><br> Defendants. | CASE NO. 1:22-cv-06177 <br><br> Judge: Hon. Jorge L. Alonso |

## **NOTICE OF DISMISSAL**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Ramona LaRue, Inc. hereby dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A) with prejudice as to Defendant Shein Distribution Corporation (formerly named as Doe 167, *see* Dkt. 162), with Plaintiff and Shein Distribution Corporation to bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

|  |  |
|---|---|
|  | Respectfully submitted, <br> Ramona LaRue, Inc. |
| Dated: May 21, 2025 | /s/*Kelley S. Gordon* <br> Marshall, Gerstein & Borun LLP <br> Gregory J. Chinlund <br> Kelley S. Gordon <br> Benjamin T. Horton <br> John J. Lucas <br> 233 South Wacker Drive <br> 6300 Willis Tower <br> Chicago, Illinois 60606-6357 <br> Telephone: (312) 474-6300 <br> Fax: (312) 474-7044 <br> gchinlund@marshallip.com |

kgordon@marshallip.com
bhorton@marshallip.com
jlucas@marshallip.com
*Counsel for Plaintiff*